Paul E. Nemser
617.570.1388
pnemser@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

April 13, 2005

The Honorable Michael A. Ponsor
United States District Court for
 the District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA  01103

    Re:    **Arise for Social Justice, et al. v. City of Springfield and**
             **<u>Springfield Election Commission - Civil Action No. 05-30080-MAP</u>**

Dear Judge Ponsor:

      Insofar as plaintiffs plan to seek a preliminary injunction in advance of the November 2005 election in the City of Springfield, plaintiffs respectfully request that the Court expedite the initial Rule 16 conference in the above case.

                                  Very truly yours,


                                  /s/Paul E. Nemser


PEN/mal

cc:    City of Springfield
        Springfield Election Commsion

LIBA/1528221.1

April 13, 2005
Page 2

bcc:   Nadine Cohen, Esq.
       J. Anthony Downs, Esq.
       Kathy Luz, Esq.
       William J. Connolly, III, Esq.
       Anne-Marie L. Tabor, Esq.

LIBA/1528221.1