AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Arise for Social Justice, et al

V.

City of Springfield; Springfield Election Commission

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-30080-MAP

TO: (Name and address of Defendant)
City of Springfield
36 Court Street
City Hall, First Floor
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Nemser, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK _/s/ Mary Finn_

April 5, 2005
DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

## City of Springfield

**April 5, 2005**

I hereby certify and return that on this day, I served the within SUMMONS together with a copy of the complaint in this action, upon the within-named defendant, by handing true and attested copies thereof to Ms. Mary Powers, Assistant Clerk, Person in Charge and duly authorized agent, in hand. Said service was made at 36 Court Street, City Hall, First Floor, Springfield, MA.

Dated: April 5, 2005

_____
CONSTABLE & COURT APPOINTED
PROCESS SERVER