UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ARISE FOR SOCIAL JUSTICE;      )
OISTE?; NEW ENGLAND STATE-     )
AREA CONFERENCE OF THE         )
NAACP; REV. TALBERT SWAN,      )
II; NORMAN OLIVER; DARLENE     )
ANDERSON; GUMERSINDO           )
GOMEZ; FRANK BUNTIN;           )
RAFAEL RODRIGUEZ; AND          )
DIANA NURSE                    )
              Plaintiffs       )
v.                             )
                               )
CITY OF SPRINGFIELD AND        )
SPRINGFIELD ELECTION           )     CIVIL ACTION NO. 05-30080-MAP
COMMISSION                     )
              Defendants       )
                               )
```

**ASSENTED TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

NOW COME the Defendants, the City of Springfield and the Springfield Election Commission, and respectfully request that this Court extend the time for them to answer the complaint in the above styled action until May 9, 2005. In support of their motion, the Defendants state that they require additional time to analyze the merits of the allegations raised in the Plaintiff's complaint. In further support of their motion, the Defendants state that the Plaintiffs have agreed to such an extension.

WHEREFORE, the Defendants, with the assent of the Plaintiffs, respectfully request that this Court extend the time for them to answer the complaint in the above in styled action until May 9, 2005.

47117

THE DEFENDANTS,
THE CITY OF SPRINGFIELD AND
SPRINGFIELD ELECTION
COMMISSION

By their attorney,

_____
Patrick J. Markey, Esq., BBO #563542
City Solicitor
City of Springfield
Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax (413) 787-6173

ASSENTED TO BY ARISE FOR SOCIAL
JUSTICE, OISTE?, NEW ENGLAND STATE-AREA
CONFERENCE OF THE NAACP, REV. TALBERT
SWAN, II, NORMAN W. OLIVER, DARLENE
ANDERSON, GUMERSINDO GOMEZ, FRANK
BUNTIN, RAFAEL RODRIGEZ, AND DIANA NURSE

By their attorneys,

_____
Nadine Cohen, BBO #090040
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

_____
Paul E. Nemser, BBO #369180
J. Anthony Downs, BBO #532839
William J. Connolly, III, BBO # 634845
Goodwin, Procter, LLP
Exchange Place
53 State Street
Boston Ma 02109
(617) 570-1000

47117