UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE, )
et al., )
              Plaintiffs )
)
   v. ) Civil Action No. 05-30080-MAP
)
)
CITY OF SPRINGFIELD, et al., )
              Defendants )

SCHEDULING ORDER
May 23, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS in part Plaintiffs' motion for an expedited scheduling order and establishes the following schedule as described in court on May 20, 2005:

1. All written discovery shall be served by July 8, 2005.

2. Non-expert depositions shall be completed by September 23, 2005.

3. Counsel shall appear for a case management conference on September 27, 2005, at 12:00 noon Courtroom Three.

4. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 28, 2005, and depositions of those experts shall be completed by November 30, 2005.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005, and depositions of those experts shall be completed by January 27, 2006.

6. Plaintiffs may file their motion for preliminary injunction at any time. If Plaintiffs identify and disclose information regarding their experts at that time, they shall make those experts available for deposition by Defendants within thirty (30) days. If Defendants offer experts in opposition to Plaintiffs' motion, those experts too shall be made available for deposition by Plaintiffs within thirty (30) days.

IT IS SO ORDERED.

DATED: May 23, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge