# GOODWIN | PROCTER

Monica M. Franceschini
617.570.1539
mfranceschini@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 18, 2005

**By Hand**

Clerk's Office
U.S. District Court, District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re:   Arise for Social Justice, et al. v. City of Springfield, et al.
      Civil Action No. 05-30080 MAP

Dear Sir or Madam:

Enclosed for filing and docketing is plaintiffs' Appendix of Exhibits in Support of Plaintiffs' Motion for Preliminary Injunction.

Kindly acknowledge receipt of these materials by date-stamping the additional copy of this letter provided for that purpose and returning it to the waiting courier. Thank you for your assistance in this matter.

Very truly yours,

Monica Franceschini

MF:blf
Enclosures

cc:   Deanne Bogan Ross, Esq. (w/encls.)

LIBA/1566449.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.