UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARISE FOR SOCIAL JUSTICE;<br>¿OISTE?; NEW ENGLAND STATE-AREA<br>CONFERENCE OF THE NAACP;<br>REV. TALBERT W. SWAN, II;<br>NORMAN W. OLIVER; DARLENE<br>ANDERSON; GUMERSINDO GOMEZ;<br>FRANK BUNTIN; RAFAEL RODRIQUEZ;<br>and DIANA NURSE<br><br>Plaintiffs,<br><br>CITY OF SPRINGFIELD and SPRINGFIELD<br>ELECTION COMMISSION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action  No. 05-30080 MAP |

## RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: July 21, 2005                    DATED: July 25, 2005

FRANK H. BUNTIN                         Paul E. Nemser (BBO #369180)
                                        J. Anthony Downs (BBO #532839)
                                        William J. Connolly III (BBO #634845)
                                        GOODWIN PROCTER LLP
                                        Exchange Place
                                        53 State Street
                                        Boston, MA 02109
                                        (617) 570-1000

                                        Attorneys for Plaintiffs