UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,<br><br>      Defendants. | Civil Action No. 05-30080 MAP |

**LOCAL RULE 7.1(D) REQUEST FOR HEARING
ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

     Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request a hearing on their Motion for a Preliminary Injunction ("Motion"), filed with the Court on July 15, 2005.  Plaintiffs believe that oral argument on the Motion will assist the Court, and inadvertently omitted their request from the Motion.

                              Respectfully submitted,

                              ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL  RODRIQUEZ; and DIANA NURSE

By their attorneys,

  /s/ William J. Connolly III
Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
William J. Connolly III (BBO #634845)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000


  /s/ Nadine Cohen
Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

Angela Ciccolo
Victor L. Goode
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215-3297
(410) 580-5790

*Of Counsel*

Dated: July 28, 2005