UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ARISE FOR SOCIAL JUSTICE**                    **CASE NO. 05-30080- MAP**

**V.**

**CITY OF SPRINGFIELD**

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the above-entitled case has been set for A HEARING ON MOTION FOR PRELIMINARY INJUNCTION on AUGUST 18, 2005 at 2:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor. Written opposition to Motion to be filed on or before August 11, 2005.

SARAH THORNTON
CLERK OF COURT

__7/29/05__                    By: __/s/ Elizabeth A. French__
Date                                Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                   [ntchrgcnf.]