UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
ARISE FOR SOCIAL JUSTICE;             )
¿OISTE?; NEW ENGLAND STATE-AREA       )
CONFERENCE OF THE NAACP;              )
REV. TALBERT W. SWAN, II;             )
NORMAN W. OLIVER; DARLENE             )
ANDERSON; GUMERSINDO GOMEZ;           )
FRANK BUNTIN; RAFAEL RODRIQUEZ;       )
and DIANA NURSE                       )
                                      )
               Plaintiffs,           )   Civil Action No. 05-30080 MFP
                                      )
v.                                    )
                                      )
CITY OF SPRINGFIELD and SPRINGFIELD   )
ELECTION COMMISSION,                  )
                                      )
                                      )
               Defendants.          )
_____)

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties hereby jointly move to amend the Scheduling Order entered on May 23, 2005. In support of their motion the parties state as follows.

1.     The Scheduling Order established the following:

| Event | Deadline |
|---|---|
| Non-expert depositions completed | September 23, 2005 |
| Plaintiffs' expert disclosures | October 28, 2005 |
| Depositions of Plaintiffs' experts | November 30, 2005 |
| Defendants' expert disclosures | December 30, 2005 |
| Depositions of Defendants' experts | January 27, 2006 |

A case management conference is currently scheduled for October 12, 2005 at 11:00 a.m. At this time, no trial date has been set.

2.     On August 18, 2005, the Court denied plaintiffs' motion to preliminarily enjoin the upcoming November elections. Accordingly, those elections will go forward.

LIBA/1581798.1

3. The results of the November elections (including voter turnout data) will be directly relevant to the issues in this case. Additional time will be necessary to enable the parties' experts to review those results and incorporate them into expert reports.

4. Accordingly, the parties request that a new Scheduling Order be entered as follows:

| Event | Deadline |
| --- | --- |
| Non-expert depositions completed | December 16, 2005 |
| Plaintiffs' expert disclosures | January 13, 2006 |
| Depositions of Plaintiffs' experts | February 10, 2006 |
| Defendants' expert disclosures | March 10, 2006 |
| Depositions of Defendants' experts | April 14, 2006 |

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,

_____/s/ William J. Connolly III_____
Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
William J. Connolly III (BBO #634845)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

    /s/ Nadine Cohen
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609


CITY OF SPRINGFIELD and
SPRINGFIELD ELECTION COMMISSION

By their attorneys,


    /s/ Deanne Bogan Ross
Patrick J. Markey (BBO #563542)
    City Solicitor
Deanne Bogan Ross (BBO #555407)
City of Springfield
Law Department
36 Court Street
Springfield, MA 01103


October 3, 2005