UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE, )
et al., )
                Plaintiffs )
)
)
     v. )     Civil Action No. 05-30080-MAP
)
)
CITY OF SPRINGFIELD, et al., )
                Defendants )

REVISED SCHEDULING ORDER
October 5, 2005

NEIMAN, U.S.M.J.

     The court hereby ALLOWS the parties' joint motion to amend scheduling order (Document No. 47) and revises the schedule as follows:

    1.    Non-expert depositions shall be completed by December 16, 2005.

    2.    Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by January 13, 2006, and depositions of those experts shall be completed by February 10, 2006.

    3.    Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 10, 2006, and depositions of those experts shall be completed by April 14, 2006.

    4.    Counsel shall appear for a case management conference on April 25, 2006, at 10:30 a.m. in Courtroom Three. The October 12, 2005

conference is cancelled.

IT IS SO ORDERED.

Dated: October 5, 2005                                /s/ Kenneth P. Neiman
                                                     KENNETH P. NEIMAN
                                                     U.S. Magistrate Judge