UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-30080 MFP |
| v. | ) ) ) |
| CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE FOR WILLIAM J. CONNOLLY III**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of William J. Connolly III as counsel for Plaintiffs in the above-captioned matter.

Paul E. Nemser and J. Anthony Downs of Goodwin Procter LLP shall continue their appearance as counsel of record for Plaintiffs.

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,

\_\_\_\_\_/s/ William J. Connolly III_____
Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
William J. Connolly III (BBO #634845)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

\_\_\_\_/s/ Nadine Cohen_____
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

January 12, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Withdrawal of Appearance for William J. Connolly III was filed electronically with this Court on this 12th day of January, 2006 and that all parties will be served via the Court's electronic filing system.

_____/s/ William J. Connolly III_____
William J. Connolly III (BBO #634845)

LIBA/1659174.1