UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,<br><br>        Defendants. | Civil Action No. 05-30080 MFP |

## NOTICE OF APPEARANCE OF MONICA M. FRANCESCHINI

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Monica M. Franceschini as counsel for Plaintiffs in the above-captioned matter.

        Respectfully submitted,

        ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

        By their attorneys,

           /s/ Monica M. Franceschini
Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
Monica M. Franceschini (BBO #651208)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

    /s/ Nadine Cohen
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

January 12, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Appearance of Monica M. Franceschini was filed electronically with this Court on this 12th day of January, 2006 and that all parties will be served via the Court's electronic filing system.

           /s/ Monica M. Franceschini
           Monica M. Franceschini (BBO #651208)