UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE | |
| Plaintiffs, | Civil Action No. 05-30080 MFP |
| v. | |
| CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION, | |
| Defendants. | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties hereby jointly move to amend the Scheduling Order entered on October 5, 2005. In support of their motion the parties state as follows.

1. The Scheduling Order established the following:

| Old Scheduling Order ||
|---|---|
| **Event** | **Deadline** |
| Non-expert depositions completed | December 16, 2005 |
| Plaintiffs' expert disclosures | January 13, 2006 |
| Depositions of Plaintiffs' experts | February 10, 2006 |
| Defendants' expert disclosures | March 10, 2006 |
| Depositions of Defendants' experts | April 14, 2006 |

A case management conference is currently scheduled for April 25, 2006, at 10:30 a.m. At this time, no trial date has been set.

2.      This case is complex and expert-intensive, and the parties have agreed to a roughly six-week extension of the time to produce expert reports, with comparable extension of subsequent dates. Among other reasons for this extension, one of Plaintiffs' experts, Dr. Richard L. Engstrom, is a professor at the University of New Orleans, and is a resident of New Orleans, Louisiana. Hurricane Katrina caused significant damage to Dr. Engstrom's home and office. Having lived and worked in Georgia for the past several months, Dr. Engstrom expects to return to New Orleans in January 2006. The requested extension will furnish Dr. Engstrom with additional time to complete his expert analysis in this case.

3.      Accordingly, the parties request that a new Scheduling Order be entered as follows:

| New [Proposed] Scheduling Order ||
| Event | Deadline |
| --- | --- |
| Plaintiffs' expert disclosures | February 24, 2006 |
| Depositions of Plaintiffs' experts | March 24, 2006 |
| Defendants' expert disclosures | April 21, 2006 |
| Depositions of Defendants' experts | May 26, 2006 |
| Case management conference | June 8, 2006, or at the Court's convenience |

4.      In addition, the parties have agreed that Requests for Admission should be served no later than 90 days before trial and responses to Requests for Admission shall be served within 45 days, and hereby request that the scheduling order provide as such. The parties have further

2

agreed that each party may serve up to 125 Requests for Admission, unless otherwise ordered by the Court upon motion by either party.

        Respectfully submitted,

        ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

        By their attorneys,

        _____/s/ Paul E. Nemser_____
        Paul E. Nemser (BBO #369180)
        J. Anthony Downs (BBO #532839)
        William J. Connolly III (BBO #634845)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 570-1000

        _____/s/ Nadine Cohen_____
        Nadine Cohen (BBO # 090040)
        LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
        294 Washington Street, Suite 443
        Boston, MA 02108
        (617) 988-0609


        CITY OF SPRINGFIELD and
        SPRINGFIELD ELECTION COMMISSION

        By their attorneys,

        ____/s/ Deanne Bogan Ross_____
        Deanne Bogan Ross (BBO #555407)
        City of Springfield
        Law Department
        36 Court Street
January 12, 2006        Springfield, MA 01103

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Joint Motion to Amend Scheduling Order was filed electronically with this Court on this 12th day of January, 2006 and that all parties will be served via the Court's electronic filing system.

                                          /s/ Paul E. Nemser
                                    Paul E. Nemser (BBO #369180)