UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE,       )
et al.,                                         )
              Plaintiffs      )
                            )
       v.                                   )    Civil Action No. 05-30080-MAP
                            )
CITY OF SPRINGFIELD, et al.,  )
              Defendants   )

FURTHER REVISED SCHEDULING ORDER
January 13, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' joint motion to amend scheduling order (Document No. 51) and further revises the schedule as follows:

1. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 24, 2006, and depositions of those experts shall be completed by March 24, 2006.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by April 21, 2006, and depositions of those experts shall be completed by May 26, 2006.

3. Counsel shall appear for a case management conference on June 26, 2006, at 11:00 a.m. in Courtroom Three. The April 25, 2006 conference is cancelled.

4. By agreement of the parties, requests for admissions will be served ninety

days prior to trial, with responses thereto within forty-five days.

IT IS SO ORDERED.

DATED: January 13, 2006

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge