UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; 1,OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE | ) ) ) ) ) ) ) ) ) Civil Action No. 05-30080-MAP |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION | ) ) ) |
| Defendants. | ) |

) **APPEARANCE OF COUNSEL** To The Clerk

Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, City of Springfield and Springfield Election Commission.

Dated: January 26, 2006

Respectfully submitted.

Edward M. Pikula, BBO #399770
City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:          (413) 787-6085
Telefax:             (413) 787-6173

50671

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has been served on the following counsel of record on the 26th day of January 2006, by first-class mail and facsimile.

Nadine Cohen, Esquire
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION 294 Washington Street, Suite 443
Boston, Massachusetts 02108
617-988-0609
FAX 617-482-4392

Paul E. Nemser, Esquire
J. Anthony Downs, Esquire
William J. Connolly III Esquire
GOODWIN PROCTOR LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
617-570-1000
FAX 617-227-8591

_____
Edward M. Pikula, Esq.

50671