UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
ARISE FOR SOCIAL JUSTICE;                )
¿OISTE?; NEW ENGLAND STATE-AREA )
CONFERENCE OF THE NAACP;            )
REV. TALBERT W. SWAN, II;                )
NORMAN W. OLIVER; DARLENE          )
ANDERSON; GUMERSINDO GOMEZ;     )
FRANK BUNTIN; RAFAEL RODRIQUEZ; )
and DIANA NURSE                              )
                                                        )
                    Plaintiffs,            )     Civil Action No. 05-30080 MFP
                                                        )
v.                                                     )
                                                        )
CITY OF SPRINGFIELD and SPRINGFIELD )
ELECTION COMMISSION,                   )
                                                        )
                                                        )
                    Defendants.            )
_____)

**ASSENTED TO MOTION TO AMEND SCHEDULING ORDER**

   Plaintiffs in the above-captioned action hereby respectfully move to amend the Further

Revised Scheduling Order entered on January 13, 2006.  Counsel for Defendants has assented to

this Motion.  In support of their Motion Plaintiffs state as follows:

   1.     The Further Revised Scheduling Order established the following:

| Old Scheduling Order | |
|---|---|
| **Event** | **Deadline** |
| Plaintiffs' expert disclosures | February 24, 2006 |
| Depositions of Plaintiffs' experts | March 24, 2006 |
| Defendants' expert disclosures | April 21, 2006 |
| Depositions of Defendants' experts | May 26, 2006 |

| Case management conference | June 26, 2006 |

2.      Dr. Engstrom requires more time to complete his expert report in this matter.

Therefore, Plaintiffs request a two week extension of all expert discovery related dates.  Altering

the discovery schedule will not require re-scheduling the June 26, 2006 status conference.

3.      Accordingly, Plaintiffs request that a new Scheduling Order be entered as follows:

| New [Proposed] Scheduling Order | |
|---|---|
| **Event** | **Deadline** |
| Plaintiffs' expert disclosures | March 10, 2006 |
| Depositions of Plaintiffs' experts | April 7, 2006 |
| Defendants' expert disclosures | May 5, 2006 |
| Depositions of Defendants' experts | June 9, 2006 |
| Case management conference | June 26, 2006 |

February 23, 2006                      Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW
ENGLAND STATE-AREA CONFERENCE OF THE
NAACP; REV. TALBERT W. SWAN, II; NORMAN W.
OLIVER; DARLENE ANDERSON; GUMERSINDO
GOMEZ; FRANK BUNTIN; RAFAEL  RODRIQUEZ;
and DIANA NURSE

By their attorneys,

_____/s/ Paul E. Nemser_____
Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
Monica M. Franceschini (BBO #651208)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

2

_____/s/ Nadine Cohen_____
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Assented to Motion to Amend Scheduling

Order ("Motion") was filed electronically with this Court on this 23rd day of February, 2006 and

that all parties will be served via the Court's electronic filing system.  The undersigned further

certifies that on this 23rd day of February, 2006 a copy of the within Motion was served via

electronic mail on counsel for Defendants, Deanne Ross.

_____/s/ Monica M. Franceschini_____
Monica M. Franceschini (BBO #651208)

3