UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE, )
et al., )
              Plaintiffs )
)
    v. )    Civil Action No. 05-30080-MAP
)
)
CITY OF SPRINGFIELD, et al., )
              Defendants )

FURTHER REVISED SCHEDULING ORDER
February 24, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' joint motion to amend scheduling order (Document No. 54) and further revises the schedule as follows:

1. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 10, 2006, and depositions of those experts shall be completed by April 7, 2006.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 5, 2006, and depositions of those experts shall be completed by June 9, 2006.

3. Counsel shall appear for a case management conference on June 26, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge