UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE, )
et al., )
                Plaintiffs )
)
    v. )    Civil Action No. 05-30080-MAP
)
)
CITY OF SPRINGFIELD, et al., )
                Defendants )

FURTHER SCHEDULING ORDER
May 8, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the Defendants' assented-to motion to amend scheduling order (Document No. 56) and revises the schedule as follows:

1. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 26, 2006, and depositions of those experts shall be completed by July 14, 2006.

2. Counsel shall appear for a case management conference on July 25, 2006, at 10:00 a.m. in Courtroom Three. The June 26, 2006 conference is cancelled.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge