**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; | ) |
| ¿OISTE?; NEW ENGLAND STATE-AREA | ) |
| CONFERENCE OF THE NAACP; | ) |
| REV. TALBERT W. SWAN, II; | ) |
| NORMAN W. OLIVER; DARLENE | ) |
| ANDERSON; GUMERSINDO GOMEZ; | ) |
| FRANK BUNTIN; RAFAEL RODRIQUEZ; | ) |
| and DIANA NURSE | ) Civil Action No. 05-30080-MAP |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CITY OF SPRINGFIELD and SPRINGFIELD | ) |
| ELECTION COMMISSION | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ASSENTED TO MOTION TO RESCHEDULE**
**CASE MANAGEMENT CONFERENCE**

        Now come the Defendants, City of Springfield and Springfield Election Commission and here by respectfully request that the Case Management Conference in the above reference case be rescheduled from July 25, 2006 to July 12, 2006 at 10:00 a.m.  As reason therefore, Defense counsel has a prepaid vacation already planned and will be out of state on July 25, 2006.

        Defense counsel certifies he has spoken with Plaintiff's counsel Nadine Cohen on this date and Attorney Cohen has assented to this motion on behalf of the Plaintiffs.

52959

Respectfully submitted,

CITY OF SPRINGFIELD and
SPRINGFIELD ELECTION COMMISSION


S/S   Edward M. Pikula


By_____
Edward M. Pikula (BBO # 399770)
City Solicitor
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, Massachusetts 01103
Telephone 413-787-6085
Telefax     413-787-6173


## CERTIFICATE OF SERVICE


To:

Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108

Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
William J. Connolly III (BBO #634845)
GOODWIN PROCTER LLP
Exchange Place
53 State Street Boston, MA 02109


        I, Edward M. Pikula, hereby certify that I caused forgoing document to be served on all parties via electronic filing on July 5, 2006

S/S  Edward M. Pikula
_____
Edward M. Pikula, Esq.


52959