UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARISE FOR SOCIAL JUSTICE, <br> et al., <br>                Plaintiffs <br><br> v. <br><br><br> CITY OF SPRINGFIELD, et al., <br>                Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-30080-MAP |

FURTHER SCHEDULING ORDER
July 12, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The deposition of Defendants' expert shall be completed by August 2, 2006.

2. Plaintiffs shall disclose their expert's rebuttal information by September 15, 2006.

3. The deposition of Plaintiffs' expert with regard to rebuttal information shall be completed by September 30, 2006.

4. Counsel shall appear for a final pretrial conference on November 3, 2006, at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: July 12, 2006

       /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
Chief Magistrate Judge