UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-30080-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO SCHEDULE
CASE MANAGEMENT CONFERENCE AND
RESCHEDULE PRETRIAL CONFERENCE**

Now come the Defendants, City of Springfield and Springfield Election Commission and respectfully request that a Case Management Conference before Judge Ponsor be scheduled for October 19, 2006 at 3:30, by agreement of all parties and after consultation with the clerk's office, and further request that the Pretrial Conference in the above reference case be rescheduled from November 3, 2006 to a date during the first week of December, 2006. As reason therefore, Defense counsel states that additional time is required to prepare for the Pre-trial Conference due to developments caused by the Voting Section of the U.S. Department of Justice lawsuit for alleged Voting Rights Act violations. For the last three months almost all of defense counsel's efforts and attention have been directed toward resolution of Voting Rights Act claims raised by Voting Section attorneys in United States v. City of Springfield. On August 30, 2006, the United States and the City of Springfield signed an Agreed Settlement Order that requires the

52959

City to institute a Spanish language election program. The settlement plan has been partially implemented and requires additional effort for implementation through the general election scheduled for November 2, 2006. In addition, supplemental discovery is required as a result of the receipt of receipt of the expert rebuttal reports of Drs. Engstrom and Amy submitted by the plaintiffs. The Case Management Conference scheduled for October 19, 2006 was agreed to by all parties through a conference with the court on October 6, 2006, and the motion to continue the pre trial to the first week of December was also agreed to by all parties.

Respectfully submitted,
CITY OF SPRINGFIELD and
SPRINGFIELD ELECTION COMMISSION

S/S  Edward M. Pikula
By_____
Edward M. Pikula (BBO # 399770)
City Solicitor
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, Massachusetts 01103
Telephone 413-787-6085
Telefax    413-787-6173

**CERTIFICATE OF SERVICE**

To:

Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108

Paul E. Nemser (BBO #369180)
J. Anthony Downs (BBO #532839)
William J. Connolly III (BBO #634845)
GOODWIN PROCTER LLP

52959

Exchange Place
53 State Street Boston, MA 02109

    I, Edward M. Pikula, hereby certify that I caused forgoing document to be served on all parties via electronic filing on October 6, 2006

Edward M. Pikula (Digitally signed by Edward M. Pikula)

S/S  Edward M. Pikula
_____
Edward M. Pikula, Esq.

52959