```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

ARISE FOR SOCIAL JUSTICE,   )
ET AL,                      )
      Plaintiffs   )
                  )
   v.               ) C.A. NO. 05-30080-MAP
                  )
CITY OF SPRINGFIELD, ET AL, )
      Defendants   )

## PRETRIAL SCHEDULING ORDER

October 20, 2006

PONSOR, D.J.

    Counsel for all parties appeared for a status conference on October 19, 2006. Based on counsel's representations the court orders as follows:

    1. The pretrial conference currently scheduled for December 4, 2006 is off.

    2. On or before November 3, 2006, counsel will report in writing regarding their willingness to have this case referred to mediation.

    3. On or before November 13, 2006, the parties will supplement any prior discovery responses.

    4. All discovery in this matter will close on November 30, 2006.

    5. Counsel will appear again for a final pretrial conference on January 12, 2007 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

    6. Affidavits containing the direct testimony of all witnesses, experts and fact witnesses, will be submitted by January 19, 2007.

7. Trial in this matter will commence on February 12, 2007 at 9:00 a.m. It is understood that the case is non-jury and that approximately two weeks will be needed to present evidence, 9:00 a.m. to 1:00 p.m.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge