## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIGUEZ; and DIANA NURSE, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION, <br><br>Defendants. | Civil Action No. 05-30080 MAP |

## JOINT STATEMENT REGARDING REFERRAL TO MEDIATION

In accordance with the Court's Pretrial Scheduling Order dated October 20, 2006, the parties hereby respectfully request that this matter be referred to mediation before Magistrate Judge Kenneth P. Neiman. The parties do not intend the mediation process to delay the trial scheduled for February 12, 2007, and accordingly will continue to comply with all pre-trial deadlines during the mediation.

LIBA/1740955.1

Respectfully submitted,

| | |
|---|---|
| CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION | ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE |
| By their attorneys, | By their attorneys, |
| /s/ Edward M. Pikula<br>Edward M. Pikula (BBO #399770)<br>Deanne Bogan Ross (BBO #555407)<br>City of Springfield<br>Law Department<br>36 Court Street<br>Springfield, MA  01103<br>(413)  787-6085 | /s/ Paul E. Nemser<br>Paul E. Nemser (BBO #369180)<br>J. Anthony Downs (BBO #532839)<br>Monica M. Franceschini (BBO #651208)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000 |
| | /s/ Nadine Cohen<br>Nadine Cohen (BBO #090040)<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION<br>294 Washington Street, Suite 443<br>Boston, MA 02108<br>(617) 988-0609 |

Dated:  October 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 30, 2006.

/s/ Paul E. Nemser