**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


    ARISE FOR SOCIAL JUSTICE
                    Plaintiff(s)

                                                    CIVIL ACTION
            V.
                                                    NO.   05-30080-MAP

    CITY OF SPRINGFIELD
                    Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**


        After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to

Honorable Kenneth P. Neiman, U.S.M.J.    for the following ADR program:


    _____  SCREENING CONFERENCE          _____  EARLY NEUTRAL EVALUATION

    _X_____  MEDIATION                     _____  MINI-TRIAL

    _____  SUMMARY JURY TRIAL            _____  SETTLEMENT CONFERENCE

    _____  SPECIAL MASTER

    _____  PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


        Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.   If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.


 October 31, 2006                           MICHAEL A. PONSOR
        DATE                                UNITED STATES DISTRICT JUDGE


                        CASE CATEGORY


| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | | |

(ADR Referral.wpd - 4/12/2000)                                          [orefadr.]