**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


ARISE FOR SOCIAL JUSTICE, et al.,
               Plaintiffs

          CIVIL ACTION

      V.

          NO.   05-30080-MAP

CITY OF SPRINGFIELD, et al.,
               Defendants

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[ ]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  November 14 and 28, 2006,     I held the following ADR proceeding:

| | |
|---|---|
|     SCREENING CONFERENCE |     EARLY NEUTRAL EVALUATION |
| _X_ MEDIATION |     SUMMARY BENCH / JURY TRIAL |
|     MINI-TRIAL |     SETTLEMENT CONFERENCE |

[X]    All parties were represented by counsel.

[X]    The parties were present in person, by telephone or by authorized corporate officer or

representative

The case was:

[ ]     Settled.  A __ day order of dismissal has been entered.

[X]    There was progress.  A further ADR conference has been set for December 6, 2006.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

[ ]     Other:_____


November 28, 2006                 /s/ Kenneth P. Neiman
DATE                         ADR Provider

                              KENNETH P. NEIMAN, Chief Magistrate Judge