UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
ARISE FOR SOCIAL JUSTICE;               )
¿OISTE?; NEW ENGLAND STATE-AREA          )
CONFERENCE OF THE NAACP;                 )
REV. TALBERT W. SWAN, II;                )
NORMAN W. OLIVER; DARLENE                )
ANDERSON; GUMERSINDO GOMEZ;              )
FRANK BUNTIN;  RAFAEL RODRIQUEZ;         )
and DIANA NURSE                          )
                                        )
                Plaintiffs,             )    Civil Action No. 05-30080 MAP
                                        )
v.                                      )
                                        )
CITY OF SPRINGFIELD and SPRINGFIELD      )
ELECTION COMMISSION,                     )
                                        )
                                        )
                Defendants.             )
_____)

**NOTICE OF SERVICE OF PLAINTIFFS'**
**PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**

Please take notice that, pursuant to Local Rule 16.5(C), Plaintiffs on this

thirteenth (13th) day of December, 2006 have served upon Defendants by email and first

class mail Plaintiffs' Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3).

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,


___/s/ Paul E. Nemser_____
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO # 651208)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000



___/s/ Nadine Cohen_____
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

Dated:  December 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 13, 2006.

___/s/ Paul E. Nemser_____
Paul E. Nemser

2