UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Arise for Said Justice, et al_,
Plaintiff(s)

V.

_City of Springfield, et al_,
Defendant(s)

CIVIL ACTION

NO. 05-30080-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Ponsor

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓] On Dec. 8 and 21, 2006 held the following ADR proceeding:

  __ SCREENING CONFERENCE            __ EARLY NEUTRAL EVALUATION
  X  MEDIATION (followup ~~telephone~~ conferences)    __ SUMMARY BENCH / JURY TRIAL
  __ MINI-TRIAL                       __ SETTLEMENT CONFERENCE

[✓] All parties were represented by counsel ~~except~~ _____
[✓] The parties were present in person or by authorized corporate officer

The case was:

[ ]  Settled. A __ day order of dismissal has been entered by the court.
[ ]  There was progress.
[✓] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
[ ]  Suggested strategy to facilitate settlement:

Dec. 21, 2006
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge