**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE;<br>¿OISTE?; NEW ENGLAND STATE-AREA<br>CONFERENCE OF THE NAACP;<br>REV. TALBERT W. SWAN, II;<br>NORMAN W. OLIVER; DARLENE<br>ANDERSON; GUMERSINDO GOMEZ;<br>FRANK BUNTIN; RAFAEL RODRIQUEZ;<br>and DIANA NURSE<br><br>           Plaintiffs,<br><br>     v.<br><br><br>CITY OF SPRINGFIELD and SPRINGFIELD<br>ELECTION COMMISSION<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-30080-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO MODIFY SCHEDULING**
**ORDER AND TRIAL DATE**

Now come the PARTIES in the above-captioned case, through counsel, and respectfully request that this Honorable Court modify the scheduling order entered 10/20/06 which provides that Affidavits of witnesses be filed by 1/19/07, by changing the deadline to 2/2/07.

Further, the PARTIES respectfully request that the trial date, set for 2/12/07, be changed to 2/26/07.

As grounds therefor, the PARTIES state that the mediation proceedings before Judge Neiman, whereby all parties diligently attempted to resolve the case, required more time than expected. As such, additional time is required to finalize the Affidavits and pre-trial submissions. Further, the change in trial date will accommodate various witnesses on both sides.

As indicated by the extensive pretrial pleadings, this case is complex and a modification is in the interests of judicial economy as the change in schedule will allow the parties adequate time to review the Affidavits submitted by the other side, and thereby prepare the case for trial in

52959

an efficient manner, with more concise Affidavits and detailed pre-trial submissions, and succinct cross examinations.

>Respectfully submitted,
>
>DEFENDANTS
>
>By_____
>Edward M. Pikula (BBO # 399770)
>City Solicitor
>City of Springfield
>Law Department
>36 Court Street, Room 210
>Springfield, Massachusetts 01103
>Telephone 413-787-6085
>Telefax    413-787-6173
>
>PLAINTIFFS
>
>S/S Nadine Cohen
>
>_____
>Nadine Cohen (BBO #090040)
>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
>294 Washington Street, Suite 443
>Boston, MA 02108
>
>S/S Paul E. Nemser
>
>_____
>Paul E. Nemser (BBO #369180)
>GOODWIN PROCTER LLP
>Exchange Place
>53 State Street
>Boston, MA 02109

I, Edward M. Pikula, hereby certify that I caused forgoing document to be served on all parties via electronic filing on January 16, 2007

>S/S  Edward M. Pikula
>
>_____
>Edward M. Pikula, Esq.

52959