UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE,

    Plaintiffs,

v.

CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,

    Defendants.

Civil Action No. 05-30080 MAP

## TRIAL AFFIDAVIT OF ATIYA DANGLEBEN

I, Atiya Dangleben, make the following declaration based on personal knowledge:

1. I am the State-Wide Director for MassVote, located at 18 Tremont Street, Boston, MA. Founded in 1999, MassVOTE is a non-partisan voting rights organization. We work with community-based non-profit organizations to increase voter education and turnout across Massachusetts. MassVOTE works to eliminate barriers and encourage voting, especially among communities of color, language minorities, low-income communities, youth, new American citizens, and the disabled.

2. I graduated from Boston College in 2000 with a degree in political science and then worked as an aide to Senator Dianne Wilkerson.

3. I joined BostonVOTE in the summer of 2001 as the Project Coordinator, and have been with the organization, now called MassVOTE, since that time. In the summer of 2004 I

became State-Wide Director, and from May 2006 until September 2006 served as Interim Executive Director. I am very familiar with the MassVOTE organization, its mission and history, and the various outreach and activities it has conducted since its inception, including the poll monitoring efforts in the November 2004 general election.

4. Statewide, MassVOTE has over 300 community partners, or MassVOTE sites, spread out over six cities, one of which is Springfield.

5. As part of its regularly conducted business activity to educate current and potential voters, MassVOTE organizes initiatives each year, including: making available non- partisan information about candidates; creating site kits that provide the "nuts and bolts": information voters need such as election dates and voter registration deadlines; conducting up to three training workshops for each site; hosting candidate forums. The goal of these initiatives is to educate and empower voters.

8. Additionally, as part of its regularly conducted activity to affect election reform, in November 2004, MassVOTE organized individuals to monitor the general election in eleven cities throughout Massachusetts. During that effort, 600 volunteers monitored voting inside the polling place, surveyed voters outside the polls, and responded to concerns reported to a toll-free hotline. The purpose of the effort was two-fold: to collect data about problems facing voters, and to assist voters who faced problems on election day so that they could effectively cast a ballot. This statewide effort included monitoring polling locations in the City of Springfield.

10. Prior to the November 2004 election, I met with Kathy Fleury from the elections office for the City of Springfield. The purpose of the meeting was to inform Ms. Fleury that MassVOTE was organizing monitors for certain polling sites around Springfield and that we had permission from the Office of the Secretary of State to be inside the polling place. We also

wanted to find out whether there were any specific issues regarding Springfield, so as to ensure election day would go smoothly for voters and monitors. Ms. Fleury offered no specific information regarding the election in general or regarding issues unique to Springfield.

11. For the statewide monitoring effort, MassVOTE provided a specific report form on which the monitors were to compile data and information regarding acts, events, or conditions observed within a particular polling location. The information on the report was to be recorded at or near the time of the occurrence by the monitor who had knowledge of the occurrence from direct observation. The monitors were also instructed to record information transmitted by the poll workers or voters, at the time the information was heard or relayed to them. These monitoring reports were made and kept in the course of regularly conducted business activity of our organization.

12. In October of 2004, we provided training for coordinators and individual volunteers regarding legal procedures related to elections and poll observations; the need to specifically listen to the interaction between voters and poll officials inside the polling place, but to refrain from speaking to voters there; the best way to approach voters outside; and a hotline number to call if they observed repeated problems inside the polling places.

13. A significant portion of the training also covered how to tally problems observed using the categories on the standard report form created by MassVOTE. Each monitor and surveyor was asked to record the information collected on the form and to mail the forms back to us in the self- addressed envelope after the election. The original election monitoring reports and surveys are currently stored in a file cabinet in our office.

14. I have recently reviewed the monitoring reports created during the November 2004 elections in Springfield. The attached reports completed by Christina Densmore, Tory Field and

LIBA/1762624.1

Keely Malone, and labeled as Exhibits C1, C2 and C3, respectively, are true and accurate copies of the original monitoring reports we have on file in our office.

15. The reports indicate that there were voting problems in several precincts involving voters leaving the polls without voting; voters being given wrong information; voters having language problems; voters asked for ID when not necessary; voters not told about provisional ballots, and voters at wrong polling location. Monitors also indicated that the poll workers did not reflect the language, age or ethnic diversity of the neighborhood and that there was no Spanish translation provided at predominantly Spanish neighborhoods.

Signed under the pains and penalties of perjury this __2__ day of February 2007.

