UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE,

Plaintiffs,

v.

CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,

Defendants.

Civil Action No.05-30080 MAP

**AFFIDAVIT OF SUSAN SHAW**

I, Susan Shaw, hereby certify as follows on the basis of my personal knowledge:

1. I am currently Assistant Professor of Anthropology at the University of Arizona, located at The University of Arizona, Anthropology Department, Emil W. Haury Building 313A, PO Box 210030, Tucson, AZ 85721-0030.

2. A copy of my curriculum vitae is attached to this Affidavit at Tab A.

3. From 2004-2006, I served as a National Center on Minority Health and Health Disparities Scholar. My duties included researching identity, ethnicity and community in health care in the United States, including HIV/AIDS. I authored several studies related to HIV Risk and AIDS in Massachusetts.

4. Attached hereto at Tab B is a true and correct copy of a slide presentation entitled "Results of the Community Attitudes Survey: Springfield, MA" (the "Presentation"). I created the Presentation on the basis of a survey that I conduced in April 2004 in my capacity as a Minority Health and Health Disparities Scholar. The survey project was funded by the National Institute on Drug Abuse.

5. The survey involved 263 residents of five Springfield neighborhoods (Mason Square, the North End, the South End, Pine Point, and 16 Acres), selected so that

the ethnicity and income of the respondents would vary. I randomly sampled fifty households from each of the five neighborhoods. 54.5% of respondents were female, and 45.5% were male. 33% were white; 21% were black; and 42% were Hispanic. Each participant responded in person to a ten page, eight minute questionnaire about knowledge and attitudes toward HIV and needle exchange. The survey was administered in English or Spanish depending on the respondent's preference. Respondents received a $5 McDonald's gift certificate for participating.

6. The purpose of the Presentation was to explain the results of the Community Attitudes Survey. I found that support for needle exchange was highest in the South End, North End, and Mason Square. I also found that support is strongest among Hispanics and weakest among whites.

7. As part of the study, I also conducted five focus groups with current intravenous drug users in Mason Square, the North End, and the South End/6 Corners. Among the participants in these focus groups, the average number of uses per syringe was six. This is significant because repeated syringe use increases the risk of HIV and hepatitis infection.

Signed under penalties of perjury this 29 day of January, 2007.

Susan Shaw, Ph.D.

Susan Shaw

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

/s/ Paul E. Nemser

# EXHIBIT A

SUSAN J. SHAW
4160 E. BURNS STREET
TUCSON AZ  85711
(520) 743-3479
shaws@email.arizona.edu
sjshaw@together.net

## EDUCATION

2001        Ph.D., Anthropology          University of North Carolina, Chapel Hill
Thesis title: *'Dependency Transformed': The Making of Neoliberal Subjects in a Massachusetts Community Health Program.*

1996        M.A., Anthropology          University of North Carolina, Chapel Hill
Thesis title: *Sexual Borders: The Audre Lorde Center for Lesbian Health.*

1991        B.A., Anthropology          Hampshire College, Amherst, MA
Senior thesis title:  *Bastards of Young: The Social Construction of Adolescent Pregnancy.*

## PROFESSIONAL EMPLOYMENT

2005-          Assistant Professor
               Department of Anthropology, University of Arizona

2003-2005      Senior Research Scientist
               Hispanic Health Council, Hartford, CT

2002-2003      Associate Research Scientist
               Hispanic Health Council, Hartford, CT

2002-2003      Visiting Lecturer (Medical Anthropology; Urban Anthropology)
               Amherst College, Amherst, MA

2002           Visiting Assistant Professor (Medical Anthropology; Cultural
               Anthropology)
               Mt. Holyoke College, South Hadley, MA

2001-2002      Ethnographer
               Hispanic Health Council, Hartford, CT

2001           Instructor (Doing Community Research, inter-term course)
               Hampshire College, Amherst, MA

1999-2000      Research Assistant
               UNC Center for Health Promotion and Disease Prevention

1998 — Instructor (History of Women's Health Activism, inter-term course)
Hampshire College, Amherst, MA

1997 — Qualitative Data Analyst
Community-Based Public Health Initiative
UNC School of Public Health

1995 — Research Assistant
UNC Department of Social Medicine

1993-1994 — Assistant to the Executive Director
The Breast Cancer Fund, San Francisco, CA

1991-1992 — Assistant Editor, PWA Newsline
People With AIDS Coalition, New York, NY

