UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE; ¿OISTE?;
NEW ENGLAND STATE-AREA
CONFERENCE OF THE NAACP; REV.
TALBERT W. SWAN, II; NORMAN W.
OLIVER; DARLENE ANDERSON;
GUMERSINDO GOMEZ; FRANK BUNTIN;
RAFAEL RODRIQUEZ; and DIANA NURSE,

      Plaintiffs,

      v.

CITY OF SPRINGFIELD and SPRINGFIELD
ELECTION COMMISSION,

      Defendants.

Civil Action No.05-30080 MAP

## AFFIDAVIT OF KARIN DOWNS

I, Karin Downs, hereby certify as follows on the basis of my personal knowledge:

1. I currently am Assistant Director for Clinical Affairs at the Massachusetts Department of Public Health's Division of Perinatal, Early Childhood and Children with Special Health Care Needs.

2. The Massachusetts Department of Public Health ("MDPH") is a public agency of the Commonwealth of Massachusetts.

3. The Massachusetts Perinatal Disparities Project ("Project") is a project of the MDPH in conjunction with the Matrixed Analytic Training for Reproductive, Infant, and Child Health Services (MATRICHS) program. MATRICHS is funded by the Center for Disease Control and Prevention (CDC) and the Association of Maternal and Child Health Programs.

4. Attached hereto as Exhibit A is a true and correct copy of a report entitled, "The Perinatal Disparities Project: Final Project Report" (the "Report"). The Report is a business record maintained by the Massachusetts Department of Public Health in the regular course of its business.

5. It is the regular practice of the Massachusetts Department of Public Health to create and maintain reports such as the Report attached as Exhibit A.

6. Attached hereto as Exhibit B is a summary of the Report (the "Report Summary"). The Report Summary is a business record maintained by the Massachusetts Department of Public Health in the regular course of its business.

7. It is the regular practice of the Massachusetts Department of Public Health to create and maintain reports such as the Report Summary attached as Exhibit B.

Signed under penalties of perjury this _2_ day of February, 2007.

Karin Downs, R.N., M.P.H.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.


<u>    /s/ Paul E. Nemser             </u>

# THE PERINATAL DISPARITIES PROJECT
# *FINAL PROJECT REPORT*

### The Massachusetts MATRICHS Team

**Maia BrodyField, Beth Buxton, Claudia Catalano, Karin Downs, & Penny Liu**
With additional assistance from
**Zobeida Bonilla-Vega & Hafsatou Diop**

## Table of Contents

| Content | Page Number |
|---|---|
| A. Introduction & Overview | 2 |
| B. Methods | 3 |
| C. Results | 5 |
| D. Discussion & Next Steps | 7 |
| E. References | 9 |
| F. Tables | 10 |
| G. Appendix | 13 |
|     1. Logic Model | 13 |
|     2. Ecological Model | 15 |
|     3. Confounding Factors/Identifying Biases | 18 |
|     4. SWOT Analysis | 24 |
|     5. Springfield Training Schedule | 25 |

# A. INTRODUCTION & OVERVIEW

## BACKGROUND – STATEMENT OF NEED

Massachusetts has very high perinatal disparities based on race despite relatively low overall incidences of low birth weight (LBW; <2500 grams), preterm birth (PTB; < 37 weeks) and infant and maternal mortality. It is well known that births less than 1500 grams (very low birth weight; VLBW), the majority of which occur at very preterm gestations (VPTB; < 28 weeks), account for two-thirds of the racial disparity in U.S. infant mortality.[1,2] In Massachusetts from 1998 - 2002, black women were 2.8 times more likely than white women to have a VLBW infant and 1.8 times more likely to have an LBW infant. They were also 3.7 times more likely to have an infant born at less than 28 weeks gestation and 1.6 times more likely to deliver an infant at less than 37 weeks gestational age. Racial disparities are also seen among fetal - infant deaths in the state, where blacks are 2.8 times more likely to experience a fetal or infant death (Table 1)[3]

Massachusetts is experiencing worsening racial and ethnic perinatal disparities possibly related to increasing numbers of immigrants and undocumented persons; rising unemployment and homelessness rates; and fiscal constraints on programs and services. Currently, Massachusetts has an estimated population of 6,349,097 of whom 1,464,584 are women ages 15 – 44.[4] In 2000, the general population was 5.0% black non-Hispanic, 6.8% Hispanic and 3.7% Asian. Resident births in 2003 were 7.4 % to black non-Hispanic mothers, 12.2% to Hispanic mothers and 6.5% to Asian mothers.[3] Between 1990 and 2000, both Hispanic and black populations were estimated to have grown by 41%. The predominant Hispanic ancestry groups in Massachusetts are Puerto Rican and Dominican, populations that have had poorer perinatal outcomes within the Hispanic population as a whole.[5] Furthermore, according to the 2000 Census, 12.2% of the Commonwealth's population was foreign born, compared with 11.1% nationwide.[6] This changing population profile in Massachusetts presents new challenges in addressing racial disparities in birth outcomes. In response to these increasing disparities, the Massachusetts Department of Public Health (MDPH) identified addressing racial disparities in perinatal outcomes as a priority.

In December 2003, through participation in the Association of Maternal and Child Health Programs (AMCHP) Disparities Action Learning Lab (ALL), Massachusetts initiated a strategic planning process at both the state and community levels to address racial disparities in birth outcomes (see Appendix 1, Logic Model). At the conclusion of the AMCHP Disparities ALL, the Massachusetts Team continued to work on issues of perinatal disparities by participating in the Matrixed Analytic Training for Reproductive, Infant, and Child Health Services (MATRICHS) program. The MATRICHS, funded by the Center for Disease Control and Prevention (CDC) and AMCHP, is a nine-month on-line program to train maternal and child health professionals to identify a critical policy issue and use national, state and local data to inform policy direction and program priorities.

The Massachusetts MATRICHS Team members include an MCH Decision Maker (Karin Downs), Technical Analyst (Penny Liu), Program Analyst (Beth Buxton), Community Advocate (Maia BrodyField), and Program Coordinator (Claudia Catalano). The Perinatal Disparities Project grew out of MDPH's participation in both the AMCHP Disparities ALL and MATRICHS.

The goals of the Perinatal Disparities Project are to:
1) enhance the capacity of community partners to address racial disparities in birth outcomes by collecting and analyzing state and local data to inform policy and identify program priorities; and

2)  establish a formal communication network between Massachusetts communities to encourage information sharing, raise public awareness, and to advocate for resources to eliminate institutional racism defined as differential access to the goods, services and opportunities of society by race.[7]

The Perinatal Disparities Project intends to analyze the contributing factors to the excess of infant-fetal death among blacks in each of five communities across the state (Boston, Lawrence, New Bedford, Springfield, and Worcester).  However, for the purposes of the MATRICHS project, the Team decided to narrow the project focus to one community, Springfield.  The Richmond and Kotelchuck Model [8] underscores that strong political will and social strategy are important factors in translating knowledge into practice.  The presence of both these factors guided the Team's decision to focus initially on Springfield.  In addition, the Team recognized that perinatal disparities is a significant public health issue in Springfield, and that there are resources to address the issue. The Team approached the Maternal and Child Health  (MCH) Commission of the Springfield Department of Health and Human Services, a group of stakeholders interested in establishing a Fetal Infant Mortality Review (FIMR) process. Through a series of discussions, it was determined that the MCH Commission was interested in developing skills that would provide a greater capacity to identify and respond to the issue of perinatal disparities in their community.

The initial research question that the Team chose to address is:

**Within the last 5 years ('98-'02) in Springfield Massachusetts, what factors contributed to the excess of poor birth outcomes including fetal/infant mortality, PTB, and VPTB among blacks?**

## B. METHODS USED

The Project used both analytic and process methods to identify the impact of racism on perinatal outcomes and to address the research question of interest.

**Analytic methods:**

### Data sources and study population
The Team used data from Massachusetts Community Health Information Profile (MassCHIP v300r311)[5] and 1998-2002 vital files, including births, fetal deaths, and birth-death linked files for the study population:  in-state fetal deaths and live births in 1998-2002 in Springfield, MA. From these data sets, the Team obtained data on the independent variables of interest (race/ethnicity), the dependent variables of interest (outcomes; LBW, VLBW, PTB, and fetal/infant deaths), and the selected covariates (maternal age, education, smoking status during pregnancy, payment of delivery, and adequacy of prenatal care).

