UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ARISE FOR SOCIAL JUSTICE; ¿OISTE?;
NEW ENGLAND STATE-AREA
CONFERENCE OF THE NAACP; REV.
TALBERT W. SWAN, II; NORMAN W.
OLIVER; DARLENE ANDERSON;
GUMERSINDO GOMEZ; FRANK BUNTIN;
RAFAEL RODRIQUEZ; and DIANA NURSE,

        Plaintiffs,

    v.

CITY OF SPRINGFIELD and SPRINGFIELD
ELECTION COMMISSION,

        Defendants.

---

Civil Action No.05-30080 MAP

## AFFIDAVIT OF SHEILA HEEN

I, Sheila Heen, hereby certify as follows on the basis of my personal knowledge:

1.  I currently am Partner at Triad Consulting Group, located at 50 Church Street, Suite 3, Cambridge, MA 02138.

2.  A copy of my curriculum vitae is attached to this Affidavit at Tab A.

3.  My main duties at Triad include working, at a management level, with governmental, corporate, and educational clients to mediate their disputes. I diagnose conflicts, design interventions, and facilitate and mediate dialogue.

4.  Before founding Triad, I served as a senior consultant and program manager at the Conflict Management Group ("CMG"), a mediation consulting firm located in Cambridge, MA. In 2004, CMG merged with the Mercy Corps humanitarian, an international humanitarian aid and development charitable organization.

5.  My main duties at CMG included conflict diagnosis, intervention design, and facilitation and mediation of dialogue.

6.  In 1996 and 1997, I served as a project manager for CMG for a retreat called "CommUNITY '97," which took place in June 1997. The retreat was the culmination of a nearly 18-month effort led by a small group of Springfield

residents concerned about healing divisions in the city. We brought together approximately 50 community leaders and concerned citizens from the greater Springfield area. I organized and facilitated discussions on topics including racism and relations between the police and the residents of Springfield.

7.      The efforts of CMG leading up to the retreat, the proceedings of the retreat, and follow-up by participants immediately following the retreat are reported in "Springfield: A CommUNITY in Progress" (the "Report"). The purpose of the report was to educate the city about ideas brought forward by community leaders who expressed their opinions and relayed their observations about race relations and community-police relations in Springfield. A true and accurate copy of the Report is attached at Tab B. CMG prepared the Report for the City of Springfield in August and September 1997.

Signed under penalties of perjury this 31 day of January, 2007.

Sheila Heen

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

                          <u>/s/ Paul E. Nemser</u>

# EXHIBIT A



**TRIAD**
CONSULTING GROUP

## Sheila Heen

Sheila is a partner at Triad Consulting Group and a Lecturer on Law at Harvard Law School. She also teaches courses for executives and lawyers through Harvard's Executive Education series.

Through her consulting practice Sheila has worked with a wide variety of clients. In addition to corporate clients like Ford, Fidelity, IBM, Chevron, DuPont and Merck she has also provided training for the Singapore Supreme Court, assisted Greek and Turkish Cypriots grappling with the conflict that divides their island, and worked with Requestors who talk to families about donating a loved one's organs for the New England Organ Bank. She has for many years been working with The Citadel Military College of South Carolina as they make the transition to coeducation.

Sheila has spent the last ten years with the Harvard Negotiation Project, developing negotiation theory and practice. She specializes in particularly difficult negotiations – where emotions run high and relationships become strained. Sheila is co-author, along with Douglas Stone and Bruce Patton, of the *New York Times* Business Bestseller, *Difficult Conversations: How to Discuss What Matters Most* (Penguin 2000).

One of the side benefits of writing *Difficult Conversations* has been the chance to appear on shows as diverse as *Oprah* and the *G. Gordon Liddy* show, NPR's *Diane Rehms Show, The Connection* with Christopher Lydon, *Fox News,* and CNBC's *Power Lunch*. Her articles on negotiation have appeared in the *Negotiation Journal*, Oprah's *O Magazine, Fortune* and *USA Weekend,* and *Real Simple* magazine.

Sheila is a graduate of Occidental College in Los Angeles, and Harvard Law School. She continues to be schooled in negotiation by her six-year-old.

Copyright © 2006 by Triad Consulting. All rights reserved.

5

# EXHIBIT B
# (Part 1)

# Springfield:
# A CommUNITY in Progress

An update prepared by

**Conflict Management Group**
20 University Road
Cambridge, MA 02138

*September 10, 1997*

SFP001226

This report was prepared by Conflict Management Group for the City of Springfield, Massachusetts. Copyright © 1997. All rights reserved.

This report may not be reproduced or distributed without the written permission of CMG or the Organizing Committee. For permission or more information contact:

**Conflict Management Group**
20 University Road
Cambridge, MA 02138
(617) 354-5444

or:

**The Organizing Committee**
c/o Paul Robbins
32 Hampden
Springfield, MA 01103
(413) 737-8757

SFP001227

## Acknowledgments

This update is the result of the combined efforts of many dedicated individuals. It was compiled and written by CMG consultants Sheila Heen and Theodore Johnson with editorial assistance from Michael Moffitt and project assistants Erica Stein and Tamsen Schultz.

CMG is particularly grateful for the tireless efforts of our four project interns: Bridget Gallagher, Karen Blackman, Mark Relthford and Karen Chandler. Their contribution made the complex task of logistics through out this project possible through scheduling appointments and arranging interviews, transcribing notes and diagnostic data, logistical assistance for retreat planning, organizing and maintaining internal communication processes, and assistance at the retreat site to facilitate the needs and comfort of participants.

We also acknowledge the special efforts of project assistant Edward Choi for project computer assistance. We thank CMG Executive Director Robert Ricigliano and Senior Consultant Diana Chigas for their overall guidance of the project. We especially acknowledge the contributions of Sherlock Graham-Haynes and Douglas Stone, who have each pioneered work in shifting the focus of conversations and giving people the skills to work through difficult issues constructively. Rachel Cobb made a special contribution toward documenting and creating a process for assessing this event.

*Most of all, we acknowledge and thank the Organizing Committee, the retreat participants and the people of Springfield, whose vision and courage to connect with each other through this process make their vision achievable.*

SFP001228

# Springfield:
# A CommUNITY in Progress

## Table of Contents

Where is Springfield now? ............................................................................1

How did we get here? ...................................................................................2
  Early Challenges & Planning.......................................................................2
  The Diagnostic Process .............................................................................3
  Diagnostic Findings .................................................................................5
  Preparing for the Retreat .......................................................................11
  What happened at the Retreat.....................................................................14

What's happening now? ................................................................................20
  The Process & Dialogue Group ....................................................................20
  The Economics Group ..............................................................................22
  The Education & Youth Group......................................................................23
  The Police-Community Relations Group ...........................................................23

Where do we go from here? ...........................................................................25
  The need to broaden participation ..............................................................25
  The challenge of integration.....................................................................26
  The need for communication & coordination.......................................................26
  Conclusion .......................................................................................28

**Appendices**

| A | Organizing Committee List |
| B | List of People Interviewed |
| C | CMG Staff |
| D | Invitation lists and text of invitation |
| E | Retreat Agenda |
| F | Working Group members |
| G | Working Group ideas |
| H | Press Coverage, Feb 1997-Aug 1997 |
| I | Project Funding Sources |

SFP001229

# Springfield:
# A CommUNITY in Progress

*An update*

SFP001230

## WHERE IS SPRINGFIELD NOW?

For a few Springfield residents, the city of Springfield looks different today than it did a few months ago. At that time, hostility between police officers and citizens, racial tensions, and public accusations pervaded the press and private conversations. Many in the city reported feelings of cynicism and hopelessness about their community's future.

Today, in small pockets, conversations are happening. Honesty is shared, and heard. Plans are made, and people are working together to bring about change – slowly and in small ways, but building towards something that could transform the way the people of Springfield live, work, play, and relate to each other.

One needs only look to Springfield's newspapers over the last six months to get a sense of this shift. A February 1997 story reports frustration about police mistreatment, lack of officer accountability, and doubts that the stereotypes held by blacks and whites can ever be overcome. In April, yet another incident occurred: the beating of a Black motorist by a White police officer. There were renewed calls for justice.

There were also calls for unity. This search for unity, for looking toward the future, spurred over 150 people to accept an inviation to talk about Springfield's problems and its future. In June, it brought 43 people together to talk, to listen, to try to work together for change.

And change is happening. Since April, Mayor Albano, the Human Relations Commission, Putnam School counselor Dawn Rogers and others through out the community have been at the forefront of initiatives for change. These leaders are creating a law enforcement and youth mentorship program, calling on banks to assist minority community and women-owned businesses, making recommendations for increased public scrutiny of the police department, talking about justice on the steps of city hall, and inviting President Clinton to use Springfield as host city for his national town meeting on race relations. Now there is something new to report in Springfield – a new spirit of excitement and a new sense of hopefulness.

Today's headlines in Springfield read differently: *Nation ponders racial rift as Springfield gets busy. Group sows seeds of racial harmony.* The tension in the press *these* days is over just who is doing the *most* to spark change in the city.

From CMG's worldwide experience we know that changes in human behavior don't happen overnight, it is a process which takes time. Springfield is at the beginning of that process. We see a flurry of positive things happening and greater numbers of people moving toward each other rather than moving apart. We now believe that Springfield can confidently quote the words of Dr. Martin Luther King Jr., "We're on the move now."

Springfield is on the move. And there are important opportunities for everyone to become involved and play a part.

*Springfield: A CommUNITY in Progress*                    SFP001231          1

# How did we get here?

In the Spring of 1996, a group of Springfield residents came together, concerned about increasing racial tensions in the city. The shooting and death of a black youth by a white police officer, the macing of an elderly black woman by a white police officer, the arrest of a large number of black youth at an after-hours club had caused a deterioration in police-community relationships. The group began to explore how to manage the problem of increasing racial tension, and sought to set up a process for dealing with incidents which would likely occur in the future.

This group, which became known as the Organizing Committee, pooled their resources and invited Conflict Management Group to come to Springfield to see if they could help. CMG is a small non-profit organization affiliated with Harvard University and specializing in communication and conflict management in tough situations. With experience in South Africa, Cyprus, and the former Soviet Union, the Organizing Committee hoped that CMG could help Springfield to identify and manage some of the divisive issues it was facing.

The initial Organizing Committee included representatives from the religious community, business community, the mayor's office, the Massachusetts Commission Against Discrimination, education community, press, community organizations, the Chief of police and members of the police department (a complete Organizing Committee list can be found in Appendix A).

## Early Challenges and Planning

Several challenges faced the organizing committee. First, it was not an "official body" within the socio-political structure of Springfield, nor was it empowered to make policy decisions. Secondly, as a group of only twelve concerned citizens within a city of 150,000, it could hardly assume to be a credible voice for the entire community. Third, as an ad hoc group, it had no funds at its disposal or under its control to hire a consulting firm. Fourth, there was not a clear consensus within the organizing committee on what the key issues were, nor their order of priority. At the same time, there *was* a clear consensus that an effective broad-based intervention was urgently needed.

**Designing a process:** The CMG advance team of Robert Ricigliano, Theodore Johnson and Sherlock Graham-Haynes was given a thorough briefing regarding the committee's perception of key issues in the community. The committee was advised that holding a single event as an intervention strategy was certain to be ineffective and would fail to meet the community's long term interest in bringing about change. Instead, Springfield needed to establish a community empowering process capable of operating at three levels:

SFP001232

1. healing and reconciliation for past concerns,
2. managing current and ongoing tensions, and
3. creating and moving toward a vision for the future.

To create this process CMG recommended that a group of 30 to 50 people from the greater Springfield area be invited to participate in a community planning retreat. Two initial criteria were proposed regarding retreat attendees:

1. the group should be a representative cross-section of the community,
2. the group members must be credible to all constituencies in the community.

As part of the retreat planning process, CMG agreed to conduct an extensive diagnostic process by interviewing a minimum of 100 to 150 individuals from throughout greater Springfield.  From these interviews, the CMG staff expected to develop a better understanding of community issues and concerns, identify potential attendees for the retreat, and build support and buy-in for the overall process. Following the interviews and as part of the diagnostic process, CMG would consult with the Organizing Committee to select a date for the retreat, identify potential retreat attendees and design an agenda.

**Securing funding & final preparations:**  CMG submitted a draft proposal outlining its recommendations, the phases of the project and a proposed budget. During the Summer and early Fall of 1996, the Organizing Committee arranged for CMG to meet with potential financial backers, including the CEOs of several local businesses, a task force of the Chamber of Commerce, and the Board of the Greater Springfield Chamber of Commerce. ( See Appendix I for a complete list of funding sources for this project).

In November 1996, the Mayor, the District Attorney, the Police Chief, city councillors, state representatives, ministers, organization leaders, business leaders, educators, and citizens gathered to kick off the CMG/Springfield project. This diverse came together unified by their hope for change and commitment to the process, and spoke to that hope at a press conference organized at the Rebecca Johnson School.

A critical component in the development and implementation of this process has been the work of the Organizing Committee. Remarkably, this group has been able to transcend racial, political, ideological, religious and gender lines.  In doing so, they have focused on developing common community concerns and tapping into leaders and others who devoted their time and energy into making this process a reality.

## The Diagnostic Process

Designing an intervention process which would meet community needs in Springfield required listening closely to the community and hearing how people defined the issues and

problems they were facing. Although there are several methodologies for gathering information from communities, CMG chose the individual and group interview methodology. In addition to merely obtaining information, individual interviews afford the opportunity to establish a presence in the community, to develop relationships, to build trust in the process, and to develop a vision of how people in the community might come together around their common concerns.

The **overall objectives** of the interview process were to understand people's:

1. perspective on what the city's problems are, and what might be causing those problems,
2. vision and hopes for the future of Springfield,
3. views on what might be the results of a successful planning retreat and,
4. suggestions for specific steps to be taken to make needed changes in the community.

**Whom to talk to?** For several months, CMG staff worked closely with the Organizing Committee, elected officials, members of community organizations and others to identify and collect hundreds of names for potential interviews. One of the key issues in Springfield is about class and racial divisions. To be thorough and credible, the interview process had to cast a wide enough net to include people from all races, classes and levels of society in Springfield.

An often repeated concern was that the same people and the same voices were consistently heard around issues affecting the community. For this process and its outcome to be different, it was crucial that new and different voices be brought into the process. CMG received over 500 recommended names in an initial set of lists from the Organizing Committee. The names included people who were either known to the committee, or people who the committee felt could make a valuable contribution to the development of the process.

From these initial lists, the CMG staff organized the names into several constituency groups. These categories included: political officials, education community, business community, youth and students, community councils, community-based organizations, religious communities, press/media, community members, and police. Within the police department there were sub-categories of administration, unions, community policing, rank and file, and the police academy. These lists were not treated as limiting and there was a continuing effort to broaden and expand the lists as the process moved forward.

In December of 1996, the diagnostic interview process began by conducting a select and limited number of interviews. Following a preliminary analysis of those interviews, the e process, In January of 1997, the interview process was into the full scale interview process. Four CMG interns did the groundwork to keep Ted Johnson and Sherlock Graham-Haynes of CMG busy interviewing citizens full time between January and early March (a complete list of all individuals and organizations interviewed is included in Appendix B; a list of CMG staff involved is included in Appendix C).

After completing the interviewing process, CMG sat down with the results. SFP001234

**Diagnostic Findings:**

Springfield, Massachusetts is both unique and similar to many small to mid-size American cities. It is unique because of its geographical location in Western Massachusetts, its special historical development, its appointment of the first woman police chief in the State of Massachusetts. It is also unique because of its people and their commitment to the sense of community feeling they knew Springfield had in the past. Yet like many cities today, Springfield is struggling with issues of educational quality, economics, crime, public safety, race, diversity, and inclusion.

Over the last decade, these issues have increased tensions among Springfield's communities and institutions. The community has been divided over how to deal with issues such as police conduct in minority communities, creating fair economic development, and establishing educational priorities. These divisions have led to an erosion of trust among the city's leaders and institutions, cynicism about efforts to change, and a sense of hopelessness and despair about the future ability of people in this community to live together harmoniously.

Specifically, CMG's findings center on residents' perceptions of the problems and their visions for a better Springfield, and a set of troubled dynamics which make working together to achieve that vision difficult, if not impossible.

**Perceptions of the Present Problems:** A community with very different perceptions of what the problems are, and what needs to be done, will have a harder time working together for change. The CMG team was looking to find an entry point or intersection where there might be common perceptions of the problems, and complementary visions for the future. Such an intersection was found. At the same time, there were fairly consistent perceptions of the present problems and concerns within the various communities of Springfield.

In Springfield, whether old, young, rich, poor, White, Black, Hispanic or Asian, a member of the police force or a civilian, citizens voiced strikingly similar concerns.

Perceptions of the city and its problems fell loosely into three categories: police-community relations, socio-economics, and community issues and concerns.

### 1. Perceptions of Police-Community Relations

One of the initial reasons CMG was invited into Springfield was to help people focus on the issue of police-community relations. This is a critical issue for many residents, although it is not the only issue people feel requires concentrated community attention. The most serious concerns were heard from members of largely poor neighborhoods and people of color, especially the black community. Although we refer to "the community" in this section of the update, it is important to note that individual members often disagreed about what was most important, or how they felt.

The findings reported below relate not only to the community's perceptions of police, but also police perceptions of themselves and their relationship to the community.

