UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARISE FOR SOCIAL JUSTICE; ¿OISTE?;
NEW ENGLAND STATE-AREA
CONFERENCE OF THE NAACP; REV.
TALBERT W. SWAN, II; NORMAN W.
OLIVER; DARLENE ANDERSON;
GUMERSINDO GOMEZ; FRANK BUNTIN;
RAFAEL RODRIQUEZ; and DIANA NURSE,

        Plaintiffs,

    v.

CITY OF SPRINGFIELD and SPRINGFIELD
ELECTION COMMISSION,

        Defendants.

Civil Action No. 05-30080 MAP

## AFFIDAVIT OF CEASAR MCDOWELL

I, Ceasar McDowell, hereby certify as follows on the basis of my personal knowledge:

1.    I am Director of the MIT Center for Reflective Community Practice ("CRCP") and Associate Professor of the Practice of Community Development.

2.    A copy of my curriculum vitae is attached to this Affidavit at Tab A.

3.    The CRCP was created in 1998. CRCP's projects support the development and use of knowledge embedded in marginalized communities to build social capital, improve community practice, and inform policy.

4.    As Director of the CRCP, my duties include managing partnerships, knowledge building labs, and community mapping projects. I also design and conduct civic conversations that provide opportunities for individuals from minority and poor communities to be included in a cross-generational and cross-racial public discourse. These often become strategic plans to support increased participation by community residents.

5.    Attached hereto at Tab B is a true and correct copy of a report entitled "North End Strategic Plan" (the "Report"). I prepared this Report in September 2003 pursuant to my duties as CRCP's Director. I prepared the report with the assistance of CRCP staff who acted under my direction and supervision.

6.    The Report was prepared for the North End Outreach Network (NEON), a coalition that includes the New North Citizens Council, the Gandara Mental Health Center, the Spanish American Union, and the Brightwood Health Center.  The purpose of the Report was to create a plan for NEON to effectively serve and build community in the North End.  The sources of information used to generate the Report are identified within the Report.

Signed under penalties of perjury this $\underline{30}$ day of January, 2007.

Ceasar McDowell

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

/s/ Paul E. Nemser

# EXHIBIT A

# MASSACHUSETTS INSTITUTE OF TECHNOLOGY

## School of Architecture and Planning Faculty Personnel Record

**Date:**
February 9, 2005

**Full Name:**
Ceasar Lee McDowell

**Department:**
Urban Studies and Planning

**1.    Date of Birth:**
June 4, 1950

**2.    Citizenship:**
US
Immigration Status: NA

**3.    Education:**

| School | Degree | Date |
|---|---|---|
| Pacific University, Forest Grove, OR<br>Sociology/Communications | BS | 1972 |
| Harvard University,<br>Graduate School of Education | M.Ed<br>Administration, Planning, Social Policy | 1984 |
| Harvard University,<br>Graduate School of Education | Ed.D<br>Administration, Planning and Social Policy | 1988 |

**4.    Title of Thesis for Most Advanced Degree:**

*Consideration of Race, Class and Gender Effects in Research on Children's Understanding of Scientific Phenomena*

**5.    Principal Fields of Interest:**

The design and facilitation of practices for building community knowledge and practice-based theory building. The role of race and racial identity in perspective building. Peace building and the use of media and information technology in community building development.

**6.    Name and Rank of Other Departmental Faculty in Same Field:**
N/A

**7.    Name and Rank of Faculty of Other Departments in Same Field:**

N/A

8. **Non-MIT Experience (Including Military Service):**

| Employer | Position | Beginning | Ending |
|---|---|---|---|
| Various | Professional Musician (percussion) | 1966 | 1975 |
| Johns-Manville Corporation | Film Director and Editor | 1972 | 1974 |
| KMGH Television | Documentary Film Producer | 1974 | 1974 |
| Portland State University | Assistant Director Black Studies Department | 1974 | 1975 |
| Chemekata Community College | Lecturer | 1974 | 1976 |
| Morningside Farms | Owner | 1975 | 1977 |
| Seattle YMCA | Director Youth Programs | 1976 | 1978 |
| Northwest Arctic School District | Assistant Superintendent | 1978 | 1982 |
| Educational Technology Center Harvard | Director Urban Programs | 1983 | 1987 |
| Harvard Graduate School of Education | Teaching Fellow | 1983 | 1987 |
| Mass Pre-Engineering Program | Instructor | 1984 | 1984 |
| Lesley College | Lecturer | 1985 | 1985 |
| Charles F. Kettering Foundation | Associate | 1986 | 2002 |
| Center for Urban and Minority Education Harvard University | Research Associate | 1987 | 1989 |
| Wheelock College | Lecturer | 1987 | 1988 |
| Boston College | Assistant Professor | 1988 | 1991 |
| Wider Horizons, Ireland Peace Project Boston College | Director /co-founder | 1989 | 1992 |
| Center for the Study of Testing Evaluation and Educational Policy Boston College | Senior Research Associate | 1989 | 1991 |
| WYE/Aspen Institute | Summer Faculty | 1990 | 1990 |
| Harvard University | Assistant Professor | 1991 | 1995 |

| | | Beginning | Ending |
|---|---|---|---|
| Harvard University | Lecturer | 1995 | 1998 |
| The Civil Rights Project, Inc | President | 1994 | 1998 |
| Univ. Of Mass, Boston | Lecturer | 1995 | 1995 |

**9.    History of MIT Appointments:**

| Rank | Beginning | Ending |
|---|---|---|
| Associate Professor of the Practice of Community Development | 1998 | Present |
| Director, Center for Reflective Community Practice | 1998 | Present |

**10.    Consulting Record:**

| Firm | Beginning | Ending |
|---|---|---|
| National Urban League | 1984 | 1986 |
| Massachusetts Pre Engineering Program | 1984 | 1986 |
| Kettering Foundation | 1986 1992 | 1992 2000 |
| Technical Education Research Center (TERC) | 1987 | 1987 |
| Academy for Educational Development (AED) | 1989 | 1991 |
| Public Education Fund Network | 1993 | 1996 |
| National Endowment for the Humanities | 1995 | 1995 |
| New York City School Department | 1995 | 1995 |
| Harvard Urban Superintendent Program | 1995 | 1996 |
| W. K. Kellogg Foundation | 1997 | 1998 |
| Cambridge Community College | 1997 | 1999 |
| Poynter Institute | 1997 | 2002 |
| Aspen Institute | 1997 | 1997 |
| Rockefeller Foundation | 1997 | 1999 |
| P.O.V. TV | 2000 | 2000 |
| Roundtable Media | 2000 | 2002 |

| | | | |
|---|---|---|---|
| Next Generation Leadership Program | 2002 | | 2003 |
| Boston Youth Organizing Project | | 2004 | 2004 |
| Pocantico Cross-Generation Leadership Group | 2004 | | 2004 |

## 11. Department and Institute Committees, Other Assigned Duties:

| Activity | Beginning | | Ending | |
|---|---|---|---|---|
| **Boston College** | | | | |
| Graduate Admission Committee | 1989 | | 1990 | |
| Faculty Search Committees | | | | |
| Associate Prof. Educational Administration | | 1989 | | 1989 |
| Assistant Prof. Curriculum Instruction | 1989 | | 1989 | |
| Assistant Prof. Language Acquisition | 1990 | | 1990 | |
| College-Wide Core Curriculum Development Committee | 1990 | | 1991 | |
| | | | | |
| **Harvard Graduate School of Education** | | | | |
| Technology and Education Committee | 1991 | | 1998 | |
| Admission Committee | 1992 | | 1998 | |
| Risk and Prevent Program Development Committee | | 1992 | | 1993 |
| Minority Faculty Recruitment Committee | | 1993 | | 1995 |
| Committee on Degrees | 1994 | | 1995 | |
| Faculty Search Committee | | | | |
| Assistant Prof. Human Development | 1994 | | 1994 | |
| Rights and Responsibility Committee | 1995 | | 1995 | |
| Sexual Harassment Policy Committee | 1995 | | 1995 | |
| | | | | |
| **M.I.T** | | | | |
| DUSP Steering Committee | 1998 | | Present | |
| DUSP Senior Faculty Committee | | 1998 | | Present |
| CJAC | 1999 | | 2002 | |
| Co-Chair Minority Faculty Search | | 2000 | | 2002 |
| DUSP Strategic Planning Committee | 2001 | | 2002 | |
| DUSP MCP Committee | 2001 | | Present | |
| L2L (Leader to Leader Program) | 2002 | | 2003 | |
| 2003 MIT Excellence Award Committee | 2003 | | 2003 | |
| Campus Committee on Race Relations | | | | |
| Member | | 2002 | | Present |
| Co-Chair | 2002 | | 2003 | |
| Chair | 2003 | | 2004 | |

## 12. Government and Other Outside Committees, Service, etc.:

| Committee | Beginning | Ending |
|---|---|---|
| Colorado Sickle Cell Association, Co-Founder | 1973 | 1978 |
| Seattle, Washington Task Force on Desegregation | 1978 | 1978 |

| | | | | |
|---|---|---|---|---|
| Alaska Task Force for Distance Learning | 1980 | | 1980 | |
| | 1982 | | 1982 | |
| Harvard Graduate School of Education | | | | |
| Member - Committee on Schooling | 1984 | | 1984 | |
| President - Black Graduate Student Association | 1984 | | 1984 | |
| | | | | |
| Algebra Project | | | | |
| Board Member | 1984 | | Present | |
| Board Chair | 1985 | | 1994 | |
| | 1996 | | Present | |
| Harvard Educational Review | | | | |
| Member - Editorial Board | | 1985 | | 1987 |
| Chair- Editorial Board for special issues, | 1985 | | 1985 | |
| *Race, Racism, and American Education* | 1987 | | 1988 | |
| | | | | |
| Mass School Reform Planning Committee, Member | | 1985 | | 1985 |
| | | | | |
| Harvard Graduate School of Education | | | | |
| Member Dean's Minority Advisory Board | | 1985 | | 1988 |
| | | | | |
| Harvard Graduate School of Education | | | | |
| Member-Schooling and Curriculum Committee | 1986 | | 1988 | |
| | | | | |
| Atrium School, Board Member | 1989 | | 1995 | |
| | | | | |
| Massachusetts Department of Education | | | | |
| Member - Certification Review Panel | 1990 | | 1992 | |
| | | | | |
| Eisenhower Grant Award Committee | 1994 | | 1995 | |
| | | | | |
| National Telecommunication Infrastructure Administration | | | | |
| TIIAP, Grant Review | 1995 | | 1996 | |
| | | | | |
| Boston Mayor's Commission on Technology and Education | | 1996 | | 1996 |
| | | | | |
| NYNEX, Community Technology Grant Committee | | 1996 | | 1996 |
| | | | | |
| Rockefeller Foundation Community Arts Awards | | 1996 | | 1996 |
| | | | | |
| Kellogg Foundation MIRA Grant Award Committee | | 1997 | | 1997 |
| | | | | |
| Civil Rights Telecommunication Forum | | | | |
| Chair and Founder | 1997 | | 2002 | |
| | | | | |
| Workable Peace Board Member | 1998 | | 2001 | |
| | | | | |
| The New School Teacher Education Advisory Board Member | | 1999 | | 2000 |
| | | | | |
| Cambridge Community TV, Board Member | | 2000 | | Present |
| | | | | |
| OMAH, Ireland, Renewal and Regeneration Conference Chair | | 2000 | | 2000 |