_Atiya Dangleben_
Atiya Dangleben

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

                                                      /s/ Paul E. Nemser

# EXHIBIT A

Volunteer Name: Tory Field  
City: SPFLD  
Polling Location: Gentile Apts Ward 3 Prec B  
Time of Shift: 7:10 - 8:00

## Poll Monitor: Checklist for the Shift

Please keep a running tally of your observations, a single voter may have more than one problem.

| | |
|---|---|
| # of Voters Observed | ₹ ℍ𝒯 III |
| # of Voters who check in without problems | ℍ𝒯 |
| **WHEN VOTER IS INACTIVE** | |
| Voter **Shows ID and votes** | |
| ID DISPUTE #1: **Votes on Provisional Ballot** if ID problem | |
| ID DISPUTE #2: **Leaves poll without voting** for any reason. | |
| **WHEN VOTER IS NOT ON LIST** | |
| Voter is at **Wrong Polling Location**. | II |
| Voter can't be found. Offered **Provisional Ballot and Votes on Provisional Ballot** | |
| Check here if **Voter Leaves without voting** for any reason | ⓐ II * I ^ (NOTES ON BACK) [illegible handwriting] |
| **WHEN FIRST TIME VOTER HAS ID PROBLEMS (No ID or Disputed ID)** | |
| First Time Voter **uses Provisional Ballot** | |
| **Leaves poll without voting** to go home and get ID or gives up. | |
| **WHEN POLL WORKER CONDUCT AN ISSUE** | |
| **Poll Worker Discourtesy** (mildly or more) | |
| **Poll Worker Gives Wrong Info** – Needs to be Corrected (beyond "ordinary misstatement") | |
| **WHEN A VOTER HAS A "RIGHTS" PROBLEM** | |
| Questioned on **bringing materials into voting booth** | |
| Questioned on **bringing helper into voting booth** | |
| When **language is a problem** for voter | |
| Scan Equipment **Rejects a Ballot** | (check here when ballot gets rejecting by scanner) |
| Voter **Asked for ID when not necessary** – not a new voter, not an inactive voter. | |

EXHIBIT C2

Volunteer Name _____  City _____

Polling Location _____  Time of Shift _____

| **OTHER – general or one time events** | |
|---|---|
| | (Check how many times) |
| | **Describe if a problem** |
| Phone lines don't work or line is busy | I asked poll worker if they had a phone available to call city hall — when someone had a problem. Poll worker said "Yeah but its like running into a wall trying to call city hall" so they didn't call. (I got thru to city hall 4 times this morning w/ot answers) |
| Scanner Breaks Down – please describe event | |
| Precinct has Incorrect or Insufficient number of Ballots | |
| Signage Issues inside Precinct. | |
| Poll well signed from street. Parking complaints if any? | |
| Poll Opens on Time. | |
| Voters in Line by 8 PM allowed to vote. | |

**POLL WORKER DEMOGRAPHIC QUESTION**

In your estimation – do the poll workers reflect the ethnic and language diversity of the voters? If not, in what way do they differ? Age? Language? Ethnic background?

* Came into vote. Recently registered at work. Not on list. Not offered provisional ballot. Left without voting. Told "sorry".

▲ Not on list. Had gone to diff poll this morning — they had him on list but told him to come here (had gone to school st.) Not on list here — they said to go back to school st. poll (only 10 mins left)

! Poll workers never said anything about provisional ballots even when some people were sent away even though they said they were there.

All information is confidential.

Please:
1. Return your filled in tally sheet to _Your Coordinator_ at the end of the shift, or, if instructed,

2. Put Postage Paid Envelope into nearest Mailbox.

Thank you.

Volunteer Name: Christina Densmore  City: Springfield
Polling Location: Brookings  Time of Shift: 1:00 - 3:30

## Poll Monitor: Checklist for the Shift

Please keep a running tally of your observations, a single voter may have more than one problem.

| Category | Tally |
|---|---|
| # of Voters Observed | HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT III |
| # of Voters who check in without problems | HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT HHT II |
| **WHEN VOTER IS INACTIVE** | |
| • Voter **Shows ID and votes** | HHT |
| • ID DISPUTE #1: **Votes on Provisional Ballot** if ID problem | |
| • ID DISPUTE #2: **Leaves poll without voting** for any reason. | I |
| **WHEN VOTER IS NOT ON LIST** | |
| • Voter is at **Wrong Polling Location**. | HHT III |
| • Voter can't be found. Offered **Provisional Ballot and Votes on Provisional Ballot** | HHT |
| • Check here if **Voter Leaves without voting** for any reason | HHT HHT II |
| **WHEN FIRST TIME VOTER HAS ID PROBLEMS (No ID or Disputed ID)** | |
| • First Time Voter uses **Provisional Ballot** | |
| • **Leaves poll without voting** to go home and get ID or gives up. | III |
| **WHEN POLL WORKER CONDUCT AN ISSUE** | |
| • **Poll Worker Discourtesy** (mildly or more) | |
| • **Poll Worker Gives Wrong Info** – Needs to be Corrected (beyond "ordinary misstatement") | I |
| **WHEN A VOTER HAS A "RIGHTS" PROBLEM** | |
| • Questioned on **bringing materials** into voting booth | |
| • Questioned on **bringing helper** into voting booth | |
| • When **language is a problem** for voter | HHT |
| • Scan Equipment **Rejects a Ballot** | (check here when ballot gets rejecting by scanner) II |
| • Voter **Asked for ID when not necessary** – not a new voter, not an inactive voter. | IIII |
| Ballot put in wrong box | I |