## Field Research

2003-2004 — Springfield Southwest Community Health Center, Springfield, MA. Conducted participant-observation research, interviews and focus groups with patients and providers regarding cultural and ethnic identity production for "Evaluating Culturally Appropriate Health Care" (ARHQ R03 HW014086-01, PI: Shaw)

2003-2005 — Springfield, MA: Community Attitudes towards Syringe Exchange as an HIV Prevention Method. Conducted in-depth interviews with community leaders, harm reduction workers and service providers regarding a proposed syringe exchange program (R03DA16532, PI: Shaw)

2001-2002 — Springfield, MA: Ethnographer on Syringe Access, Use and Discard study (NIDA R01 DA12569, PI: Singer). Conducted surveys, in-depth interviews and participant-observation research with injection drug users focused on syringe-related HIV risk.

1998 — Springfield Southwest Community Health Center, Springfield, MA. Conducted dissertation research with community health advocates, to explore how meanings of community and ethnic identity were mobilized as citizenship-building techniques in a community health outreach program.

## Research Grants, Honors and Fellowships

2006-2010 — The Effect of Cultural Differences on Health Literacy and Chronic Disease Outcomes
National Cancer Institute
1R01 CA128455-01 $837,244
Role: PI Effort: 25%

2006 — Faculty Summer Research Grant Development Stipend
University of Arizona Social and Behavioral Sciences Research Institute

| | |
|---|---|
| 2004-2006 | National Center on Minority Health and Health Disparities Scholar |
| 2003-2004 | Evaluating Culturally Appropriate Primary Health Care<br>U.S. Agency for Healthcare Research and Quality<br>R03 HS014086-01 $99,868 |
| 2003-2005 | The Role of Community Organizations in Facilitating HIV Preventions in Springfield, Mass.<br>National Institute on Drug Abuse<br>R03 DA16532 $140,627 |
| 1998 | University of North Carolina Dissertation Fellowship |
| 1998 | University of North Carolina Smith Research Grant |

## PUBLICATIONS

**S. Shaw** and N. Campbell. Forthcoming. The Hidden Practices of Harm Reduction: Echoes of an Underground Discourse. *Cultural Anthropology*.

**S. Shaw**. 2006. Public Citizens, Marginalized Communities: The Struggle for Syringe Exchange in Springfield, MA. *Medical Anthropology* 25(1):31-64.

**S. Shaw**. 2005. The Politics of Recognition in Culturally Appropriate Care. *Medical Anthropology Quarterly* 19(3):290-309.

D. Buchanan, J. Tooze, **S. Shaw**, M. Kinzly, R. Heimer, M. Singer. 2006. Demographic, HIV Risk Behavior, and Health Status Characteristics of "Crack" Cocaine Injectors Compared to Other Injection Drug Users in Three New England Cities. *Drug and Alcohol Dependence* 81(3):221-229.

M. Singer, T. Stopka, **S. Shaw**, C. Santilices, D. Buchanan, W. Teng, K. Khoshnood, R. Heimer. 2005. Lessons from the Field: From Research to Application in the Fight Against AIDS among Injection Drug Users in Three New England Cities. *Human Organization* 64(2):179-191.

D. Buchanan, M. Singer, **S. Shaw**, W. Teng, T. Stopka, K. Khoshnood, R. Heimer. 2004. Syringe Access, HIV Risk, and AIDS in Massachusetts and Connecticut: The Health Implications of Public Policy. *In*: Unhealthy Health Policy: A Critical Anthropological Examination. A. Castro and M. Singer, eds. Walnut Creek CA: Alta Mira Press.

D. Buchanan, **S. Shaw**, A. Ford and M. Singer. 2004. Empirical Science Meets Moral Panic: An Analysis of the Politics of Needle Exchange. *Journal of Health Politics, Policy and Law* 24(3/4):427-444.

T. Stopka, K. Springer, K. Khoshnood, **S. Shaw**, M. Singer. 2004. Writing About Risk: Use of Daily Diaries in Understanding Drug-User Risk Behaviors. *AIDS and Behavior* 8(1):73-85.

**S. Shaw** and M. Singer. 2003. Communities in Conflict: The Struggle for AIDS Prevention. *Practicing Anthropology* 25(3):32-36.