### Measures of covariates
Mothers were classified as teens if they were older than 20 years of age, and adults if they were 20 years of age or older.  Women who completed less than 12 years of education were defined as receiving less than a high school education, whereas those women who completed 12 or more years of education or those who received a GED certificate were defined as having a high school

education or more. Among those insured, mothers whose deliveries were paid by Medicaid, Healthy Start, Medicare, Uncompensated Care Pool, and other government funds were classified as having public insurance, while the remainder were identified as privately insured.

The Kotelchuck index was used to measure the adequacy of prenatal care, in which "expected number of visits" based on the gestational age of the infant and the month care began are determined. Women were grouped into four categories: inadequate, if < 50% of expected visits, intermediate, if 50%-79.9% of expected visits, adequate, if 80-109.9% of expected visits, and adequate plus, if ≥ 110% of expected visits.[10] In this project, women were categorized into two groups. One group encompassed those defined as receiving no, inadequate or intermediate prenatal care and while the second group was defined as receiving adequate or adequate plus prenatal care.

### Data analysis

The Team conducted a bivariate analysis, population attributable risk (PAR), and perinatal period of risks (PPOR). For the purposes of this project, the Team's used the more detailed analysis for bivariate analysis and PAR focused on PTB. In the bivariate analysis, the Team used chi-square statistics to examine potential confounders and effect modifiers. The Team first examined the associations of PTB with race/ethnicity (black vs. white) and the selected covariates, and second the association between race/ethnicity and the selected covariates. Variables that were significantly associated with both PTB and being black were identified as potential confounders. The Team further assessed the associations of PTB with race/ethnicity stratified by the selected covariates. Covariates with associations with different directions across strata were considered as effect modifiers.

The Team estimated PAR of PTB for independent variable and covariates to facilitate priority setting. Two components comprised the PAR statistics, relative risk and prevalence of a risk indicator. Thus, priorities may be given to conditions that are prevalent even if the relative risks are not the highest.

The Team mapped the feto-infant mortality using the PPOR approach. The PPOR approach was first introduced to the US in 1997 with a focus on reducing overall feto-infant mortality and examining opportunity gaps for interventions. It includes fetal deaths ≥ 24 weeks and live births ≥ 500 grams as the denominators, while excluding spontaneous and induced abortions. Fetal death files, birth files, and birth-death linked files were used to calculate the feto-infant mortality rates (FIMR) for each of the following 4 cells, based on birth weight and time of death:

1. Feto-infant deaths 500-1499 grams: improving maternal health (pre- and inter-pregnancy health) is the key to reduce deaths in this cell.
2. Fetal deaths ≥1500 grams: improving maternal care (prenatal care, high risk obstetric care) is the key to reduce deaths in this cell.
3. Live births ≥1500 grams with the age of death within 28 days of births: improving newborn care is the key to reduce deaths in this cell.
4. Live births ≥1500 grams with the age of death between 29-365 days: infant health (sleeping position, breastfeeding, injury prevention) is the key to reduce deaths in this cell.

| Feto-infant deaths 500-1499 grams<br>**(Maternal Health/Prematurity)** | | |
|---|---|---|
| Fetal deaths ≥1500 grams<br>**(Maternal Health)** | Live births ≥1500 grams<br>Died ≤ 28 days<br>**(Newborn Care)** | Live births ≥1500 grams<br>Died 29-365 days<br>**(Infant Health)** |

In Phase 2 of this Project, the Team, in partnership with the Springfield MCH Commission, will conduct multivariate analysis (logistic regression) and focus groups. While multivariate analysis provides quantitative information on risk identification, focus groups will gather qualitative data from women from the population of interest in Springfield to assess their opinions regarding the causes of perinatal disparities in their community. Using the results of the PPOR analysis, the Team will conduct a series of focus groups with women of varying racial and ethnic backgrounds in order to gather their input about the results. Women will be asked about the key findings and disparities with particular focus on maternal health as an intervention point. In addition, women will be asked about the range of experiences they have with individual and institutional levels of racism in Springfield. This qualitative data will guide the development of a strategic plan to address disparities in birth outcomes in their community.

**Process methods:**

In addition to developing a logic model for the Perinatal Disparities Project, the Team also used other tools to frame the issue of perinatal disparities including the Ecologic Model and a SWOT analysis (Strengths, Weaknesses, Opportunities, Threats). The Ecologic Model (Appendix 2) describes factors within the biological, physical, social and health environments at the community, family and individual levels that impact disparities in birth outcomes. The SWOT (Appendix 4) is a quick analysis of factors that contribute to the strengths, weaknesses, opportunities and threats to the Perinatal Disparities Project. These exercises underscored the complexity of the issue of perinatal disparities, and the challenges of effectively addressing the many factors that contribute to these disparities.

Additionally, the Team, in partnership with the MCH Commission and community based organizations, conducted a series of activities to develop a model program for enhancing the capacity of communities to address perinatal disparities. The first activity included meeting with stakeholders and community partners in Springfield to assess strengths, skills and capacity within the community for collecting and analyzing data. The second activity involved developing a training module focused on collecting and analyzing data, framing the issue, and developing a strategic plan to address perinatal disparities in the community. The Project has begun this activity by providing training in the use of the MassCHIP data set. The Team will continue to provide additional training in data collection and analytic methods (see training schedule in Appendix 5) as well as providing on-going technical support to community partners in Springfield.

# C. RESULTS

## Racial Disparities in birth outcomes in Springfield

Overall, Springfield has birth outcomes worse than the state averages for both whites and blacks. However, the disparities between whites and blacks were smaller than those for the Commonwealth. In Springfield from 1998-2002, black women were 3 times more likely than white women to have a VPTB and 1.4 times more likely to deliver a preterm infant (Table 2). About 13.1% and 1.7% of black infants born in 1998-2002 in Springfield were PTB and VPTB, respectively, compared to 9.7% and 0.6% for white infants. Furthermore, infants born to blacks were nearly twice as likely as whites to have VLBW and 1.4 times more likely to have LBW. About one out of every nine black infants (11.5%) born in Springfield in 1998-2002 were LBW, compared to one out of every twelve (7.9%)

for the whites. The figures of VLBW for blacks and whites were 2.6% and 1.3%, respectively in Springfield in 1998-2002. When examining the feto-infant mortality rate in Springfield, blacks experienced a 1.3 times higher rate than whites in 1998-2002 (2.2% vs. 0.9%).

MATERNAL CHARACTERISTICS OF PRETERM BIRTH IN SPRINGFIELD
In Springfield, from 1998-2002, besides being black, other maternal characteristics associated with preterm birth included having less than a high school education, being less than 20 years old, receiving public insurance, and smoking during pregnancy (Table 3). Women who had not complete high school were 1.2 times more likely to have a preterm birth compared to women who had at least a high school education. Teenagers were 1.4 times more likely to have a preterm birth than women equal to or greater than 20 years old. Publicly insured women were 1.2 times more likely to have a preterm birth than women with private insurance. Furthermore, women who smoked during pregnancy were 1.2 times more likely to have a preterm birth than women who did not smoke cigarettes.

CHARACTERISTICS OF BLACK BIRTHS IN SPRINGFIELD
Compared to white mothers, black mothers were 1.5 times more likely to have not graduated from high school and were 2 times more likely to be a teenager at the time of delivery (Table 4). Black mothers were also 1.9 times more likely to be enrolled in public insurance at the time of delivery than white mothers and were also 1.8 times more likely to have less than adequate prenatal care. However, black mothers were 31% less likely to smoke during pregnancy than white mothers.

No effect modification by maternal education, insurance, prenatal care, age, and smoking status during pregnancy was found on the associations of PTB with race/ethnicity (Appendix 3).

**Population Attributable Risk: Springfield**
Twelve percent (87) of preterm deliveries among whites and blacks in Springfield could have been prevented if the excess risk of having a preterm infant among black women was reduced to the same level of risk as for white women (Table 5). Similarly, 8.7% (117) of preterm deliveries among the insured mothers could have been reduced if the excess risk of having a preterm infant among the publicly insured women was reduced to the same level of risk of having a preterm infant among privately insured women in Springfield in 1998-2002. The excess PTB associated with less than high school education, smoking during pregnancy, and less than 20 years of age were 75, 48 and 33, respectively.