Some of these perceptions include:

- The police department operates with a siege mentality – an us vs. them approach to the community. As such, people feel their concerns and most of their complaints are not responded to.
- The complaint process is intimidating and silences people.
- Police don't take the opportunity to build relationships with people in the community, especially with youth.
- There is little if any ongoing communication or dialogue between the police department and the community.
- There are no opportunities for cross-cutting activities between the police and community.
- There is a core group of officers who engage in racist behavior and who are not disciplined for that behavior, creating a cycle which reinforces continuing bad behavior.
- There is a gap between officers' official code of conduct and their actual practice.
- The entrenched power structure is unwilling to change – it is stuck in a time warp trying to maintain its historical image as a male-dominated WASP organization.
- Negative pressure is constantly placed on police by business.
- Limited opportunities for job advancement within the department leads to the narrow focus of "just doing the job" with no incentive to change.

## 2. Community Issues and Concerns

Analysis of hundreds of responses to questions about people's own neighborhoods, as well as the greater Springfield community, revealed concerns about five issue areas: safety concerns, a lack of leadership responsiveness, resulting distrust and isolation, and an overall lack of a cohesive community identity and response.

**a. Safety Concerns.** Safety is not only a basic human need, but also a concern that transcends many of the overall issues in Springfield. Fear, as a result of feeling unsafe, leads to negative reactions across all levels of a society. Fear may keep police officers from interacting with members of the community. In response, members of the community fear police officers who isolate themselves from the community. Any incident which triggers these dynamics mutually reinforces each side's fears of the other. Finding ways to increase people's sense of safety eases fear and increases the potential for developing relationships and better interactions.

Many people in Springfield feel unsafe. Parents fear for the safety of their children while playing in neighborhood parks, while going to and from school, and in interactions with police. People are frightened of the number of guns in the community and the potential this creates for violence. Some worry about the

influence and impact of gangs in their neighborhoods, as well as the socio-cultural conditions which allow gangs to exist.  People also feel anxious about the messages of hate and division voiced by some in the community.

**b. Lack of leadership responsiveness**.  People feel that leadership in the city, and in their communities, does not affect their daily lives.  Many feel that they have little input to the decision-making that impacts them.  There is a sense that leaders fail to follow up on commitments and promises. Leaders seem not to practice what they preach.  For example, appointments to boards and commissions look more like political favors and not attempts to deal honestly with community problems.

There is a sense of inertia or lack of movement in communities, and leadership does little to break that inertia. Notwithstanding the existence of neighborhood and community councils, people feel these councils receive insufficient financial backing to make them effective and the council leadership (e.g. boards etc.) do not reflect the make-up of the community.

People are also concerned about the lack of emergent leaders.  It seems that the same few people are the only ones willing to take on leadership responsibilities.

**c. Distrust.**  The lack of responsiveness to people's concerns and the failed attempts to address needs have led many people to develop a fundamental mistrust of leaders, social structures, and community institutions.  Many people were cynical about any effort to bring changes to Springfield not only because past attempts have failed, but also because many believe the powerful have a vested interest in maintaining the status quo.

This feeling of cynicism and mistrust was so deep, that the proposed CMG process was seen by some as merely a pawn to "keep a lid on the problem," "appease the natives", and wait for the issues to "cool down."  Some felt that since they saw no real commitment to change, the effort to produce change, financed through the Chamber of Commerce and other elites, was an inherently suspect process that would ultimately produce no change.

**d. Isolation/Separation.**  Many throughout the greater Springfield community feel isolated by virtue of where they live, work and socialize.  Others have voluntarily separated themselves from interacting with people who are different racially, religiously, or economically.  The net effect is that people within communities and between communities lack cross-cutting activities and opportunities to come together.

Some express concern that white and black churches fail to promote interaction. Having a few parishioners visit on occasion is not enough.  Too many ministers preach what is politically correct or spiritually pleasing and tend to avoid the tough messages of racial healing and reconciliation and building loving relationships with people who are different.

Many see Springfield as a segregated city. The historical leadership was Irish Catholic and later extended to other Anglo Europeans. The neighborhoods which developed reflect that historical leadership; people are isolated from anyone who was different. The influx of Blacks, Hispanics, and Asians created social and economic pressures which has led to suburban flight by whites and affluent blacks seeking to separate themselves from the immigrants.

Press and media tend to reinforce people's negative perceptions and attitudes about the urban Blacks and Hispanics. These attitudes affect where people choose to live and raise their families and their choice of social involvements: "my children will get a better education in Longmeadow than in Springfield." These choices perpetuate isolation and separation.

An unfortunate consequence of isolation and separation is an "us vs. them" dynamic and a "go it alone" mentality which creates suspicion of attempts to help or affect change.

**e. Lack of Community Cohesiveness.** In general, the community lacks cohesiveness. Community organizations compete against each other rather than finding ways to work together for common concerns. Too many people have their own agendas which pull the community apart rather than draw it together. As a result, there is no common community, vision or focus.

The community is often quick to react to particular incidents, e.g., Schoolfield, Plunket, Nubian Club, etc. At the same time, this reinforces a reactive rather than a proactive modality. As a result the community comes together only when it is in crisis, which tends to feed feelings of hopelessness, despair and negativity.

The community has failed to embrace values which support better education for youth. Incidents of racism have occurred not only in various communities, but also in schools. Some community members see kids as problems to deal with rather than as resources.

### 3. *Perceptions about Socio-economics*

Many people feel that economics drives many of the issues and problems in Springfield. The economic downturn in the late 1980's created very real fears about losing jobs, homes, and security. As a result, community concerns have taken a back seat to economic concerns. Any process which attempts to deal with needed change in Springfield must necessarily include key economic issues. Some of those issues include:

- Lack of mainstream business investment into communities of color.
- Lack of direct control over capital flows into communities of color.
- Too few people of color in financial decision-making positions.
- Lack of community support for minority entrepreneurs.
- Lack of substantive and meaningful job training and employment

opportunities for youth and minorities.

**A Vision for the Future**: While the issues and problems facing Springfield were grim, citizens' visions for the future of the community offered hope, and an abundance of opportunities to focus efforts for change.

*1. A vision of better police-community relations.* The description of what people envision for police-community relations represents more than a reversal of the current tensions. Some of the key vision points include:

- A police department and a community which are mutually interdependent.
- Proactive police management with visible supervisors in the community.
- Police feeling proud to go into any neighborhood in the city; feeling safe and respected.
- Youth and police officers comfortable enough to have conversation with each other.
- Neighborhood seminars with police and community police beat meetings to identify causes of crime and build better relationships with police.
- Fewer beatings of people arrested by police and fewer complaints being filed against police, especially by people of color.
- An accessible, responsive, and user friendly civilian complaint process.
- Balanced recruiting to create a department which reflects the make-up of the community.
- Increased level of community-minded training in the academy.
- A department where officers feel safe being anti-racists.
- Police department oversight and accountability which is civilian and truly independent.
- Greater media reporting of positive interactions between police and the community.
- A police department which is willing to look critically at itself.

*2. A vision of better communities.* As people thought about what they'd like their communities to be, their interests tracked the five key concerns previously expressed:

**a. Safety.** Lowered violence both within the family and also in the community.

**b. Leadership responsiveness.** Have more "real people" involved in shaping policy and decision making. Increased cooperation between black leaders and police. More parent leadership of their children. Religious leadership taking a more proactive role to bridge the gaps.

**c. Building trust.** Acknowledgment that racism has and continues to be a challenge – and that the community must also move forward together. Focus on creating opportunities for different individuals and organizations to work together on projects to incrementally build confidence. Reframe attitudes and outlooks to

focus on how people can work together rather than finding reasons why they can't work together. Work to develop a common community vision and agenda.

**d. Easing isolation / separation.** Focus more on activities which bring people from different neighborhoods together and begin to create community-wide interdependence in addition to neighborhood pride and self-sufficiency.

**e. Building a better sense of community cohesiveness.** There would be increasing communication within and among communities. Set up a process which not only promotes ongoing honest dialogue within the community, but also focuses on people's strengths to create long-term community solutions. Work to establish common respect for all individuals, especially young people. People should be seen as individuals with unique talents and not sorted by race/sex/ethnicity. Making a commitment to understand people more before judging them. Restoring Springfield's image as the city of homes and sending the message that all are welcome.

3.  *A vision of economic progress.* In the area of socio-economics, the vision includes:

- An eagerness of mainstream business to advertise in community newspapers.
- Increased opportunities for minority contractors for jobs bid out in the community.
- A willingness of mainstream business and the city to agree to visible and measurable benchmarks to increase economic opportunity in minority communities.
- Financial institutions show more dedication to needs of minority community – e.g., higher loan approval rating.

If we look only at people's perceptions of the current situation, the problems and issues dividing people in Springfield could seem daunting and intractable. However, during the interview process, it became clear to CMG that the current situation was not people's preferred condition. People in practically all sectors of the community seemed to have a consistent vision for a better Springfield. The common themes of that vision dealt with mutual respect, community, interdependence, justice, and fair opportunities for educational and economic achievement.

**Troubled Dynamics:** Yet while it seemed that many were talking about these common themes, it was clear that people were talking *at* rather than *with* each other. Springfield was struggling with a problematic set of dynamics which made it impossible for them to break out of present problems and move towards their future vision.

Strong emotions and deeply-held values are implicated when issues of race, safety, and identity surface. Coupled with the eroding trust and the "us v. them" mentality, these emotions were often expressed as judgments or accusations about others. Rather than saying, "I feel afraid and excluded", residents would express, "They're power-hungry, and don't want to lose their

privileged position", or "They just don't care". People on all sides were quick to attribute bad intentions: "They're trying to keep us out", or "They want to manipulate the system". Almost everyone expressed views on who was to blame for the current problems, while having difficulty seeing what they themselves might be contributing to the current situation. And pervading all this was, for many, a sense of exhaustion and hopelessness – that their efforts to affect change in the past had been frustrated, and that future efforts would be similarly ineffective.

These are, sadly, common dynamics for communities in crisis (as well as for individuals in conflict). It is these dynamics which ensure that adversaries will become more entrenched, that people will walk away from each other feeling hurt, frustrated and defensive. From CMG's experience, unless this cycle is broken and people can find another way to relate to each other, the problems grow and the community becomes increasingly polarized.

In Springfield, there was real dissatisfaction with the way people were relating to each other. There was a recognition that the public discourse was accusatory, and that at the community level, residents had lost touch with their neighbors. Many people expressed a longing to bridge the divide between individuals and groups in the city.

It was this willingness that signaled hope.

## Planning for the Retreat

CMG reported its preliminary findings to the Organizing Committee and conferred with the Committee on the substantive and logistical issues involved in planning the retreat. Perhaps the biggest challenge facing the organizers was creating a process to select retreat participants.

**Criteria for the retreat selection process.** The reality of any selection process is that it will include some and exclude others. The unfortunate consequence of such a process is that many people who could and perhaps should be included are not. To minimize this consequence as much as possible, CMG and the Organizing Committee tried to make the process as objective as possible by starting with overall parameters of group makeup regardless of name or status in the community.

Some preliminary parameters were set relating to group size and duration of the retreat. From CMG's experience, groups for such events must be large enough to represent a true cross-section of people and ideas, and at the same time small enough for people to remain focused and make contributions. As such, it was recommended to the Organizing Committee that the overall number of retreat participants should be no less than 24, nor more than 48. The Organizing Committee chose the 48 participant model, and set a target of 50 invited participants.

Before any names were proposed as potential participants, CMG and the Organizing Committee worked to devise criteria for selecting individual participants. As a basic starting point, CMG identified various constituency groups and individuals in the city who should be present or represented. Those groups and individuals included, but were not limited to:

- *Community-based organizations*, e.g., NAACP, Urban League, Million Man March Committee, Arise, Community Councils, Mason Square Development Corp, United Way, Institute for Healing of Racism, other ethnic group organizations, Hispanic, Asian.

- *Political officials*, e.g., Mayor, District Attorney, City Council members, State representatives.

- *Education constituency*, e.g., Springfield Schools, School Board members, local college representatives, teachers, administrators.

- *Youth*, e.g. Youth groups and organizations, students, youth leaders.

- *Police and Law Enforcement*, e.g., Chief of Police, administration, supervisors association, police officers association, community policing unit, rank and file officers, members of the police commission.

- *Business Community* e.g., Chamber of Commerce, key employers – Mass Mutual, Big Y Foods, SIS Bank, American Saw, Peter Pan Bus Lines, BankBoston, individual entrepreneurs.

- *Religious Community* e.g., ministers, interfaith council, religious workers.

- *Community residents* e.g., parents, activists, community council members, victims of injustice.

Simple mathematics reveals that if only six representatives from each group attended the retreat, that would comprise a total of 48 participants. However, simple numbers and allocated constituency "slots" would not produce the kind of dynamics needed in this retreat. Further selection criteria were needed for the group as a whole as well as for individual participants:

- *Credibly representative.* In the eyes of the community, the individuals at the retreat should be seen as sufficiently representing the various constituencies in the community, so that any product or recommendations from the meeting would be taken seriously.

- *Knowledgeable and resourceful.* They should possess the information and perspectives needed to effectively analyze the current situation and to develop approaches, as well as being able to help implement a possible action plan.

- *Efficient.* The group should be small enough to work efficiently on a complex task in a relatively short period of time.

In terms of criteria for individuals, CMG wanted a diverse group of people willing to commit time and energy to the group. CMG sought individuals who were:

SFP001242

12

*Springfield: A CommUNITY in Progress*

- ❑ *Willing to engage in an informal and exploratory process.* The purpose of the retreat was not to solve any particular issue in Springfield, nor was it to conduct a community negotiation. Participants should be willing to engage in open and honest discussions to explore and develop new ideas for building a common vision for the future.

- ❑ *Attend in their individual capacity.* People should be willing to participate as individuals and not as representatives of organizations or agencies. The retreat was to be an off-the-record exploratory process and participants would not be bound by anything they said.

- ❑ *Willing to make a time commitment to the process.* The retreat would extend over three days and participants should be willing to commit to attending all sessions.

Guided by these criteria, CMG and members of the organizing committee began compiling an initial list of potential participants. To arrive at a list of 48 to 50, CMG developed an initial list of 85 to 90 individuals (See appendix D-1). Names on this list included people interviewed during the diagnostic process, as well as those recommended by Organizing Committee members, community leaders, ministers, police officers, teachers, students, parents and activists. Essentially, all of the groups that CMG felt should be represented at the retreat made recommendations and had input about the make-up of the initial participant list.

One of the more challenging decisions involved the selection of a date and location for the retreat. This required checking the schedules of numerous people, including CMG staff, and then securing a facility with available accommodations for the selected date. Several dates were selected and then changed because of individual availability, holidays, and because of the time needed to complete the invitation process.

Once the date and facility were selected, the formal invitation process began. As CMG began calling potential participants, a self-selection process went into effect. Several people wanted to come but could not because of date conflicts, others couldn't make up their minds whether they wanted to come or not, and others simply declined to come. In the final days of the invitation process, names of potential participants and the overall number were constantly in flux. Throughout this entire process, CMG was in constant contact with members of the Organizing Committee as it honed and finalized the list. In the end, the final list totaled 73 invitees. (A list of actual invitees and the text of the invitation is included in Appendix D-2 and D-3. The list of those who actually attended the retreat is in Appendix D-4).

The selection process used was certainly flawed. Throughout the process, potential participants and conveners were aware that important voices were missing. It was simply recognized that the process needed to start somewhere, and including the "right" people would be an on-going process.

## What happened at the Retreat

At least forty-three of the "right" people came together on June 6-8, 1997, at Jiminy Peak Resort in Western Massachusetts. Skepticism began to fade as participants watched others arrive. The District Attorney, the Chief of Police, the heads of the NAACP, Urban League, Massachusetts Council Against Discrimination, United Way, company CEO's, community activists, police officers, teachers, members of the religious community, parents and high-school students filtered in.

The retreat was the opportunity to bring a select group of people together to try to break out of the troubled communication of the past, and begin talking *with*, rather than *at*, each other. While the diagnostic process helped guide planning the agenda for the weekend, the retreat was certainly not bound by the diagnostic findings. The synergy created by bringing the group together would create new dynamics and might take them in unanticipated directions. As the CMG team sat down to plan the initial retreat agenda, it knew it would have to remain flexible and continually adapt the schedule, both guiding and following the dynamics created by the group (the draft agenda for the retreat is included in Appendix E).

It was hoped that the retreat would forge new relationships, and develop a common understanding of the current situation. The group would then be well-placed to share a future vision and create a process of moving toward that vision as a community. The retreat agenda then pursued two distinct, but intertwined tasks: 1. Improving communication and relationships, and 2. working together to understand and solve problems.

**Improving Relationships in the City.** Much of the work done at the retreat was premised on an assumption that until the citizens and leaders of Springfield could see each other differently and find better ways to work together, they would be doomed to repeat past mistakes and remain stuck with old options. Getting to know each other better and see the city and its problems through each others' eyes became the core of much of the work done on Friday and Saturday evenings.

Friday's introduction exercise invited participants to step out of their roles as businessmen, public officials, police officers, neighbors, teachers, or students. Participants were given a list of suggestions to reflect on (at right). They were then asked to introduce themselves to each other in small groups, choosing one or two of these descriptions that seemed to capture their sense of who they were and what was most important to them.

After some reflection, people began to share with each other. They talked about growing up in the city, feeling different, grieving, feeling love and pride, learning from mistakes, of dreams realized and lost. They talked about what the city meant to them; what motivated them to

| Introduction Exercise | |
| --- | --- |
| family | class |
| gender | religion |
| education | work |
| nationality | race |

come to the retreat and believe that things could be different in Springfield. Citizens began to see each other less in material terms – you are black, I am white, or you are an officer and I am a neighborhood resident – and more in "spiritual" terms. People began to understand what was important to each of the participants as a human being, what their values and hopes and pain consisted of. They began to step out of their old adversarial roles and began to relate to each other as fellow parents, as people who had similarly rough childhoods or family relationships, or who had common interests or ideals for the city. Old friends learned something new about each other, and new relationships began to form across professional and political boundaries.