| | | | |
|---|---|---|---|
| School, Film Advisory Board | 2001 | 2002 | |
| Leadership Learning Community, Board Member | | 2001 | Present |
| New Economy Institution – Boston Foundation Board Member | 2001 | 2003 | |
| Indicators Project, Advisory Board | | 2002 | 2004 |
| Breakthrough in Our Times, Advisory Board | 2002 | 2004 | |
| Truth and Reconciliation Project Greensboro, NC, National Advisory Board | | 2002 | Present |
| Third Sector New England, Editorial Board | | 2002 | Present |
| International Conference on Public Participation on Information Technologies, Science and Organization Committee Member | 2003 | 2004 | |
| MassIMAPCT (Improving People's Access to Computers and Technology), Advisory Board | 2003 | Present | |
| Roundtable, Producing Media for Public Engagement Roundtable Advisor | 2001 | 2003 | |
| The Nonprofit Quarterly, Editorial Advisory Board | | 2004 | Present |
| The Fourth World Movement Board Member | 2004 | Present | |

13. **Award Received:**

| Award | Date |
|---|---|
| Kellogg National Leadership | 1988 |
| Belligio Fellow: Rockefeller Foundation | 2001 |
| YMCA Black Achievement Award | 2002 |
| L2L (Leader to Leader Award) | 2002 |

14. **Current Organization Membership:**
   N/A

15. **Patents and Patent Applications Pending:**
   N/A

16. *Professional Registration:*
   N/A

## Teaching Experience of Dr. Ceasar L.  McDowell

| Term | Sub. No. Enrollment | Title | Role | |
|------|---------------------|-------|------|---|
| ST 84 | Harvard | Community Psychology | TF | 120 |
| ST 84 | Harvard | Basic Programming | TF | 140 |
| FT 85 | Harvard | Technology and Education | TF | 60 |
| ST 85 | Harvard | Basic Programming | TF | 140 |
| FT 85 | Wheelock College | Educational Technology | Prof | 30 |
| ST 86 | Harvard | Technology and Education | TF | 60 |
| ST 87 | Harvard | Design For Knowledge | TF | 45 |
| FT 86 | Lesley College | Instructional Media | Prof | 35 |
| FT 88 | Boston College | Instructional Technology | Prof | 25 |
| ST 88 | Boston College | Social Issues in Teaching | Prof | 35 |
| FT 89 | Boston College | Instructional Technology | Prof | 25 |
| ST 89 | Boston College | Administrative Planning | Prof | 14 |
| ST 89 | Boston College | Social Issues in Teaching | Prof | 35 |
| FT 90 | Boston College | Instructional Technology | Prof | 25 |
| ST 90 | Boston College | Social Issues in Teaching | Prof | 35 |
| ST 90 | Boston College | Administrative Planning | Prof | 12 |
| ST 91 | Harvard | Understanding Community | Prof | 20 |
| FT 91 | Harvard | Media, Technology and Education | Prof | 55 |
| ST 91 | Harvard | Technology and Minority Community | Prof | 19 |
| FT 92 | Harvard | Media, Technology and Ed | Prof | 55 |
| ST 92 | Harvard | Technology and Minority Community | Prof | 17 |
| ST 92 | Harvard | Understanding Community | Prof | 20 |
| FT 93 | Harvard | Media, Technology and Education | Prof | 55 |
| ST 93 | Harvard | Understanding Community | Prof | 20 |
| ST 94 | Harvard | Understanding Community | Prof | 22 |
| ST 95 | Harvard | Media, Technology and Education | Prof | 55 |
| | | Expression of Self, Community and Culture | | |
| SS 95 | UM Boston | Planning for Education Technology | Prof | 15 |
| FT 96 | Harvard | Data, Voice and Image | Prof | 20 |
| ST 96 | Harvard | Media and Technology | Prof | 17 |
| FT 97 | Harvard | Data, Voice and Image | Prof | 20 |
| ST 97 | Harvard | Media and technology | Prof | 17 |
| ST 99 | 11.953 MIT | Understanding the Other | Prof | 14 |
| FT 99 | 11.946 MIT | Reflective Practice Seminar | Prof | 4 |
| IAP 00 | 11.199 MIT | Digital Storytelling Workshop | Prof | 9 |
| ST 00 | 11.953 MIT | Understanding the Other (Taught in Conjunction with Harvard T511) | Prof | 18 |
| FT 00 | 11.951 MIT | Media Rich Thesis Projects | Prof | 7 |
| FT 00 | 11.981 MIT | Independent Studies | Prof | 2 |
| ST 00 | 11.946 MIT | Reflective Practice Seminar | Prof | 4 |
| IAP 01 | 11.196 MIT | Urban Fieldwork Internships | Prof | 2 |
| IAP 01 | 11.968 MIT | Building online learning Environments | Prof | 7 |
| IAP 01 | 11.966 MIT | Building Online Learning Environments | Prof | 7 |
| ST 01 | 11.982 MIT | Grad Tutorial | Prof | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ST 01 | 11.952 | MIT | Changing Face of Urban America | | Prof | 5 |
| ST 01 | 11.953 | MIT | Understanding the Other (Taught in Conjunction with Harvard T511) | | Prof | 16 |
| FT 01 | 11.954 | MIT | Narrating the Urban Environment (Co-Taught with B. Smith at MediaLab) | | Prof | 8 |
| IAP 02 | 11.180 | MIT | Springfield Design Studio | | Prof | 12 |
| ST 02 | 11.310J | MIT | Media and Urban design and Development (Co-Taught with A. Spirn Arch) | Prof | 8 | |
| ST 02 | 11.946 | MIT | Digital Storytelling for Community Research | Prof | 8 | |
| FT 02 | 11.310J | MIT | Media and Urban Design and Development (Co-Taught with A. Spirn Arch) | Prof | 7 | |
| FT 02 | 11.948 | MIT | Democratic Engagement and Communications Policy | Prof | 3 | |
| ST 03 | 11.948 | MIT | Learning Together-Working Together (Co-taught with Sally Hessingler, Francine Crystal and Tom Kochan. Cross-listed with the Sloan School and Political Science Department) | Prof | 15 | |
| FT 03 | 11.948 | MIT | Narrative and Community Building (Co-Taught with Natasha Freidus) | Prof | 6 | |
| SP 04 | 11.945 | MIT | Springfield Studio (Co-taught with Susan Silberberg) | | Prof | 7 |

## Publications of Dr. Ceasar L. McDowell

1.    **Books:**

> 1. McDowell, C., Hidalgo, N. & Siddle, V. (Eds.) (1990) *Facing Racism in Education.* Harvard Educational Review Press: Cambridge.

2.    **Papers in Refereed Journals:**

> 1. McDowell, C. (1990) "Seeing the Unseen: Race, Class, and Gender in Science Education Research." *Journal of Negro Education.*
>
> 2. McDowell, C. (1996) "Democratic Education: Imagery, Language, and Culture." *The International journal of Social Education.*

3.    **Papers in Refereed Conference Proceedings:**

> 1. "New Technologies and Old Problems." Paper presented at the National Rural Educational Forum. Kansas City, Kansas. (1985).
>
> 2. "The Kuhnian crisis in Educational Research." Paper presented at Northeast Research Organization. Portland, ME (1989)
>
> 3. "Demographic Reporting and the Hispanic Population: A New Demographic Reporting Model." Presented at the 1990 conference of the American Educational Research Association.
>
> 4. "Testing as a barrier to Minority Access to Higher Education." presented at the 1990 conference of the American Educational Research Association.
>
> 5. "Incorporating Race, Class, and Gender into Theory-Building about the Acquisition of Knowledge: Making Educational Research Relevant to Educational Practice." presented at the 1990 conference of the American Educational Research Association.
>
> 6. "From South Carolina to Mississippi: Lessons from the Civil Rights Movement for the Organization of Urban America." (Moses, R., Sullivan, P. & McDowell, C.). Presented at the Smithsonian's 25th observance of the Voting Rights Act. Washington, DC. (April, 1990)
>
> 7. "To Fight Swimming with the Current: Reclaiming the History of the Civil-Rights Movement." Presented at the 1991 conference of the American Association for the Study of African American Life and History, Washington, D.C.
>
> 8. "Race & Class in Peacekeeping and Conflict Resolution" Session organizer for the 1991 annual conference of the National Council of Peacekeeping and Conflict Resolution.
>
> 9. "The Role of Technology in Developing Stronger Communities" presented at the Helen Bader Foundation Annual Grantee Meeting, Milwaukee, WI 2001

10. "A Contextual Approach to Democracy" Presented at the Next Generation Leadership Conference, Durham, NC 2002

11. "Embracing Complexity: Strategies for Organizational Success in Uncertain Times" presented at the Grassroots Use of Technology Conference, Boston, MA 2004

12. "Can We Lead Where We Have Not Gone? The Challenge In Creating Public Consciousness" presented at the Public Administration in Palestine: The Search for a Model Conference, Berzeit University, Palestine 2004

## 4.    Other Major Publications:

1. "A People at Risk." Response to the National Commission Report: A Nation at Risk, sponsored by the Harvard University Colloquium on Schooling. Cambridge, MA. (1984).

2. "Technology, Computers and Education: Issues for Minority Communities." Presentation at the National Urban League Conference. (1984).

3. "Computational and Image Producing Machines: Mechanisms of Oppression or Tools for Liberation." Paper presented at Computers and Equity Conference. Boston, MA. (1985).

4. "New Technologies in Math and Science Education: Possibilities for Urban School." Paper presented at the National Training Workshop for TRIO programs. Chicago, IL. (1986).

5. *From Gatekeeper to Gateway: Transforming Testing in America. Policy Report.* National Commission on Testing and Public Policy. Staff writer and senior researcher.

6. McDowell, C., et. al. (1988), A Model Math Science Program. *Educational Technology Center.* Cambridge, MA.

7. McDowell, C (1992) Standardized test and Program Evaluation: Inappropriate Measures in Critical Times. In Madison, A (ed.) New *Directions for Program Evaluation: Minority Issues in Program Evaluation.* Jossey-Bass.