EXHIBIT C1

Volunteer Name: Christina Densmore
Polling Location: Brookings 3D
City: Springfield
Time of Shift: 1:00 - 3:30

| OTHER – general or one time events | Check how many times. |
|---|---|
| | Describe if a problem |
| Phone lines don't work or line is busy | |
| Scanner Breaks Down – please describe event | Ballot wouldn't get through, because marks not dark enough |
| Precinct has Incorrect or Insufficient number of Ballots | |
| Signage Isssues inside Precinct. | |
| Poll well signed from street. Parking complaints if any? | |
| Poll Opens on Time | |
| Voters in Line by 8 PM allowed to vote | |

**POLL WORKER DEMOGRAPHIC QUESTION**

In your estimation – do the poll workers reflect the ethnic and language diversity of the voters? If not, in what way do they differ? Age? Language? Ethnic background? The poll workers did not represent the age or language diversity of the neighborhood. There was no Spanish translation provided at all in a predominantly Spanish neighborhood.

One of the workers decided to ID everyone who came to his table no matter whom.

All information is confidential.

Please:
1. Return your filled in tally sheet to _Your Coordinator_ at the end of the shift, or if instructed.

2. Put Postage Paid Envelope into nearest Mailbox.

Thank you.

Polling Location _Brookings_ E  Time of Shift _____

# Poll Monitor: Checklist for the Shift

Please keep a running tally of your observations, a single voter may have more than one problem.

| | |
|---|---|
| # of Voters Observed  93 | ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ||| ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ |
| # of Voters who check in without problems | ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ ~~||||~~ |||| |
| **WHEN VOTER IS INACTIVE** | |
| Voter **Shows ID and votes** | ~~||||~~ |
| ID DISPUTE #1: **Votes on Provisional Ballot** if ID problem | |||| |
| ID DISPUTE #2: **Leaves poll without voting** for any reason. | || |
| **WHEN VOTER IS NOT ON LIST** | |
| Voter is at **Wrong Polling Location**. | || |
| Voter can't be found. Offered **Provisional Ballot and Votes on Provisional Ballot** | ~~||||~~ ~~||||~~ |
| Check here if **Voter Leaves without voting** for any reason | || |
| **WHEN FIRST TIME VOTER HAS ID PROBLEMS (No ID or Disputed ID)** | |
| First Time Voter **uses Provisional Ballot** | ~~||||~~ ~~||||~~ ~~||||~~ |
| **Leaves poll without voting** to go home and get ID or gives up. | ~~||||~~ ~~||||~~ |
| **WHEN POLL WORKER CONDUCT AN ISSUE** | |
| **Poll Worker Discourtesy** (mildly or more) | | |
| **Poll Worker Gives Wrong Info** – Needs to be Corrected (beyond "ordinary misstatement") | ~~||||~~ ~~||||~~ | |
| **WHEN A VOTER HAS A "RIGHTS" PROBLEM** | |
| Questioned on **bringing materials** into voting booth | |
| Questioned on **bringing helper** into voting booth | |
| When **language is a problem** for voter | |
| Scan Equipment **Rejects a Ballot** | (check here when ballot gets rejecting by scanner)  | |
| Voter **Asked for ID when not necessary** – not a new voter, not an inactive voter. | | |

EXHIBIT C3

Volunteer Name: Keely Malone   City: Springfield MA
Polling Location: Brookings Ward 3-E   Time of Shift: 5:30 – 7:30 pm

| OTHER – general or one time events | Check how many times |
|---|---|
| | Describe if a problem |
| Phone lines don't work or line is busy | |
| Scanner Breaks Down – please describe event | |
| Precinct has Incorrect or Insufficient number of Ballots | |
| Signage Issues inside Precinct. | |
| Poll well signed from street. Parking complaints if any? | |
| Poll Opens on Time | |
| Voters in Line by 8 PM allowed to vote | |

**POLL WORKER DEMOGRAPHIC QUESTION**

In your estimation – do the poll workers reflect the ethnic and language diversity of the voters? If not, in what way do they differ? Age? Language? Ethnic background?   The majority of the poll workers, 7 out of 9 were elderly. There were no hispanic poll workers either.

All information is confidential.

Please:
1. Return your filled in tally sheet to _Your Coordinator_ at the end of the shift, or, if instructed,

2. Put Postage Paid Envelope into nearest Mailbox.

Thank you.