D. Buchanan, **S. Shaw**, W. Teng, P. Hiser and M. Singer. 2002. Neighborhood Differences in Patterns of Syringe Access, Use and Discard: Implications for HIV Outreach and Prevention Education. *Journal of Urban Health* 80(3):438-454.

D. Buchanan, K. Koshnood, T. Stopka, R. Heimer, **S. Shaw**, C. Santileces, M. Singer. 2002. Ethical Dilemmas Created by the Criminalization of Status Behaviors: Case Examples from Ethnographic Field Research with Injection Drug Users. *Health Education and Behavior* 29(1):30-42.

**S. Shaw.** 1992. Perspectives on Sexuality, Contraception, and Pregnancy among Black Teenaged Women. In: *Issues in Reproductive Technology: An Anthology*. Helen B. Holmes, ed. New York: Garland Press.

## INVITED PRESENTATIONS

S. Shaw. 2005. Health Disparities through the Lens of Politicized Identity. Presentation to NCMH Health Disparities Seminar, San Francisco State University, 19 April, San Francisco, CA.

S. Shaw, J. Navarro, M. Singer, J. Vivian. What Ethnography Can Tell Us about Surveys, and Vice Versa: Findings from the Community Attitudes towards NEP Study in Springfield, Massachusetts. Invited presentation to Methodology and Biostatistics Core, Center for Interdisciplinary Research on AIDS, Yale University, New Haven, CT. 20 January 2005.

## CONFERENCE PAPERS

N. Campbell and S. Shaw. 2005. Active Practices and Hidden Histories: Harm Reduction in the United States. Paper presented at the Annual Meeting of the American Anthropological Association, Washington, DC. 3 December 2005.

S. Shaw. 2005. The Language of Health: Refugee Health and the Emergence of 'Culturally Appropriate Health Care'. Paper presented at BORDERS: Western Humanities Alliance 24th Annual Conference, October 22, Tucson, AZ.

S. Shaw and M. Singer. 2005. Unwelcome Views: Representing unpopular positions in applied HIV prevention research. Paper presented at the Annual Meeting of the Society for Applied Anthropology and the Society for Medical Anthropology, April 6, Santa Fe, NM

S. Shaw. 2004. The Politics of Recognition: Culturally Appropriate Health Care at a U.S. Community Health Center. Paper accepted for presentation at the Annual Meeting of the American Anthropological Association, San Francisco, CA, 18 November 2004. Organizer of panel "Health and the Politics of Difference: 'Culturally Appropriate' Health Care in Context."

S. Shaw, J. Navarro, and J. Vivian. 2004. Results of the Community Attitudes Survey, Springfield, MA. Presentation for AIDS Science Day, Center for Interdisciplinary Research on AIDS, Yale University, New Haven, CT, 23 April 2004.

S. Shaw. 2003. A Critical Discussion of the Governing Mentalities of Drug Research. Presentation at the New England Regional Conference on Medical Anthropology, Yale University, New Haven, CT, 5 April.

S. Shaw, J. Navarro, M. Singer. 2003. Syringe Availability, HIV Risk and Sharing Behavior in 4 Hartford neighborhoods. Presentation for AIDS Science Day, Center for Interdisciplinary Research on AIDS, Yale University, New Haven, CT, 4 April.

Navarro, J., S. Shaw, M. Singer, and D. Buchanan. 2003. Minorities, Turnout and Representation. Paper presented at the Annual Meeting of the Northeastern Political Science Association, Philadelphia, November.

S. Shaw, D. Buchanan, M. Singer, R. Heimer. 2002. Barriers to Needle Exchange in Springfield, Massachusetts. Paper presented at the Annual Meeting of the Society for Applied Anthropology, March 4, Atlanta, GA.

S. Shaw. Neoliberalism at Work: Contemporary Scenarios of Governmental Reforms in Public Health and Social Work. Paper presented at the 2001 Annual Meeting of the American Anthropological Association for the session "Discerning the Neo-Liberal Moment: Emergent Structures of Feeling and Political Rationalities in Government, Health, & Research" (co-organizer of panel with Victor Braitberg), Washington, DC.

S. Shaw. Community Health and Social Citizenship: The Politics of Experience in a Welfare-to-Work Program. Paper presented at the 2000 Annual Meeting of the American Anthropology Association, San Francisco, CA. Co-organizer of panel "Experience and the Making of Political Actors."

S. Shaw. Time, Work, and Productive Citizenship: Welfare Reform and Community Health in Massachusetts. Paper presented at the 1999 Annual Meeting of the American Anthropology Association, Chicago, IL.