PERINATAL PERIODS OF RISK: SPRINGFIELD
In 1998-2002, there were a total of 12,017 live births and fetal deaths in Springfield; of these, 4,019 were white and 2,604 were black (Table 6). The feto-infant mortality rate (FIMR) in Springfield was 12.7% for black mothers and 6.7% for white. Although infant health also contributed significantly, maternal health accounted for the majority of the FIMR disparities between white and black in Springfield (5.4% vs. 2.0%). When compared to the reference group of Massachusetts fetuses and infants born to white mothers who were 20 years or older and who completed 13 or more years of education (reference group; 4.2%), blacks in Springfield had an excess FIMR of 8.5% while whites had an excess FIMR of 2.5%.

Fifty-one excess feto-infant deaths in Springfield in 1998-2002 could have been prevented if the risk of feto-infant deaths for Springfield women was reduced to the same level of risk of feto-infant deaths for women in the reference group. The excess feto-infant deaths for blacks and whites in

Springfield, relative to the reference group, were 22 and 10, respectively. Interventions to improve the pre-pregnancy health and infant health may present opportunities to narrow the disparities between Springfield and the reference group. Furthermore, improving the pre-pregnancy health is also a key to reduce the disparities in feto-infant deaths between whites and blacks in Springfield.

## D. DISCUSSIONS AND NEXT STEPS

Developing a theoretical framework and using appropriate data effectively are keys to implementing a strategic planning process that addresses perinatal disparities. The Massachusetts Perinatal Disparities Project's use of process methods to frame the issues and analytical methods to identify priorities provides an opportunity for the state to address racial disparities in birth outcomes. The Team's work so far includes developing a logic model, an ecologic model, and a SWOT analysis, partnering with an existing community infrastructure (e.g., MCH commission, FIMR, Strategic Planning Groups), and providing data support and training to Springfield. Although still in process, this work may serve as a model for other Massachusetts communities.

For a project focused on racial and ethnic disparities and their contributing factors, the largest limitation was the lack of quantitative data on individuals' experiences with racism and with differential treatment in the health care system. Measures of these factors are still being developed by experts in the field. As they are incorporated into Massachusetts' data systems, the relationship of institutional racism to birth outcomes may become clearer and the analysis of perinatal disparities will be more robust. However, there are multiple factors at the social, community, family and individual levels that can influence both a women's experience of racism as well as their birth outcomes. Examining each possible factor in depth is beyond the scope of this Project. Additional limitations the Team faced included a lack of sustainable resources including funding and staff who could be assigned to work full time on the project.

At this point in time, the Perinatal Disparities Project plans to continue working with partners in Springfield to complete training, frame the issue of racial and ethnic disparities through qualitative data collection, and complete a strategic plan based on community specific data to address local policy and program priorities for this community. The training will include identifying sources of data including MassCHIP, the Massachusetts Vital Registry and local data; primary data collection using focus groups, data analysis using PPOR and PAR, and setting up a mechanism for providing on-going technical support for analyzing data and for conducting and analyzing focus group data. The Team will work with community partners to frame the issue of perinatal disparities in Springfield by:
1) identifying factors in Springfield that contribute to the excess of fetal and infant deaths among the black population in their community;
2) measuring racial disparities in perinatal outcomes;
3) sharing information on institutional, personally mediated and internalized racism and its impact on health outcomes; and
4) examining the role of racism in perinatal outcomes.

Once the issue is framed, the Team will collaborate with Springfield partners to develop a strategic plan to address perinatal disparities in their community. The steps taken in developing this plan include:
1) providing an overview of the decision-making model;

2) developing an ecological approach to defining perinatal disparities;
3) developing a logic model that will provide a framework for evidence-based programs that address perinatal disparities; and
4) engaging in strategic planning that seeks to identify strategies that increase public awareness, advocate for resources to eliminate disparities in quality of care, and inform policy action to address institutional racism.

Finally, the Team plans to develop and implement a plan to disseminate results throughout Springfield and to other Massachusetts communities that will include a model curriculum on developing data-driven strategic plans to address perinatal disparities.

The Perinatal Disparities Project will also establish a formal communication network between Massachusetts communities to encourage information sharing, raise public awareness, and advocate for resources to eliminate institutional racism.  The Team will:
1. conduct an assessment including interviews with stakeholders from across the state to assess current need and to distinguish best practices for addressing perinatal disparities;
2. plan and conduct a Perinatal Disparities Summit in the fall of 2006 that will provide opportunities for stakeholders across the state to examine current knowledge of the issues and develop policy recommendations; and
3. develop and implement a statewide strategic plan for reducing perinatal health disparities across the Commonwealth.

## E. References:

1. Charmicheal SL, Iyasu S. Changes in the black-white infant mortality gap from 1983 to 1991 in the United States. Am J Prev Med 1998;15:220-7
2. Wise PH, Wampler N, Barfield W. The importance of extreme prematurity and low birth weight to US mortality patterns: Implications for prenatal care and women's health. J Am Med Womens Assoc 1995;50(5):152-5
3. Mass CHIP 3.00r311 data runs on 2003 Birth Data: March 2005
4. 2000 US Census Data
5. Eberhardt MS, Ingram DD, Makuc DM, et al. Health United States, 2001 Hyattsville, Maryland, National Center for Health Statistics. 2001
6. 2000 US Census Data
7. Jones, CP. Levels of Racism: a theoretical framework and a gardener's tale. Am J Public Health 2000; 90(8): 1212-15.
8. Richmond, JB, Kotelchuck M. Co-ordination and development for strategies and policy: The United States Example. In: Holland W, Detels R, Knox G. eds., Oxford Textbook of Public Health, vol 21. Oxford: Oxford University Press, 1985: 195-205.
9. Kotelchuck, M. An Evaluation of the Kessner Adequacy of Prenatal Care Index and a Proposed Adequacy of Prenatal Care Utilization Index. Am J Public Health. 1994; 84:1414-1420.

# F. Tables

### Table 1: Racial disparities in birth outcomes: Massachusetts— 1998 - 2002

|                            | Black | White | Relative Risk           |
|----------------------------|-------|-------|-------------------------|
| % <28 weeks gestation VPTB | 1.7   | 0.5   | 3.68 (3.33<RR<4.07)     |
| %<37 weeks gestation PTB   | 12.1  | 7.5   | 1.60 (1.55<RR<1.66)     |
| % <1500 gms VLBW           | 3.2   | 1.1   | 2.80 (2.61<RR<3.01)     |
| % <2500 gms LBW            | 12.0  | 6.5   | 1.84 (1.78<RR<1.91)     |
| % Feto-Infant death        | 2.3   | 0.8   | 2.82 (2.59<RR<3.07)     |

### Table 2: Racial disparities in birth outcomes: Springfield, Massachusetts— 1998 - 2002

|                            | Black | White | Relative Risk           |
|----------------------------|-------|-------|-------------------------|
| % <28 weeks gestation VPTB | 1.7   | 0.6   | 3.0 (1.80<RR<5.01)      |
| % <37 weeks gestation PTB  | 13.1  | 9.7   | 1.35 (1.18<RR<1.55)     |
| % <1500 gms VLBW           | 2.6   | 1.3   | 1.97 (1.38<RR<2.82)     |
| % <2500 gms LBW            | 11.5  | 7.9   | 1.44 (1.24<RR<1.68)     |
| % Feto-Infant deaths       | 2.2   | 0.9   | 2.29 (1.53<RR<3.45)     |

**Table 3. Characteristics (in number) of preterm and term births in Springfield, MA 1998 - 2002**

|  | Preterm | Term | RR* | P value |
|---|---|---|---|---|
| Race/ethnicity |  |  |  |  |
| Black** | 340 | 2,251 | 1.35 | < 0.001 |
| White | 386 | 3,579 |  |  |
| Maternal education |  |  |  |  |
| < HS** | 451 | 3,061 | 1.20 | < 0.001 |
| ≥ HS (incl. GED) | 899 | 7,486 |  |  |
| Maternal age |  |  |  |  |
| < 20 years** | 289 | 2,020 | 1.35 | < 0.001 |
| ≥ 20 years | 1,065 | 8,541 |  |  |
| Source of payment for delivery |  |  |  |  |
| Public Insurance** | 906 | 6,679 | 1.15 | 0.01 |
| Private Insurance | 432 | 3,719 |  |  |
| Adequacy of prenatal care |  |  |  |  |
| Inadequate/intermediate/none** | 363 | 3,047 | 0.92 | 0.17 |
| Adequate/adequate plus | 968 | 7,436 |  |  |
| Maternal smoking during pregnancy |  |  |  |  |
| Smoking** | 282 | 1,854 | 1.21 | < 0.01 |
| Non-smoking | 1,070 | 8,698 |  |  |