A second shift was critical to changing the course of communication. Discussions about police-community relations and problems in the city functioned almost exclusively on a cognitive, argumentative level. Strong emotions were being translated in accusations or arguments, rather than being expressed more directly as feelings. Rather than saying, "I sometimes fear for my teenage son's safety," parents would say, "This police force needs to seriously re-examine its treatment of young people."

If dialogue was to become more constructive, the emotions and the arguments needed to be disentangled and each dealt with on its own merits. The CMG team worked to create more balance between the cognitive and the affective modes of expression amongst the group. The group watched a highly charged exchange between a black man and a white man from the movie *The Color of Fear*. Afterwards, participants were asked how they *felt* as they watched the exchange – not what they thought or who they agreed with. "Anxious," "afraid," "relieved," or "proud," the emotions experienced and shared spanned the emotional spectrum. The conversation which ensued gave people practice and some precedent for sharing their feelings more openly and honestly.

The CMG facilitators wanted to give participants tools and concepts to disentangle their thoughts and their feelings, and to help them better understand the dynamics of conflict in their community and in their relationships. The next tool that was offered focused on the phenomenon of partisan perceptions – how each resident of Springfield sees the city from their own porch. They each have a different perspective, and important information about what happens on a daily basis in their neighborhood and at their workplace. Over the course of the retreat, participants began to understand that they each brought a critical, but incomplete, piece of the puzzle of what was going wrong in Springfield.

Finally, the facilitators offered thoughts and recommendations on communication skills – on the importance and internal stance of listening, on getting away from conclusory judgments and getting down to the actual experiences and data that create and reinforce people's perceptions and beliefs. Participants then applied the new tools to their own conversations. As they talked and listened, they began to see other's perspectives and to get to know each other in a new way. Rather than butting heads in their roles as head of the NAACP, as District Attorney, as police officers or business leaders, they began to see each other in their common roles as parents and as concerned citizens with a common interest in improving life and relationships in Springfield. The participants reached beyond their public positions to talk about their fears, concerns, hopes, and interests in community life. Positive working relationships began to form among individuals who had historically been at odds with each other.

Everyone who attended the retreat would agree that the heart of their relationship work together was done in the Saturday evening session. After an afternoon of very task-oriented work problem-solving for the city (described below), the group came together to reflect on what was important to them. An invitation was extended: "this is an opportunity for you to say what you need to say and have others hear, and to listen and learn about others' feelings and perspectives."

Individuals began to share their experiences as neighbors, as police officers, as teachers and students, as political leaders inside and outside the system. Individuals were frank about their anger, their pain, and their fears for their families and the community. Most importantly, rather than disagreeing or debating, those with different perspectives asked questions, and tried to understand. Many shed tears of grief, of empathy, and of hope. As one participant later described it:

> "People were giving their heartfelt views about where they were coming from. It was like, 'Wow! They feel the same way I do about a lot of things.' I learned to listen to other people."[1]

Another summed it up by saying:

> "We succeeded in peeling away layers of anger, prejudice and convictions, in exposing our pain and frustrations, in communicating our fears and misunderstandings with sometimes frightening honesty and intimacy.
>
> "Historically opposed and strongly positioned individuals succeeded in touching and revealing a common core of humanity, of compassion and of dedication in each other.
>
> "It was inspiring to witness as well as to take part in this baring of souls and discovery of trust."[2]

By Sunday morning, many were astounded by what they had learned about their neighbors and the city that was new. Many shared a newfound sense of trust across boundaries

---

[1] Statement by Stephen Napoli at the press conference of June 12, 1997. Printed in the *Sunday Republican* article of June 15, 1997, *Retreat Brought Some Accomplishments*, which can be found in Appendix H.

[2] From Don D'Amour's statement, written in the days following the retreat and shared at the press conference on June 12, 1997. The full text of Don's thoughts can be found in Appendix H: *Sunday Republican* article of June 15, 1997.

that had heretofore felt impenetrable. People were expressing their emotions without attacking each other, reflecting on their own contribution to what was happening, asking questions rather than blaming, and recognizing that they were all well-intentioned and in this boat together. The troubled dynamic that had plagued the city began to change.

Excited by the possibility that they could work well together and care about each other in the face of strong feelings and widely divergent views, the group made plans to continue their work, and to use these new alliances to help make Springfield a better place to live. Recognizing they were just initiating a long process of working together, the group made plans to take the next steps.

**The Problem-Solving Work.** In order to foster real change, a web of strong relationships had to be built and nurtured. At the same time, creating a common vision of what the goals and purposes were and finding ways to address the city's problems were critical. Unless people took action, the benefits and momentum created by their improved relationships would atrophy.

Thus, the group did a considerable amount of work identifying and working on the key challenges facing the city. Answering the question, "What would a better Springfield look like?" participants worked in small groups to describe their visions for the city. After forty-five minutes of work together, the four small groups submitted their work, which was laid out on the floor of the main meeting room over lunch. As suggested by the diagnostics, the results struck many common themes. In addition, many were relieved to discover that while easing hostility between the police force and community members was a critical piece of the vision, that increasing job opportunities, reducing the dropout rate, bettering housing and neighborhoods, and changing the nature of community dialogue on public issues were also significant concerns. The aggregate responses from this exercise are included in Appendix G1.

Through this exercise, participants created a collective and multi-faceted vision of a better life in the city. The sophistication and complexity of that vision meant that the group couldn't deal with all of the issues at once. Looking at the list, the facilitators found that different facets of the vision could be grouped into six categories:

> 1. Education and youth issues
> 2. Police-community relations
> 3. Economic issues
> 4. Dialogue and process issues
> 5. Participation and inclusion
> 6. Accountability / Responsibility

Working groups were created to focus on each of these issue areas, and community members each joined one or more groups of interest to them (a partial list of working group members is included in Appendix F).

The working groups then had three tasks. The first was to think through what might be *causing* some of the challenges in their issue area. Once problems are identified in education or economics, it is tempting to jump immediately to ideas for "fixing" those problems. These solutions can fall far from the mark, since they may not coincide with the root causes of the difficulty. Rather than apply a band-aid solution approach to the problems Springfield was struggling with, the working groups discussed *why* the drop-out rate was so high, public dialogue so heated, or jobs so scarce for members of minority communities. Identifying the root causes would aim later efforts where they would have the most impact.

Late Saturday afternoon each working group turned turned to addressing those causes – brainstorming what they might be able to *do* to make a difference. Some threw out suggestions, others built on them. Practical measures like setting up a public-police hotline to improve communication between the public and the department, and huge visions like building community centers and parks for kids to have a place to hang out and get support and help were all added to the lists. Not limiting themselves to traditional approaches, or what felt "realistic," each working group simply came up with as many creative ideas as they could for how to bridge the gap between the current situation and their future vision of the city.

Sunday morning brought time to evaluate the long lists of ideas each working group had come up with. The groups posted their work, and carefully looked over their ideas. During this process it was observed that the two groups working on the categories of *participation and inclusion,* and *accountability and responsibility* were small, and that their ideas overlapped proposals developed by larger groups. As a result, members from these two groups joined the four larger groups and combined their efforts. The remaining four groups identified ideas that seemed particularly promising, and created a short list of priorities to work on implementing in the short term. Plans were made to make these projects a reality. Responsibilities were assigned, and coordinators identified. See Appendix G for each working group's short list of ideas.

Finally, the working groups came together to report on their progress, and share their ideas. The amount of work that had been done was staggering; many of the ideas were promising. In order to keep the momentum going, and to commit themselves, a large group "quick-hit" list of immediately actionable items was created:

---

**The "quick-hit" list:**
- Law Enforcement-Community Youth Mentorship program
- Entrepreneurial program for minority youth, (organized by the Springfield Chamber of Commerce and the Urban League)
- Extending the probation period for new police officers
- Reports to the community on the resolution of internal investigations of police officers
- Seeking grants to put video cameras in police cruisers
- Quarterly meetings between the police department and the NAACP

---

SFP001248

The participants discussed how to bring others into the process, and let the larger community know what they were doing and invite them to join the efforts. A subgroup got busy writing a press release and planned a press conference to share their experience with the public. They decided to call themselves CommUNITY '97.

**Closure & Looking Forward.** At the end of the retreat, the participants felt they had reached an unprecedented outcome:

- peeling away layers of anger and prejudice in a way that brought historically opposed individuals to a common understanding and appreciation of each other,
- building, or rebuilding, working relationships and trust among key community leaders, and
- generating short and mid-term action plans, and an ongoing process to continue the work started at the retreat. A short-list of quick-hit action projects currently being implemented include a Law Enforcement-Community Youth Mentorship program, extending the probationary period for new police officers, and installing video cameras in police cruisers.

As the retreat drew to a close, many shared how differently they felt about the future of the city, how grateful they were to others for being honest with them and helping them learn. Amid the enthusiasm, however, was also anxiety. Some also shared concern that the intimacy and connection they felt would be lost, that the plans would fall by the wayside, or that, in the end, things wouldn't change.

These are the challenges facing every community attempting to affect real change. A one-time event is never enough. The relationships formed need nurturing. The work to be done takes energy and it takes time. Keeping people's spirits up, making room in busy schedules between work and family for the work to be done, coping with the frustrations of long meetings and periodic setbacks, are not easy in a group as large and diverse as this one.

That said, follow-up interviews conducted in August 1997 revealed an impressive array of activities and accomplishments. While some have felt frustrated with delayed efforts to convene their working groups, or the sporadic progress on some of the projects, there is an astounding amount of work actually being done.

## WHAT'S HAPPENING NOW?

There has been a flurry of activity in the three months following the retreat, beginning with the press conference which received excellent print coverage, and was shown on one of the two local TV news programs (press coverage of CommUNITY '97 is included in Appendix G). Each of the working groups has met at least once, some several times. Many more subgroups of individuals and teams are busy working on specific projects to put in place discrete pieces of the vision.

Those interested in getting involved are encouraged to contact a working group coordinator. The coordinators and contact numbers are listed under each working group progress report.

*All* of the quick hit items are currently being implemented; two dozen more projects are underway:

**The Process/Dialogue Group**    To get involved, contact Mayor Michael J. Albano at 787-6100 or Mr. Don D'Amour at 784-0600.

- *Retreat Group Reunion:* The process/dialogue group is coordinating a reunion of the entire retreat community, for October 3-4. Friday evening will be a social time to catch up, foster relationships, and have fun. Saturday morning 8-12 will focus on progress reports from the various working groups, and looking forward to where the group might go next.
- *Community Dialogue Forum Initiative:* The Study Circles Resource Center, the Institute for the Healing of Racism, and CMG are currently raising funds to replicate the retreat experience for a broader audience. Local facilitators would be trained to run neighborhood dialogue forums where participants would explore their perceptions, feelings, and hopes for their neighborhood and greater Springfield. These participants would then work together to identify and address the particular challenges faced in their community. Dialogue Forums might also be sponsored by and in local businesses. Ann Geer has raised $10,000 towards this effort. Applications to fund the first stage of this project are currently before the Surdna Foundation Board and the American Bar Association; a proposal to fund the rest of the project will be submitted to Surdna and the ABA in September.
- *Broadening Participation:* The group has identified individuals whose contribution to the CommUNITY effort is critical, and sought to draw them into the process. Among others, School Superintendent Negroni has been contacted to get involved in the Youth and Education Group; John Howell, a statistical researcher for the school system, has been asked to help with the bench marking process, and with the survey of children's perceptions of race relations; Rabbi Gurland has been added to the process and dialogue group.

- *College Involvement:* Rabbi Gurland and Ann Geer are working on cultivating the involvement of local colleges in the Springfield area (Western New England, Springfield College, American International College). The colleges would be a valuable resource, offering academic background and expertise, and an ability to test progress made.
- *Expanding role for local TV & Radio Coverage:* CommUNITY '97 initiatives have already received extensive print coverage in the *Springfield Union News.* Under the guidance of Paul Robbins, a public relations consultant, the process dialogue group is currently working to engage a broad range of different media in an ongoing effort to play an expanded role in the overall process. Efforts are being made to include more local electronic and print media in this process and appropriate contacts are being made by the group. For example, the general managers of Springfield's two TV stations have agreed to attend the next meeting of the process-dialogue group.
- *Expanded national coverage:* CMG has been working to interest National Public Radio's Chris Lydon in doing a show on the Springfield Group and their efforts on *The Connection,* a nationally broadcast program from WBUR in Boston. In addition, efforts are being made to draw the interest of President Clinton's Commission on Race Relations, so that others can learn from Springfield's experience.
- *Bench marking Letter:* Tom Belton and Mayor Albano are preparing a letter to other cities, attempting to gather some information about what other communities are doing to improve race relations and related issues. This information will be used to benchmark Springfield's progress, and look for good ideas to be replicated or adapted in Springfield.
- *Student Perceptions Survey:* the Mayor's office is looking into resurrecting a survey of students perceptions of race relations in Springfield.
- *Restructuring the Police Commission:* Over the long term, the group is coordinating with the Mayor's office and the police-community group to explore a restructuring of the police commission to include more civilian oversight.
- *Chamber of Commerce Outlook Breakfast series:* The Chamber is in the process of inviting Bob Woodrick to talk with local businesses about his experiences with race relations. Bob owns a chain of supermarkets in Michigan, and has been very active in his community of Grand Rapids as they have struggled with some of the same issues that currently face Springfield.
- *Crisis Intervention Team:* The group, with the cooperation of the Mayor, has coordinated the creation of a crisis intervention team, which will respond to critical events, facilitating communication and response to those events. The team includes: Darnell Williams, Dorca Gomez, Andrea Garde, Thomas Belton, and Sherin Selph.

**The Economic Group**

To get involved, contact Mr. F. William Marshall, Jr. at 748-8440 or Mr. Bud Williams at 787-6171.

The Economic Group currently has five initiatives underway:

- *Investment Program for High School Students:* One of the concerns expressed during the retreat was the lack of understanding of investments and financial management for today's youth. This program will match investment firms like Smith Barney and Paine Webber with groups of 15-20 kids each. The kids will learn about stocks and bonds, how to research investments, and build a portfolio. The program will then sponsor a portfolio contest among the sponsored groups, with kids building and managing their investment portfolios and tracking their progress. The winning team will be awarded a trip to the New York Stock Exchange. The program aims to recruit 8 investment firms, and involve 160 kids.
- *Computers for the HeadStart Program:* Bill Marshall, Rick Hurst and Bud Williams are coordinating a pilot program to put computers into one of the HeadStart programs in Springfield. Children and their parents would be taught how to use the information system to build skills for the computer world, and to help young children master motor skills, and develop curiosity about the world around them.
- *A Mortgage Pool:* designed for those unable to get traditional home financing.
- *One-stop job information center:* Because many non-profit organizations offering mortgages compete with each other, and information about small business opportunities and job training is scattered across different agencies, it is difficult to gather information for addressing economic problems. Designed to be a central clearinghouse for economic information, the center is compiling information on job opportunities, job training, mortgage programs, and small business opportunities and programs. Wayne Phaneuf is coordinating this effort.
- *National Institute for Teaching Youth Entrepreneurship (NIFTYE):* The group has worked with the Chamber of Commerce to open a Springfield chapter of this national organization. Irv Rhodes has been set up as the director of the program, which teaches kids how to run a business. Whether it's hotdog carts, a school store, or flower sales, the program helps get youth up to date and up and running with their own enterprise.

This initiative is unrelated to the CommUNITY initiative, but has complementary goals:

- *Springfield: A World Class City.* A parallel project is currently underway, initiated by Mayor Albano's office, to look at how to improve the quality of life in Springfield. This commission is examining the criteria used by *Money* magazine to choose the best places to live in America, and using them to benchmark what Springfield should be doing. These criteria include low income housing, schools, jobs, race relations, crime, and the like. Some of the members of the commission are also members of the CommUNITY '97 group.

**The Education and Youth Group**

To get involved, contact either Mr. Jack Dill at 781-0066 or Ms. Sadie Stanley at 744-7032.

The Education and Youth Group has been busy getting their initial two projects up and running for the 1997-98 school year:

- *Law Enforcement-Community Youth Mentorship Program:* Officer Michael Carney and At-Risk Counselor Dawn Rodgers are preparing for a September kick-off of the new Mentorship Program at Putnam High School. The program will pair between ten and twenty law enforcement professionals (police officers & corrections officers) with at-risk kids to foster a better relationship between law enforcement and youth, and provide support and role-models for kids. The intent of this program is to meet at least once a week with the selected students, while also encouraging parents to be involved. With the developmental stage of this project almost complete, two teachers from Putnam High School have already volunteered to participate in the program. There definitely seems to be a solid interest both within the community and the school itself.
- *A New Curriculum for Springfield Schools:* Shirin Selph has developed a new curriculum for use in the Springfield school system that emphasizes the oneness of humanity and the strength of diversity. Mayor Mike Albano has approved this curriculum, and it will be presented to the school board for potential funding on August 28th.

**Police-Community Relations Group**

To get involved, contact Ms. Jinx Adams at 736-7575 or Mr. Steve Napoli at 736-4776.