8. McDowell, C. & Sullivan, P (1993) "To Fight Swimming with the Current: Reclaiming Movement History." in Perry, T & Fraser, J. (eds) Freedom's *Plow: Teaching for a Multicultural Democracy* Routledge, Chapman and Hall. New York.

9. McDowell, C. (1996) "Technology and Democracy: reasons for Concern." *Education Bulletin* Harvard University.

CRCP Publications (co-author)

1. Center for Reflective Community Practice (2004) "Vital Difference: The Role of Race in Building Community". Cambridge, MA

2. Amulya, J., O'Campbell, C., Edoh, M. and McDowell, C. (2003) *"Transformative Learning in Social Justice Organizations through Reflective Practice*

3. Amulya, J. and McDowell, C. (2003) *"How Reflection Support Learning Race and Democracy Work"*

## 5. Invited Lectures and Seminars:

| | | |
|---|---|---|
| 1. | Harvard | *Demographic Imperative: Is there hope in the Numbers* |
| 2. | Stanmillis College Belfast, Ireland | *Race and Educational Reform in the US* |
| 3. | St Patrick's College Dublin, Ireland | *The Changing Face of American Education* |
| 4. | Wheelock College | *Race and Technology in Public Education* |
| 5. | American Association of Higher Ed | *Broadening Access Through Technology* |
| 6. | UC Berkeley | *Technology and Equity: Beyond the Question of Access* |
| 7. | Kellogg Foundation | *Democracy and Diversity in an Information Age* |
| 8. | Sorbonne University Paris, France | *Unleashing Healing Potential* |
| 9. | Sorbonne University Paris, France | *Building Tomorrow's Communities* |
| 10. | Grant Makes for Effective Organizations | *Fostering Knowledge, Sharing Communities* |
| 11. | Lincoln Institute of Laid Policy | *The New Spatial Order: Technology and Urban Development* |
| 12. | OMAH Ireland | *Renewal and Regeneration Conference* |
| 13. | Project Interphase | *Reflections, Connections, Path Forward: Sustaining the Dream* |
| 14. | MassHousing | *Annual Management Company Award Ceremony* |

## Media Appearances:

| | | |
|---|---|---|
| 1. | WGBH | *Access and Technology in Boston Public Schools* |

| 2. | WGBH (The Group) | *Media and Violence* |
|----|------------------|----------------------|
| 3. | NE Cable News | *Television and Violence* (Panelist) |
| 4. | KMRA | *Minority Access and Information Technology* |
| 5. | Community TV | *Censorship and Community Access TV (Panelist)* |
| 6. | WCVBTV | *CityLine: Human Capital* |

## Record of Research Funding for Dr. Ceasar L. McDowell

| | Title | Sponsor | Date | Amount |
|---|---|---|---|---|
| 1. | Teaching Innovation | Boston College | 1989 | 2,500 |
| 2. | Wider Horizon Peace Project | Public Welfare Found. | 1990 | 15,000 |
| | | European Union Ed. Commission | 1990 | 17,000 |
| | | European Union Ed. Commission | 1990 | 20,000 |
| | | Public Welfare Found. | 1992 | 10,000 |
| | | European Union Ed. Commission | 1992 | 19,000 |
| 3. | Teaching Innovation | Harvard | 1991 | 2,500 |
| 4. | TV Talk Shows and Public Discourse | Harvard | 1992 | 5,000 |
| 5. | Future Vote | Kettering Foundation | 1993 | 25,000 |

### Funding on behalf of Algebra Project

| | Title | Sponsor | Date | Amount |
|---|---|---|---|---|
| 1. | Program Support | Russel-Sage Foundation | 1994 | 500,000 |
| 2. | Algebra Project-Evaluation | NSF | 1995 | 250,000 |
| 3. | Core Program Support | Open Society Institute | 1996 | 12,000,000 |

### Funding on behalf of The Civil Rights Project

| | Title | Sponsor | Date | Amount |
|---|---|---|---|---|
| 1. | Teaching Civil Rights History | NEH | 1994 | 125,000 |
| 2. | Electronic Quit | Mott Foundation | 1995 | 100,000 |
| 3. | Cadillac Desert | Ford Foundation | 1995 | 300,000 |
| | | Busch Foundation | 1995 | 50,000 |
| 4. | BreakThrough Minorities in Science | Sloan Foundation | 1995 | 3,000,000 |
| 5. | Using Technology in Support of Communities | AT&T | 1995 | 75,000 |
| | | AT&T | 1996 | 100,000 |
| 6. | Civil Rights TeleCom Forum | Rockefeller Foundation | 1996 | 33,000 |
| | | Mott Foundation | 1996 | 15,000 |
| | | Kellogg Foundation | 1996 | 33,000 |
| | | Ford Foundation | 1997 | 300,000 |
| | | Open Society Institute | 1997 | 50,000 |

### Funding on behalf of The Center for Reflective Community Practice, MIT

| | Title | Sponsor | Date | Amount |
|---|---|---|---|---|
| 1. | Community Fellows Program | W.K. Kellogg Foundation | 1999 | 200,000 |
| 2. | Community Connection Project | W.K. Kellogg Foundation | 2000 | 195,000 |
| 3. | Reflective Practitioner Fellowship | W.K. Kellogg Foundation | 2000 | 25,000 |
| 4. | General Support for the Center for Reflective Community Practice | Rockefeller Foundation | 2000 | 100,000 |
| | | Waitt Family Foundation | 2001 | 100,000 |
| | | Rockefeller Foundation | 2001 | 100,000 |
| | | Rockefeller Foundation | 2002 | 100,000 |
| 5. | Site Raising Project | Tides Center | 2000 | 156,128 |
| 6. | A Collaborative Level II | | | |

|     |                                                                               |                             |      |         |      |         |        |
| --- | ----------------------------------------------------------------------------- | --------------------------- | ---- | ------- | ---- | ------- | ------ |
|     | Partnership for Designing Reflection and Learning Practices                   | Waitt Family Foundation     |      |         | 2001 |         | 38,323 |
| 7.  | Planning                                                                      | Rockefeller Foundation      | 2002 | 50,000  |      |         |        |
| 8.  | Craft of Organizing                                                           | Annie E Casey               | 2002 | 75,000  |      |         |        |
| 9.  | Implementation                                                                | Rockefeller Foundation      | 2002 | 226,000 |      |         |        |
| 10. | General Support for the Center For Reflective Community Practice              | Waitt Family Foundation     |      |         | 2002 | 100,000 |        |
| 11. | GIS and Community Knowledge                                                    | Waitt Family Foundation     |      |         | 2002 | 75,000  |        |
| 12. | StoryLink                                                                      | Waitt Family Foundation     |      |         | 2002 | 100,000 |        |
| 13. | General Support for the Center For Reflective Community Practice              | Rockefeller Foundation      | 2002 | 100,000 |      |         |        |
| 14. | Race and Democracy Reflection Seminars                                         | Rockefeller Foundation      | 2002 | 226,000 |      |         |        |
| 15. | Craft of Organizing Reflection Seminars                                        | Annie E. Casey Foundation   | 2002 | 75,000  |      |         |        |
| 16. | General Support for the Center For Reflective Community Practice              | Waitt Family Foundation     |      |         | 2003 | 100,000 |        |
| 17. | D-Space                                                                       | Rockefeller Foundation      | 2003 | 75,000  |      |         |        |
| 18. | GIS/Community Knowledge Project                                                | Waitt Family Foundation     |      |         | 2003 | 130,000 |        |
| 19. | Storylink Project                                                             | Waitt Family Foundation     |      |         | 2003 |         | 100,000 |
| 20. | General Support for the Center For Reflective Community Practice              | Rockefeller Foundation      | 2003 | 175,000 |      |         |        |
| 21. | General Support for the Center For Reflective Community Practice              | Marguerite Casey Foundation | 2003 | 250,000 |      |         |        |
| 22. | General Support for the Center For Reflective Community Practice              | Waitt Family Foundation     |      |         | 2003 | 105,000 |        |
| 23. | GIS/Community Knowledge                                                        | Waitt Family Foundation     |      |         | 2004 | 63,000  |        |

Project

| | | | | | |
|---|---|---|---|---|---|
| 24. | CI LAB/General Operation | Waitt Family Foundation | | 2004 | 300,000 |
| 25. Project | Boston Community Learning | Annie E. Casey Foundation | 2004 | 256,000 | |

## Theses Supervised by Dr. Ceasar L. McDowell Summary

|  | Total | Completed | In Progress |
|---|---|---|---|
| **S.B.** | 3 | 3 | |
| **S.M.** | 3 | 2 | 1 |
| **M.C.P.** | | | |
| As Supervisor | 1 | 1 | |
| As Reader | 7 | 5 | 2 |
| **Ph.D.** | | | |
| As Supervisor | 3 | 3 | |
| As Reader | 3 | 3 | |

S.B.

Jonathan Werberg
*Internationalism and Trans-nationalism in American Labor: Cross-Border Organizing, 1199, and LCLAA*
Massachusetts Institute of Technology 2003

Linda A. Kim
*The Translation of Media Technology Skills to Community Mobilization in Youth Programs*
Massachusetts Institute of Technology    2003

Michael C. Chow
*Adolescent Woman Runaways: Class Factors, Preservation and Recovery*
Massachusetts Institute of Technology    2000

S.M.