S. Shaw. Community Health Advocates as Community Change Agents. Paper presented at the 1999 Annual Meeting of the American Public Health Association, Chicago, IL.

## Teaching and Mentoring

**Undergraduate Courses taught:**
Introduction to Cultural Anthropology (100-level)
Urban Anthropology (300-level)
Introduction to Medical Anthropology (400-level)
Anthropology of Social Movements (400-level)

**Graduate Courses taught:**
Anthropology of Social Movements
Anthropology of Health Disparities

**Graduate Committee Member:**
Heide Castaneda, "Paradoxes of Providing Aid: NGOs, Medicine and Undocumented Migration in Berlin, Germany." Defended 12 January 2007.

## SERVICE

**Committee Member:**
Curriculum Committee, Department of Anthropology, University of Arizona (2005-2006)
Undergraduate Advisory Board, Department of Anthropology, University of Arizona (2005-2007)
Human Rights Task Force, Faculty Senate, University of Arizona (2005-2007)
Scholarships and Awards Committee, Department of Anthropology, University of Arizona (2006-2007)
Lecture Series Committee, Department of Anthropology, University of Arizona (2006-2007)

**Reviewer for:**
*Medical Anthropology*
*Human Organization*
*Geoforum*
*Women's Studies International Forum*

## PROFESSIONAL MEMBERSHIPS

American Anthropological Association (Society for Medical Anthropology; Society of Lesbian and Gay Anthropologists)
American Public Health Association (SOPHIE)

# EXHIBIT B

# Results of the Community Attitudes Survey

## Springfield, MA

## April 2004

Susan Shaw, Ph.D., Juhem Navarro, MA, Jim Vivian, Ph.D., and Merrill Singer, Ph.D.

Hispanic Health Council
Hartford, CT

This project was funded by the National Institute on Drug Abuse, grant #R03DA16532.

SFP03315

# The Community Attitudes study

- Follow-up study to the Syringe Access study (3-site comparison of HIV among IDUs in Springfield, MA, New Haven CT & Hartford CT)
- Higher self-report HIV rates among Springfield IDUs compared to CT IDUs
- Why no NEP in Springfield?

# Description of the Sample

- 263 residents of 5 Springfield neighborhoods selected to vary by ethnicity and income
- Random household sample (50/neighborhood)
- Responded in person to an 8-page [10-minute] questionnaire about knowledge and attitudes toward HIV and needle exchange, administered in English or Spanish according to respondent's preference
- Respondents received a $5 McDonald's gift certificate.

# Sample Demographics (n=264)

SFP03318

# Ethnicity by Neighborhood

SFP03319

“AIDS is a big problem
in my community”

16 Acres
Pine Pt
S End
N End
Mason Sq
0%
10%
20%
30%
40%
50%
60%
70%
80%
90%
100 %
Strongly Agree
Smwht agree
smwht disagree
stngly disagree
dk

SFP03320





Support for Needle Exchange

16 Acres
Pine Pt
S End
N End
Mason Sq
0%
20%
40%
60%
80%
100%
Very likely
Somewhat
Smwht unlikely
very unlikely
p<.011

SFP03321

# Support by # of people known with HIV



SFP03322



# Why support NEP

SFP03323



# Why oppose NEP

SFP03324

# IDU Focus Groups

- We conducted 5 focus groups with current users in Mason Square, the North End & the South End/6 Cnrs.
- Many people reported receiving HIV prevention messages **only** from other users
- People were well connected with services, but received HIV testing/prevention info only once they were at an agency/clinic - few people encountered outreach workers around town

# User Focus Groups, cont.

- Avg # uses per syringe = **6** (conservative)
  - repeated syringe use increases the risk of HIV and hepatitis infection
- People had between 1-3 syringe sources
- People chose a van over an office 19-12
  - Confidentiality is an issue, plus convenience/ accessibility

SFP03326

# Summary of Findings

- The majority of Springfield residents express clear support for NEP
- Support is strongest among Hispanics and weakest among whites
- The more people you know with HIV, the more likely you are to support NEP
- CBO utilization is associated with support

# Recommendations for advocates

- Emphasize evidence of effectiveness when speaking to BOTH opponents AND supporters
- Recognize differing concerns of community members (e.g., crack cocaine)
- Highlight links to drug treatment and form coalitions with treatment providers