**Table 4.  Characteristics of Black and White births in Springfield, MA 1998 - 2002**

|  | Black | White | RR* | P value |
|---|---|---|---|---|
| Maternal education |  |  |  |  |
| < HS** | 529 | 542 | 1.51 | < 0.001 |
| ≥ HS (incl. GED) | 2069 | 3,471 |  |  |
| Maternal age |  |  |  |  |
| < 20 years** | 510 | 387 | 2.03 | < 0.001 |
| ≥ 20 years | 2,098 | 3,628 |  |  |
| Source of payment for delivery |  |  |  |  |
| Public Insurance** | 1,856 | 1,544 | 1.85 | < 0.001 |
| Private Insurance | 692 | 2,371 |  |  |
| Adequacy of prenatal care |  |  |  |  |
| Inadequate/intermediate/none** | 901 | 775 | 1.79 | < 0.001 |
| Adequate/adequate plus | 1,684 | 3,203 |  |  |
| Maternal smoking during pregnancy |  |  |  |  |
| Smoking** | 427 | 959 | 0.69 | < 0.001 |
| Non-smoking | 2,178 | 3,054 |  |  |

**Table 5. Population Attributable Risk Percent (PAR%) in Springfield, MA 1998 - 2002[1]**

| Risk Indicator | Prevalence of Risk Indicator | Relative Risk | PAR% | Excess PTB |
|---|---|---|---|---|
| Black[2] | 39.5% | 1.35 | 12.1% | 87 |
| < High School Education[3] | 29.5% | 1.20 | 5.5% | 75 |
| Maternal age <20 years | 19.4% | 1.13 | 2.4% | 33 |
| Public Insurance (payment for delivery)[4] | 64.6% | 1.15 | 8.7% | 117 |
| Inadequate/intermediate/none prenatal care[5] | 28.9% | 0.92 | -2.2% | -30 |
| Smoking during pregnancy | 17.9% | 1.21 | 3.6% | 48 |

1. Exclude those with unknown risk exposure or gestational age
2. Compared to non-Hispanic white.
3. Compared to those who completed high school and above.
4. Compared to private insurance.
5. Compared to adequate and adequate plus prenatal care (Kotelchuck Index).

**Table 6.  Perinatal Periods of Risk (PPOR), Springfield, MA: 1998-2002**

FETO-INFANT MORTALITY RATE (FIMR)                    EXCESS FIMR (‰)

**All Races (8.4)**

| 3.5 | | |
|---|---|---|
| 1.3 | 1.0 | 2.6 |

Reference:
MA non-Hispanic
White mom,
≥ 20 years of age,
≥ 13 years of
education (4.2)

**All Races (4.2)**

| 1.8 | | |
|---|---|---|
| 0.1 | 0.3 | 2.0 |

**White (6.7)**

| 2.0 | | |
|---|---|---|
| 1.5 | 0.5 | 2.7 |

| 1.7 | | |
|---|---|---|
| 1.2 | 0.7 | 0.6 |

White (2.5)

| 0.3 | | |
|---|---|---|
| 0.3 | -0.2 | **2.1** |

**Black (12.7)**

| 5.4 | | |
|---|---|---|
| 1.9 | 1.9 | 3.5 |

Black (8.5)

| **3.7** | | |
|---|---|---|
| 0.7 | 1.2 | **2.9** |

| Race | Excess FIMR (‰) | # Live Births/Fetal Deaths | # Excess Deaths |
|---|---|---|---|
| All | 4.2 | 12,017 | 51 |
| White | 2.5 | 4,019 | 10 |
| Black | 8.5 | 2,604 | 22 |

# APPENDIX
## Appendix 1: Logic Model

**AMCHP Disparities Action Learning Lab – State Team Logic Model GOAL:** Improve black perinatal outcomes in Massachusetts by ensuring that all women have access to comprehensive high quality, culturally appropriate care and by eliminating institutional racism in the health care system.

**Assumptions:** Institutional racism contributes to disparities in access to high quality perinatal health care

| Inputs | Activities | Outputs | Short-term Outcomes (6 months) | Intermediate Outcomes (1-2 years) | Long-term Outcomes (3+ years) | Impacts |
|---|---|---|---|---|---|---|
| ▪ Staff (city and state employees) ▪ Stakeholders ▪ Community Needs Assessment ▪ State MCH Needs Assessment ▪ HCQ Reports ▪ Maternal Mortality and Morbidity Review ▪ FIMR ▪ Child Fatality Reviews ▪ Birth Reports ▪ Funding ▪ MATRICHS ▪ Training | ▪ Coordinate a process to revise current perinatal regulations ▪ Create workplan for developing best practices guidelines ▪ Identify additional sources of data collection to monitor perinatal disparities ▪ Train community partners is the use of PPOR, PAR, and | ▪ Draft document that tracks changes to Perinatal Regulations completed and distributed ▪ Identify key issues for inclusion in best practice guidelines ▪ Generating reports for use at the community and state levels that identify perinatal disparities | ▪ Decision making process for revising the Massachusetts Perinatal Regulations established ▪ Decision making process widely extended to all citizens of the Massachusetts. ▪ Approval from the Public Health Council for proposed changes to Perinatal Regulations. | ▪ Promulgation of Massachusetts Perinatal Regulations to mandate minimum standards of care in all Birth Hospitals ▪ Workplan developed for establishing best practice guidelines to address racism and ensure equal access to high quality to perinatal health care for all women. | ▪ Compliance of all Massachusetts Birth Hospitals to the new Perinatal Regulations. ▪ Establishment of best practice guidelines statewide to address racism and ensure equal access to high quality perinatal health care for all women. ▪ Massachusetts PRAMS surveillance system in place. | ▪ Improved Black perinatal outcomes including IMR, LBW, VLBW, PTB and maternal mortality rates. |

| | | | |
|---|---|---|---|
| Focus Groups as analytic tools. | ▪ Identify and develop ways to improve current state data systems to better capture perinatal disparities (including conducting a PRAMS pilot study, BRFSS, PELL and MassCHIP)<br><br>▪ Using additional approaches to analyzing data including PPOR, PAR and focus groups<br><br>▪ Evidence-based data community work plans developed to address perinatal disparities | ▪ Final report on PRAMS pilot study and proposal for grant application to CDC.<br><br>▪ Use of evidence-based data to inform community and state decision makers on program priorities to address racism. | ▪ Effective evidence-based programs in place statewide to address perinatal disparities |

## Appendix 2: Ecological Model

RACIAL ETHNIC DISPARITIES IN PERINATAL OUTCOMES IN MASSACHUSETTS ECOLOGICAL MODEL

Racial/ethnic disparities in perinatal outcomes in Massachusetts

| | Biologic Environment | Physical Environment | Social Environment | Health Care Environment |
|---|---|---|---|---|
| Community | ▪ Environmental exposures (air pollution, bus depots, waste transfer stations)<br>▪ Availability of green space/places to be active (Physical environment?)<br>▪ Poor quality drinking water<br>▪ Sound pollution<br>▪ Lead levels in soil | ▪ Neighborhood safety/violence<br>▪ Neighborhood poverty<br>▪ Availability of healthy foods<br>▪ Exposure to sub-standard housing stock (lead paint, vermin, mold, rodents, cockroaches, insulation)<br>▪ Marketing strategies that increase exposure to tobacco/alcohol advertising<br>▪ Exposure to fast food/liquor stores<br>▪ Availability of Public/affordable transportation<br>▪ Availability of places to be active (both biologic and physical?)<br>▪ Older housing/less insulation/drafts<br>▪ Heat bills<br>▪ Community crowding<br>▪ Garbage collection/improper garbage disposal | ▪ Stereotyping<br>▪ Gender-related roles (e.g., low job control, high job demand)<br>▪ Racism (historical impact of racism on black identity)<br>▪ Stigma of poverty (e.g., use of public services)<br>▪ Stigma of using mental health services<br>▪ Inadequate enforcement of gun control<br>▪ Gang violence<br>▪ Neighborhood cohesion<br>▪ Religious groups<br>▪ Neighborhood segregation<br>▪ Educational resources/school systems<br>▪ Availability and affordability of safe childcare<br>▪ Lack of integrated social service systems<br>▪ Lack of political support to address issues of racism<br>▪ Immigrant and second migration settlement patterns<br>▪ Political environment re: reproductive health (pro-life vs. pro-choice, school-based education programs) | ▪ Access to health care<br>▪ Health insurance coverage<br>▪ Immigrant status disclosure<br>▪ Mental health<br>▪ Transportation<br>▪ Geographic distribution of health care centers<br>▪ Reproductive health services<br>▪ Access to pharmaceutical drugs/tiering of preventive and therapeutic drugs<br>▪ Quality of Care<br>▪ Differences in diagnostic testing, treatment, preventive services<br>▪ Quality of care, including provider attitude, advice on (preventive) smoking/alcohol use, contraceptives<br>▪ Culturally Competent Care<br>▪ Availability of health care resources competent linguistically, and culturally<br>▪ Providers/patient racial/ethnic concordance<br>▪ Limits of the Bio-medical Environment<br>▪ Power/authority<br>▪ Ethnocentricity<br>▪ Child-centric<br>▪ Devaluing women's health |