The Police-Community Relations group has met four times since the retreat, and added four new members:

- *New Members:* The group was joined at its first meeting by Kathleen Pelligrino (police commission), Carl Skeene (former police officer), Lesley Haynes (Human Relations Commission) and Rudolf Ruggeri (civic association & citizen's police academy).
- *Much already underway:* One of the things the group discovered quickly was that many of the things on their brain stormed list of ideas were already in the process of being implemented within the police department. Curriculum changes at the Academy, diversifying staff, baseball cards of officers, changing the style of policing, and putting video cameras in cruisers are already in place or underway. The problem is that this information is not being communicated to the public. The group now has several projects underway to better communication in a number of directions:

- *Four Community Forums:* to share information and educate the public about changes in the police department and at the Academy. These forums will be held in different locations around the city, and at different times (morning, afternoon, evening; weekday & weekend combinations) to try to encourage public participation.
- *Getting information directly to the public:* Hoping to lessen reliance on the press as a vehicle for communicating what is happening between the communities and the police department, the group is identifying ways to get information directly to the public. Pastors of churches, leaders of business organizations and neighborhood groups all have large, direct audiences for communication between the public and the working group.
- *Streamlining police department information channels:* The group is exploring how to set up someone internally to receive calls from the public expressing concern about officers or police-community interactions. The group wants to make it easier for anyone to call the department to say, "Hey, you should look into x..." or "I think there was a misunderstanding today." They also want to make sure that the information is effectively communicated internally, so that appropriate actions can be taken.
- *Business Community – Police Relations:* On August 12th, Sergeant Dave McGibbon, Sadie Stanley, Rick Hurst, Don D'Amour, Bill Marshall and Michael Manley met to plan a session with the command staff at the police department. The group will talk about what it's like to be in the private sector in Springfield, and how police officer behavior, race relations with the police department, and press reports affect business.

SFP001254

*Springfield: A CommUNITY in Progress*

## WHERE DO WE GO FROM HERE?

CommUNITY members have done an admirable job of capitalizing on the momentum and ideas generated at the retreat to take action. In follow-up interviews conducted in August, many expressed excitement, pride, and satisfaction at the progress they had made and observed in others.

At the same time, some have felt frustrated, disappointed, or stymied as they've tried to get things moving in recent months. They worry about the group becoming fragmented, about "politics" getting in the way, and about losing momentum. The group has been criticized by those outside it who feel angry that they were not invited to the retreat, or skeptical of the group's ability to make a lasting impact.

Much of the frustration centers on the difficulty of integrating new members, and in the need for communication and coordination of efforts. As the group expands, these challenges will become more important, and more difficult. CMG has three recommendations for expanding participation, and keeping the momentum going.

**1. The need to broaden participation** in managing the city's difficult and divisive problems. The CommUNITY group of 43 city leaders represents a core team of committed and well-placed citizens. Yet they cannot do it alone. Each of Springfield's five inner-city neighborhoods and their constituencies must feel included and heard in the process, and be enlisted to help create and implement the action projects.

Before the retreat adjourned, CommUNITY members talked about how to invite participation and support from the broader Springfield community. They recognized that they represented many, but clearly not all, important constituencies and voices in the city, and that if real change is going to happen in Springfield, it will be because they succeed in pulling in the perspectives and energies of a broader and more representative group of leaders and citizens.

It will be particularly critical to invite participation from the Hispanic and Asian communities, and to broaden the neighborhood representation. Many citizens who have put in countless hours working to improve the city have been inadvertently left out; many whose energies are waiting to be mobilized are disconnected from the process.

The process-dialogue group has already taken a lead in thinking about whose help and voice is needed. Brainstorming strategies for reaching out — speaking to church pastors, to teachers across the city, going to neighborhood councils and other existing organizations, continuing to use the press and to publicize activities and meetings will make the group more inviting, and, eventually, more representative. Further streamlining the process for who to call and how to find out what is going on if someone is interested in getting involved will also help.

**2. The challenge of integration.** Inviting important voices into the conversation is only the beginning. The CommUNITY group went through an important process together, and broke the old communication patterns together. They have a common and explicit desire to work together through the hard parts, and have a common experience expressing their caring for each other and their common commitment to the city. Simply saying "Yes, please join us," won't insure a smooth transition into the group's collaborative efforts. New members enter without an understanding of these implicit ground rules and assumptions. The group again must struggle with the old dynamics as new participants challenge the group's motives, or express their anger at being initially excluded. It is critical that the group members listen to and empathize with these feelings, and understand their perspective. At the same time, valuable time is lost, and old members can feel frustrated.

Duplicating the retreat experience in neighborhoods around the city is one way to bridge the transition into the group. If the Community Dialogue Forum initiative currently seeking funding is put into motion, it will create a path through which those interested in joining the effort can become integrated into the culture. On a smaller scale, the working groups could create a sort of initiation or orientation ritual for new participants to be clear about the ground rules, and to give them a taste of the retreat experience (an introduction exercise, for example). Inviting a broader group to the large group reunion, and "modeling" the way retreat members care about each other and listen to each other, especially when they disagree, can go a long way in passing on an ethic of caring and collaboration.

As time passes, and new members are integrated, they will have a valuable perspective on how to get comfortable and become involved in the group's efforts. They will have criticisms of the retreat process, and the ways in which the group failed to incorporate them. Rather than becoming defensive, the working groups need to learn from these experiences, and ask for help in broadening participation more successfully. The CommUNITY group should make this an explicit agenda item, and put someone in each working group in charge of integrating new people and learning from on-going mistakes and successes in this area.

**3. The need for communication & coordination.** Perhaps the most glaring need expressed in the follow-up interviews has been the need for better communication and coordination within and among the working groups. Some assume this means more long and frustrating meetings; it needn't. Although meetings are critical for people to maintain relationships and get re-energized, they can be used most efficiently when skillfully facilitated, and coupled with smaller fora and institutionalized communication.

■ **Create a CommUNITY Information Clearinghouse.** There has been some talk of the creation of a Steering Committee for the group, to try to create better coordination. The danger of creating something called a "Steering Committee" is that it can exacerbate inclusion/exclusion issues and create unnecessary hierarchy in groups that can function well with a flatter, more fluid structure. Fundamentally, what the group needs is a way to find out what is happening and when, and how

they can coordinate their efforts to communicate with the wider public. Having one series of neighborhood forums to brief the public on all the working groups' progress is more efficient and clearer than having three or four different events happening.

Having a centralized group and office designated as the CommUNITY Information Clearinghouse should help ease some of the communication problems the group has experienced in recent months. This central group of 3-5 people can function as liaisons between the working groups, keeping abreast of progress and projects, and helping link up individuals with complementary ideas or helpful contacts. They can be the initial inquiry point for citizens interested in getting involved, and give out meeting information and point them in the right direction in hooking up with the working group coordinators. Groups that are struggling with an issue or constituency can come to the Clearinghouse for help; the liaisons can share suggestions from the experiences of other groups, or connect people who are having the same problems. Finally, the liaisons should take responsibility for re-uniting the group as a whole periodically, and thinking through strategic issues for communicating with the public.

Some of these responsibilities are currently being fulfilled by the process & dialogue group, and it may be that those most interested in these issues can shift their efforts in this direction. It may be that the Clearinghouse remains the responsibility of the process & dialogue group; the Clearinghouse could be split off from the subgroup. It will be important that anyone who has the commitment and interest should be allowed to join the process of creating the Clearinghouse and selecting the liaisons. That process should explore and decide issues like:
- will liaisons rotate? how long will they serve?
- will they be elected? selected by a subgroup? volunteer?
- how to publicize information and coordinate communication with the working groups and other members?

■ **Make information about what's happening accessible.** The public, as well as CommUNITY members need to know how to find out what's happening. Many inside the group were only vaguely aware of what others were doing. This taxes enthusiasm and causes the movement to lose momentum.

There are several ways the group might centralize and publicize information:
**A web page.** This page could stand alone, or be added to one or more of the Springfield web pages. Links should be made to other Springfield and related sites, and the address added to all flyers and information about CommUNITY '97 activities.
**Regular sites to post information.** Distributing flyers, or information about upcoming meetings and events to neighborhood councils, church bulletins, civic organizations, grocery store bulletin boards, and corporate newsletters on a regular basis will ensure a reliable source for information about the group and its activities.

**A newsletter.** The Clearinghouse might also publish a monthly or bi-monthly newsletter which simply updates people on what's happening, and identifies who to contact to become involved in various projects.

However information is distributed, it is critical that the working groups have a **mechanism for learning from their experiences and celebrating the successes.** Including periodic reports on things that have gone well, mistakes made and lessons learned will help keep the group energized and committed.

■ **Train facilitators to help groups function effectively.** Many of the working groups are grappling with the challenges inherent in working in large groups of diverse people. The fact that many of the group members are leaders used to being in charge themselves or coming from different professional cultures with varied ways of doing things makes it particularly challenging. Designating and training facilitators to run these meetings, and to help the groups plan and implement their projects, would help things run more smoothly.

Springfield has a wealth of facilitator talent already in the group or available to it. In addition, the Dialogue Forum initiative currently seeking funding would provide a vehicle for training local facilitators.

These facilitators would be invaluable resources for setting out agendas and running working group meetings. They would free up the coordinators of each group to focus on the substance of what the group is trying to do, rather than worrying about the process of how to use the time well to accomplish the purposes of the meeting. In addition, neighborhood meetings, coalition-building efforts among leaders and citizens, and public dialogues about progress and the continuing needs in the city will all benefit from process and facilitation assistance.


## CONCLUSION

The journey has only begun. Springfield continues to face big challenges in the future -- economic challenges, difficulties in education, in integration, in collaborating to improve safety and confidence between law enforcement and the community. At the same time, dialogue and problem-solving in the city has come a long way, and Springfield is blessed with some valuable resources for the continuing quest.

Based on the current level of activities, the most valuable resource is its people. Throughout the city there are individuals who are creative, talented, energetic, committed and compassionate toward each other. These strong human qualities form the basis for the current process and are the framework around which critical relationships have been built and strengthened. Dealing with each other respectfully in the face of differences in interests, opinion and experience will enable people to learn from and build on these interests and experiences. Experience shows that as these relationships grow, people will be better able to work together to tackle the challenges the community faces as a whole.

SFP001258

# EXHIBIT B
# (Part 2)

CMG is honored to have been invited into Springfield to facilitate the start of this process and to help people manage some of the tensions dividing the city. CMG provided a process for interaction. At the same time, to be effective that process takes people willing to commit to it, make it relevant, flexible, and dynamic over time.

CommUNITY 97 is the beginning of that process, and it is already working to link arms with other individuals and organizations who share the goal of bringing the people of Springfield together. CMG shares the optimism of the community that this process will continue to grow and that the people of Springfield will work tirelessly to realize their vision for this unique community.

# *Appendices*

SFP001260

# Appendix Contents

A    Organizing Committee Members

B    Springfield Diagnostic Interview List

C    CMG participating staff members

D    D-1    Initial Invitation List

    D-2    Final Invitaion List

    D-3    Text of Retreat Invitation

    D-4    Retreat Attendees

E    Retreat Agenda

F    Working Group Members

G    ComUNITY '97 Working Group Action Ideas

    G-1    A Vision for a Better Springfield

H    Press Coverage of CMG and ComUNITY '97  --February '97 to August '97

I    Project Funding Sources

SFP001261

*Appendix A*

SFP001262

# Appendix A

## Organizing Committee Members

Mr. Andre Dickerson
*Mayor's Office*

Ms. Lesley Haynes
*Human Relations Commission*
*Institute for the Healing of Racism*

Mr. Paul Robbins
*Public Relations Consultant*
*Fitzgerald & Robbins*

Rabbi Jerry Gurland
*Human Relations Commission*
*Western New England College*

Reverend Ledyard Baxter
*Ludlow, MA*

Mr. Robert McCollum
*Springfield MA*

Mr. Mickey Harris
*NAACP past president*

Ms. Paula Meara
*Chief*
*Springfield Police*

Reverend Ann Geer
*Council of Churches*

Ms. Shirin Selph
*Multi-cultural specialist*
*Springfield Schools*

Ms. Dorca Gomez
*MCAD Commissioner*

Mr. Brian J. Long
*Springfield Union News*

SFP001263

*Appendix B*

SFP001264

# Appendix B

## Springfield Diagnostic Interview List

| Name | Position/ Organization |
|------|------------------------|
| John Abbott | V.P Mass Mutual |
| Jinx Adams | McKnight Neighborhood Council |
| Michael Albano | Mayor of Springfield |
| Donald D' Amour | CEO Big Y Foods |
| Darlene Francis Anderson | Community Newspaper -- The New Contact |
| Mark Anthony | Lt., Springfield Police Dept. |
| Norma Baker | Director Northern Educational Services |
| Ledyard Baxter | Minister, First Church Ludlow |
| Nancy Baxter | Minister , UCC Church |
| Thomas Belton | Office of Personnel, City of Springfield |
| William Bennett | District Attorney |
| Michael Ann Bewsee | Arise |
| Eugene Brice | NAACP |
| John Brock | Sgt. Springfield Police Dept. |
| Randolph Bromery | President, Springfield College |
| Larry Brown | Lt. Springfield Police Dept. |
| George Bruce | Community Coordinator |
| Jan Burdewik | Minister, UMC Wilberham |
| Mary Jean Canavan | Business Owner |
| Andrea Candel | Conference of Christians and Jews |
| Joe Carelock | Springfield Police Dept. |

i

SFP001265

| Name | Position/ Organization |
|------|------------------------|
| Michael P. Carney | Instructor, Springfield Police Academy |
| Carol Aranjo | Credit Union Director |
| George Castellano | Community resident and businessman |
| Carol Caulton | City Council Candidate |
| Robert Caulton | Lt. Springfield Police Dept. (Ret) |
| Andrea Chasin | Conflict Resolution Trainer |
| Steve Clay | Director YMCA |
| Willard Coefield | Minister |
| Tia Cohen | Community Resident |
| Maria Colman | Minister, Wesley Methodist Church |
| Steven Cooper | ABC television news reporter |
| Latoya Cost | Community Resident |
| Charles Council | Dept. Head Springfield Schools |
| Kevin Coyle | Attorney, Police Officers Association |
| Patricia Crutchfield | U. Mass Amherst |
| John Davis | CEO, American Saw |
| Russell Denver | Chamber of Commerce, Attorney |
| Gene Dexheimer | Springfield Police Dept. |
| André Dickerson | Mayor's Office |
| John Dill | President Colebrook Development |
| Carol Drungo | Community Resident |
| Elliott Dyer | Department Head, Springfield Schools |
| William Fitchet | Deputy Chief. Springfield Police Dept. |
| Anjie Florian | South End Neighborhood Council |
| Angelina Florian | Office of Community Development |

ii

SFP001266

| Name | Position/ Organization |
|------|------------------------|
| Dennis Forbes | Community Resident |
| Edgar Forest | Episcopal Priest |
| Minnie Gallaway | Maple Hill Six Corners Council |
| Andrea Garde | McKnight Council |
| Ann E. Geer | Council of Churches |
| Dorca Gomez | MCAD Commissioner |
| Gary Green | Rabbi, Longmeadow Temple |
| Joe Griffith | Sgt. Springfield Police Dept |
| Jerome Gurland | Rabbi and Human Relations Commission |
| Richard Hasti | Minister, UU Church |
| Lesley Haynes | Institute for the Healing of Racism |
| Rolf Hedbergh | Minister, St. Paul Lutheran, East Longmeadow |
| Allen Howard | McKnight Council |
| Mary Hurley | Judge and Former Mayor |
| Fredrick Hurst | Attorney |
| Sophi Jeffries | NAACP |
| Chelen Jenkins | Youth Advisor |
| Jeanette Jez | Mass Mutual |
| Johnny Jimenez | Community Resident |
| Wilette Johnson | Commerce High School |
| Ernestine Johnson | Bay Area Neighborhood Council |
| James Jones | Student |
| James Watts Jr. | NAACP |
| Tai Juber | Executive Dir. United Way |
| Rosemary Kallock | Dept Head, Springfield Schools |

iii

SFP001267

| Name | Position/ Organization |
|------|------------------------|
| Mark Kenny | Capt. Springfield Poice Dept. |
| Donald Klein | Gen, Mgr. Eastfield Mall |
| Cornell Lewis | Mason Square Development Corp. |
| Earl Little | Neighborhod Community Police |
| Joyce Livingston | Substitute teacher, community resident |
| Brian Long | Gen. Manager, Springfield Union News |
| Candice Lopes | Mayor's Office |
| Patricia Mackay | McKnight Council |
| Arlene Mackie | Council of Churches |
| Michael Manley | Lt. Springfield Police Dept. |
| Bob Markel | Former Mayor |
| William Marshall | CEO SIS Bank |
| Bob McCollum | School Committee |
| Larry McDermott | Editor, Springfield Union News |
| Dave McGibbon | Springfield Police Supervisors Association |
| Danae McLeary | Community Resident |
| Paula Meara | Chief of Police |
| Jusef Mohammed | Minister |
| Jane Morrisey | Catholic Religious, Chaplins on Call |
| James Morton | Attorney |
| Bob Moynihan | Lt. Springfield Police Dept |
| Leon Multree | Police Officer |
| Warren Myers | Dept Head, Springfield Schools |
| Peter Negroni | Superintendant, Springfield Schools |
| Juliette Nguyen | Vietnamese-American Civic Assoc. |

iv

| Name | Position/ Organization |
|------|------------------------|
| Joe Nicholson | Deputy Sheriff |
| John Owens | Old Hill Council |
| Reggie Owens | Student |
| John Peasron | Council of Churches |
| Kathleen Pellegrino | Member, Springfield Police Commission |
| Wayne Phaneuf | Managing Editor, Springfield Union News |
| Jerry Phillips | Chairman, Springfield Police Commission |
| Lorran Plasse | Dept. Head Springfield Schools |
| Madeline Plunket | Community resident |
| Lewis Reich | Interfaith Council |
| Barbara Rivera | New North Citizens Council |
| Paul Robbins | Public Relations Consultant |
| Frank Robinson | Bay State Medical |
| Tasha Robinson | Student |
| Dora Robinson | Executive Dir. MLK Center |
| Dawn Rodgers | Guidence Counselor |
| Carmen Rosa | School Committee |
| Vincet Savage | Springfield Police Dept. |
| Shirin Selph | Springfield Schools |
| Arthur Serota | Learning Tree |
| Mary Shaird | Teacher |
| Jim Shriver | Chamber of Commerce |
| Karl Skeene | Mass, State Trooper (Ret) |
| Osiris V. Skywill | Rainbow Art Foundation |
| Nate Smith | Minister, 3rd Baptist Church |

v

SFP001269

| Name | Position/ Organization |
|------|------------------------|
| Ann Southworth | Putnam High School |
| Sadie Stanley | Mass Mutual |
| David Starr | Publisher, Springfield Union News |
| Richard Stebbins | Regional Manager BankBoston |
| StephenNapoli | South End Neighborhood Council |
| Carol Sumler | Bay Area Neighborhood Council |
| Fred Swan | Springfield Community Health Center |
| Talbert Swann | Minster |
| Ben Swann | Masssachusetts State Representative |
| Grace-Linda Syherns | Neighborhood Council |
| Bob Thibodeau | Lt. Springfield Police Supervisors Assn. |
| Henry Thomas | Urban League |
| Richard D. Trombly | Springfield Police Officers Association |
| Brendy Troudwell | McKnight Council |
| Madeline Vasquez | Community Resident |
| Tomasa Vasquez | Student |
| Bill Ward | Hampden County Regional Employment |
| W.C. Watson | Minister, Canan Baptist Church |
| Joyce Watts | McKnight Council |
| Joel Weiss | Jewish Federation |
| Thomas Wheeler | CEO, Mass Mutual |
| Darnell Williams | NAACP President |
| Bud Williams | City Councilor |
| Kinnetta Wilson | Student |
| Linda Wilson | Head of Teacher's Union |

vi

SFP001270

| Name | Position/ Organization |
|------|------------------------|
| Sally A. Wittenberg | Springfield School Volunteers |
| Dan Yorke | WHYN Radio |

SFP001271

# *Appendix C*

SFP001272

# Appendix C

## CMG staff involved in the Springfield project

The Springfield project would have been impossible without the dedication and talents of a large number of CMG staff, affiliates and interns at each stage of the process.