Paulo Blikstein
*The Trojan horse as a Trojan horse: Impacting the Ecology of the Learning Atmosphere*
Massachusetts Institute of Technology    2002

Tad Hirsch
*Speakeasy: Mobile Telephony or Community Networking and Civic Engagement in an Immigrant Community*
Massachusetts Institute of Technology    2004

Luke Odhiambo Ouko
*Documentation: A Reflective Practice Approach*
Massachusetts Institute of Technology    In Progress

M.C.P Thesis, Supervisor:

Christian Willauer
*Time and Space Limited: Community Art and Neighborhood Development in Hudson, New York*
Massachusetts Institute of Technology    2000

M.C.P. Theses, Reader:

Ruben Ramirez Morfin

*Assisting Minority Micro-Entrepreneurship: Evaluation of a Proposed Model for Brazilians in Massachusetts*
Massachusetts Institute of Technology    2000

Natasha Freidus
*Changes in the Valley: The Role of the Individual in Community Development*
Massachusetts Institute of Technology    2001

Marisa Gaither
*New Opportunities for Equity: A Critical Examination of Community Development Venture Capital*
Massachusetts Institute of Technology    2002

Michelle Caulfield
*Incremental Power: The Nexus between Information Technologies and Community Development*
Massachusetts Institute of Technology    2003

Tara Kumar
*Informal Microenterprise in the North End Community*
Massachusetts Institute of Technology    2004

Kim Alleyne
*From Individual to Community Leadership: Theories, Practices and Reflections of Facilitators and Participants in Resident Leadership Development Programs*
Massachusetts Institute of Technology    In Progress

Sarah Shin
*A Difference of Opinion: Comparing the Evaluation of Community Center Success Between Planning and Architecture Practice*
Massachusetts Institute of Technology    In Progess

## Doctoral Theses, Advisor:
Claudette Fong-Kong Mongul
*Transfer of Educational Computing Technology to Jamaican Schools*
Boston College  1997
Joy Moreton
*Coming to Questions: Creativity and the Novice Researcher*
Harvard        1998
Marianne Castano
*Racial Identification in On-Line Communication*
Harvard        2003

## Doctoral Theses, Reader:
Carla Brown
*Observing the Assessment if Research Information by Potential Users; International Peace in the Middle East*
Harvard        1996

Steve Ridini
*A Comparative Study of the Implementation of Health Education in two Communities*
Harvard        1997

Richard Louis O'Bryant

*Low-Income Communities: Technological Strategies for Nurturing Community, Empowerment, and Self-Sufficiency at a Low-Income Housing Development*
Massachusetts Institute of Technology 2003

## CRCP Community Fellows Program

### NEON Community Fellows Program
Marisol Jimenez(2003-2004)
Lilliam Robles    (2003-2004, Spring 2005)
Ben Torres       (2003-2004)
Maira Velez      (2003-2004, Spring 2005)
Gloria Quinones        (2003-2004)

Julia Arroyo     (2003-2004, Spring 2005)
Virgilio Berrios (2003-2004, Spring 2005)
Edwin Camacho        (2003-2004, Spring 2005)
Jose Claudio    (2003-2004)
       Milta Franco    (2003-2004, Spring 2005)

### Springfield Reflection Group (2001-02, 2002-03)
Gilberto Amador
Michael Denney
Jeri Gardiner
Maribel Gonzalez
Georganne Greene

Francine Hubbard
Joanne Silver-Jones
Maria Morales-Loebl
Jane Sapp
James Ward

### The Lower Roxbury Community Fellows Team (2001-02, 2002-03)
Donna Fisher
Paulette Ford

Thaddeus Miles
Wayne Williams

### Individual Fellows
Julia Arroyo      (2003-04)
Kenneth Bailey  (2003-04, 2004-05)
Ginny Berkowitz         (1999-2000)
Carroll Parrot Blue (2003-04)
Caroline Carpenter  (1999-2000)
Denise Cretinon(2000-01)
Marie Cretinon  (200-01)
Melissa Edoh    (2003-04, 2004-05)
Susan Fleischman (1999-2000)
Charlene Hart   (2000-01)
Alethia Jones     (2002-03)
Francis Walker Ponne (2000-01)
Angela Perondi Pitel (2003-04)
Dawn Redpath (2000-01)
Paula Robinson (1999-2000)
Jane Sapp (1999-2000, 2000-01)
Trish Settles (2003-04)

Jennifer Jones    (1999-2000, 2000-01)
Shubhada Kambli (Summer 2003)
       Nakia Keizer    (2000-01)
Zenobia Lai     (1999-2000)
Holly Larson Lesko (2000-01)
James Leist      (2000-01)
Luis Melendez  (2000-01)
Neal Mazer      (2000-01)
Rynn Nichols    (2000-01)
Trinh Nguyen   (2003-04, 2004-05)
Rob Peagler     (Fall 2003)
Jass Stewart (2002-2003)
Thenmozhi Soundararajan (2000-01, 2002-03)
       Leon Sharpe (2000-01)
Leili Towfigh (1999-2000)
Murali Venkatesh (2002-03,2003-04)
Beverlyn Zebrowski (2000-01)

# EXHIBIT B
# (Part 1)

# North End Strategic Plan



**October 1st, 2003**
**prepared for**
**the North End Outreach Network (NEON) by**
**the Center for Reflective Community Practice (CRCP) at MIT**

This plan was made possible with the support of the Waitt Family Foundation.

SFP03245

North End Strategic Plan

## Executive Summary

How can we reach our neighbors? What will it take to bring them into the collective life of our community? While the North End of Springfield, Massachusetts has a long history of activism and solid community development, we find that the majority of our neighbors are uninvolved, isolated, and often afraid. In order to combat this isolation, the North End Outreach Network (NEON) was created. NEON's mission is to reach out to each and every household in our community in order to help them access all available opportunities and services. Through close collaboration with its sponsoring agencies, the New North Citizen's Council, the Spanish American Union, Brightwood Health Center, and Gandara Mental Health Center, along with newer partners such as the North End Campus Committee and the Center for Reflective Community Practice at MIT, NEON is committed to finding the keys to open the door of community participation to all.

In the past several years, our understanding about how to do our work has rapidly expanded. We began by building a human network for door-to-door outreach, service referral, health care linking, and information exchange. We have built on this human network by incorporating educational opportunities, community mapping, digital storytelling, health education, technology development, cultural enhancement, and civic engagement, all to encourage involvement.

We are eager to move our work forward. We have taken the past three months to investigate, with our neighbors, new ways to involve people in community life.

This strategic plan builds on our strong history of activism to outline the goals, priorities, and strategies for the next half decade.  In this plan you will find not only specific objectives and benchmarks, but also a discussion of the process behind the plan. This plan was designed to support NEON's mission of increased participation by engaging community residents in the envisioning of a new North End. We decided on a design process involving large and small group formats, with representation from both residents and agencies. Over the course of three months, we engaged more than 100 people who had a stake in our community. They collectively articulated the following vision statement:
"The North End community is a place where residents are fully engaged in the life of the community and are working together to improve the well-being of their neighborhoods. Our community is one that takes pride in its cultures and provides a wide range of opportunities to its residents."

1

SFP03246

North End Strategic Plan

## Executive Summary (cont...)

Building on this vision, the participants in the strategic planning process collapsed multiple issues into four targeted goal areas for the North End.

### I. Lifelong learning
The North End will increase the quality and availability of opportunities for growth, development, and recreation for residents of all ages, with a focus on youth and senior citizens.

### II. Economic Development
The North End will improve the economic conditions of the neighborhood, businesses, and families.

### III. Health
The well being of the residents of the North End will improve.

### IV. Safety
The North End will be a safe neighborhood for all residents and visitors.

Our goals, objectives, and benchmarks relate to expanding participation in these areas.

We are now working to enhance our human, organizational, and technological infrastructures, so we will become a community of people with better health, education, economic well-being, and one with many more people engaged in the struggles that will better our community.

2

SFP03247

## Table of Contents

I.      **Introduction**                                              **4**

II.     **In the beginning – Background**            **5**
        • The Place: Springfield, MA
        • The Setting: The North End
        • The Players: The North End Outreach Network

III.    **¿A dónde vamos?** The plan is born         **12**

IV.     **Vision**                                           **15**

V.      **Strategy**                                         **16**
        • Organizational Infrastructure
        • Human Infrastructure
        • Technological Infrastructure

VI.     **Goals and objectives**                       **20**
        • Lifelong Learning
        • Economic Development
        • Health
        • Safety

VII.    **Projected Outcomes**

VIII.   **Appendices**                                      A1
        • Appendix A                                        A2
        • Appendix B                                        A42
        • Appendix C                                        A56
        • Acknowledgements                                  A92

3

*"Everyone, regardless of who they arem what their language, they are welcome, they are a part of the community and that is what strengthens the community". -Participant, Strategic Planning*

# I. Introduction

Standing at the corner of Carpenter and Terrace, one bears witness to the disparity that exists between those living within the North End and those who reside along its boundaries. Chestnut Street is littered with debris, overgrown with weeds, and the sidewalk is severely cracked. A local resident clutches her children close as she seeks security within her home while a visitor to the community walks by holding a clipboard. However, just across the way, as beautifully manicured greens and brush border the sidewalks, the adjacent street named Terrace Avenue is free of debris and families leisurely walk their dogs.

In many ways, the scene depicted above is a common one for poor areas across the United States. Like so many other poor areas, the North End used to be a symbol of American prosperity: a place where well-paying, blue-collar jobs were plentiful. However, times have changed. Slowly, these good paying jobs dried up as global competition drove the manufacturing businesses overseas or out of business. But the effects of globalization had an impact on more than the economy of the North End. Over the years the community experienced a dramatic shift in its demographic structure. From the 1970's until today, the population of the neighborhood has become dominated by Puerto Ricans, who emigrated to Central Massachusetts in search of family, friends, and work. The combination of significant declines in employment opportunities and an influx of emigrants who were not poised to succeed in an increasingly information-based economy resulted in a series of new problems and obstacles for the community.

What makes the North End of Springfield unique is not the issues faced by its residents. To a large degree, these are the same issues that face most poor communities in the United States. Instead, it is the manner in which so many of its residents confront the challenge of living in a poor community. From social service providers who live and work in the North End to the board of residents who guide many of the decisions that affect the neighborhood, the community is full of people with vibrancy, spirit, and determination. And so, despite the sometimes overwhelming problems facing the community, the North End is a place of hope.

The following pages are a testament to that hope. They sing with the voices and visions of the people who work, who live, who play, who dance in the North End. This plan is the strategy that we have developed to create change and to realizar nuestros sueños. It is the product of a collective vision, one that will serve as a stepping stone, to be molded and crafted through deliberate work and reflection. Our hope is that our vision will become clearer as we keep moving forward as we keep talking, keep debating, and kepp moving forward.

4

## II. Background

The Place:
Springfield, Massachusetts



Springfield, MA

Settled in 1636 and established in 1852, the city of Springfield is the third largest urban center in Massachusetts. Due to its significant architecture and innovative businessb ventures, Springfield has earned several distinct claims including the title of the "City of Firsts". Many well known companies have roots here and have made Springfield an important base for their operations. These companies include Massachusetts Mutual Life Insurance Company, Friendly's Ice Cream Corporation, Milton Bradley, Peter Pan Bus Company, and Smith & Wesson. The Bay State Medical Center, today a recognized major teaching and research facility, has a significant history in the Springfield area with its heritage rooted, in part, in the establishment of the Hampden Homeopathic Hospital on High Street in the early part of the century.[1]

Springfield also boasts the title of the "City of Homes" due to its vintage architecture and a multitude of beautifully crafted Victorian homes. Spanning 33.08 square miles, Springfield embraces 17 unique neighborhoods and is home to 152,082 people.

| Springfield--"City of Homes" | |
|---|---|
| Population | 152,082 |
| Neighborhoods | 17 |
| Housing stock | 61,172 units |
| • Owner occupied | 28,499 (49.9%) |
| • Rental | 28,631 (50.1%) |

However, Springfield is also known for several public health crises including being home to the state's highest mortality rate and the second highest diabetes rate. Lower educational attainment is significantly prevalent in Springfield with 10.4% of the population obtaining less than a 9th grade education, almost double the state average of 5.8%. In addition, the failure rate in Springfield for Massachusetts Standardized Tests is approaching 75%.