| | | Racial/ethnic disparities in perinatal outcomes in Massachusetts | | |
|---|---|---|---|---|
| | **Biologic Environment** | **Physical Environment** | **Social Environment** | **Health Care Environment** |
| **Family** | ▪ Family history - medical<br>▪ Family history - mental health/depression<br>▪ Family history of addictions<br>▪ Mother/sister's LBW/preterm/infant death<br>▪ Impact of intergenerational stress | ▪ Household tobacco smoking<br>▪ Alcohol/substance use<br>▪ Depression<br>▪ Family violence<br>▪ Household crowding<br>▪ Substandard Housing | ▪ Intimate/emotional support<br>▪ Alcohol and substance use in family<br>▪ Household strain<br>▪ Family poverty/SES<br>▪ Family/cultural practice toward pregnancy & parenting (number, spacing, & timing)<br>▪ Unease and Unfamiliarity with social service and health care systems – move to health care environment?<br>▪ Family and personal decision regarding reproductive health<br>▪ Impact of slavery on family/parental roles<br>▪ Family and cultural practices | ▪ Family financial resources to access to care<br>▪ Family value to preventive care<br>▪ Family diet preference |

| | Biologic Environment | Physical Environment | Social Environment | Health Care Environment |
|---|---|---|---|---|
| Individual | - Genetic make-up<br>- Alcoholism<br>- Presence of chronic conditions, e.g., diabetes, H/T, asthma<br>- Impact of carcinogenic environmental pathogens<br>- Presence of acute conditions, e.g., bacteria vaginosis<br>- Preconceptional nutrition status<br>- Preconceptional weight<br>- Preconceptional overall health<br>- Previous LBW/ preterm/infant death<br>- Physiological Impact of Chronic Stress | - Safe sex practice, increased risk of STD/HIV/AIDS /use of condoms<br>- Hard physical work<br>- Environmental exposures<br>- Intimate partner violence<br>- Substance/alcohol use | - Intention of pregnancy Use of alcohol/ substances<br>- Personal coping resources (e.g, self esteem, sense of control over life, self-efficacy) (self-advocacy?)<br>- Personal experiences of racism<br>- Spirituality<br>- Perceived and actual psychological stress<br>- Isolation<br>- Internalized racial oppression<br>- Acculturation<br>- Ability to negotiate safe sex behavior of partner | - Individual financial resources to access to care<br>- Use of available prenatal/postpartum care services<br>- Use of substance (alcohol, cigarette smoking, drug)<br>- Prenatal nutrition<br>- Adequacy of prenatal exercise<br>- "Compliance" with medical advice<br>- Lack trust of health care services<br>- Sporadic use of knowledge<br>- Knowledge and practice of health promotion/risk reduction |

**Poor birth outcomes/infant and maternal survival vs. death**

## Appendix 3: Effect Modification/ Biases

### A.  Assessing Effect Modification

**A1.**     **Overall**                    **Maternal Age < 20**                    **Maternal Age >/= 20**

|       | PTB | Term |
|-------|-----|------|
| Black | 340 | 2251 |
| White | 386 | 3597 |

|       | PTB | Term |
|-------|-----|------|
| Black | 86  | 616  |
| White | 50  | 473  |

|       | PTB | Term |
|-------|-----|------|
| Black | 254 | 1635 |
| White | 50  | 473  |

        **RR= 1.35**                    **RR= 1.32**                    **RR= 1.43**

**A2.**     **Overall**                    **Public Insurance**                    **Private Insurance**

|       | PTB | Term |
|-------|-----|------|
| Black | 340 | 2251 |
| White | 386 | 3597 |

|       | PTB | Term |
|-------|-----|------|
| Black | 253 | 1601 |
| White | 143 | 1401 |

|       | PTB | Term |
|-------|-----|------|
| Black | 83  | 609  |
| White | 239 | 2132 |

        **RR= 1.35**                    **RR= 1.47**                    **RR= 1.19**

**A3.**     **Overall**                    **Education <HS**                    **Education >/= HS**

|       | PTB | Term |
|-------|-----|------|
| Black | 340 | 2251 |
| White | 386 | 3597 |

|       | PTB | Term  |
|-------|-----|-------|
| Black | 74  | 448   |
| White | 66  | 47663 |

|       | PTB | Term |
|-------|-----|------|
| Black | 265 | 1794 |
| White | 319 | 3123 |

        **RR= 1.35**                    **RR= 1.18**                    **RR= 1.45**

**A4.**     **Overall**                    **Inadequate PNC**                    **Adequate PNC**

|       | PTB | Term |
|-------|-----|------|
| Black | 340 | 2251 |
| White | 386 | 3597 |

|       | PTB | Term |
|-------|-----|------|
| Black | 110 | 783  |
| White | 57  | 711  |

|       | PTB | Term |
|-------|-----|------|
| Black | 224 | 1452 |
| White | 323 | 2857 |

        **RR= 1.35**                    **RR= 1.75**                    **RR= 1.36**

## B. Identifying Biases

The Team discussed that potential biases may rise by using data from electronic birth certificate (EBC) and focus groups. Five selected covariates were discussed: maternal age, education, health insurance, smoking status, and prenatal care.

### Data collection from the EBC

Mothers are asked to fill out a parent questionnaire at the birth hospital. The information collected from this parent questionnaire includes maternal education, maternal age and maternal smoking. Designated birth hospital staff also complete a hospital questionnaire that includes payer of delivery and adequacy of prenatal care. The information collected from both questionnaires and the medical record is then inputted into the EBC. The designated birth hospital staff who inputs the data into the EBC varies by birth hospital and includes nurses, physicians, birth registrars and data entry personnel. This variation in professionals may have an effect on a mother's response to a particular question. In addition, if there are concerns for maternal literacy level or maternal language barriers, the designated birth hospital staff fills out the parent questionnaire with and for the mother that may also have an effect on a mother's response to questions.

### Data collection for focus groups

Women from Springfield will be recruited to participate in focus groups in order to to understand their experience with the health care system as black or hispanic women; and as women who experienced PTB. The Team will use the qualitative data gathered from the focus groups to 1) better understand how women in Springfield react to services and interventions they have received while pregnant; 2) assess the range of opinions and perspectives on women's experiences with the healthcare system; and 3) to inform the strategic planning process by identifying effective community approaches to addressing perinatal disparities. In order to engage the local community who will be among the key stakeholders and potential beneficiaries of the information collected through the focus groups, the Team will work with the MCH Commission to develop a written plan and interview guide for the groups. The plan will include the purpose of the group, team members and assigned roles, logistics, participant selection criteria and recruitment, incentives and timelines. The interview guide will include an opening question to break the ice, an introductory question to introduce the topic, a transition question to move discussion towards the topic, key questions to probe the area of interest, and an ending question to close the topic. Each focus group will include 7 – 10 women. A trained moderator from the community will ask questions, listen attentively, and keep the discussion on track. An assistant moderator will take extensive notes, operate the tape recorder, and be responsible for the logistics. The tapes will be transcribed and combined with the assistant moderator's notes. The Team will de-identify all data and analyze the results to identify issues, patterns and common experiences; gain insight into participants perspective on perinatal disparities; and use the participants' experience and opinions, in their own words, to inform the community strategic planning process.

**1B. Information Bias:** Systematic errors in the way disease status or exposure is determined for some or all of the individuals in a study, including recall bias, social acceptability bias and interview bias. These can all lead to misclassification bias. Misclassification bias refers to problems in labeling the cases, controls, exposed and unexposed. Differential misclassification occurs when misclassification is unidirectional.