Theodore Johnson, consultant
Sherlock Graham-Haynes, consultant
Robert Ricigliano, Executive Director
Douglas Stone, Harvard Negotiation Project, Harvard Law School
Sheila Heen, consultant
Diana Chigas, regional director
Edward Choi, program assistant
Rachael Cobb, evaluator
Michael Moffitt, consultant
Erica Stein, program assistant
Tamsen Schultz, program assistant

CMG interns:

Bridget Gallagher
Karen Blackman
Karen Chandler
Mark Relthford

*Appendix D*

SFP001274

# Appendix D-1

## Springfield Retreat Initial Invitation List

### Community Participants

| Name | Organization |
|------|--------------|
| Jinx Adams | McKinght Council |
| Carol Aranjo | Credit Union Director |
| Thomas Belton | Personnel Dept. City of Springfield |
| Michael Ann Bewsee | Arise |
| Andrea Chasin | Conflict Resolutions Trainer |
| Ann Faccini | Hungry Hill |
| Dennis Forbes | Community Resident |
| Michael Frankel | 16 Acres |
| Andrea Garde | McKnight Council |
| Dorca Gomez | MCAD |
| Mickey Harris | NAACP |
| Allen Howard | McKnight Council |
| Rick Hurst | Attorney |
| Ty Joubert | United Way |
| Cornell Lewis | Mason Square Development |
| Maria Morales Lobel | New North Council |
| Patricia MacKay | McKnight Council |
| Stephen Napoli | South End Council |
| Juliette Nguyen | Vietnamese-American Civic Association |
| Art Serota | Learning Tree |

i

SFP001275

| Name | Organization |
| --- | --- |
| Henry Thomas | Urban League |
| Darnell Williams | NAACP |
|  |  |
| **Business Community** |  |
| John Abbott | Mass Mutual |
| Mary Ellen Canavan | United Personnel Services |
| John Davis | American Saw |
| Russell Denver | Chamber of Commerce |
| Jack Dill | Colebrook Development |
| Donald D'Amour | Big Y Foods |
| Jeanette Jez | Mass Mutual |
| Jesse Lanier | KFC entrepreneur |
| William Marshall | SIS Bank |
| Peter Picknelly Sr. | Peter Pan Bus Lines |
| Paul Robbins | Public Relations Consultant |
| Sadie Stanley | Mass Mutual |
| Dick Stebbens | Bay Bank (BankBoston) |
| Tom Wheeler | Mass Mutual |
|  |  |
| **Elected Officials** |  |
| Michael Albano | Mayor |
| William Bennett | District Attorney |
| Ben Swann | Mass. State Representative |
| Bud Williams | City Councilor |
|  |  |

ii

SFP001276

| Name | Organization |
|---|---|
| **Education Community** | |
| Randolph Bromery | President, Springfield College |
| Willete Johnson | School Principal |
| Peter Negroni | Superintendent, Springfield Schools |
| Frank Robinson | Board of Education |
| Dawn Rodgers | Guidance Counselor |
| Shirin Selph | Springfield Schools |
| Mary Shaired | Teacher |
| Ann Southworth | School Principal |
| Lydia Velasquez | Asst. Principal |
| | |
| **Religious Community** | |
| Willard Coefield | Minister |
| Maria Colman | Minister |
| Father Farland | Priest |
| Ann Geer | Council of Churches |
| Talbert Swann II | Minister |
| Jusef Mohammed | Minister |
| Jane Morrisey | Catholic Religious, Chaplins on Call |
| Joel Weiss | Jewish Federation |
| | |
| **Police Department** | |
| Lt. Larry Brown | Supervisor |
| Joe Carelock | Police Officer |
| Michael Carney | Academy Instructor |

iii

SFP001277

| Name | Organization |
|------|--------------|
| Sgt. Corcorain | Aide to Chief Meara |
| Lt. Gene Dexheimer | Supervisor |
| William Fitchet | Deputy Chief |
| Capt. Mark Kenny | Supervisor |
| Lt. Michael Manley | Supervisor |
| Capt. McFarland | Supervisor |
| Sgt. Dave McGibbon | Academy Instructor |
| Capt. McMann | Supervisor |
| Paula Meara | Chief |
| Vincent Savage | Police Officer |
| Daniel Spellacy | Deputy Chief |
| Lt. Bob Thieodeau | Supervisors Association |
| Sgt. Richard Trombly | Police Officers Association |
|  |  |
| **Police Commission** |  |
| Kathleen Peligrino | Member, Police Commision |
| Jerry Phillips | Chair, Police Commission |
| Jose Tosado | Member, Police commission |
|  |  |
| **Students and Youth** |  |
| Todd Hill | Student |
| Chelen Jenkins | Youth advisor |
| James Jones | Student |
| Reginald Owens | Student |
| Tasha Robinson | Student |

iv

SFP001278

| Name | Organization |
|------|--------------|
| Tomasa Vasquez | Student |
| Kinyetta Wilson | Student |
|  |  |
| **Press/Media** |  |
| Kevin LaRue | ABC Television Affiliate |
| Larry McDermott | Editor, Springfield Union News |
| Bill Peppin | Channel 22 |
| Wayne Phaneuf | Managing Editor, Springfield Union News |
| David Starr | Publisher, Springfield Union News |
|  |  |
| **Other participants** |  |
| Patricia Crutchfield | U Mass    Police trainer |
| Madeline Vasquez | Community resident |

v

**Appendix D-2**

**Final Invitation List**

## Community Participants

1. Carol Aranjo -- Community activist

2. Thomas Belton -- City employee

3. Michael Ann Bewsee -- Executive Dir. Arise

4. Andrea Chasen -- Resolutions Inc.

5. Dorca Gomez -- MCAD Commissioner

6. Andrea Garde -- McKnight Council

7. Rick Hurst -- Attorney

8. Cornell Lewis -- Executive Dir. Mason Sq. Development

9. Maria Morales Loebl -- New North Council

10. Darnell Williams -- NAACP President

11. Stephen Napoli -- South End

12. Patricia MacKay -- McKnight Council

13. Henry Thomas -- Urban League

14. Mickey Harris -- NAACP past president

15. Allen Howard -- McKnight Neighborhood Council

16. Art Serota -- The Learning Tree

i

SFP001280

**Elected Officials**

1.  Bill Bennett -- District Attorney

2.  Ben Swan -- MA State Rep

3.  Bud Williams -- City Council

4.  Michael Albano -- Mayor


**Education Community**

1.  Wilette Johnson -- Principal, Commerce High School

2.  Mary Shaird -- Mediation teacher, Commerce High School

3.  Sherin Selph -- Sprfield Dept of Education

4.  Dawn Rodgers -- Putnam High School

6.  Randolph Bromery -- President Springfield College

7.  Peter Negroni -- Superintendent Springfield Schools

**Youth/Students**

1.  Tasha Robinson -- Student, Commerce High School

2.  James Jones -- Student, Commerce High School

3.  Todd Hill -- Student, Commerce High School

4.  Kennyetta Wilson -- Student, Commerce High School

5.  Madeline Vasquez -- Putnam High School

SFP001281

6.    Reggie Owens -- Student, Commerce High School

**Business Community**

1.    Paul Robbins -- Public Relations Consultant

2.    Jeanette Jez -- VP, Mass Mutual

3.    John Abbott -- VP, Mass Mutual

4.    Sadie Stanley -- Mass Mutual, Community Affairs Specialist

5.    F. William Marshall -- SIS Bank

6.    B. John Dill -- President, Colebrook

7.    Juliette Nguyen -- Vietnamese Civic Association

8.    Russell Denver -- President, Chamber of Commerce

9.    Donald D'Amour -- Big Y Foods

10.    John Davis -- CEO American Saw

11.    Tom Wheeler -- CEO Massachusetts Mutual Life Ins.

12.    Peter Picknelly Sr. -- Peter Pan Bus Lines

13.    Mary Ellen Canavan -- United Personnel Services

14.    Richard Stebbins -- BayBank

**Police Dept.**

1.    Paula Meara -- Chief

2.    Michael Carney -- officer

iii

SFP001282

3.  Joe Carelock -- officer

4.  Sgt. Dave McGibbon -- academy

5.  Lt. Larry Brown

6.  Lt. Mike Manley

7.  Vincent Savage

8.  Chester Ardilino

9.  Robert Majewski

10.  Lawrence Gourinski

12.  William Fitchet -- Deputy Chief

13.  Richard Trombly -- Police Officers Association

**Springfield Police Commission**

1.  Jerry Phillips -- Chairman

2.  Kathleen Pelligrino -- commissioner

3.  Jose Tosado -- commissioner

**Other Law Enforcement**

1.  Joe Nicholson -- deputy sheriff

iv

SFP001283

**Religious Community**

1. Rev. Willard Coefield

2. Rev. Ann Greer -- Pres., Interfaith Council

3. Rev. Snowden -- Progressive Community Chapel

4. Sister Jane Morrissey

5. Minister Jusef Mohammed -- Mohammed's Mosk

**Media**

1. Wayne Phaneuf  Managing Editor, Springfield News

2. David Starr -- Publisher Springfield Union News

3. Kevin LaRue -- ABC Television affiliate

4. Bill Peppin -- Channel 22

**Other Participants**

1. Patricia Crutchfield -- U Mass/ and Police Dept Trainer

2. Madeline Vasquez-- community resident -- parent

v

SFP001284

# CMG

20 University Road
Cambridge, MA 02138 USA
Tel (617) 354-5444  Fax (617) 354-8467

## Conflict Management Group

### Appendix D-3

### Text of retreat Invitation

May 9, 1997

Dear: --------------

I have the pleasure of inviting you to participate in a planning retreat on making Springfield's communities safe and secure places to live, work, and raise families. The purpose of this retreat is to bring together a committed and diverse group of Springfield residents to design a process for managing the human divisions which threaten the safety and security of Springfield's communities.

Initially conceived as a project on improving police-community relations, this retreat is designed to be an important step in a longer term process to improve Springfield's communities. No single event can produce the "solution" to the divisions in Springfield's communities or cause people to feel more safe. Thus, the retreat is intended to be the start of a process that will give people the ability to manage these issues over time. During the retreat, people from different sectors of the community will come together and work out ways to communicate across lines of difference, brainstorm options for dealing with the issues of human division in the city, and devise a realistic plan for going forward as a community. The product of the meeting will be a series of recommendations to major actors in the city (city government, the police department, community groups, the business community, etc.) on how to make Springfield's communities more secure places to live and work.

The retreat will be held on the weekend of June 6 - 8, at the Jiminy Peak Moutain Resort in Hancock MA. It is being funded by a coalition of community groups and the Greater Springfield Chamber of Commerce. The effort was initiated by a group of concerned citizens from community organizations and agencies, religious organizations and clergy, public agencies and political leadership, the press, education, law enforcement, business and industry. In preparation for the retreat, CMG interviewed more than 150 individuals from a wide cross section of the greater Springfield community. As a result of these interviews, we found there was a need to broaden our focus and reframe the purpose of the retreat from improving police-community relations, to improving safety and security in Springfield's communities.

SFP001285

The groundrules for participation in the retreat are as follows:

- ○    Participants attend in their individual capacity and not representing any organization or agency, only yourself;

- ○    The process is exploratory and informal;

- ○    The session is not a negotiation or a substitute for a negotiation to solve community issues; it is a facilitated community exercise to explore and develop new ideas and new approaches;

- ○    The session will be independent of any positions or commitments, public or private, you may have made prior to the session;

- ○    The session will be an off-the-record and confidential process -- no public report will be made of the session unless those participating agree otherwise.

While we anticipate the process will expand to involve others in the community, we've had to be selective as to the initial number of participants for financial and logistical reasons. You have been invited because you represent a critical voice in the community that needs to be present for this process to have credibility and a chance for success. Although events surrounding this retreat will likely become public in due course, at this stage of the process we request that you not publicize the agenda or preliminary information.

Very shortly you will receive a packet containing directions to the Jiminy Peak Resort as well as some preliminary materials for the retreat. If you need transportation please let us know and arrangements will be made. If there are any additional questions, feel free to contact me at (617) 354-5444 extension 159, or you may speak to one of our Springfield Project interns, Bridget or Karen at extension 659.

Sincerely,


Ted Johnson
Program Consultant

p:\usa\sprfield.ma\invite.tx2

2

SFP001286

# Appendix D-4

## Retreat Attendees

John Abbott – VP Mass Mutual
Jinx Adams – McKnight Council
Michael Albano– Mayor
Thomas Belton – City Personnel
William Bennett – District Attorney
Larry Brown – Lt. Springfield Police
Joe Carelock – Springfield Police
Michael Carney – Springfield Police
Andrea Chasen – Conflict Resolutions
Pat Crutchfield – U. Mass Amherst
Donald D'Amour – Big Y Foods
Russell Denver – Chamber of Commerce
Gene Dexheimer – Lt. Springfield Police
John Dill – President Colebrook Dev.
Andrea Garde – McKnight Council
Ann Geer – Council of Churches
Dorca Gomez – MCAD
Rick Hurst – Attorney
Jeanette Jez – VP Mass Mutual
James Jones – Student
Ty Joubert – United Way
Pat MacKay – McKnight Council

Michael Manley – Lt. Springfield Police
William Marshall – CEO SIS Bank
Dave McGibbon – Sgt. Springfield Police
Paula Meara – Chief Springfield Police
Sr. Jane Morrisey – Chaplains on Call
Stephen Napoli – South end council
Juliette Nguyen – VACA
Joe Nicholson – Dep. Sheriff
Reggie Owens – Student
Wayne Phaneuf– Springfield Union News
Paul Robbins – Fitzgerald and Robbins
Dawn Rodgers– School Counselor
Vincent Savage – Springfield Police
Shirin Selph – Springfield Schools
Sadie Stanley – Mass Mutual
Ben Swan – Mass State Rep.
Henry Thomas – Urban League
Tomasa Vasquez – Student
Madeline Vasquez – Community resident
Bud Williams – City Councilor
Darnell Williams – Pres. NAACP

SFP001287

*Appendix E*

SFP001288

# Appendix E

## Retreat Agenda
Jiminy Peak Resort
June 6-8, 1997

### Friday

3:00    Introductions & Purposes of the Retreat
            Fill our preliminary evaluations

4:00    Material - Spiritual shift

4:30    Introduction exercise
            (Small groups)

6:30    What did you learn?

7:00    Dinner

### Saturday

8:30    Check-in

8:45    Dealing with Strong Emotions
            Cognition - Affect Shift
            *The Color of Fear* video & small group discussion

10:00   Break

10:20   Shift from Certainty to Curiosity
        Partisan Perceptions
            *The "F" Exercise*
        Listening to Understand

11:15   Quadrant I: What would a better Springfield look like?
            (Small group work)

Retreat Agenda                         i

SFP001289

12:15  Lunch

1:00   6 categories of issues in Springfield
       Division into working groups
               Education & Youth issues
               Police-Community Relations
               Economic issues
               Process & Dialogue
               Civic participation & inclusion

1:45   Quadrant II: Diagnostics (working groups)
               What's causing these problems?