Poverty is an increasing crisis with almost twenty percent of Springfield families living below the federal poverty level. Consistent with national trends, poverty rates are higher for children and people of color in Springfield.

[1] NEON Strategic Plan, 2002. All information based on US Census Data, 2000 & MassCHIP Minority Health Standard Report 2002.

5

SPF03250

## Background (cont...)

|  | Springfield | Massachusetts | United States |
|---|---|---|---|
| % of households below poverty level | 19.3% | 6.7% | 9.2% |
| % of children under 18 living below poverty level | 33.9% | 10.1% | 13.6% |
| % of Hispanic households below poverty level | 53.5% | 28.5% | 20% |

Springfield is a city of neighborhoods. And, like many cities, demographic, cultural, and economic trends differ depending on local context. In this case, our plan encompasses two neighborhoods, divided by one highway.

## The Setting: The North End



North End, Springfield, MA

Spanning two Springfield neighborhoods known as Brightwood and Memorial Square, the North End community today is home to over 10,000 residents. Each neighborhood has approximately 5,000 residents. These neighborhoods were separated in 1961 by the construction of Interstate 91. The area is mostly residential and has distinct borders (Connecticut River, downtown, industrial area). The neighborhood is dominated by youth, yet has a significant elderly presence. These two groups will be discussed in detail later in this plan. Since the early 1960's, the North End community has been a safe haven for the rapidly expanding Puerto Rican population: over 75% of the residents in the North End are of Puerto Rican heritage.

SFP03251

North End Strategic Plan

## Background (cont...)





However, the North End that is home to this population today is not what these Puerto Rican migrants first encountered when they arrived in the area in the 1960's. Many of the challenges that are currently facing the city of Springfield as a whole are mirrored and even magnified in our neighborhoods. The economic and health data from the North End community demonstrate the reality that residents face today. The community is known as the poorest within Springfield and contains the poorest census tract in the Commonwealth of Massachusetts according to last years census. With a 50% high school completion rate (a statistic which is even lower for males alone), the North End also has the lowest educational attainment in the city. Incarceration rates, in contrast, are high with 10% of the community population passing through the Hampden County Correctional Center each year. The community also exhibits high rates of environmentally related diseases such as asthma and diabetes. Twenty percent of families report at least one member of the household suffers from asthma. In addition, the community is the center of the HIV epidemic in Greater Springfield. As of 1999, Springfield had the 11th highest new HIV case rate in the country. Other health related challenges include a high teen birth rate and infant mortality rate for the North End as well as low child immunization rates.

|  | North End | Springfield | Massachusetts |
|---|---|---|---|
| Per capita income | Less than $6,000 | $15,232 | $25,925 |

|  | North End | Massachusetts | United States |
|---|---|---|---|
| Cumulative AIDS cases | 963/100,000 | 117/100,000 | 128/100,000 |

The first Puerto Ricans arriving here were attracted to Springfield and the North End community in particular because of the job opportunities that were available to them. Originally, migrant laborers came from Puerto Rico to work in the farms of the Connecticut River Valley. Eventually, some decided to stay year-round in the closest urban area – Springfield. With this community established in the North End, increasing numbers of

7

North End Strategic Plan

## Background (cont...)

Puerto Ricans moved to Springfield to reunite with friends and family. In addition to the farm work, which first brought Puerto Ricans to the area, jobs in the thriving manufacturing sector of Springfield also provided economic opportunity for this newly arrived group.

Despite its current economic and health challenges, the North End today still displays many of the wonderful qualities that were evident in the community as it was being established by Puerto Ricans in the 1960's. Thanks to local activism, we have excellent housing stock, which contributes to a reasonably stable population. In the 1990 census, 68% of families said they were here at the time of the 1980 census. The family structures are strong with many extended families supporting each other throughout good and bad times. The Puerto Rican culture, particularly through music, food and dance, maintains its prominence within the community and is seen as a source of pride for the neighborhoods. There is also wonderful spirit and community involvement throughout the North End with voter participation rates reaching forty percent for board elections of the local citizens council. The North End is also home to several creative community organizations and service providers that are dedicated to working with residents to strengthen the quality of life that residents experience in the neighborhoods.

### The Players: The North End Outreach Network



One such community organization is the North End Outreach Network (NEON). NEON is a coalition of North End providers that has been in existence since July 1996. Through an

8

SFP03253

North End Strategic Plan

## Background (cont...)

innovative approach bringing public health together with community development, NEON works to correct the disparities that exist between its community and those with greater resources. NEON was created for the people of the North End by the organizations whose charge is to improve the well being of the people of our community.

NEON's mission is to reach out to everyone in our community and help them access all the opportunities and services available in order to build a stronger and healthier community.

NEON was formed as a collaborative by four innovative service providers in the community. Those leaders included:

- The New North Citizen's Council/Instituto de la Familia (NNCC) is a certified minority non-profit agency with over twenty years of experience providing human services in Hampden County, especially Springfield's North End. The community based, locally elected organization was created to promote neighborhood involvement and participation in the physical, economic, and social development of the targeted area.

- The Gandara Mental Health Center (GMHC) is a certified minority mental health and substance abuse provider that works in the development and implementation of efficient strategies and interventions that target community residents around the issues of mental health, substance abuse, HIV/AIDS, women at risk, and counseling and testing services.

- The Spanish American Union, Inc, (SAU) is a certified minority business, health education and training agency that works in the development education models and serves as the lead for the training of Community Advocates in the area.

- The Brightwood Health Center (BHC) is a full-service community health center affiliated with Bay State Medical Center and works in the development and implementation of health interventions that address issues of child and adult health, preventative medicine, and primary care access for the North End Community.

Recognizing the continued prevalence of health disparities in their community, these leaders came together to seek out a more effective and efficient manner for not only reaching out, but also for bringing together residents within the North End Community. Due to their vision, dedication, and vigilance, the NEON Program emerged as an innovative population based approach to community health.

The goal of the NEON Program is that each and every household in the community is contacted and engaged in a conversation. These conversations focus both on needs and on assets, with the hope to connect existing resources within the community. NEON aims to bring all residents into the life of the community and into strong relationship with

9

SPP03254

## Background (cont...)

activism that will lead to personal and community development. It does this through a combination of direct outreach and home visits, community mapping, and the increasing use of technology as a tool to create a community information system.

To assist with outreach, ten geographical zones were identified within the North End Community with approximately 1,000 residents residing in each zone. A Community Advocate (CA) was assigned to not only each zone but to the people who reside within those geographic boundaries. A Community Advocate is a public health professional who applies his or her unique understanding of the experiences, language, and culture of the community to his/her work ensuring the provision of effective, quality health and human services.

The NEON Program is coordinated by a Program Director with community health outreach experience. The Program Director conducts numerous tasks including program oversight, supervision of the CA's, fiscal management, program planning, and marketing.

A Steering Committee comprised of one member from each founder agency serves as the leadership network for the Program Director and assures continued support for the Program. In addition, they conduct fundraising, marketing activities, and partnership development. Current members of the NEON Steering Committee include Milta Franco (NEON), Henry East-Trou (Gandara Mental Health Center), Jeff Scavron (Brightwood Health Center) and Michael Denney (New North Citizens Council). The NEON Steering Committee hopes to expand its membership over the next few years to include representation from additional community organizations and institutions.

Also working closely with NEON is a coalition of school representatives and social service providers known as the "Campus Concept Committee". This group has been meeting since 1996 to develop the schools into a family-friendly campus center. Also represented on the Campus Committee is the City of Springfield's City Planning Department which will continue its partnership with North End agencies in redeveloping brownfields and public space. These  strategies will be discussed later in this plan.

### Somewhere along I-90: The North End Meets Cambridge

Working in partnership with the North End Outreach Network is the Center for Reflective Community Practice (CRCP) at the Massachusetts Institute of Technology. The CRCP was established in 1998 as an outgrowth of the former Community Fellows Program at MIT's Department of Urban Studies and Planning (DUSP). The Center was founded on the belief that the same forces that have brought about current social, economic, and technological inequities, particularly among inner-city communities and groups of color, also present opportunities for building sustainable local efforts to address them. However, as most of these communities often lack the technical and critical inquiry skills and resources necessary to tap their own knowledge, the Center was organized to bridge gaps among

10

North End Strategic Plan

## Background (cont...)

community-based practitioners, information technology, and urban planning education.

In the summer of 2001, the North End Outreach Network (NEON) and CRCP began to collaborate and coordinate a long-term commitment to the design of a community information and knowledge system in the North End. This project was designed to bring community agencies of the North End together with students and faculty from MIT to understand the obstacles and assets of the North End community through technology and narrative. The ultimate goal of this undertaking is to create a system that will synthesize a wide range of information and knowledge gathered about the North End, ranging from GIS maps to lead poisoning rates to health insurance to residents' stories. This information and knowledge system will belong to the community, and be used by agencies, schools, residents, churches, and organizers. A portion of the strategy outlined in this plan is grounded in this partnership, which also served a role in the development of the plan itself.

11

SPP03256

North End Strategic Plan

# III. ¿A dónde vamos?  A Plan Is Born

In 2003, the North End Outreach Network reached a crossing-point in its work. The previous seven years had strengthened the organization, deepening its roots in the community and clarifying the nature of the work. While new strategic partnerships were being cemented, others were shifting. It became clear that NEON needed to take a step back from the day to day immersion in crisis management, project development, and community events to clarify its focus for the next several years. It also became clear that in order to create a document that would guide the work of NEON and its partners, there must be some agreement around what the people who live and work in the North End wanted to see happen.

The work of NEON is based on listening. Every day we go door to door, listening to both the accomplishments and the needs of our neighbors. Taking the time to listen to their visions, therefore, was a natural next step.

Our plan needed to look to the future, but it also needed to learn from its past. The North End is one that prides itself on learning from its history. Along this vein, this plan builds on previous work undertaken by North End residents and organizations. These plans include, but are not limited to the following:

- **The New North Citizens Council** is required by the city of Springfield to create and update planning for the neighborhood. A vital and comprehensive plan focusing on land use and development has been in effect and updated frequently..
- **Internal NEON plan:** During the summer of 2002, NEON staff with the help of a strategic planning consultant created a strategic plan focused on its internal operations and organizational structure.
- **MIT courses:** Two courses at MIT taught a part of the CRCP-NEON partnership also focused on planning. The first, taught in January of 2002, Organizing with Information, mapped out the information resources available about the North End. The second, Community Count Themselves: Asset mapping, presented an assets-based approach to developing an economic health strategy in the neighborhood.