**Potential information biases from EBC:**
Possible sources of misclassification bias on the EBC may occur when someone other than the mother is filling out the birth certificate, and misclassifies the mothers race based on their own perception of her race, rather than the mother's self-identified race. It would be difficult to determine whether this an unidirectional or bidirectional misclassification.

- Maternal Education Variable: This variable may be based on the interviewer's (a.k.a. person inputting data onto the computer/EBC) perception, especially when the mother's first language is not English. There are different education systems for mothers who receive their education abroad.
- Insurance Type Variable: This variable can be confusing. Women on MassHealth (Medicaid) are sometimes assigned to a MassHealth affiliated Managed Care Organization (MCO) and the women then possess a MassHealth card and a MCO card. The distinction between them and a privately insured woman on the same MCO may not always be clear.
- Maternal Age Variable: If someone other than the mother is filling out the birth certificate, that person could make assumptions about the mother's age. In addition, the actual question on the EBC is asking for the mother's date of birth. Mothers born in other countries may use calendars other than the American calendar, e.g., lunar calendar.
- Maternal Smoking Variable: This variable may be misclassified as maternal smoking status is self-reported by the mother.
- Prenatal Care Variable: This variable is usually entered into the EBC by hospital staff. If the prenatal care chart is not complete, women may be misclassified as having "inadequate prenatal care" when actually the information needed for making this determination is missing.

**Potential information biases from focus groups:**
- Maternal Education Variable: This variable may be misclassified by the Interviewer based on the Interviewer's stereotypical expectations.
- Insurance Type Variable: This variable may be misclassified by the Interviewer based on the Interviewer's stereotypical expectations.
- Maternal Age Variable: This variable may be misclassified by the interviewer based on the Interviewer's stereotypical expectations.
- Maternal Smoking Variable: This variable may be misclassified by the interviewer based on the mother's self report which may not always be accurate.
- Prenatal Care Variable: This variable may be misclassified by the interviewer based on the mother's self report which may not always be accurate.

**2B. Interview Bias:** The tendency to interpret, rather than record, answers to questions administered by an interviewer. The Interviewer may consciously or subconsciously filter responses according to some preconceived notion about the subject.

**Potential interviewer biases from EBC:**
The Interviewer may not be able to read the mother's handwriting and subsequently, the Interviewer may type in incorrect information into the EBC. The Interviewer, being human, is prone to human error (typing error, forgetting a data field, etc.) and the possibility of making an unintentional mistake. In addition, an Interviewer working with a mother who speaks a primary language other than English may may not be able to understand what the mother says or writes, and as a result, may input data as to what they "thought" the mother meant to say. Finally, the Interviewer may not ask

the mother how she classifies her own race but may make an assumption based on how the mother looks or acts.

**Potential interviewer biases from focus groups:**

- Maternal Education Variable: The Interviewer may select specific questions to ask mothers depending on their education level and what they believe to be the mother's level of comprehension. The Interviewer may equate non-English speaker mothers with having a low education level.
- Insurance Type Variable: The Interviewer may have preconceived notions of women based on socio-economic status. Also, the Interviewer may feel embarrassed or ashamed to ask certain questions about a person's personal finances.
- Maternal Age Variable: The Interviewers opinion of what is an appropriate maternal age or opinion of teen pregnancy may affect the question set or differ from mothers prerogative for bearing children (albeit cultural as well).
- Maternal Smoking Variable: The Interviewers opinion of maternal smoking may alter a mother's answers resulting in social acceptability bias.
- Prenatal Care Variable: The Interviewers opinion of "adequate prenatal care" may differ culturally from others.

In addition, there are multiple other factors that may lead to Interview Bias during a focus group. The Interviewer may prompt the mothers during the focus group into giving specific answers. The Interviewer may phrase questions that stigmatize mothers and prompt social acceptability bias. The Interviewer might record answer in "his/her own words" vs. the words of the mothers. The Interviewer might not ask certain questions in order to avoid offending someone.

The issues of race, culture, religion, socio-economic status, and sexual orientation might consciously or subconsciously lead the Interviewer down one path of questions while leaving out other questions. The Interviewer may not speak the same language as the mothers, and therefore interpret their answers in his/her own words. Finally, the Interviewer may anticipate a mother's answer and record the answer inaccurately.

**3B. Recall Bias**: The tendency for people who have a disease (cases) to try harder to recall past experiences than controls. Since cases are usually searching for a cause of disease they maybe more motivated to give questions of this sort more consideration or thought.

**Potential recall biases from EBC:**

- Maternal Smoking Variable: Women may differ in their recollection of the number of cigarettes she may have had during pregnancy.
- Prenatal Care Variable: Mothers may differ in their recollection of their number of prenatal care visits, when their prenatal visits were initiated and/or if their delivery providers were different than their prenatal care providers.

**Potential recall biases from focus groups:**

- Maternal Education Variable: Depending upon the educational experience, some mothers may recall this experience while others may be indifferent. Socio-economics, self-esteem, extra-curricular activities, age, race, and geography are all factors that influence a woman's education experience and influence her opinions or memory of that experience.

- ▪ <u>Maternal Smoking Variable</u> - Women may differ in their recollection of the number of cigarettes she consumes.
- ▪ <u>Prenatal Care Variable</u>: If a mother feels that she had a negative or a positive prenatal care experience, she may recall this experience more readily than her counterpart who had a unremarkable experience. In addition, a mother's preconception as to what "adequate or inadequate prenatal care" consists of may effect her memory of the event and may be influenced by culture, social sphere, geography, and demographics.

In addition, mothers who have a "disease" (cause) may be more predisposed to try harder to recall past experiences that lead to their current situation. Other mothers who are indifferent or who do not feel a significant "cause" may not try as hard or may not have such a vivid memory of past events. Cultural norms or stigmas may also lead to social acceptability bias and prevent a mother from discussing her past memories or events. Furthermore, some mothers may be social, politically, or individually motivated to find an explanation for the "cause" which may lead to recalling events in a slightly skewed light in order to fit the solution for the "cause" (searching bias). Others may be trying to defend or blame and thus, recall events slightly skewed as well or purposely leave out certain events that would be detrimental to their viewpoint (searching bias).

**4B. Social Acceptability Bias:** A tendency for interview subjects to alter their responses in order to make them more appropriate or acceptable.

**Potential social acceptability biases from EBC:**
- ▪ <u>Maternal Education Variable</u>: A mother with less than a high school education may alter her response as women with less than a high school education are generally stigmatized as less intelligent.
- ▪ <u>Payer of Delivery Variable</u>: People receiving public health insurance are generally stigmatized. However, this information is largely gathered directly from the insurance cards and inputted into the EBC.
- ▪ <u>Maternal Age Variable</u>: Younger and older women giving birth may express feelings of stigmatization and it may be reasonable to assume that very young mothers may state an older age while older mothers may state a younger age.
- ▪ <u>Maternal Smoking Variable</u>: A mother who smokes during pregnancy may alter her response as women who smoke during pregnancy are generally stigmatized. Here is a concern of underreporting of maternal smoking during pregnancy due to stigma.
- ▪ <u>Adequacy of Prenatal Care</u>: A mother may report a higher number of prenatal visits and/or report beginning prenatal care during an earlier trimester due to a stigma and a high level of guilt, particularly if the child was born with any complications.

**Potential social acceptability biases from focus groups:**
- ▪ <u>Maternal Education Variable</u>: A mother with less than a high school education may alter her response as women with less than a high school education are generally stigmatized as less intelligent.
- ▪ <u>Payer of Delivery Variable</u>: A mother who utilized public health insurance may alter her response as women utilizing public benefits are generally stigmatized. Many women on MassHealth also receive health benefits through a MCO such as Fallon or Neighborhood Health Plan. In this example, a woman may share that she receives health benefits through a MCO like Fallon and omit that she also receives health benefits through MassHealth.

- Maternal Age Variable: Young and older women giving birth may express feelings of stigmatization and it may be reasonable to assume that very young mothers may state an older age while older mothers may state a younger age.
- Maternal Smoking Variable: A mother who smokes during pregnancy may alter her response as women who smoke during pregnancy are generally stigmatized.
- Adequacy of Prenatal Care: A mother may report a higher number of prenatal visits and/or report beginning prenatal care during an earlier trimester due to a stigma and a high level of guilt, particularly if the child was born with any complications.