3:00   Quadrant III: Brainstorming (working groups)
               What might we do?

6:00   Dinner

8:00-10:30   Group Dialogue:
             "Say what you need to say and hear what is important to others"

**Sunday**

8:30   Check in:
       Reflections on last night.  "I" statements

9:30   Creativity Exercise: *A Springfield Promotion*

10:00  Action ideas & Planning (working groups)
               Selecting Project Priorities
               What to do next to make it happen

12:30  Lunch

Retreat Agenda                              ii

SFP001290

1:30    Working Group Presentations

2:15    Going Forward
             Quick Hit List
             Press Conference
             Group Name & Contact People
             Reconvening, Communicating

2:30    Closure

3:15    End of Retreat

SFP001291

# EXHIBIT B
# (Part 3)

*Appendix F*

SFP001292

## Appendix F
## Working Group Members

**Process-Dialogue Group**
Michael J. Albano (mayor), coordinator
Donald. H. D'Amour (president of Big Y Foods, Inc.), coordinator
Thomas M. Belton (city personnel office)
Rev. Ann E. Geer (director of the Council of Churches)
Ty Joubert (Community United Way of Pioneer Valley president)
Joseph L. Nicholson (deputy sheriff)
Paul J. Robbins (public relations consultant)

**Education and Youth Group**
B. John Dill (president of Colebrook), coordinator
Sadie Stanley (Massachusetts Mutual Life Insurance Co.), coordinator
Michael P. Carney (police officer)
Dawn Rogers (Roger L. Putnam Vocational High School)
Sherin Selph (public school system)
Tomasa Vasquez (parent of a Putnam High School student)
James Jones (High School of Commerce student)
Madeline Vasquez (Putnam High School student)
William M. Bennett (Hampden County District Attorney)
Donald H. D'Amour (president of Big Y Foods, Inc.)
Monda Driscoll (Big Y Foods Inc., career training)
Andrea Garde (McKnight Neighborhood Council)

**Police and Community Relations**
Jinx Adams (Sector F Community Policing Team), coordinator
Stephan D. Napoli (self-employed businessman), coordinator
Larry Brown (police officer)
Joseph Carelock (police officer)
Eugene C. Dexheimer Jr. (police officer)
Andrea Garde (McKnight Neighborhood Council)
Patricia MacKay (McKnight Neighborhood Council)
David McGibbon (police academy)
Michael Manley (police officer)
Paula C. Meara (police chief)
Sister Jane F. Morrissey (clergy)
Kathleen Pellegrino (police commissioner)
Sherin Selph (public school system)
Benjamin Swan (state representative)
Darnell Williams (NAACP Springfield branch president)

SFP001293

# Appendix F
(continued)

**Working Group Membership** (con't)

**Economic and Job Group**
F. William Marshall Jr. (SIS Bancorp Inc. president), coordinator
Bud L. Williams (city councilor), coordinator
Andrea Chasen (Resolutions, Inc.)
Russell F. Denver (Springfield Chamber of Commerce president)
Frederick Hurst (lawyer)
Jeanette Jez (Massachusetts Mutual vice president)
Wayne E. Phaneuf (Union-News managing editor)
Vince Savage (police officer)
Henry M. Thomas III (Springfield Urban League president)

**Other CommUNITY '97 Members**
John Abbott (Massachusetts Mutual vice president)
Patricia Crutchfield (State Board of Education)
Dorca Gomez (Massachusetts Commission Against Discrimination)
Juliette Nguyen (Vietnamese Civic Association)

SFP001294

# *Appendix G*

SFP001295

# Appendix G
## CommUNITY '97 Working Group Action Ideas

## Police and Community Relations

### Internal
Extend probation of recruits to 3 years
Video cameras in cruisers
Change style of policing
Language Guidelines

### Programs
Task force working to provide closure on past, controversial events ("Facing History and Ourselves")
Integrate history into police training
Two-Way Street program (role playing between youth and officers)
Police Officer "baseball" cards

### Inform Community
Press releases issued jointly, sent to community groups as well as media to reduce misunderstandings
Report cards – police to community and vice versa
Major Public Relations – so community, businesses, etc. are informed
Inform public on rules/ expectations and regulations for police officers
Report on IIU Resolutions
Feedback loops

### Training
Specific police training addressing variables/factors that may lead to civil unrest -- proactive prevention
Inclusion of community for in-service training
City-wide group development training

### Meetings/Systems/Interactions
Increase access  between community leaders and police
        (to include crisis intervention)
E-mail crisis network
Invite NAACP to quarterly meetings
Create teams (i.e. police - community vision teams with common goals)
Citizen Ride-alongs

SFP001296

**Economic and Job Group**

**Jobs**

Goal: Business to increase employment/promotion opportunities for lacks/Hispanics

     -training

     -education

     -leadership

     -maundering

     -assessment

     -increase Black business growth opportunities

**Revitalization**

Goal: Development and investment into local community-based entrepreneurs

**Economic Base**

Goal: Increase wealth in poor communities

     -role-models

     -mind set

     -market computer technology

**Level I Activities**

Establish economic focus group to drive recommendations -- first meeting in July

Purposes: identify key implementations of plans

Set priorities

Pick working partners

SFP001297

## Process and Dialogue Group: Improving processes for dealing with solving problems

**Benchmarking**
- access US Conference of Mayors and educational institutions for research
- send letter to Newsweek's "10 Best Cities" and ask for data, etc.
- give Mayor 50 city success stories, regarding police-community relations
- explore US Department of Justice for racial conflict approach (Sally Campbell)
- community survey (WNEC)
- revisit student surveys on racism
- accountability and responsibility?
- resources?

**Dialogue Forum / Institute for the Healing of Racism / Study Circles**
- a focus on an inviting marketing label
  - "spiritual human dialogue"
  - "breaking bread"
  - "community healing"
- re-energize train-the-trainer -- corps of people
- gather input and buy-in from community
- piggy-back on existing audiences and structures
- city-wide coordinating structure
- collaboration/Integration of different facilitation groups (Study Circles, IHR)
- lead by examples: cross-section of leaders do this

**Crisis Intervention Teams**
- imagery around name
  - Community Response Team
  - Community Intervention Team
  - Community Resolution Team
- multi-faceted / organizational team – mirrors Springfield
- whose responsibility?
- find method of communication

**Ongoing Education for Businesses and Others**
- Barrier = Denial
  - Demonstrate to businesses bottom-line benefit
  - Circulate Harvard Business School article on above topic
- Barrier = International corporations; not local
- Spillover effect
- Localize education
- Local involvement
- Use outside consultants, but focus on local resources/consultants
- Develop a model
- Involve and coordinate local colleges

SFP001298

## Education and Youth Group

### "School to Work" Program / Structure

NOW:        3 schools
            5 businesses (Bay State, Mass Mutual, American Saw, Dave's)

GOAL:       42 Schools
            X Businesses

i.e. -- early integration with work values

- ► pull parents in
- ► summer jobs / part-time work all year
- ► basic work values for success
- ► use available resources -- lots of them
- ► expand existing programs
- ► long-term commitment / integration with educational environment
- ► connect educational support with this
- ► need strategies for commitment, job opportunities

### Diversity Training / Sensitivity

incorporated into curriculum
- ► preventive rather than crisis driven
- ► from early age, kindergarten plus
- ► understand age appropriate diagnostics for culturally sensitive growth
            i.e. -- source of strength, etc

### Family Involvement Program

- ► more parental involvement
- ► increased awareness of danger
- ► signs from kids
- ► support group
- ► training
- ► educate -- provide tools for parents

SFP001299

## Appendix G1
## A Vision for a Better Springfield

**What would a better Springfield look like?**

- Safer and better schools
- Improved job opportunities, especially in black and Hispanic communities
- Decrease drop-out rate Improve health care
- Unite under common vision and goals
- Improve image
- Communicate better
- More responsible media: tell both sides and accept other point of view
- Everyone helping each other
- Back to basics in schools
- More emphasis on youth and schools
- Less media focus on negative issues
- Every neighborhood has a place for shopping, "shmoozing," living, and great housing and education
- Renovation of existing housing
- Majority of businesses and homes owned by the people who live in the community
- Money is set aside for renovation
- Equal amount of emphasis on all neighborhood development, including downtown
- More focus on the academic achievement of all kids in the education system
- Value children as important as others – give them experiences and perspectives to open their minds
- Neighborhoods be as prosperous as the downtown and the river front
- Improved education system
- Safety for all
- People can have more fun
- Effective relationships while fixing what is broken
- Springfield to be more "cosmopolitan" - wanting to embrace other cultures, including more symphony, jazz, etc.
- Not be "walled-in."
- Everyone shares in common wealth
- Opportunities for young people–it takes a village to raise a child
- Continued dialogue instituted
- Leaders come together and admit there is a problem
- Environment where all people speak from the heart
- Find common ground on different perspectives
- Accountability to people and to institutions–leaders involved and engaged
- Corporate community does more than write checks–involved in common learning and sharing
- Better discipline in schools
- More community activities: forming relationships, opportunities for role modeling (i.e. big brother/sister)
- Need to make it easier for children to get good education
- More community centers (like Dunbarton) with opportunities to get help in reading and math
- More after-school programs for young kids at local colleges
- Summer camp programs to teach kids a better way of living
- Citizens have self-respect and hope

SFP001300

**Appendix G1**

## What would a better Springfield look like? *(continued)*

- Active education in non-violence for all sections of community: police, kids, etc.
- Public apologies
- Community service for all police
- A clean city
- More public activities
- Improved public transportation
- Find a common definition of a "racist incident"
- Change perceptions – all kids are not in gangs
- Sensitivity training throughout community
- People saying, "I like Springfield"
- Patrolmen assigned to neighborhoods they know
- Revitalize downtown
- Focus on positive, find common ground
- "Bottom-up" approach to problem solving
- Find and use new methods
- Appropriate levels of response from leadership

SFP001301

# Appendix H

SFP001302

# Appendix H

### Press Coverage of CMG Process and CommUNITY '97

### February '97 to August '97

SFP001303

February 4, 1997  p.B1

# Mediation team meets residents

**By RAY KELLY**

*Staff writer*

SPRINGFIELD — Frustration and anger toward police characterized a meeting last night between Old Hill and McKnight residents, and representatives of a conflict resolution team.

The Conflict Management Group of Cambridge is soliciting opinions of residents on race relations in the city before organizing a retreat next month to devise solutions. The group was hired by local businessmen in November to help the city iron out its racial problems.

Some of the 25 people who attended the racially mixed meeting at the William DeBerry School questioned whether the process would be a repeat of unproductive past attempts to foster understanding between police and the black community.

"All of this is well and good," Ethel Griffin said. "But unless we start getting jobs, centers for young people and true community policing ... this is not going to work."

Griffin said there was a need for police substations in the neighborhoods.

Others said that police must be held accountable for actions of brutality or misconduct.

"They have all of the control and there's no accountability," Andrea Garde said. "It is as if they create new rules for themselves."

The hiring of the Conflict Management Group followed a melee between black youths and police in October outside the Nubian Athletic Club on Dwight Street. There have been complaints that police used excessive force.

Teen-ager James Watts Jr. asked the conflict resolution team whether they had yet to talk with the city's youth.

CMG representative Ted Johnson said they have spoken only with Chelan Jenkins, the city's Youth Committee chairwoman, but expect to meet with teen-agers this weekend. So far, CMG has interviewed 60 people, he said. It plans to survey 100 residents before organizing a meeting in mid-March of about 50 people.

Last night's meeting was organized by the neighborhood councils and the NAACP.

While many in attendance expressed doubts that stereotypes held by some blacks and whites could soon be overcome, CMG representative Sherlock Graham said that the fall of the Berlin Wall offers proof that nothing is impossible.

"The human spirit is rising up," Graham said. "If it happens overseas, it can happen in Springfield."

The Union-News and Sunday Republican.  All rights reserved.  Reprinted with permission.

SFP001304

April 12, 1997 p.A1

SPRINGFIELD

## Ministers decrying 'silence'

**Police Officer Jeffrey Asher has been charged with assault and battery with a dangerous weapon.**

### By RAY KELLY
*Staff writer*

SPRINGFIELD — The Million Man March Committee yesterday lashed out at the mayor, police commission chairman, district attorney, the Council of Churches and others for their reaction to the videotaped kicking of a black suspect by a white police officer.

In a written statement sent by the Rev. Talbert W. Swan II and Minister Yusuf Muhammad, the group criticized Mayor Michael J. Albano, the City Council, School Committee, Council of Churches of Greater Springfield and others in leadership positions for not condemning Jeffrey Asher, a white police officer videotaped kicking a black suspect, Roy Parker, March 20 during an arrest. Asher, who was suspended, has been charged with assault and battery with a dangerous weapon, a shod foot.

"The silence of those in leadership is shameful," the Million Man March Committee statement read. "An open condemnation specifically, of this incident is long overdue."

In response, Albano said it would be inappropriate for him to comment beyond remarks he made Tuesday, because it could politically influence the process. He said on Tuesday "police brutality in any fashion will not be tolerated."

The Million Man March Committee also criticized Police Commission Chairman Gerald Phillip

*Please see Committee, Page A*

# Committee: Reaction to kick said shameful

*Continued from Page A1*

for describing the videotaped incident as isolated.

In response, Phillips maintained incidents of police brutality are isolated.

He criticized the Million Man March Committee for raising the potential of violent confrontations.

"I am not going to be intimidated by Rev. Swan or Minister Yusuf," Phillips said.

The two clergymen have been active in the local Million Man March Committee since it formed after the October 1995 rally of black men in Washington. The rally was organized by Nation of Islam leader Louis Farrakhan.

The committee also accused Councilor Timothy Rooke of "demonizing" Parker when he said in a recent interview that "someone should have kicked this gentleman in the rear end early on."

Reached for comment, Rooke, the son of a police captain, said he meant that Parker needed direction in his youth.

"At an earlier age, somebody should have tried to get him involved in the Dunbar Community Center, Boys Club or Jewish Community Center, where a good role model existed so he would be on the straight and narrow," Rooke said.

Committee members also said they believed Hampden County District Attorney William M. Bennett is willing to let Asher plead guilty to a lesser charge. "This is totally unacceptable."

Bennett did not return calls made to his office.

The recent incident and charges come as a conflict resolution group hired to help improve race relations in the city

winds down the first phase of its work.

Since the Conflict Management Group of Cambridge was hired by local businesses four months ago, its workers have interviewed 150 people from various walks of life on their views of race relations. The second phase calls for a retreat attended by 50 people next month to devise solutions to racial problems here.

Although the interviews were coming to a close when the incident involving Asher took place, some interview subjects had voiced concern about police brutality, according to Ted Johnson, a CMG consultant.

"What is interesting about the videotape is how people in different communities see it," he said.

Members of the black community may view it as an example of something that happens quite often, while some white people will be shocked by it, he said.

Johnson, who was deputy district attorney in Orange County, Calif. for 17 years, said that some police officers will look at the recent incident and see their jobs as becoming much more difficult.

At the CMG-led retreat next month, participants will be asked to "step into the shoes of someone different than you and see things as they do," Johnson said.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001305

June 9, 1997    p. B3

# Group tackles divisive issues

HANCOCK — A new group devoted to tackling problems of race, class and culture that have divided the city of Springfield was officially launched with a three-day weekend retreat.

The "CommUNITY '97" group brought together about 50 people from the greater Springfield area at the Jiminy Peak Resort.

Participants discussed some of the racial and other problems that affect the city.

"I think it was a very positive experience," said organizer Paul Robbins, a public relations executive. "I think we all learned that we have a lot more in common than we have differences."

Robbins said the retreat was the culmination of a nearly 18-month effort led by a small group of citizens concerned about healing divisions in the city. He said many of the differences revolve around race, but no particular incident was the reason for the group's creation.

"A lot of it has to do with race relations, obviously, but a lot of it has to do with class and neighborhood and other things that divide people," Robbins said.

The group included representatives from business, civic, police, religious, and educational organizations.

CommUNITY '97 will hold a press conference Wednesday to share personal experiences from the retreat and outline future initiatives. The group is open to all interested people. Contact Robbins at Fitzgerald and Robbins in Springfield for more information.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001306

June 12, 1997 p. A1  page 1 of 3

# Group's retreat sows seeds

# of racial harmony

**CommUNITY '97 has set up 4 committees and is seeking community involvement.**

### By RAY KELLY
*Staff writer*



SPRINGFIELD — Prominent business leaders, inner-city teens and veteran police officers are part of an eclectic group that vowed yesterday to tackle racial divisions here.

Born out of a three-day retreat last weekend, CommUNITY '97 members said they would not become just another feel-good committee forgotten days after an initial burst of publicity.

"There have been unity rallies in the past. This is not a snapshot event," Darnell Williams, president of the Springfield branch of the NAACP, said at a press conference at the SIS Center in downtown Springfield.

Police Lt. Larry Brown, another CommUNITY '97 member, said he hoped his involvement and that of other officers will reduce future problems.

Brown and Williams will serve together on a police and commu-

*Please see Retreat, Page A4*



**Springfield Police Chief Paula C. Meara and other members of CommUNITY '97 gathered yesterday for a press conference at the SIS Center in downtown Springfield.**

Staff photo by DAVID MOLNAR

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

June 12, 1997  page 2 of 3

# Retreat: Participants seek solutions

Continued from Page A1

nity relations committee established by CommUNITY '97.

The group set up three other committees dealing with improved dialogue, education and youth issues, and the economy and jobs. CommUNITY '97 hopes to add more members to its ranks.