## A la gente...the process behind the plan

Our goal in creating this plan was twofold. We were interested not only in creating a guiding product, but also in its process. We recognized that a strategic plan could serve as an opportunity to serve NEON's larger goal of increasing participation in the life of the community. As outlined in this plan, NEON has been in a transition from service driven outreach to a broader concept of community building. Aside from going door to door and collecting and giving information, we have come to understand the need to build networks within the zones to enhance participation in the activities of the community. We were therefore interested not only in learning from residents about their vision for the neighborhood, but we realized that the process of the plan itself would provide us with the

12

North End Strategic Plan

## ¿A dónde vamos?  A Plan Is Born  (cont...)

opportunity to identify zone leaders, to learn what issues excited our neighbors, and to kickoff an neighborhood visioning campaign.

Gathering voices, how to do it? We knew that we didn't want a formal, intimidating process. We knew that the North End residents, had something to say. And we knew that in order to have this plan reflect the hopes, dreams, and realities of our lives, we must have a way to reach people where they are. The final design, created in partnership with CRCP reflected these dual goals of process and product for strategic planning.

### If Mohammed won't go to the mountain...



The overall design of our plan focused on the "large – small – large " model whereby a large group was gathered to oversee the process and synthesize information, yet a much greater number of residents were directly involved through a series of smaller, targeted, discussions. These "Satellite Meetings" lie at the heart of our design. Satellite meetings were held for each of the founding partners of NEON, the technology initiatives, the Campus Committee, digital storytelling, the NEON steering committee, and for each of the ten zones.   These meetings, co-facilitated by North End leadership and CRCP staff, engaged 105 participants in a series of 15 meetings. Of these, over seventy five percent of participants lived in the North End while eighty percent worked in the North End. One hundred percent of participants either worked or lived in the neighborhood. There were residents, workers, small business owners, youth, and elderly, overall a cross section of the neighborhood.

Approximately one third of the meetings were organizationally focused, these conversations involved discussion on the vision that the agency had for the North End, opportunity to collaborate with NEON to achieve that vision, goals and strategy. Agency representatives

13

SFP03258

North End Strategic Plan

## ¿A dónde vamos?  A Plan Is Born  (cont...)

were able to take the time to make a more explicit connection to NEON, to solicit client input, and to take a moment to reflect on larger issues related to their work.   (See Appendix B: Agency meeting agenda) Participating agencies and organizations included NNCC, Brightwood Medical Center, Gandara Mental Health Center, Spanish American Union, and the Campus Committee. Each of the organizations will play an essential role in acting out this plan.

The Zone Meetings were focused on providing residents with an opportunity to discuss their vision for the North End, the challenges they face in achieving that vision, and creative responses and solutions to the vision. A total of six zone meetings were held.(See Appendix C: Zone Meeting agenda) The majority of the meetings were held in Spanish. In addition to providing new opportunities for resident involvement, these satellite meetings also served as "on the ground" training in community organizing and participatory planning for North End facilitators. Like the agency meetings, there was a focus on the building of relationships, the sharing of stories, and the development of a common vision. Community advocates were encouraged to identify interested participants, facilitate discussion, and learn the fundamentals of organizing community meetings.  As one community advocate said, "It's good for us to learn how to run meetings, and the residents listen to us because they know we aren't above them, we live here too and face the same problems."

Bounding the satellite meetings on both sides were larger meetings. The first outlined the process for the plan, while the second, with thirty-five participants, synthesized the material generated out of the satellite meetings. Several key components to the vision were agreed upon, and participants had the opportunity to vote on priorities for thematic goals derived from small group discussions. It is the work that comes from these small and large group discussions that lie at the foundation of this plan.

This plan, therefore, is not only a document, it is a record of dialogues.  This process has been one of conversations: among residents, between residents and agency reps, agency to agency, agency to CRCP, and CRCP to residents. At each stage of the plan community advocates, agency heads, residents, and CRCP staff  have checked in, emailed, phoned, met, discussed. While this final product is a written plan, our goal is to have it be accompanied by a multimedia piece exploring the visions and plans of our neighborhood in Technicolor.

The following pages begin with a composite vision statement collaboratively developed throughout the summer. We proceed to outline our major strategy to work towards our vision: the further development of the human, organizational, and technological structure that will connect the entire North End. We next turn to look at the key issue areas that were determined as goals. Within each we set specific objectives and benchmarks, as well as making explicit connections back to reinforce our strategy.  We conclude with an overview of outcomes and priorities for the next five years.

14

North End Strategic Plan

## IV. Hacia adelante - nuestra visión

As a result of the intensive process outlined above, we have developed the following vision for the North End:

**"The North End community is a place where residents are fully engaged in the life of the community and are working together to improve the well-being of their neighborhoods. Our community is one that takes pride in its cultures and provides a wide range of opportunities to its residents."**



15

SFP03260

North End Strategic Plan

## V. Strategy



NORTH END COMMUNITY VISION
Increased participation and engagement

NEON INFRASTRUCTURE

Organizational

Technological

Human

Lifelong learning

Health

Supports
STRATEGIES
to realize
GOALS

Safety

Economic development

This vision calls for participation, and our collective process informed us that in order to strengthen participation in any one goal area, we must simultaneously build an infrastructure to support the connection of North End residents. While all agencies are instrumental to this plan's success, our strategy is based on the work of the North End Outreach Network. This strategy demonstrates an innovative approach to fostering participation and strengthening the North End---NEON will create an organizational, human, and technological infrastructure to bring families, businesses, schools, other neighborhood institutions, and individuals into the collective life of the community. NEON, therefore, will serve as the organizational, human, and technological base upon which further goals, objectives, and more specific strategy will be based.  Each of these strategies supports one another, and the three are interdependent. Furthermore, all are designed in order to support our vision, a North End where people participate, a North End full of opportunity, and a North End full of connections. To that end, this plan will first outline each of the three infrastructures detailed above, and will then proceed, in Section VI, to consider how each of these infrastructures supports these goals and is in turn reinforced by them.

16

SFP03261

North End Strategic Plan

## Strategy (cont...)



### A. Organizational Infrastructure - the building of NEON

The mission of NEON, as indicated above, is to reach every individual in the North End in order to bring all residents into the collective life of the community. Agencies, organizations, and other institutions play a central role in reaching individuals. In order to build support its own organizational infrastructure, NEON will undertake the following steps over the next five years:

• **Expansion of organizational focus:** NEON will build on its outreach work of connecting residents with opportunities and resources to develop zone leadership in the North End. In doing so, NEON will more explicitly be working towards its vision of a North End where "residents are fully engaged in the life of their community".

• **Revitalization of Governance Structure:** Throughout the satellite meetings with each agency, a repeated key theme was the need for greater inter-agency connections, as well as a closer relationship with NEON. In order to foster collaboration among agencies and participation among residents, NEON will, over the next half-decade, revamp its existing governance structure to clarify and strengthen the role and relationship it maintains with other North End actors. To effectively serve as the human network to build community in the North End, the governing structure must reflect a diverse range of players. Possible strategies for future governance of these structures include combining the Campus Committee and the NEON steering Committee and identifying zone representatives to serve in some sort of governing body.

• **Staffing:** Neon's mission and work currently far exceeds its capacity. From managing strategic partnerships, to increasing the number of community advocates, to administrative needs, to handling the technological aspects of NEON's development, NEON will over the next five years obtain the required funding necessary to build the human and technological infrastructure detailed below. Future positions will include the following:

17

SFP03262

# EXHIBIT B
# (Part 2)

## Strategy (cont...)

- Increase in community advocates
- Leadership development specialist
- Technology Specialist
- MIT/NEON liaison
- Administrative support

### B. Human Infrastructure

Historically, the New North Citizen's Council has played a key role in community organizing in the North End. NEON will collaborate with New North to identify community leaders and connect them New North's advocacy work as appropriate. It is important to highlight here that NEON's goal here is not to replicate existing organizing work, but rather to support it through a broad approach to identifying and networking leaders. As NEON builds on its work of developing leadership in the North End, it will require a broader approach to increased participation. Strategies will include the following.

• **Staff development and training for community advocates:** NEON will actively seek funding and opportunities for staff to learn the ins and outs of community organizing in order to work more effectively in the zones and with New North. One immediate opportunity is that the entire NEON staff will have a fellowship at the Center for Reflective Community Practice to focus on community building and organizing. This fellowship will involve process of mutual discovery that will take place in a series of reflection and learning seminars centered on the practice of community organizing. (See Appendix)

• **Leadership team within the zones:** NEON will build on its work of the past year to identify zone leaders through individual and house meetings. Leadership teams will be directly connected to thematic goals and strategies detailed below as well as connecting with the New North's Citizen Council broader political advocacy.

• **Building local representation:** In collaboration with North End, Springfield, and City agencies, NEON will work to build resident leadership across a range of services including police, school board, arts councils, etc.

### C. Technology Infrastructure

Through its collaboration with MIT, the North End has already made tremendous strides in the innovative use of appropriate technology to support community development in the North End. Over the next five years, we will build on existing programs and projects with a comprehensive technology plan for the neighborhood. Our intention is to use cutting edge technology to connect our residents, to better understand our community, and to tell our story. This approach represents a comprehensive effort to integrate community

18

SFP03263

North End Strategic Plan

## Strategy (cont...)

based technology as a means to connecting residents and organizations in the North End. Immediate strategies include the following:

### • The North End Technology Plan (See Appendix B-1)

The North End Telecommunications Network will consolidate and extend the North End's ongoing technology development initiatives. The telecommunications plan is in two phases. Phase 1, currently underway, will link together 11 North End institutions – (consortium) social service agencies, a healthcare clinic, K-12 elementary and middle schools, a branch public library, a community youth center – in a HIPPA-compliant facility for coordinating service delivery and referrals. Phase 2 will network over 1,000 households into the Phase 1 network to facilitate residents' access to information and education on HIV/AIDS, asthma, diabetes, and infant mortality and adolescent pregnancy (all urgent  challenges facing the North End) over a community web portal. The portal, currently under development, will allow North End institutions and residents to organize and mobilize around issues of local relevance.

### • Digital Storytelling Center (See Appendix B-2)

For the past 16 months, the North End has collaborated with CRCP to integrate the use of digital stories into its work. Digital stories, or brief multimedia narratives, provide producers with the opportunity to use new multimedia tools to tell their own narrative in their own voices. Over these months, twenty stories have been created and a team of trainers has learned both the facilitative and technological aspects of production. Over the course of the next five years, we will establish a center in which to conduct workshops for neighborhood residents and the city at large, further training of center staff, and regularly showcase stories to use as a community building tool.

### • Community GIS (See Appendix B-3)

Geographic Information Systems is a natural outgrowth of NEON's population based approach to outreach and organizing. Over the next five years, NEON and the New North Citizens Council will integrate GIS technology to support its work in gathering, analyzing, and representing information to support community organizing and planning.  The first year will be devoted to developing the GIS capacity in organizations working in each partner community.  Capacity building will involve providing a GIS infrastructure, data support and a significant amount of training. This work will continue in the second and third year, expanding to include members of the community as well as representatives of the partner organizations. In addition, in the second and third year of the project, we will build on the community-based mapping knowledge developed through the project to drive a technology development process that explores creating new mapping technology designed explicitly to serve community needs.