**5B. Selection Bias:** Systematic differences in who is included in a study's exposure and outcome groups.

**Potential selection biases from EBC:**
- Preterm Birth and Term Birth: The issue of self-selection through non-response and volunteerism is not relevant to preterm and term births because the EBC is filled out for each birth in Massachusetts and all births are included in this analysis. As for exclusion bias, births are classified as preterm or term based on specific criteria determined by the state and so there isn't the opportunity to self classify or opt out.
- Black and White: Mothers self identify their race on the birth certificate and there may be instances where mothers choose to not respond to this question or an interviewer may decide her race without asking her to self-identify Hafsatou Diop (Technical Analyst),.

**Potential selection biases from focus groups:**
- Preterm Birth and Term Birth: For the focus groups we will hopefully be able to recruit an equal number of women who had preterm and term births but it is likely that there may be selection bias in the focus groups. Women who had preterm births may be more likely to volunteer to discuss their experience than women who had term births. Depending on our outreach methods, we may also be more likely to recruit women who are better connected to a system of care and therefore be more knowledgeable about their risk factors.
- Black and White: It is possible that there would be a difference in black women vs. white women's participation in a focus group. This difference could go either way, black women who know that there is a higher rate of preterm birth in the Black community may be either more or less likely to participate, more if they believe that it will help their community discover reasons for the disparities or less if they believe that the researchers would blame them or their community for the disparity.

## Appendix 4: SWOT Analysis

### PERINATAL DISPARITIES SWOT ANALYSIS

| STRENGTHS | WEAKNESSES |
|---|---|
| <ul><li>Access to strong state data systems – MassCHIP (BRFSS, Birth Data, Etc.)</li><li>Ability to analyze state data using PPOR, PAR, etc.</li><li>Partnering community (Springfield) has MCH Commission, FIMR and Strategic Planning Groups in place, and willing to work with project.</li><li>Strong "facilitator team" made from DPH and BPHC to advise project.</li><li>Heightened national awareness of racial disparities in health care system (IOM report).</li><li>Bilingual/multicultural staff to assist with training, focus groups, and data analyses</li><li>State Commission currently identified to address racial disparities in health outcomes</li></ul> | <ul><li>Lack of sustainable funding</li><li>Serious state-wide and national problem</li><li>Difficulty of identifying and measuring institutional racism</li><li>No staff identified with this as their SOLE responsibility —we are all fitting this in with multiple roles and responsibilities</li></ul> |
| **OPPORTUNITIES** | **THREATS** |
| <ul><li>Possibility of identifying perinatal disparities as a state priority for MCH Title V Block Grant</li><li>Congruence of perinatal disparities as a priority for several communities (Boston, Worcester, Lawrence, Brockton, Holyoke, Springfield) as well as for state</li><li>Strong interest in sharing experiences and lessons learned between communities</li><li>Potential funding from national sources</li><li>Priority concern for many national organizations including AMCHP, MOD, Office of Minority Health (OMH)</li><li>Priority for MCHB and CDC</li></ul> | <ul><li>Lack of funding</li><li>Institutional racism systemic and not recognized by individuals working within the health care system – lack of connection between their practice/behaviors and how they are perceived by their clients.</li><li>Intricate, multi-layered problems encompassing socio-economic factors</li></ul> |

# Appendix 5: Springfield, MA Training Schedule

## Springfield Training in using state and local data to address racial disparities in birth outcomes

### TRAINING PLAN
### Revised 6/15/2005

The Massachusetts Department of Public Health, Division of Perinatal, Early Childhood and Special Health Needs (DPECSHN) and The Boston Public Health Commission (BPHC), Training Team: Maia BrodyField (Community Advocate), Beth Buxton (Program Analyst), Claudia Catalano (Project Coordinator), Karin Downs (Decision Maker), and Penny Liu (Technical Analyst)with additional assistance from Zobeida Bonilla-Vega (Community Advocate/Technical Analyst) Hafsatou Diop (Technical Analyst),

## Roles for Springfield Participants:

Decision Maker – Defines the policy questions or issues; links with other organizations; guides analyses

Technical Analyst – Conducts analyses of state, national and local data using statistical software; responsible for statistical and database manipulation and will provide support to others.

Program analyst – provides expertise on logistics, requirements and purposes of community MCH programs that address perinatal disparities

Community Advocate – represents consumers and individuals who could be influenced by the MCH decisions in this process.  The role of the community advocate is to bring the perspective of those affected by policy and programs into the analytic domain.

Team Coordinator– Coordinates project activities, facilitates communication among team members, coordinates meeting logistics, and organizes and compiles individual and group assignments. This individual provides administrative and logistical support to the entire team.

| Topic | Date | Time/ Place | Participants | Facilitator/ Trainer | Goals/ Content | Resources | Additional Comments Responsibilities |
|---|---|---|---|---|---|---|---|
| Planning Meeting | Possible dates: June 13 8:30 – 9:30 | 1 Hour Springfield | <u>Decision Makers</u> <u>Technical</u> <u>Analysts</u> <u>Program Analysts</u> Community Advocates All interested members of MCH Commission FIMR Strategic Plan Subgroup CBO's Community Health Care Providers Other interested members of community | 2 – 3 members of MATRICHS team (Listed above) | Orient a wider group to the proposed training process Identify goals and outcomes of strategic planning process Develop a time line | DPH - Powerpoint LCD (DPH will provide)  MCH Comm. Room for appropriate numbers of participants | DPH – lead discussion  Responsibilities of MCH Commission/FIMR – identify and notify all appropriate persons of meeting Identify meeting space and time Inform meeting participants of |
| Mass CHIP Training | June 13 9:30 – 12:00 | 2.5 – 3 hours Springfield | Technical analysts, program analysts Anyone interested in learning to use Mass CHIP Should identify SOME people with interest in and willing to help with data collection and analysis | Hafsatou Diop Penny Liu Other DPH staff as appropriate | Participants will learn how to use state and community data available through Mass CHIP Participants will learn how to download and register for Mass CHIP | DPH – lap top and LCH  MCH – computer lab with at least one terminal per 4 participants | If unable to arrange a computer lab, DPH can demonstrate the program through projection with an LCD – a computer lab would give participants an opportunity to directly manipulate data and navigate the Mass CHIP system. |

| | Date | Day / Location | Audience | Training Team | Content | Resources | Possible training topics: |
|---|---|---|---|---|---|---|---|
| University of Rochester Training | June 27 (previously scheduled date based on Univ. of Rochester availability) | Full day / Springfield | Decision Makers Program Analysts Technical Analysts Community Advocates | Univ. of Rochester – MATRICHS Training Team | Content will be discussed and identified at the Springfield Planning Meeting | DPH- laptop, LCD, training materials / MCH Commission – room for training | Introduction to Epidemiology 1 and 2 PAR Program Evaluation |
| University of Rochester – Part 2 | June 28 | Full Day / Boston | Decision Makers Program Analysts Technical Analysts Community Advocates Open to anyone wishing to participate and travel to Boston | Univ. of Rochester – MATRICHS Training Team | Content will be identified by Massachusetts MATRICHS team | DPH/MATRICHS - laptop, LCD, materials | |
| PPOR/ PAR Training | Late August/ Early September | Full Day (if we include both PPOR and PAR) Half day (for just one of these trainings) Springfield | Technical Analysts (but open to others interested) One possibility is to identify staff from a local academic institution who could then provide support for students to carry out PPOR projects (analyze data and present to MCH Commission) (limit to 20) | Hafsatou Diop Penny Liu Emily Lu Karin Downs | Recognize and understand all components of PPOR approach Achieve a common understanding of what it takes to conduct the first phase of analysis | DPH – Lap top, LCD, training materials / MCH Commission – training room for 20 participants - with ability to break out into groups of 4 or 5 | Full day training – would need to schedule in lunch and breaks |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Focus Group Training | Early September | Full Day Springfield | Community Advocates, program analysts (and interested others) Community staff who would be helping to conduct focus groups (limit to 20 participants) | Zobeida Bonilla-Vega MATRICHS staff | Describe key logistical and content features of conducting focus groups Create focus group protocols centered around disparity data Identify uses for MCH data focus groups in their own communities Participate in focus group role playing | DPH – Lap top, LCD, training materials MCH Commission – training room for 20 participants – with ability to break out into groups of 4 or 5 | Full day training – would need to schedule in lunch and breaks |
| Framing the Issues | October | Full day Springfield | Decision makers, program analysts, community advocates All interested members of MCH Commission FIMR Strategic Plan Subgroup CBO's Community Health Care Providers Other interested members of community (no limit on the number) | MA MATRICHS Team Possible Outside trainers – Undoing racism Michael Lu Jim Collins | Racial disparities in Perinatal Outcome – National, state and city data Understanding racism – institutional, personally mediated and internalized Understanding the impact of racism on perinatal health | DPH – Lap top, LCD, training materials MCH Commission – training room for number of participants registered | Full day training open to as many members of the community as possible – will need to schedule breaks and lunch |

| Strategic Planning | November - December | Full day Springfield | Decision makers, program analysts, community advocates and at least one technical analyst. Members of Strategic Plan Subgroup FIMR MCH Commission leaders Community leaders (20 participants) | MA MATRICHS Team | Present data from PPOR, PAR and Focus groups to: Map an ecologic model of the community Develop a logic model to inform policy and identify program priorities | DPH – Lap top, LCD, training materials MCH Commission – training room for number of participants registered | Full day training open to as many members of the community as possible – will need to schedule breaks and lunch |
|---|---|---|---|---|---|---|---|