The weekend retreat allowed for a frank discussion of problems facing the community, members said. A total of 43 people attended.

Jobs and home ownership were among the concerns voiced by City Councilor Bud L. Williams.

**Larry Brown**

"How do we level the playing field to include those who feel locked out?" he asked.

Williams and F. William Marshall Jr., president of SIS Bancorp. Inc., will lead the economic work group for CommUNITY '97.

"I am encouraged, not only by the people we met, but by the things we discussed," Marshall said.

Big Y Foods Inc.'s Chief Executive Officer Donald H. D'Amour said that the group "did not find one magic solution," nor did members, who have sometimes been at odds in the past, compromise their principles.

Instead, they agreed that by continuing to blame each other, things would only stay the same or get worse, D'Amour said.

The retreat allowed participants to establish relationships where none existed in the past or had cooled, he said.

Hampden County District Attorney William M. Bennett said, "We are one community made up of diverse parts, but we are one community."

CommUNITY '97 announced several efforts to improve race relations:

> **661 am encouraged, not only by the people we met, but by the things we discussed. 99**

**F. William Marshall Jr.**

• Formation of an entrepreneurial program for minority youth, organized by the Springfield Chamber of Commerce and the Urban League of Springfield.

• Extend the probation period for new police officers.

• Reports to the community on the resolution of internal investigations of police officers.

• Seek grants to put video cameras in police cruisers.

• Quarterly meetings between the Police Department and the NAACP.

Springfield Urban League President Henry M. Thomas III said that participants did not focus on any one incident between police and the black community, such as an October melee outside the Nubian Athletic Club or the videotaped kicking of a black suspect by a white patrolman.

Thomas and others called the three-day retreat at Jiminy Peak Resort in Hancock a powerful experience that allowed them to better understand each other's concerns.

"We did not come back with a magic wand," Police Chief Paula C. Meara said. "We came back with something better — people who are willing to work together."

Mayor Michael J. Albano, a CommUNITY '97 participant, said that the retreat and initial recommendations are only a beginning. "The challenge now is to keep the momentum going."

The retreat was led by Conflict Management Group of Cambridge, an internationally known mediation firm that conducted six months of interviews with 150 residents in preparation for the session. The group suggested that the retreat be held outside the city.

Public relations consultant Paul J. Robbins was among those who urged the hiring of CMG by local businesses last year. It came after Justice Department mediators had no luck in bringing together black community representatives and police in 1995, he said.

State Rep. Benjamin Swan, D-Springfield, said he left the weekend retreat more optimistic than before that the city can improve its race relations.

"Springfield has the potential of becoming the shining city on the hill," Swan said.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

June 12, 1997 page 3 of 3

## COMMUNITY '97 COMMITTEES

Four committees were set up by CommUNITY '97. The groups are open to new members from the community. The current members are:

**PROCESS-DIALOGUE GROUP**

- Michael J. Albano (mayor) – coordinator
- Donald H. D'Amour (president of Big Y Foods Inc.) – coordinator
- Thomas M. Belton (city personnel office)
- The Rev. Ann E. Geer (director of the Council of Churches)
- Ty Joubert (Community United Way of Pioneer Valley president)
- Joseph L. Nicholson (deputy sheriff)
- Paul J. Robbins (public relations consultant)

**EDUCATION AND YOUTH GROUP**

- B. John Dill (president of Colebrook) – coordinator
- Sadie Stanley (Massachusetts Mutual Life Insurance Co.) – coordinator
- Michael P. Carney (police officer)
- Donald H. D'Amour (president of Big Y Foods Inc.)
- Monda Driscoll (Big Y Foods Inc. career training)
- Andrea Garde (McKnight Neighborhood Council)
- Dawn Rodgers (Roger L. Putnam Vocational High School)
- Shirin Selph (public school system)
- Tomasa Vasquez (parent of a Putnam High School student)

**POLICE AND COMMUNITY RELATIONS**

- Jinx Adams (Sector F Community Policing Team) – coordinator
- Stephen D. Napoli (self-employed businessman) – coordinator
- Larry Brown (police officer)
- Joseph Carelock (police officer)
- Eugene C. Dexheimer Jr. (police officer)
- Andrea Garde (McKnight Neighborhood Council)
- Patricia MacKay (McKnight Neighborhood Council)

- David McGibbon (police academy)
- Michael Manley (police officer)
- Paula C. Meara (police chief)
- Sister Jane E. Morrissey (clergy)
- Kathleen Pellegrino (police commissioner)
- Shirin Selph (public school system)
- Benjamin Swan (state representative)
- Darnell Williams (NAACP Springfield branch president)

**ECONOMIC AND JOB GROUP**

- F. William Marshall Jr. (SIS Bancorp Inc. president) – coordinator
- Bud L. Williams (city councilor) – coordinator
- Andrea Chasen (Resolutions Inc.)
- Russell F. Denver (Springfield Chamber of Commerce president)
- Frederick Hurst (lawyer)
- Jeanette Jez (Massachusetts Mutual vice president)
- Reginald R. Owens (High School of Commerce student)
- Wayne E. Phaneuf (Union-News managing editor)
- Vince Savage (police officer)
- Henry M. Thomas III (Springfield Urban League president)

**OTHER COMMUNITY '97 MEMBERS**

- John Abbott (Massachusetts Mutual vice president)
- William M. Bennett (Hampden County district attorney)
- Patricia Crutchfield (state Board of Education)
- Dorca Gomez (Massachusetts Commission Against Discrimination)
- James Jones (High School of Commerce student)
- Juliette Nguyen (Vietnamese Civic Association)
- Madeline Vasquez (Putnam High School student)

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001309

June 12, 1997  p.B1

# Retreat focuses on improving race relations

### By RAY KELLY

*Staff writer*

SPRINGFIELD — Participants at a weekend retreat devised to improve race relations here will be told to focus on the future and not the past.

About 50 people — ranging from teens to police officers to businessmen — will gather at Jiminy Peak Mountain Resort in Hancock this afternoon. From then until Sunday, the racially mixed group will search for common ground and attempt to devise a strategy to improve community relations.

The retreat is being led by Conflict Management Group of Cambridge, internationally known mediators who were hired by local businesses last November.

Retreat participants will work in groups as small as four people to formulate a plan.

"For us, a success would be people coming up with a concrete set of plans, specific steps, goals and a timetable," Ted A. Johnson, CMG's program consultant, said yesterday. "It cannot be just 'Let's come up with a good set of ideas and go home.'"

The retreat comes on the heels of another incident that has pitted the black community against police — the videotaped kicking of a black suspect by a white patrolman. Civil rights groups persuaded federal and state authorities last week to investi-

*Please see Healing, Page B3*

# Healing: Mountain retreat focuses on race

*Continued from Page B1*

gate the March 20 incident after a judge and the Hampden County District Attorney's Office determined it was not a criminal act.

In preparation for this weekend's retreat, CMG surveyed 150 people from different walks of life.

The most common concern voiced by those questioned was that whenever there is a discussion of a sensitive issue, it breaks down into an "us versus them" argument with a focus on past incidents, Johnson said.

"What we want to do is to turn the focus on the future," he said.

Johnson, who was deputy district attorney in Orange County, Calif. for 17 years, has said that those at the retreat will be asked to "step into the shoes of some-

one different than you and see things as they do."

The number of participants at the retreat is small compared to the city's population of 149,000, but this weekend should be seen as the start of a long-term process where more people will be involved, he said.

Peter Pan Bus Lines will provide transportation from its downtown terminal to Hancock at 1 p.m. today for retreat participants.

CMG was hired at a cost of $50,000 by 40 city businesses, including American Saw Co., Massachusetts Mutual Life Insurance Co. and the Union-News.

Johnson said that CMG's job is to bring people together, not to dictate solutions. "We were asked to be a catalyst in some way."

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001310

June 15, 1997 page 1 of 4



# Sunday Republican.

# Management group brings

# opponents together

**The company hired to reduce racial tensions in Springfield** has credentials that span 6 continents, and has played a role in negotiating conflicts in many countries.

**By RAY KELLY**

*Staff writer*

SPRINGFIELD — When negotiators from the former Soviet republic of Georgia met with their adversaries from South Ossetia nearly 18 months ago, they would not look each other in the eye.

Formal talks aimed at returning tens of thousands of displaced people to their homes after years of bloodshed and distrust seemed remote at best, recalled Svein Beksrud of the Norwegian Refugee Council, which was brokering the talks.

"They were very hostile," he said.

Through the intervention of Conflict Management Group of Cambridge — a firm also hired to help improve race relations in Springfield — the two sides slowly began to form personal relationships.

They embraced at the end of the week-long informal conference in Oslo and agreed to further meetings, Beksrud said.

Georgian and South Ossetian officials are now readying for formal negotiations, he said. "I am sure we will still face problems, but now there is an understanding

between the parties," Beksrud said.

Rusudan Gorgiladze, chief adviser to Georgia's president, said Conflict Management Group used neutral meeting sites and informal talks to "create a background for discussing painful subjects on a formal level."

"The goal was to bring us together," she said.

Conflict Management Group has been asked to help resolve labor, business and political differences on six continents over the past 17 years.

**INSIDE**

Retreat a moving experience for CEO, Page A19

Last weekend, it hosted a retreat at Jiminy Peak Resort in Hancock of 43 people concerned about racial tensions in Springfield. Participants ranged from Reginald R. Owens, a High School of Commerce student, to Donald H. D'Amour, chief executive officer of Big Y Foods Inc.

Participants called the retreat a moving and powerful experience. "It was inspiring to witness as well as to take part in this baring of souls and discovery of trust," D'Amour said.

In the end, they formed a new group, CommUNITY '97, which vowed to seek ways to improve relations here.

The Hancock retreat was a success because the participants have started to forge new and better re-

*Please see Conflict, Page A19*

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001311

# Conflict: Group seeks common ground

*Continued from Page A1*

lationships, said Conflict Management Group's Executive Director Rob Ricigliano.

Simple acts, such as sharing a meal together, are important in bringing people together, he said.

"You have to see past job titles or the color of skin. You have to see people in a more spiritual sense," Ricigliano said. "Repeatedly throughout the weekend, we'd say. 'The chief of police is not here, but Paula Meara is here. The president of the NAACP isn't here, but Darnell Williams is.' "

The problems in the former Soviet Union are different from those in Springfield, but the ways people interact are not, he said.

Conflict Management Group sets up a process, tailored to the culture, that allows opposing sides to work together and devise their own solutions, Ricigliano said.

The group grew out of the Harvard Negotiation Project at Harvard Law School in 1984. It draws on experts in negotiation and mediation from some of the top universities in the country.

Besides third-party assistance, such as facilitation, consensus building and mediation, Conflict Management Group also provides consulting and training work here and abroad.

The group has played a role in resolving conflicts in Cyprus, Quebec and South Africa. It has also provided training for diplomats in India, Finland and Colombia.

"Their client list is impressive. It's like they're brokers of world peace," said James A. Donahue, dean of students at Georgetown University.

Conflict Management Group is a consultant to Georgetown — organizing student and faculty workshops on race and diversity. The workshops are not the result of any campus incidents, but exist to foster understanding, he said.

"(The group has) brought a level of depth and authenticity to our conversations," Donahue said. "I found them to be very insightful and effective."

Conflict Management Group was hired by Springfield businesses last November to assist in improving race relations in the city. The $50,000 fee was paid by 40 businesses, including American Saw Co., Massachusetts Mutual Life



*Staff photo by DAVID MOLNAR*

Rob Ricigliano, director of Conflict Management Group of Cambridge, speaks at a press conference during a retreat held last weekend at the Jiminy Peak Resort in Hancock to address racial tensions in Springfield. The firm has been hired to help improve race relations in the city.

> **661 felt that if their principles can work in countries where people are killing each other, they can work here.99**
>
> Paul Robbins

## CLIENT LIST

Conflict Management Group has provided training and facilitated numerous disputes, including:

**Canada:** CMG successfully mediated talks on Quebec's secession and federal power sharing

**Cyprus:** Working with Greek and Turkish Cypriots to support a peace process

**El Salvador:** CMG held separate workshops for the government and guerrillas prior to peace talks

**Malaysia:** Provided training on managing foreign economic affairs

**Netherlands:** Prepared officials for the country's accession to the presidency of the European Union.

**Russia:** Working with Russia and former Soviet republics on managing ethnic conflict

Insurance Co. and the Sunday Republican.

Public relations consultant Paul J. Robbins was among those who invited Conflict Management Group to the city last year. It came after Justice Department mediators had no luck in bringing together black community representatives and police in 1995, he said.

"I felt that if their principles can work in countries where people are killing each other, they can work here," he said.

CMG has trained federal mediators and had an impressive reputation worldwide, Robbins said.

The announcement of the group's hiring came a month after a melee between police and hundreds of young people, mostly black and Hispanic, outside the Nubian Athletic Club on Oct. 13.

The Hancock retreat took place eight days after the Hampden County district attorney's office revealed it would not prosecute a white patrolman for kicking a black suspect during a March 20 arrest which was videotaped.

Those incidents were not the focal point of the retreat, but are evidence of problems in Springfield, the NAACP's Williams said.

He said he hoped that the retreat and CommUNITY '97 was not a "one snapshot event," but rather the start of serious efforts to improve race relations here.

"Springfield is at a crossroads," Williams said.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

June 15, 1997 page A19.3 of 4

The following Springfield residents were among those who attended a retreat run by Conflict Management Group on the city's racial tensions:

### Stephen D. Napoli



**Age:** 37

**Occupation:** Self-employed landscaper

**Views on retreat:** When we were sitting down talking, people were giving their heartfelt views about where they were coming from. It was like, "Wow! They feel the same way I do about a lot of things." I learned to listen to other people.

### Larry Brown



**Age:** 43

**Occupation:** Springfield police lieutenant

**Views on retreat:** When I spoke, I wasn't speaking as a police lieutenant. I was just another resident of Springfield. There were people there I wouldn't have had an opportunity to talk with unless there was a crisis in the community.

### Sister Jane E Morrissey

**Age:** 55

**Occupation:** Pastoral minister at Blessed Sacrament Church

**Views on retreat:** The mood changed radically over the three days as people gave voice to their hopes and fears. At first, I heard more fears than hopes, but by the end of the weekend the hopes outweighed the fears by far.

### Russell E Denver





**Age:** 40

**Occupation:** Executive director of the Chamber of Commerce

**Views on retreat:** I was surprised by the openness. People were frank about their opinions and their perceptions. In the beginning, there was a great deal of skepticism. At the end, there wasn't a hint of skepticism.

### Reginald R. Owens

**Age:** 17

**Occupation:** High School of Commerce student

**Views on retreat:** When I arrived, I thought, "Why would they listen to me? They are already successful." (Big Y Foods Inc. chief executive officer) Don D'Amour is a multimillionaire, but you couldn't tell. He was so down-to-earth and friendly.

The Union-News and Sunday Republican.  All rights reserved.  Reprinted with permission.

SFP001313

June 15, 1997 page A19, 4 of 4

# Retreat brought some accomplishments

## *No magic solution to ease racial tensions*

*Editor's note: Big Y Foods Inc, CEO Donald D'Amour was asked to share some insight into his experience in a retreat last weekend designed to address racial and community tensions in Springfield. The full text of what he said at a Wednesday press conference on the retreat and a resulting group called CommUNITY '97 follows:*

Having just participated in a three-day weekend retreat to improve community relations and the quality of life in Springfield, I'd like to try to share what I think we did.

Let me start by saying what we did not do: We did not find one magic solution to improving race or community relations or the quality of life in Springfield. And we did not compromise in any way our principles or constituencies.

Here's what we did accomplish: We determined early on that if we didn't want to improve our situation in Springfield, if we did not try to succeed better together, no one was going to stop us.

It would be less risky for me to say we did some "feel good" exercises and came up with a few good ideas. But that would not do justice to what we experienced together this past weekend.

I know that we worked some miracles. They may be minor miracles nonetheless. Our mixed band of some 50-odd folks from different walks of life, of different ages, and radically differing experiences and viewpoints shared a moving experience. It's not going to be easy to share that or explain it to others, but we are going to try over time.

It was not a moving experience because we worked very hard for three long days — although we did — nor because we were well guided in the process — although we were.

It was a moving experience because we all were fundamentally well-intentioned and because we succeeded.

We succeeded in three basic areas:

First, we succeeded in peeling away layers of anger, prejudice and convictions, in exposing our pain and frustrations, in communicating our fears and misunderstandings with sometimes frightening honesty and intimacy.

Historically opposed and strongly positioned individuals succeeded in touching and revealing a common core of humanity, of compassion and of dedication in each other.



**Donald D'Amour**

It was inspiring to witness as well as to take part in this baring of souls and discovery of trust.

Second, we succeeded in establishing relationships that either did not exist before or had grown apart — relationships which will prove invaluable as we attempt to move forward together in the future.

Third, we did some surprising but very concrete things:

Members of the businesses that were invited showed up. We put our mouths and bodies where our money was, in support of the entire Springfield commUNITY.

Members of the law enforcement community showed up in force — from top to bottom. They showed up and they spoke up. They broke the code of silence once again in favor of a code of conduct and a recognized need to instill higher standards of behavior as well as mutual respect.

Volunteer members of this diverse community also spoke their minds, opened their hearts and committed to try certain steps within a set timetable.

We also learned that in this community of Springfield we had all better address our failures, admit our mistakes, apologize for them, and then try to fix them and prevent them from happening again — knowing full well that we will fall short again and again.

If we do not build on the experience of a community of sharing problems and place, of good will and common good, if we are content to remain adversaries, to blame each other for the imperfections of our system, for bad choices, we will continue to get what we always got — except things will probably get worse.