19

North End Strategic Plan

# VI. Goals & Objectives

The vision for the North End underscores the importance of increased participation. Our strategy is designed to build the infrastructure to support that participation. In this section, we delineate our priorities areas –these areas will benefit from increased participation, and will, in turn, serve as channels through which individuals can participate. Our goals and objectives run the gamut from intergenerational technology programs to community policing to increased cultural programming. While diverse in nature, all address common themes arising out of small group discussion: a lack of opportunities for youth, a desire to change the reputation of the North End, and the hope to connect and involve individuals who remain isolated and disengaged from community processes. Running through these goals is also the recognition that the North End has a tremendous amount of physical, cultural, and human assets that we must build upon in order to work towards our vision.

In the four major goal areas of lifelong learning, economic development, health, and safety, we have identified three to five objectives. These objectives represent concrete steps we can take to move towards our goals. All are closely designed to build the NEON infrastructure, to increase participation, and to support one another. In order to make connections to the infrastructure work more explicit, we have developed the following symbol system.

 represents ties to organizational infrastructure

 represents ties to human infrastructure

represents ties to technological infrastructure

The four main goal areas are the following:

### I. Lifelong learning
The North End will increase the quality and availability of opportunities for growth, development, and recreation for residents of all ages, with a focus on youth and senior citizens.
### II. Economic Development
The North End will improve the economic conditions of the neighborhood, businesses, and families.
### III. Health
The well being of the residents of the North End will improve.
### IV. Safety
The North End will be a safe neighborhood for all residents and visitors.

20

North End Strategic Plan

Goal 1: The North End will increase the quality and availability of opportunities for growth, development, and recreation for residents of all ages, with a focus on youth and senior citizens.

## G1: Lifelong Learning  

### Objective A:
### The Campus Center

For the past several years, the North End has dreamed about a campus center, a place where North End residents of all ages can learn and grow with special programming for youth and seniors. A place to provide a space for anyone in the community to celebrate, to dance, to share culture.



### El Camino — The path

• The Campus Concept Committee has been brainstorming strategies to develop a campus center for several years. In order to concretize plans and consider possibilities, in the Spring of 2004, the Department of Urban Studies and Planning will offer a studio course exploring the design of a community center.

• The Campus Concept Committee, in conjunction with NEON, will request seed funding to get the center off the ground. This seed money will cover the cost of security, a part time coordinator, stipends for class teachers, and child care.

### Connections to Infrastructure

| | | |
|---|---|---|
| NEON works directly with the Campus Committee to carry out legwork of making the center a reality. Other resources to contact include PTO's, local youth centers. | NEON develops a new intake form to look at what classes residents would like to take, what skills residents can offer to teach or volunteer, etc. Zone residents take leadership in governance. | All information is put into searchable database so interested students/ volunteers/etc. can be easily identified. All information will be on portal. |

### Benchmarks
• New Outreach form
• Seed Money
• Offering classes
• Resident leadership team/representation on Campus Committee.

Objective A

Objective B

Objective C

Objective D

21

SFP03266

North End Strategic Plan

 **G1: Lifelong Learning**  G2: Economic Development G3: Health G4: Safety




## Objective B:
## Mentoring
In order to support the youth of our community, the North End will collaborate with existing mentoring programs and develop supplemental programs.

### El Camino – The path
• Public awareness campaign around existing mentorship programs, North End representatives will connect with these programs i.e. Big brothers/Big Sisters to ensure that they have adequate Hispanic/North End representation.
• Existing programs focused on senior citizens will collaborate to develop an intergenerational program connecting youth and seniors.
• The community center will provide space for mentors and "mentees" to meet and connect.
• The Campus Committee will work with local elementary schools to identify students who could benefit from mentorship.

### Connections to Infrastructure

| | | |
|---|---|---|
| NEON will collaborate with local agencies to coordinate efforts and develop programming. | NEON community advocates will identify both individuals who would like to mentor and families with youth who need mentors. | • Part of the database will be designed to match and connect mentors.<br>• Technology mentoring component. |

### Benchmarks
• Initial meetings with local agencies to discuss mentorship opportunities
• Seed money for local mentor coordinator
• Integration of mentoring component into NEON intake forms and database.

Objective A

Objective B

Objective C

Objective D

22

SFP03267

North End Strategic Plan

## G1: Lifelong Learning    G2: Economic Development    G3: Health    G4: Safety

**Objective C:**
**Increased**
**Technology Training**
The North End will build on its existing technology education programs. Youth, elderly, and adults will have greater access to technology training including website, digital storytelling, and GIS software.

"How do we appreciate the effect of introducing technology to the North End?  How do we benefit?  What do we lose?"

·participant,
digital storytelling satellite meeting

**El Camino – The path**
• GIS Education Program
• Digital Storytelling Education Program: The digital storytelling center will offer trainings to individuals and groups with all levels of experience.
• Other technology courses will be offered at community center, see objective 1, including web design, introduction to computer, etc.
• Intergenerational work will be encouraged with peer leaders from both the youth and seniors.  Possible link-up to new computers in homes.

**Connections to Infrastructure**

| | | |
|---|---|---|
| Organization and agency representatives will receive training on how to integrate database/technology into their work. | NEON workers will identify tutors and students for classes and inform community on opportunities. | Classes will be connected to and announced on portal. All products created in classes (maps, stories) will be available on local server. |

**Benchmarks**
• Classes will continue to be held and new classes will be offered.
• Outreach flyers and intake forms will reflect technology training opportunities.
• Agency representatives will collaborate to develop appropriate in-services.

Objective A

Objective B

Objective C

Objective D

23

North End Strategic Plan

## G1: Lifelong Learning

G2: Economic Development    G3: Health    G4: Safety

**Objective D:**
## Cultural Programming
The Campus Committee will collaborate directly with local schools and agencies to provide stronger cultural and civic programming and activities.

"My primary goal is to make sure that our culture is preserved."

–participant, satellite meeting

**El Camino – The path**
• Host art/music/craft fairs that showcase local talent in schools.
• Feature different activities in different zones monthly.
• Provide gallery and studio space to local artists in new community center.
• Coordinate with agencies like the Springfield Cultural Council to access more cultural activities in and around Springfield and promote North End activities in other parts of Springfield.

**Connections to Infrastructure**

| | | |
|---|---|---|
| • Collaboration with agencies to develop Marketing strategy to promote North End to larger community. | • Identify and work with local artists to collaborate on community projects. In zones look for unknown talent. | • Announce and feature local activities on North End Portal, provide an "local culture" link to digital documentation. |

**Benchmarks**
• Identification of "local artist corps"
• Featured spots on artists on portal
• Initial meetings to discuss "cultural marketing strategy"
• Formation of "culture committee"

Objective A

Objective B

Objective C

Objective D

24

# North End Strategic Plan

Goal 2: The North End will improve the economic conditions of the neighborhood, businesses, and families.

 **G2: Economic Development** 

**Objective A:**
## Improved Employment Opportunities
To create more opportunities for people to find employment, and to increase their earnings.

> "We have power, now we have to teach people how to use their power economically."
>
> —participant, satellite meeting

**Objective A**

**Objective B**

**Objective C**

**Objective D**

### El Camino — The path
• To prepare the local workforce for the labor market through more local ESOL courses, adult education, computer classes, workers rights, economic literacy and job training. See goal one
• To explore the possibility of creating a one-stop employment center
• To collaborate with Baystate to increase job opportunities and employment paths for local youth.
• To support entrepreneurial activities

### Connections to Infrastructure

| | | |
|---|---|---|
| • Local agencies will become more savvy in the area of economic development and can link organizational strategy to related economic work. | • NEON workers can carry out survey/initial research exploring job potential and identifying local assets. | • Create on-line system for information on jobs and bartering possibilities. "Local Craig's list" <br> • Integrate all employment info. into GIS maps and create digital stories . |

### Benchmarks
• Hire an economic development consultant
• Research on labor market needs, strengths, opportunities. Integration of data into GIS
• "North End" Craig's list seed money.

25

SFP03270

North End Strategic Plan



**G2: Economic Development**   G3: Health    G4: Safety

**Objective B:**
## Strengthen Local Businesses
To strengthen local businesses
and increase cooperation and
collaboration among them.



Objective A

Objective B

Objective C

Objective D

**El Camino -- The path**
- Encourage businesses to work together (e.g. through BID)
- Provide business and marketing skills for owners
- Explore possibility of creating local cooperative.
- Reuse of old commercial building warehouses
- Turn Main street pedestrian and a vibrant area that celebrates local culture
- Develop marketing strategy for North End residents to reach people outside of North End, potential for tourism.
- Increase hours of public market and advertise outside of neighborhood.
- Explore potential for working with Chicopee Savings to support economic development plan.

**Connections to Infrastructure**

|  | | |
|---|---|---|
| Collaboration with Hispanic Chamber of Commerce, local banks, and strengthening of BID | Identify business leaders in zones and individuals with economic development background. | • Explore potential for hand held technology to link data to GIS maps for local businesses.<br>• Explore possibility of local businesses advertising on Portal.<br>• Digital stories as commercials for local businesses. |

**Benchmarks**
- Exploratory meetings with Chicopee Savings and Central Business District, possibility of creating local credit union?
- Further development of list of external assets created in MIT course, spring 2002.

26

SFP03271

**G1: Community Learning**    **G2: Economic Development**    **G3: Health**    **G4: Safety**



**Objective C:**
## Improved Public Transportation
North End will have increased accessibility to quality and affordable public transportation.

### El Camino — The path

• Investigate the possibility of creating a North End shuttle that connects all agencies within neighborhood.
• Investigate lobbying PVTA to offer reduced fares /bus passes for elderly and youth.
• Seek initial funding and business strategy (ideas include local businesses to advertise on side of bus).

### Connections to Infrastructure

| | | |
|---|---|---|
| • North End agencies will collaborate with local businesses and Bay State, City planning Department. | • NEON will conduct outreach to determine specific needs for transportation route, potential stops.<br>• Once in place, transportation will be less of a barrier to participation in local events. | • Use GIS to determine best routes. |

### Benchmarks
• Obtain seed money to cultivate transportation plan for North End
• Hire consultant for analysis and implementation.
• Collaborate with Spring '04 MIT Design Studio to incorporate aspects of cost, feasibility, environmental impact, and routes of transportation of plan.

Objective A

Objective B

Objective C

Objective D

27

North End Strategic Plan



## G2: Economic Development

**Objective D:**
**Physical Infrastructure & Appearance**
The North end will improve its physical infrastructure. This will include cleaning up contaminated sites, obtaining affordable housing, and cleaning up the neighborhood.