# EXHIBIT B
# (Part 1)



# MASSACHUSETTS PERINATAL DISPARITIES PROJECT

## MOVING DATA INTO ACTION

# Overview



- Background
- Project Goals
- Community Profile
- Study Question
- Data Sources
- Methods
- Results
- Data to Action

# **Background**
## **Statement of Need**

- High perinatal disparities based on race
- Blacks three to four times more likely to experience:
  - ○ Preterm Birth
  - ○ Low Birth Weight
  - ○ Feto-Infant Death

# Trends in Preterm Birth (< 37 weeks gestation) by Race, Massachusetts: 1990-2003[*]



[*] Massachusetts Department of Public Health, Center for Health Information, Statistics, Research, and Evaluation, Research and Evaluation, Research and Epidemiology Program. Massachusetts births 2003. Boston: Massachusetts Department of Public Health; 2005.





*Massachusetts Department of Public Health, Center for Health Information, Statistics, Research, and Evaluation, Research and Evaluation, Research and Epidemiology Program. Massachusetts births 2003. Boston: Massachusetts Department of Public Health; 2005.

# Goal #1
## MA Perinatal Disparities Project

■ Enhance the capacity of the community partners to address racial disparities in birth outcomes by collecting and analyzing state and local data to inform policy and identify program priorities

# Goal #2
## MA Perinatal Disparities Project

- Establish a formal communication network between Massachusetts communities to encourage information sharing, raise public awareness, advocate for resources to eliminate institutional racism defined as differential access to the goods, services, and opportunities of society by race.

# **Community Profile**

- Springfield: third largest city in MA
- High racial disparities in birth outcomes
- Poverty Indicators:
  - Median Household income $30,400 (MA at $50,500)
  - Per Capita Income at $15,200 (MA at $26,000)
- Presence of FIMR



# Massachusetts Map



# EXHIBIT B
# (Part 2)

# Study Question

- Within the last 5 years (1998-2002) in Springfield, MA, what factors contributed to the excess of poor birth outcomes including fetal/infant death, preterm births, and very preterm births among blacks?



# Source of Data

- MassCHIP (http://masschip.state.ma.us)

- Vital Registry

- Community Sources

# Analytic Methods

- Quantitative Methods:
  - Bivariate analysis
  - Population attributable risk (PAR)
  - Perinatal periods of risk (PPOR)
- Qualitative Methods
  - Focus groups

# Results

## Preterm Births by Selected Maternal Characteristics, Springfield, MA 1998-2002*



# Results

## Selected Maternal Characteristics by Race/Ethnicity, Springfield, MA 1998-2002*





# Results
## PAR % for VLBW in Springfield: 1998 - 2002

| Risk Indicator | PAR % |
|---|---|
| Black | 36.20% |
| Hispanic | 28.21% |
| Public insurance | 16.34% |
| < High school education | 10.85% |
| Smoking in pregnancy | 6.24% |
| Maternal age < 20 years | 5.32% |
| Inadequate prenatal care | -0.01% |

# EXHIBIT B
# (Part 3)

# **Results**

## Overall Feto-Infant Mortality Springfield, MA:1998-2002*

|  | **Fetal Deaths** | **Neonatal** | **Post neonatal** |  |
|---|---|---|---|---|
| 500-1499 g | **Maternal Health/ Prematurity** 3.5 | | | 8.4 |
| 1500+ g | **Maternal Care** 1.3 | **Newborn Care** 1.0 | **Infant Health** 2.6 | |

# Results

## Excess Feto-Infant Mortality among blacks in Springfield, MA 1998- 2002



* Reference group: MA, non-Hispanic white mom >= 20 years, >= 13 years of education

# Results

## Excess Feto-Infant Mortality among whites in Springfield, MA 1998- 2002



* Reference group: MA, non-Hispanic white mom >= 20 years, >= 13 years of education

# Results

## Excess Feto-Infant Mortality among the blacks and whites in Springfield, MA: 1998-2002*



* Reference group: MA, non-Hispanic white mom >= 20 years, >= 13 years of education

# Number of Excess Deaths

## Springfield MA, 1998-2002

| Groups | Excess Rate (per 1,000) | Live Birth Fetal Death | Number of Excess Deaths |
|--------|--------|--------|--------|
| All | 4.2 | 12,017 | 51 |
| White | 2.5 | 4,019 | 10 |
| Black | 8.5 | 2,604 | 22 |

* Reference group: MA, non-Hispanic white mom >= 20 years, >= 13 years of education

# Qualitative Methods: Focus Groups

- Developed a comprehensive training curriculum on
  - ○ how to conduct focus groups
  - ○ developing questions
  - ○ ensuring reliability and validity
  - ○ data analysis
- Plan to conduct training and conduct focus groups in winter 2006-2007

# Process Methods

- Ecological Model

- SWOT Analysis

- Logic Model

- Training Plan



# EXHIBIT B
# (Part 4)

# Ecological Model

- Acknowledges the importance of the social, physical, and biological environments within which people live.

- Relates these factors with perinatal outcomes.

- Creates an opportunity to view this issue from a multi-level perspective.

- Can lead to logic modeling that will help identify program strategies to address racial disparities in perinatal outcomes.

# SWOT Analysis

- Strengths, Weaknesses, Opportunities, Threats

- "Strengths and weaknesses are usually internal and refer to the present state of the organization, while opportunities and threats are typically external and future oriented."

  -John M. Bryson, 1995

# Logic Models

- Systematic, visual tool to present a planned program with underlying assumptions and theoretical framework.

- "Picture" that diagrams why and how a solution will work.

- Components linked causally by time order or sequences of actions; directly connected to state goals/objectives or program.

# Training Plan

■ Developed a training plan focused on collecting and analyzing data, framing the issue, and developing a strategic plan to address perinatal disparities in the community.



# Moving Data to Community Action

# Framing the Issue with Springfield

- Identified perinatal disparities at the community level

- Identified factors in the community that contribute to the excess of poor birth outcomes among blacks

- Understand the role of racism in perinatal disparities

# Springfield FIMR

- Perinatal Disparities Community Partner: Springfield Fetal Infant Mortality Review (FIMR) Team

- FIMR Group coordinated by the City

- Membership includes a Pediatrician, EI, MDPH, Community Nurse, SIDS Coordinator, & City Officials

# Strategic Planning



- Plan to Develop a Strategic Plan using community based data:
  - ○ To inform policy, and
  - ○ To identify program priorities.

# **Action Steps**

- ■ Target investigations and prevention efforts on the gap.

- ■ Focus FIMR activities on the maternal and infant health issues contributing to the gap.

- ■ Describe in greater depth the risk factors, events, or services that may contribute to the gap.

# Developing a Strategic Plan with Springfield

- Develop a plan that will provide a framework for evidence-based programs through the use of analytic and process methods.

- Engage in planning that identifies strategies to increase public awareness and inform policy action to address institutional racism.

- Disseminate results throughout Springfield and other Massachusetts Communities.

# Next Steps

- Create a statewide communication network

- Develop and disseminate a toolkit that includes a training manual

- Strengthen community FIMR's to address perinatal disparities

# Contact Information

- Beth Buxton-Carter
  - beth.buxton-carter@state.ma.us
  - 617-624-5910
- Hafsatou Diop
  - hafsatou.diop@state.ma.us
  - 617-624-5764
- Karin Downs
  - karin.downs@state.ma.us
  - 617-624-5967