In one little place and time we did prove that we could cooperate with each other and at the same time demand more individual accountability. We could plead for respect and civility across all of our neighborhoods and constituencies. We could act like one Springfield commUNITY.

Going forward, we recognize the huge need to improve and encourage our communications and our cooperative efforts. We must continue to invest in education at every level.

And, ultimately, we need to come together for our youth, including them in positive community activities and encouraging their education and their contribution to Springfield's CommUNITY '97.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001314

June 16, 1997 p.B4

# Law officers to mentor 20 students

**By NATASHA GURAL**

*Staff writer*

SPRINGFIELD — This fall, law-enforcement officials will be keeping a close watch over 20 freshmen at Roger L. Putnam Vocational and Technical High School.

The aim, however, is not to punish the students, but to offer them insight into a profession that is often misunderstood.

The Law Enforcement and Community Youth Mentorship Program is the brainchild of a group of seven participants at the recent weekend CommUNITY '97 retreat at the Jiminy Peak Resort in Hancock. About 50 people from the Greater Springfield area came together to discuss problems of race, class and culture that have divided this city.



**66 The group of mentors will join forces to help the youth reach their personal potentials. 99**

*Dawn W. Rodgers*

Dawn W. Rodgers, at-risk counselor at Putnam; Sadie Stanley, community affairs specialist at Massachusetts Mutual Life Insurance Co.; B. John Dill, president of Colebrook Corp., the Springfield Institute for Savings real estate subsidiary; Shirin B. Selph, multicultural specialist for the Springfield School Department; Sister Jane Morrissey, a sister of Saint Joseph and pastoral minister at Blessed Sacrament Church; Officer Michael Carney, an instructor at the Springfield Police Academy; and Tomasa Vazquez, the mother of Madeline Vazquez, a Putnam junior, comprised the smaller group that shared a particular interest in education.

On the third and final day of the retreat came the idea for the program.

"This just demonstrates the commitment of the community as a whole and (the commitment of) the law-enforcement community to the children of Springfield," said Rodgers. "The Number One concern was the children and their safety."

Lonnie Glenn, a master's candidate in social work at the University of Connecticut, will work as an unpaid intern to coordinate the program with Rodgers.

Volunteer mentors — including police officers, corrections officers, attorneys, and probation officers — are currently being selected. Ideally, students will be referred by parents, school officials, law-enforcement officials, and others.

"The group of mentors will join forces to help the youth reach their personal potentials," said Rodgers, who attended the retreat in place of Putnam principal, Ann M. Southworth.

Each student will be paired with a mentor who must dedicate one hour every two weeks and keep tabs on the student's performance.

The program aims "to improve kids' understanding of law enforcement, as well as (introduce them to) career opportunities," Rodgers said.

For more information, call Rodgers at 787-6916.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001315

June 17, 1997 p.A6

# Nation ponders racial rift as Springfield gets busy

The first step toward solving a problem is admitting that you have one, and Springfield has done just that in mounting a long-term effort to gain racial harmony.

A recent three-day retreat in Hancock brought together 43 people in one of the most ethnically and socially diverse groups ever to tackle the issue of racism, a malady that for generations has afflicted Springfield and every person living or working in the city.

Leaders in business, government and religion, activists and students, educators and police officers came to the CommUNITY '97 retreat with ideas, inspiration and questions. They left it with a clear set of goals and responsibilities assigned to four committees that will concentrate on promoting the interracial dialogue, fostering education and youth activities, improving and maintaining relations between police and the community, and building economic and job opportunities.

Equally important, the 43 who attended the retreat — and who hope to increase the membership of CommUNITY '97 — gained a renewed sense of optimism about the prospects of success.

"We did not come back with a magic wand," Police Chief Paula C. Meara said last week at a press conference that followed the retreat. "We came back with something better — people who are willing to work together."

Darnell Williams, president of the Springfield branch of the NAACP, noted: "There have been unity rallies in the past. This is not a snapshot event."

Indeed it was not. Nor can it fail to achieve new understanding between the races as long as every member of CommUNITY '97 shares the realization that racial divisions exist, and that no community poisoned by racism can hope to thrive.

Ironically, the public announcement of the CommUNITY '97 launching followed by a day the publication of a national Gallup poll's finding of sharp differences in the way blacks and whites view race relations.

In general, black Americans expressed more pessimism than whites about the way their race fares in competition for jobs, education and housing. Blacks also tend to see more friction — past, present and future — between the races than do whites, the Gallup poll reported.

As CommUNITY '97 buckled down to its task in Springfield, and as the nation digested the Gallup Organization's findings, President Clinton launched what was billed as a yearlong effort to combat racial discord with a Saturday address at the University of California, San Diego.

Clinton, who two days earlier announced creation of an advisory commission on race relations, cited America's history of racial problems, noted the continuing disharmony of today and appealed to Americans of all races to renounce "those darker impulses" of bigotry and hate. He promised federal action in 12 months.

Long before the president's speech, political opponents such as House Speaker Newt Gingrich, R-Ga., were downplaying its value, calling it more empty rhetoric directed at a problem that demands innovative solutions.

In time, the nation will learn whether the critics are right or wrong. In either case, Clinton has focused the presidential spotlight on a growing crisis that must be addressed, honestly and openly, if America is to avoid self-destruction in the relatively near future.

Nationally, then, the problem has been noted and the all-important dialogue is beginning. Springfield, meanwhile, has gone a step further with CommUNITY '97, and is taking action with an enthusiasm and optimism that could serve as a model for the rest of the country.

The Union-News and Sunday Republican.  All rights reserved.  Reprinted with permission.

SFP001316

June 21, 1997  p. B2



Staff photo by CHRISTOPHER EVANS

Minister Yusuf Muhammad, left, talks to reporters at Muhammad Mosque 13 while announcing Friday's Court Square rally for social and economic justice. James E. Gee is at center, and Michael D. Ceccchetelli, supreme crown cacique of the Almighty Latin King and Queen Nation, is at right.

# Minorities plan rally for justice

### By RAY KELLY and BUFFY SPENCER

*Staff writers*

SPRINGFIELD — The Million Man March Committee hopes to draw at least 5,000 people to a Court Square rally on Friday for social and economic justice.

The 5,000 Citizens March on Springfield may also include an appearance by Nation of Islam leader Louis Farrakhan, said Minister Yusuf Muhammad, a committee member, during a press conference at the Unity Mall on State Street yesterday.

Also, rival street gangs are expected to announce that they have reached a cease-fire accord.

"We plan to march rally at Springfield Court Square beginning at 9 a.m. to voice our demands on ourselves and the community, the city, the state, federal government, corporations, both private and public, and to address the injustices that exist in the areas of communication, education, economics, health (and) the judicial system, with an emphasis on police brutality and the political system," said Muhammad, who was joined by 23 supporters.

Cherylyn S. Satterwhite, Dunbar Community Center executive director, said that the center, a co-sponsor of the rally, will close on Friday so that staffers and members may participate.

Muhammad said there were many other sponsors, including the Springfield Urban League and Northern Educational Services.

NES Executive Director Norma Baker said the agency provides direct services, and cannot close.

The local Million Man March Committee was formed after the October 1995 rally of black men in Washington, led by Farrakhan. The Nation of Islam leader wants to come to Springfield, but whether his schedule will permit it is unknown, Muhammad said.

Those speaking at the four- or five-hour rally will decry the media's portrayal of minorities and race relations, he said.

"This country as a whole is dying, but Springfield is in bad shape," Muhammad said. "It's unfortunate that the Union-News paper would like for us to believe that the recent (CommUNITY '97) retreat was an example of how the future is bright.

"The future is dark because Springfield is ruled by a racist, paternalistic mentality that ignores the blacks, Latinos, and the poor."

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

July 11, 1997

## Program outlined

Continued from Page A1

### By CAROL MALLEY

*Staff writer*

SPRINGFIELD — The city will require banks to demonstrate a commitment to new minority business development and employment or it will not invest money with them, Mayor Michael J. Albano said yesterday.

Albano outlined a number of initiatives aimed at improving race relations in the city and at increasing the access of minorities and women to jobs and economic development opportunities.

"To effectively deal with racism, we must first acknowledge that it exists," he said. "We do not live in a color-blind city or country."

On an annual basis, the city will seek proposals from banks for investment of city money, Albano said.

"As mayor, I want to send a message to the banking and financial community that in order to do business in this city you must make a commitment to assist in the advancement of minority and women-owned businesses," Albano said.

State Rep. Benjamin Swan, D-Springfield, said of Albano's speech: It is "critically important that he did this. The right kind of talk needs to take place in this city."

At a time when Congress and some states are considering low-

*Please see Albano, Page A9*

ering affirmative action requirements for public funds, Albano, whose father served on the state's anti-discrimination agency, said: "This city will stand by, and not retreat from, affirmative action."

He said within the next two weeks, he will name a public commission "to advise and assist in eliminating discrimination and racism."

Albano said this will not recreate what has been and is being



Michael J. Albano

done by ComMUNITY '97, a community group dedicated to eliminating racism, but will build upon it. ComMUNITY '97 held a special gathering to discuss race relations last month.

Race relations in the city have been strained following a series of incidents which have angered the black community. The police department often has been at the center of the strained relations, most recently when a white police officer was filmed kicking a black suspect who was being held on the ground by other officers.

In addition, the mayor said he will hold department heads responsible for implementing the city's affirmative action plan. He also will call upon private businesses to open their employment doors to women and minorities, and he will invite President Clinton to choose Springfield as a host site for a series of national town meetings on race relations.

Twice a year, a public accounting of diversity in the various city departments also will be made, he said.

"All city department heads will be held publicly accountable for equality of opportunity and promoting diversity. The presence of, or lack of, diversity will have a significant impact on their job-performance rating."

Albano called upon the private sector and educational institutions "to conduct a personnel audit and to ask themselves if their workforce reflects the diversity of our city."

### SPRINGFIELD

# Albano outlines equality program

**The mayor said he was reaffirming the city's commitment to improving race relations.**

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001318

July 18, 1997  page 1 of 2

**SPRINGFIELD**

# Final report released on police issue

## Steps offered for improving relations with community

By SANDRA E. CONSTANTINE

*Staff writer*

SPRINGFIELD — The Human Relations Commission last night released the final version of its report on how to improve relations between the police and the community, restoring several recommendations that had been deleted earlier by the Law Department.

The final report, released last night during a meeting at Sleith Hall at Western New England College, was developed with the help of the local chapter of the National Association for the Advancement of Colored People and the Police Department.

Rabbi Jerome S. Gurland, chairman of the seven-member commission, released a report in December, but NAACP President Mickey E. Harris objected to it because the Law Department and Police Chief Paula C. Meara deleted some recommendations. Officials said the recommendations would not be allowed under the police contract.

The final version released last night restores those recommendations:

■ Have the Police Department Internal Investigation Unit report directly to the Police Commission, rather than to supervisors within the department.

*Please see Police, Page A7*

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

July 18, 1997  page 2 of 2

# Police: Final report on relations issued

*Continued from Page A1*

- Publish general results of IIU reports.
- Separate the IIU process from the criminal complaint process.
- Provide progress reports on IIU investigations to complainants.
- Conduct IIU investigations as soon as possible without regard to the criminal process.

The original report is more reflective of community input gleaned from forums held by the Human Relations Commission.

Gurland said Mayor Michael J. Albano urged the commission to



**Jerome Gurland**

release the report with the original recommendations with the hope it can be implemented by the Police Department.

Harris said relations will not improve until the Police Department makes more changes in the way it enforces the law in Springfield.

"I think the releasing of the (most recent) report is too little, too late," Harris said, calling the edited report released in December "a whitewash."

Several of the people in attendance at last night's unveiling of the report expressed concern that the Human Relations Commission and its report is being bypassed by

new groups such as the CommU-NITY '97 forum held recently by city leaders to look for ways to improve police-community relations.

No one from the Human Relations Commission was invited to the forum.

Relations between the Police Department and the minority community have spiraled downward since the 1994 fatal shooting of an unarmed black motorist by a white police officer. The most recent incident took place March 20 and involved a videotaping of a white officer kicking a black suspect in the head while the suspect was held on the ground by other police.

Other recommendations in the report include the following:

- Include creative problem-solving techniques in police academy training as well as mediation and de-escalation skills.
- Sensitize officers to the importance of treating each individual encountered with dignity.
- Educate people about their individual civil rights when dealing with police.
- Require an incident review any time pepper spray is used or when civilians are injured when dealing with police.
- Require an incident review when the charges of disorderly conduct and assault and battery on a public employee or resisting arrest appear together.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001320

July 27, 1997  page 1 of 2

# Rosa won't seek

# re-election

**By ELLEN J. SILBERMAN**

*Union-News political writer*

SPRINGFIELD — Carmen A. Rosa, whose meteoric political rise was cut short by her controversial stands, has decided not to run for re-election to the School Committee.

But Rosa, a single mother of two, promised to return to politics once her personal life was more settled.

"There is a time for everything in life," said Rosa, whose outspokenness on racial issues created controversy.

She described herself as "very torn" about the decision, even as she ruled out seeking a second four-year term. "This is not the end of Carmen Rosa. This is a resting time, a family time."

She said she almost resigned her post last September after it became clear her 8-year-old son, Mo, had "severe special (education) needs," but decided she could balance his needs and her responsibilities, at least temporarily.

Rosa, who finally made up her mind about two weeks ago after what she called months of prayer and introspection, said the decision had been agonizing because she still "felt the fire in my belly."

She also believes she would have been re-elected.

"I'm not cocky or arrogant (but) I think that if I worked just as hard as I did the last time the voters of Springfield would re-elect me," Rosa said.

Anthony L. Cignoli, a Springfield-based political consultant who advised Rosa in 1993, said she made the right call.

Cignoli said it would have been a costly, demanding race that would have required Rosa to go door-to-door answering her critics one-by-one.

But he agreed that Rosa's political career was not over.

"Time heals," he said, pointing out that even Richard M. Nixon was able to make a comeback.

A registered nurse, Rosa was

*Please see Rosa, Page A13*

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001321

July 27, 1997  page 2 of 2

# Rosa: No campaign

*Continued from Page A11*

just 34 when in 1993 she became the first Hispanic woman elected here. She impressed voters and political pundits with a door-to-door campaign fueled by her drive and close-knit family.

Her message was that as a mother she understood what parents wanted from the schools. Ultimately, Rosa, who had never run for office, topped the School Committee ballot, coming in ahead of two incumbents.

In the weeks after her election, people talked about Rosa as a future mayor and trumpeted her as the heir apparent if state Rep. Anthony M. Scibelli, who represents the Hispanic-dominated North End, retired.

But Rosa's political honeymoon was short.

In April, just four months after she took office, Rosa created a political firestorm by calling racism "a disease of white America."

Late last year, she was again accused of inflaming racial tensions when she questioned how police handled themselves when they evacuated teen-agers — including her 16-year-old daughter — from the overcrowded Nubian Athletic Club.

But in March, as Rosa ruled out seeking Scibelli's seat and weighed her future on the School Committee, supporters continued to praise her for speaking out.

"I think she brings a refreshing edge to the debate about education and ethnicity," the Rev. Peter E. Heinrichs, pastor at South Congregational Church, said then.

But voters, like Elaine Brady, who wanted a more diverse School Committee when she cast a ballot for Rosa in 1993, were fed up with the controversy.

"I think she just exacerbated the situation," said Brady. "She's always crying racism."

While Rosa criticized the system, she also worked within it. In particular, School Committee colleagues credited her with developing the system's school-uniform pilot program, now being tested in three elementary schools.

In contrast, her decision this spring to ask the School Department for a computer for her home use brought the wrath of two of her six colleagues. Rosa said she still planned to accept the computer but would give it back when her term ended in December.

But in the Latino community, the Puerto Rican-born Rosa was expected to work miracles, not work for incremental change, said Juan Gerena, executive director of the Puerto Rican Cultural Center. "We tend to forget that she was only one vote," he said.

Rosa, now 37, acknowledged her political stands weren't always popular, but said she had no regrets.

"I'm a risk-taker and I fully understand that I took controversial positions," she said. "If I had to do it over again I would stand by my ideals."

Rosa speculated that the city wasn't ready to deal with its racial conflicts in 1994, but said she felt vindicated by the city's recent focus on race relations, as exemplified by the this summer's CommUNITY '97 retreat and the report on police-community relations drafted by the Human Relations Commission.

"Perhaps I was the beginning," she said. "The issue of race will not go away in America. Either we can "deny it and kill the messenger," which she believes happened to her, "or we can be courageous and talk about it."

"I'm very, very glad, in the city of Springfield, that we're (now) taking the latter" course."

Rosa cast her decision to bow out of the race in personal terms, saying she needed to devote more time to her son.

The Union-News and Sunday Republican. All rights reserved. Reprinted with permission.

SFP001322

# *Appendix I*

SFP001323

# Appendix I

## Project Funding Sources

Commuity United Way

UNICARE

BIG Y

Titeflex

American Saw and Mfg. Co.

Westvaco

Baystate Health Systems

Peter Picknelly, Sr.

Friendly's

Mass. Mutual Life Ins. Co.

Southworth Co.

Monsanto Co.

Union News.

Coopers and Lybrand

Sisters of Providence

Western Mass. Electric Co.

Community Foundation

Buxton Co.

BayBank

SIS Bank

Fleet Bank

City of Springfield

Springfield Police Department

Balise Motor Sales

Greater Springfield Chamber of Commerce

Springfield Chamber of Commerce

Urban League of Springfield

Springfield Technical Community College

Springfield Boys Club

YMCA