"La limpieza viene de adentro de uno."

"Cleanliness comes from within."

Participant, Zone 1 meeting

**El Camino -- The path**
Short term:
• Regular neighborhood clean-up efforts
• Make trash pick-up easier (waive fee for large pickup)
Longer term:
• Remove condemned buildings
• Clean up brownfields
• Move forward on plan for Thomas St. Playground developed by Planning Department.
• Work with NNCC to develop strategy for implementation plan for brownfields cleanup and new "green" building.

### Connections to Infrastructure

| | | |
|---|---|---|
| • Collaboration with Hispanic Chamber of Commerce, and strengthening of BID | • Identify business leaders in zones and individuals with economic development background. | • Explore potential for hand held technology to link data to GIS maps for local businesses.<br>• Explore possibility of local businesses advertising on Portal.<br>• Digital stories as commercials for local businesses? |

**Benchmarks**
• Seed money to investigate how to form coops and enhance CDC activity to adress housing issues.
• Exploratory meetings with Chicopee Savings and Central Business District, possibility of creating local credit union?
• Launch of New North Citizens Council
• GIS maps with integrated land use information.

Objective A

Objective B

Objective C

Objective D

28

SFP03273

North End Strategic Plan

Goal 3: The well being of the residents of the North End will improve.



| G1: Lifelong Learning | G2: Economic Development | **G3: Health** | G4: Safety |



### Objective A:
### Increase Access to Health Insurance and Medication
To increase access to health insurance and medication for North End residents.

### El Camino — The path

• To continue to sign up qualifying residents for state supplied health insurance (MassHealth)
• To determine what percentage of the neighborhood is currently without insurance
• To advocate on state and federal level around health insurance policy issues.
• To develop alternative strategies for individuals without insurance.

**Objective A**

**Objective B**

**Objective C**

### Connections to Infrastructure



| | | |
|---|---|---|
| • NEON will build on its strong health background to take an advocacy stance on the importance of universal health insurance with collaborating agencies. | • NEON workers will continue their work of connecting residents to insurance and determine where residents do not have insurance. | • Have connections on portal to Canadian based medication vendors.<br>• Use GIS/digital stories to map where people don't have access to insurance. |

### Benchmarks
• Identify percentage of North End residents who have some sort of health care (privately or state provided)
• Increased number of qualified residents with insurance
• Development of alternative strategy, i.e. Canadian vendors on portal.

29

SFP03274

North End Strategic Plan

| G1: Life Long Learning | G2: Economic Development | **G3: Health** | G4: Safety |



## Objective B:
### Access to Family Planning Services & Education
To increase awareness among residents of available health care services and connect them to primary care services.



### El Camino – The path

• BHC employees will accompany NEON workers for monthly zone meetings to learn from residents and provide information.
• Other community volunteers will accompany NEON workers at monthly zone meetings to focus on health related issues.
• Explore possible value to people of North End of a community run clinic and pharmacy which would provide medication at a low cost to people without insurance.

### Connections to Infrastructure

| | | |
|---|---|---|
| • Strengthening of relationships between local health providers and neighborhood residents will lead to mutual understanding. | • Neon will continue to conduct outreach for healthcare services. | • Using database/ portal/GIS to support access and connectivity to health education services. |

### Benchmarks
• Percentage of monthly zone meetings with some health care representative.
• Increased percentage of residents with access to primary care services.

Objective A

Objective B

Objective C

Objective D

30

North End Strategic Plan



| G1: Lifelong Learning | G2: Economic Development | **G3: Health** | G4: Safety |



**Objective C:**
## Improve Environmental Health

To better understand the factors that contribute to environmental health problems and develop strategy to reduce them.

*Objective A*

*Objective B*

**Objective C**

**El Camino – The path**
• Further development of "The Asthma Project", begun in 2002. This project looks at how a community can mitigate environmental factors associated with air pollution and asthma that are significant health threats. It is designed to use methods that bridge the design of new, enabling, technologies for the home and reflective community practice.
• Development of key partners and projects to identify and combat environmental triggers are in planning stages.
• Globe Project with science teachers in local schools and students who measure air, water, and soil quality.
• Investigation of "Best Practices" from other communities.

**Connections to Infrastructure**

| | | |
|---|---|---|
| • Further collaboration with Planning Department around sustainable development.<br>• Collaboration with local schools. | • NEON will continue to collect data around environmental risks in each zone.<br>• Parents and children collaboration to measure impact. | • Include environmental data in community GIS mappings.<br>• Create digital stories around this issue. |

**Benchmarks**
• Implementation of Globe Project in schools (Fall, 2003)
• Next stages of "The Asthma Project"
• Further analysis of other environmental triggers.
• Meeting with the Environmental Health Coalition representatives in San Diego.

31

SFP03276

Goal 4: The North End will be a safe neighborhood for all residents and visitors.

| | | | G4: Safety |



**Objective A:**
**Strengthen Neighborhood Relationship with Police Force**
To strengthen the relationship between the North End Community and the Springfield Police Department.

Objective A

Objective B

Objective C

### El Camino – The path

• Lobby the police to reestablish the community policing initiative that was cut in last Spring's budget cuts.
• Gain representation from the North End at the Police Department
• Clarifying the perception of what is safe and what is not safe
• Develop accountability and communications mechanisms between police and community.
• Organize community volunteers into watch groups according to the zones established by NEON.

### Connections to Infrastructure

| | | |
|---|---|---|
| • Closer relationship to Police Department | • Participation in community watches by zone residents and youth. | • Digital storytelling workshops where residents discuss what is safe. |

### Benchmarks
• The establishment of a community watch group in each zone in the North End.
• Have "at risk youth" or "gang members" involved directly in community policing.
• The increased hiring of North End police.
• The establishment of zone based watch groups.

32

SFP03277

North End Strategic Plan

G1: Lifelong Learning    G2: Economic Development    G3: Healthy    **G4: Safety**

**Objective B:**
**Physical Safety Aspects**
To increase safety aspects in the physical environment.

"My main concern is that the North End is perceived as a negative place, and I would LOVE to change that stereotype into a positive place to be."

--participant, satellite meeting

Objective A

Objective B

Objective C

**El Camino – The path**

• Install security cameras outside of the Gerena School's Main St. entrance.

• Ensure that street lighting is adequate and operational.

• Create strategy to address problem of inadequate lighting

**Connections to Infrastructure**

|  |  |  |
|---|---|---|
|  | • Volunteers and NEON staff determine where security cameras may be placed, where street lights are not functional. | • GIS is used to determine location for security cameras and to monitor progress. |

**Benchmarks**
• Installing security cameras at Gerena and other desirable places,
• A GIS map displaying the street lighting in the North End.

33

SPP03278

## North End Strategic Plan

G1: Lifelong Learning | G2: Economic Development | G3: Health | G4: Safety

Objective A

Objective B

Objective C

**Objective C:**
### To Reduce Family Violence
To bring attention to problem of
family violence in the North End. To
start dialogue and activities towards
reducing violence.



**El Camino – The path**
• To increase awareness of health and social service providers around identifying and supporting cases of family violence.
• To sponsor dialogues and education around family violence.
• Investigate Close to Home, a domestic violence organizing effort in Dorchester, MA, and its applicability to zone model.

**Connections to Infrastructure**

| | | |
|---|---|---|
| • Opportunities to network with other providers for family violence in the North End. | • NEON can sponsor zone based dialogues, identify leaders in zone who are concerned about this issue. | • Use of digital stories as a starting point for discussion.<br>• Integrate family violence inquiry into intake form. |

**Benchmarks**
• Increase in discussion groups.
• Create an measurement of how many cases are currently reported to use as as benchmark for further evaluation.
• Site visit to Aimee Thompson's Close to Home model in Dorchester, MA.

34

SFP03279

North End Strategic Plan

# VII. Projected Outcomes

**Overarching Outcomes:**
The following outcomes are designed to reflect our vision of increased participation and involvement in the collective life of our North End Community. These measures will be used to determine if indeed, our investments in the NEON network are resulting in a greater involvement in educational, economic, health, and safety related, as well as other aspects of community life. Over the course of the next five years, we will be developing more benchmarks regarding specific objectives and long-term improvements in the areas of education, poverty, health, and crime.

**Measurement:**
Our current and future infrastructures will play a central role in the gathering and evaluation of information. In addition to revising our current intake form to gather information around levels of community participation, we will be also be developing a common registration form across for the community activities of all NEON cooperating agencies. Through the use of GIS, digital storytelling, and other forms, we will integrate both quantitative and qualitative measures of our work over the next five years.

**Goal-oriented Outcomes:**

**I. Lifelong learning**
Through the development of a community campus we plan to attract educational programs for all family members.
   • **10 percent increase in attendance of community learning activities:** Over the next five years, we will see a ten percent increase each year in utilization of lifelong learning resources. This includes, but is not limited to, courses offered as part of the community center, North End agency youth programs, after-school tutoring, and cultural activities.

**II. Economic Development**
   • **10 % increase in economic development related activities:** We will develop resources to support business plans to increase the wealth of our community. We will enable plans for cooperative formation, transportation, personal care training and registry, and day care workers. We will create a fund and support for business plans.
   • **Increase median family income**: At the end of ten years (in the 2010 census), the North End will no longer have the poorest census tract in the Commonwealth.

**III. Health**
   • **Access to health care.**
   Through our outreach network, in five years, eighty percent of the North End households will be offered comprehensive health care at the Brightwood Health

35

## North End Strategic Plan

---

### Projected Outcomes

Center along with insurance with Mass Health or Children's Medical Security Plan or free care the Health Center depending on eligibility. Referrals to other sources of health care will be made freely.

**IV. Safety**
Through our outreach network we will encourage participation in the ongoing safety and violence prevention activities that exist in the community. We will use our data collecting ability to increase knowledge and awareness of the problem and explore the ways that technology can help the effort.
• **10 % increase in involvement in crime-prevention activities**
• **Accurate assessment of family violence reports to use as baseline for future evaluation.**

# Closing thoughts:

This strategic planning process has presented several key opportunities for action, for learning, and ultimately, has served to renew our commitment to our work.  Underscoring our vision, our strategies, and our goals lie a commitment to look both within the North End, to our existing assets, and outside of the North End, to innovative practices across the world. In the course of several years, the North End has incorporated the use of GIS technology, digital storytelling, a potential neighborhood portal, and hand held environmental technologies. We intend to expand and build on our infrastructure to incorporate new technologies.  Beyond the technology, we are dedicated to hold fast to the strength of our inter-personal and inter-agency relationships, to strengthen our culture, and to connect our neighbors. It is this commitment that has enabled the North End to remain a vibrant community in face of many challenges, and it is this commitment that will tap into the potential of what we know as a community filled with riches and opportunity.

36

SFP03281