UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE;<br>¿OISTE?; NEW ENGLAND STATE-AREA<br>CONFERENCE OF THE NAACP;<br>REV. TALBERT W. SWAN, II;<br>NORMAN W. OLIVER; DARLENE<br>ANDERSON; GUMERSINDO GOMEZ;<br>FRANK BUNTIN; RAFAEL RODRIQUEZ;<br>and DIANA NURSE<br><br>Plaintiffs,<br><br>v.<br><br><br>CITY OF SPRINGFIELD and SPRINGFIELD<br>ELECTION COMMISSION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-30080-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' AFFIDAVIT OF DIRECT TESTIMONY
DR. JOSEPH P. BURKE, SUPERINTENDENT
SPRINGFIELD PUBLIC SCHOOL SYSTEM**

1) My name is Dr. Joseph P. Burke and I have served as the Superintendent of the Springfield Public School System ("SPS") since 2001. Prior to my service with SPS, I served in various administrative positions at the district, region and school level in Miami-Dade, Florida. I received my ED.D. from Nova Southeastern University in Education Leadership in 1992, a Master of Science in Education Administration in 1976 and a B.A. in History at Holy Cross in 1973.

2) The Springfield School District is a "reform-oriented" organization, led by Superintendent Joseph P. Burke and a School Committee, comprising of six elected members and the chair, Mayor Charles V. Ryan. During the 2004-2005 school year, approximately 26,000 students were enrolled in 47 schools. During the 2004-2005 school year, 48 percent of Springfield's public school students had identified themselves as Hispanic, 26 percent had identified themselves as African American, 20 percent identified themselves as non-Hispanic white, and 2 percent identified themselves as Asian. The student body was/continues to be characterized by significant immigration as evidenced by the fact that in the 2004-2005 school year approximately 11 percent of students were limited in English proficiency and were enrolled in English Language

Learning programs  During the 2005-2006 school year approximately 13.7 percent of the students were limited in English proficiency and were enrolled in English Language Learning programs.  More than 75 percent of all public school students in Springfield (2004-2005 school year) live in households at or below the federal poverty line. "While poverty does not affect all children in the same way, research shows that youth are more at risk of educational failure when poverty occurs early in their lives."  Accordingly the Springfield School System faces significant challenge, since the proportion of those students who live at or below the federal poverty line changed little in the 2005-2006 and the 2006-2007 school years.

### Mission and Goals

3) The Springfield School System is committed to building a Culture of Achievement within the Springfield Public Schools.  All of the policies, resource allocations, and actions support the view that "all learners can achieve."  A Culture of Achievement is fostered by the creation of "a systemwide focus on achievement in which behaviors reflect beliefs.  The system-wide goal is to maximize opportunities to learn so that all students can achieve the standards."  In a Culture of Achievement, everyone believes and acts in accordance with the belief that all learners can achieve.  All actions with students and parents illustrate and confirm commitment to the belief that all learners can achieve.  All resources focus on actualizing the belief.  Students learn continually and are surround by others – teachers, administrator, and other adults – who are also learning all the time.

4) The mission of SPS is to "build a Culture of Achievement" in all schools and in all classrooms that ensures the delivery of educational experiences in which all learners achieve success."  To that end,  SPS has established three goals.

5) Goal 1 is the maximization of the performance of all students learners in the SPS.

a)  Among the "Progress Indicators" are i) meeting the goal in 2008 of 77 for the Composite Proficiency Index and a minimum of a 5 point increase for reaching and mathematics each year beginning in 2005; ii) an increase in the proficiency index for all African American and Hispanic students at a rate greater than for all students over the three year period, 2005-2008; iii) meeting the goal for all schools of a less than 10 percent failure rate on the MCAS and an overall increase in proficiency; iv)  a decline in the failing scores on MCAS Reading, Mathematics and Science for African American and Hispanic students at a rate that exceeds the rate for all students (2005-2008); iv) recruitment of "highly qualified" Math/Science teachers; v)  an increase -- at a rate greater that enrollment of all students -- in enrollment of African American and Hispanic students in higher level mathematics and science courses; vi) an increase in the proportion of Hispanic and African American students enrolled in higher mathematics and science courses; vii) reduction of the rate of 9th grade failure by 50 percent over the three year period 2005-2008; viii) an increase of the proportion of LEP/Bilingual students scoring advanced or proficient on the MCAS  with a goal of 50 percent of the students reaching "proficiency" by 2008; and ix) a decline in the number of students being served by special education programs, with a goal of equally the national average for urban schools (14 percent).

b) Among the major strategies that the SPS is and will be employing to maximize he performance of all student learners are i) to increase the availability of effective pre-school programs for Springfield students; ii) to fully implement, review, and continually assess a comprehensive Reading plan for all K-12 schools; iii) to fully implement, review, and continually assess a comprehensive Mathematics plan for all K-12 schools; iv) to review and fully implement and assess a uniform, system-wide pupil progression policy for all K-12; v) to fully implement the Twilight School at all secondary schools and make the Extended Year Program mandatory; vi) to fully implement Step Up Springfield as a campaign for public involvement in Springfield's proficiency goals; vii) to implement major features of the community-wide attendance plan; viii) to complete strategies designed to obtain OCR compliance, especially Service Teams plans, Behaviorally-Challenged Learners Plan, and others; ix) to develop and implement an "Articulation Plan" to ease the transition from Pre-K to K, elementary to middle school and middle school to high school; x) to develop and implement a comprehensive community-wide plan to enhance School-to-Career opportunities, K-16; xi) to refocus professional development throughout the district to develop communities of learners at every school; and xii) to develop and institutionalize the International Baccalaureate Program and companion Pre-International Baccalaureate programs.

6) Goal 2 is to maximize the performance and productivity of all adult learners, i.e., teachers, administrators, and other staff, in the Springfield Public Schools.

a) Among the "Progress Indicators" are the following: i) all central office administrators will achieve at least 90 percent completion of job targets in support of student achievement; ii) all school principals will achieve at least 90 percent of job targets related to student achievement; iii) all schools principals and assistant principals will participate in comprehensive leadership development components that support the "Culture of Achievement;" iv) all senior staff, curriculum directors and supervisors will complete leadership development components that support the "Culture of Achievement;" v) quality indicators will be developed and implemented for all administration (2005-2008); vi) all aspiring administrators will successfully complete an executive training program that includes components for generic skill-sets that will enhance implementation of the "Culture of Achievement" by the end of the three-year period, 2005-2008; vii) all school councils will complete professional development components on implementing School Improvement Plans and on "building a "Culture of Achievement;" vii) all SPS teachers will complete professional development components on connecting teaching with learning outcomes and utilizing classroom data to improve instruction, by the end of the three-year period, 2005-2008; and viii) at least 85 percent of administrators, teachers, and other staff will learn and practice the components of a professional learning community by 2008.
b) Among the major strategies are i) to design and implement a comprehensive development plan in support of student achievement; ii) revise and continue to implement LEAD model to develop leadership capacity in SPS and acquired related funding; iii) to implement enhanced criteria for evaluation the performance of principals and other system administrators; iv) to implement a labor relations strategy that focuses on improved learning and essential conditions for improved learning for students and adults;

v) to develop a community-wide plan for partnerships with higher education and businesses; vi) to continue to implement an academy for teacher leaders to prepare prospective school site and central office administrators and teacher leader teams at school sites; and vii) to enhance and extend CPDT model.

7)  Goal 3 is to maximize the quality and the delivery of support systems for student and adult learning.

a)  Among the "Progress Indicators" are the following:  i)  all schools will support the academic and character development targets and improve parental and community support of Step Up Springfield' ii) all schools will demonstrate uniform practice of all School Committee policies and all student learners and their parents will recognize and experience uniform, system-wide policies for pupil progression and academic progress within three years (2005-2008); iii) procedures and practices that focus on student learning outcomes will be included in all evaluation and support of teachers;  iv) at least 85 percent of the professional development for adult learners will be provided within a job-embedded and/or work-site based model; v)  all of the worksites will successfully utilize an integrated data access system that allows access to all systems and electronic data; vii) all system data will be regularly updated and supported by a team of technology experts, will track the specific status of students in LEP, bilingual, SPED programs, and will be AML (bar codes) compliant; viii) the quality and uniformity of instructional support materials, i.e., textbooks, software, will increase over the three-year period, 2005-2008; xix) the quality of physical plant/facilities will increase over the three-year period, 2005-2008; and xx) community leaders and local college/university personnel will acknowledge increased learning of adults in the SPS.

b)  Among the major strategies are i) to implement system-wide uniform pupil progression policy that standardizes pupil promotion and progress practices across all schools, for all students; ii)  to establish monitoring procedures school by school for student success plans, retention practices and pupil progression implementation, which includes evaluation elements for school administrators; iii) to implement and monitor uniform criteria and procedures for assessing the performance of school principals and other system administrators; iv) to revise teacher assessments (to reflect the new teacher designations) and teacher development instruments and practices to establish greater emphasis on student learning outcomes; v) to continue enhancements of SASI (a student information management system) data system with schedule refinements and user-friendly procedures documents; vi)  to develop and implement collaborative agreements with local and state colleges/universities to institute long-range programs to produce a higher quantity and a higher quality of classroom teachers; vii) to continue district-wide construction and renovation efforts of new windows and doors, roof, and boilers; viii) to fully implement the Boundary School Plan; and xix) to reorganize PIC to support the Boundary School Plan

### SPS Departments and Organizations and  State and Federal Programs
The Springfield Public Schools  are comprised of numerous departments and organizations committed to building a "Culture of Achievement."

8) Project LEAD (Leadership in Pursuit of High Student Achievement) is an organization committed to developing principals and assistant principals who are able to create a nurturing learning community so that students' learning behaviors are transformed for higher achievement. Springfield, along with eleven other school districts across the country, was selected to receive a renewable grant from the Wallace Foundation to research, develop and support leadership initiatives in the pursuit of higher student achievement. On June 15, 2005, the second class completed Springfield Public Schools District-based Principal/Assistant Principal; Director/Supervisor Licensure Program sponsored by Project LEAD

a) The focus of Project LEAD is to i) license aspiring Principals/Assistant Principals; ii) to support aspiring Principals/Assistant Principals in approved programs; iii) to support existing Principals/Assistant Principals; and iv) to recruit a pool of highly qualified candidates for Principals/ Assistant Principals.
b) The vision of Project LEAD is that "instructional improvement should be measured by student achievement and guided by new learning behaviors and changed relationships among principals, teachers, and students to increase achievement for all students."
c) The goals of Project LEAD in the City of Springfield are to i) create leadership identification protocol; ii) develop evaluation process for principals; iii) increase minority group candidates for leadership; iv) increase minority group candidates employed in the SPS; v) implement district-based certification program; vi) strengthen & support current principals and superintendents; vii) create new leadership opportunities; viii) identify organizational structures that increase student achievement; xix) change contracts based on new organizational learning structures; and xx) secure support of the School Committee and community

9) The Department of Information and Instructional Technology Services is staffed by a Chief Information Officer, an Executive Director of Technology Operations and Acquisitions, a Computer Network Manager, various technicians, support staff, a Director of Instructional Technology, three District Instructional Technology Specialists, a Chief Administrator of IT, Research and Innovation, various developers, analysts, and information specialists, webmaster, and a Manager of Student Information and Services.

a) Currently the Department of Information and Instructional Technology Services is focused on three initiatives: i) Assistive Technology and Universal Design ("any item, piece of equipment, or product that improves the functional capacity of children identified as having special needs); ii) handheld computers and probes in the middle and high schools, handheld computers in elementary school reading, handheld computers in social studies, and handheld computers for administrators, as well as certification as "Palm Education Training Coordinators; and iii) Professional Development database to 'capture, record, and analyze the full spectrum of professional development activity data electronically from advertisement and registration to feedback and analysis."
b) The following technology grants and initiatives have assisted (in the past), continue to assist, and will be assisting the Department of Information and Instructional Technology Services: Project MEET (Massachusetts Empowering Educators with Technology); Springfield Educators and Administrators Online in Support of Student Achievement

Grant (SEAOL); Regional Employment Board Technical Training for Teachers; Hampshire College Partnership to Assist High School Teachers with Computer and Information Technology Classes; Intel Teach to the Future (Grant); Massachusetts DOE Homebound Grant; Digital Dream Teams - 2003-2004 and 2004-2005;  MassONE VISION PLC - Virtual Instructional Support using Innovative ONline Professional Learning Communities; Massachusetts DOE Chemistry Grant; and Striving Readers Grant

10)  SPS Project Management Office (PMO), a "venture" of the Technology Department, which is working to develop a comprehensive project management program, and to develop protocols for the consistent use of these strategies and tools on projects within the Springfield Public Schools.  The SPS Project Management Office will be also responsible for deploying this common project management process to the rest of the Springfield Public Schools. This will include i) training and coaching in the Project Management methodology; ii) project status monitoring; and iii)  consolidated project status reporting to the Superintendent and the Senior Leadership Team.

11)  The Research, Assessment, and Accountability Department is staffed by Dr. Denise Pagan-Vega, Special Assistant to the Superintendent, as well as a Director of Research, Assessment, and Accountability, a Federal and State Information Services Specialist, a NCLB Coordinated Data Specialist, and Assessment Specialist, and a Research Assistant and provides, compiles, analyzes, and assesses numerous reports, test scores, including AYP Reports (Adequate Yearly Progress Reports), pursuant to the Massachusetts School and District Accountability System, which is designed "to gauge the progress of schools and districts toward getting all students in the Commonwealth to proficiency in English Language Arts and mathematics by 2014, the principal goal of the federal No Child Left Behind Act (NCLB). Theses reports compiled and produced by the Research, Assessment, and Accountability Department enable policymakers, parents, and the public to assess the effectiveness and monitor the improvement of all public schools and districts, [to] hold school leaders accountable for that performance and improvement; and to identify where State intervention is needed."

a) The Research, Assessment, and Accountability Department  makes available MCAS results, provide schedules for exams, and analyzes the results  as indications of progress and goal attainment.
b) The Research, Assessment, and Accountability Department compiles student demographic and gender analysis for the SPS, as a whole, and by school.
c) The Research, Assessment, and Accountability Department issues the NCLB (No Child Left Behind) Report Card for the City.   This report card contains information required by the federal No Child Left Behind Act for the Springfield School District and its schools including: teacher qualifications; student achievement on the Massachusetts Comprehensive Assessment System (MCAS); and school/district accountability.
12) The Special Education Department is committed to "providing quality and appropriate special education services to help students realize their full potential consistent with the Free Appropriate Public Education (FAPE) mandate of IDEA

(Individuals with Disabilities Education Improvement Act of 2004) and the Springfield Public Schools' Culture of Achievement.

a) The goal of the Special Education Department is to provide students with disabilities "a full array of educational services in the least restrictive environment and specially designed instruction that allows students to access the general education curriculum." This requires assessment of students by use of a variety of testing instruments that are tailored to the specific areas of education needs of the City's students.

b) The Special Education Department develops, as is required by Part B of the (IDEA), Individualized Education Programs (IEPs) for children with disabilities, including preschool-aged children and that contain annual goals and benchmarks for every student who is receiving special education services. The Special Education Department is required to involve parents in decisions regarding their children's programs and services.

c) The Special Education Department is committed to creating and implementing programs designed to maximize student performance and students' participation in the general curriculum, which must be aligned with the Massachusetts Curriculum Frameworks.

d) The Special Education Department is further committed to ensuring that all students have equal access to programs and services and that appropriate support is provided to all students who are in need of it.

13) The Foreign Language Department is committed to providing an articulated and sequential foreign language program as outlined in the Massachusetts Foreign Language Curriculum Frameworks; to ensuring the delivery of educational experiences; and providing the necessary supports in order that all learners achieve success. As part of the Culture of Achievement, the Foreign Language Department is committed to the belief that all students should learn a Foreign Language. Opportunities to learn another language should be provided at every level and should incorporate the principles of Universal Design.

a) The goals of the Foreign Language Department for every student is to i) communicate in at least one language other than English; ii) acquire knowledge and understanding of other cultures; iii) make connections with other areas of study and acquire information; iv) understand the nature of language and cultures through comparison; and v) participate in multilingual communities within a variety of contexts

b) Among the "highlights" of the foreign language program are i) its availability to students beginning in Grade 3; ii) the choice of total of six languages: Chinese, which is a "nationally recognized program," French, German, Italian, Latin, and Spanish; iii) access to technology throughout the district including five multimedia labs; iv) a strong professional development program; v) funding from three Foreign Language Assistance Program (FLAP) grants; vi) assistance and support from two resource teachers, who are funded by the FLAP grant; vii) on-line reading and writing assessment; viii) nine-year partnership with UMass Asian Arts and Culture program, and ix) its being featured as a "model program"

14) It is the mission of the English Language Learning (ELL) Department to prepare students to become competent learners. able to communicate successfully in English and in all of their school academic life by providing comprehensive Sheltered English Instruction, which is built on the premise that all children can learn best in a language mode that is comprehensible.

a) The English Language Learning Department strives to teach and develop competent students in the areas of listening, speaking, reading, and writing in English. The program focuses on providing every student the opportunity to grow to his or her maximum potential. The Department concentrates on high achievement, the belief that all students can succeed, and that good teaching begins with identifying the strengths of each student.
b) By working with the community and parents, the English Language Learning Department ensures that every Limited English Proficient (LEP) child can realize his or her full potential and obtain academic success in a culture of achievement. The English Language Learning Department is committed philosophy of the SPS of maximizing opportunities to learn so that all students can achieve academic success.
c) Highly qualified Bilingual, ESL (English as a Second Language), ELL and Regular Education teachers deliver the instruction to all ELL students. The English Language Learning Department serves all students who speak a first language other than English. All of the students receive sheltered content instruction as well as English for Speakers of Other Languages (ESOL) services. From the very beginning, students in Springfield's English Language Learning (ELL) program are instructed by English as Second Language teachers. All instruction is based on the Massachusetts Curriculum Frameworks and the English Language Proficiency Benchmarks and Outcomes (ELPBO). The students continue developing literacy through a Heritage or Native Language class (Available for SPED or Waiver students), which is crucial while learning English.
d) The curriculum within the English Language Learning program is parallel to the curriculum in the monolingual English speaking program in Math, Science, Social Sciences, Reading and Language Arts. Students in the ELL program are expected to master the same skills and concepts as their English-program peers. As a result, students in the ELL program are eligible for advance course placement, collegiate, commercial and vocational programs. Students in the ELL program adhere to the same promotion criteria established by the system in the Pupil Progression Plan. In special situations, adjustments above or below present grade placement may be made during the school year when these adjustments most appropriately meet the needs of the students. Adjustment and scaffolding are crucial the first two years after an ELL student is mainstreamed. These students are still improving their English proficiency and they may not be at the literacy level expected for the grade. Therefore, the promotion criteria for ELL students in all grades within a Sheltered English Immersion setting, in ESOL classes, or with less than two years of being mainstreamed will be based on the progress and improvement made in English proficiency and not solely on grade level literacy.
15) The mission of Springfield Public Schools Visual and Performing Arts Department is to provide all students with access to a high quality curriculum featuring a sequential program of instruction in the Arts. Artistic skills and knowledge are gained through a well designed program of instruction that offers both arts-focused and arts-integrated

educational experiences and that promotes meaningful exploration and expression in and through the arts for all students.

16) The Springfield Public Schools Licensure/Mentor Program provides beginning teachers with guidance, support, networking opportunities, resources to make their induction to teaching smooth and successful. The intended results of the mentoring program are "increased effectiveness of beginning teachers in strategies and techniques of teaching," resulting in more "reflective teachers and, therefore, lifelong learners in the art of teaching."

a) Two full-time Educator Licensure Mentors staff this program and are available to assist new teachers in learning about i) in-building and system-wide policies, procedures, and resources; ii) curriculum and unit planning; iii) Massachusetts Framework and Springfield Scope and Sequence; iv) classroom management and discipline; v) licensure issues; vi) teaching strategies; vii) lesson planning and grading; viii) communication with parents; ix) standards based approach to teaching and learning; and xx) Massachusetts Test for Educator Licensure.
b) These full-time mentors are also available to model lessons in a new teacher's classroom, peer coach, or to co-teach. Beginning teachers are instructed that "effective classroom management. . .happens when teachers have a clear idea of which classroom conditions and student behaviors provide the best environment for learning."
c) The SPS has two district-based licensure programs that provide the education courses necessary for licensure to beginning teachers who do not participate in a college education preparatory program. There are licensure programs for teachers of students with moderate disabilities and for middle and high school in many licensure areas
d The Licensure/Mentor Program provides tutorials for those required to take the Massachusetts Test for Education Licensure in Communication and Literacy, Foundations of Reading, General Curriculum, and English Language Learner

17) Adult Education in the Springfield Public Schools began in 1851. Although courses have changed over the years, the major concern of the Adult Education Center (On With Learning) is to meet the needs of adult learners. The Springfield O.W.L. Adult Education Center is committed to providing "the best available Adult Education courses and GED Testing so that individuals may obtain necessary skills to enter the workforce or continue with post secondary education."

a) The Center provides G.E.D. tutorials in math, science, writing reading social studies, grammar, as well as G.E.D. prep skills, testing services, study skills, lesson plans. In addition, practice examination are available as well as other forms of assistance and support. Adult evening G.E.D. Preparation classes are also available.
b) The Center and its website, hhtp://www.SPS.springfield.ma.is/owl/ also provide information for counselors, teachers and administrators regarding GED Basics, i.e., an understanding of what is involved in the process of taking a GED exam and Technology Integration Teacher Skills
c) The O.W.L. Center also provides (free of charge) E.S.O.L. (English for Speakers of Other Languages) classes. At the beginning level students learn Basic English and

develop vocabulary, sentence structure, and very basic writing skills. In the advanced level class, conversation periods are provided in which are discussed current events, movies, personal stories and more structured writing is learned.

d) The O.W.L. Center provides a number of courses, including chemistry and biology for those seeking to enter the nursing field and must meet these requirements to graduate; plumbing or electrical code and theory classes for those employees that are preparing for upcoming exams; and adult art classes for basic art form and portraits.

e) The O.W.L. Center also provides high school classes in order to be awarded a Springfield High School Diploma, which requires the completion of 18 credits from public or private secondary schools. Each credit represents a completed major course or activity. To qualify for the high school program, the candidate must have withdrawn from school for at least one year. If the candidate is "from the class of '2003' to the present school year," he or she must have passed the MCAS Language Arts and Math exams. Certain credits may be allowed for military service, work experience, and homemaking depending on the candidate's background.

18) The mission of Springfield School volunteers is Springfield School Volunteers is to promote and facilitate learning-focused community involvement in support of the Springfield Public Schools' goal of ensuring that every child attain a high level of academic achievement in a safe and supportive environment. Springfield School Volunteers is a non-profit organization dedicated for 38 years to marshalling the resources of the community to benefit the children, teachers and principals of the Springfield Public Schools. In alignment with Step Up Springfield, its focus is to provide academic support for students in grades k-12 to promote academic proficiency among Springfield Public School students.

a) A Springfield School Volunteer is a high school or college student, a parent or grandparent, a corporate employee, a retiree or any other individual, who gives freely of his or her time to make a difference in the lives of students in the Springfield Public Schools.

b) Each year more than 2,000 people enrich the lives of the 26,000 students in the SPS by volunteering in the schools. Those with an hour or more may mentor or tutor a child with an academic subject; share an interest or talent with a gifted student; tutor in a family homeless shelter, i.e., "be there" for a child in transition; or work as a after school tutor and help a student with homework. Those who wish to volunteer between three and six times a year may participate in a "read aloud" program.

c) The Springfield School Volunteer program and website http://www.springfieldschoolvolunteers.org/ssv/index.php?page=volunteer provides a listing of the volunteer opportunities available, including advanced algebra, reading, math, chemistry, English, as well as "Male Tutors and Spanish speaking volunteers

19) Several state and federal programs operate within; provide information to, establishment achievement requirement for students of; and/or provide funding to the SPS. Among those programs is No Child Left Behind – a product of the current presidential administration. NCLB promises stronger accountability for results, more

freedom for states and communities, proven education methods, and more choices for parents.

a)  Stronger Accountability for Results: "Under [NCLB], states are working to close the achievement gap and make sure all students, including those who are disadvantaged, achieve academic proficiency. Annual state and school district report cards inform parents and communities about state and school progress. Schools that do not make progress must provide supplemental services, such as free tutoring or after-school assistance; take corrective actions." Where certain schools still do not make adequate yearly progress after five years, more dramatic changes are required to be made relative to the way the school is run.

b)  More Freedom for States and Communities: "Under [NCLB], states and school districts have unprecedented flexibility in how they use federal education funds. This allows districts to use funds for their particular needs, such as hiring new teachers, increasing teacher pay, and improving teacher training and professional development."

c)  Proven Education Methods: NCLB "puts emphasis on determining which educational programs and practices have been proven effective through rigorous scientific research. Federal funding is targeted to support these programs and teaching methods that work to improve student learning and achievement.

d)  More Choices for Parents: Parents of children in low-performing schools have new options under NCLB. In schools that do not meet state standards for at least two consecutive years, parents may transfer their children to a better-performing public school, including a public charter school, within their district. The district must provide transportation, using Title I funds if necessary. Students from low-income families in schools that fail to meet state standards for at least three years are eligible to receive supplemental educational services, including tutoring, after-school services, and summer school. Also, students who attend a persistently dangerous school or are the victim of a violent crime while in their school have the option to attend a safe school within their district.

e)  In addition, NCLB is committed to ensuring that every child can read by the end of third grade." To accomplish this goal, the new Reading First initiative has increased – or is intended to increase – "the Federal investment in scientifically based reading instruction programs in the early grades. One major benefit of this approach would be reduced identification of children for special education services due to a lack of appropriate reading instruction in their early years."

f)  The NCLB Act also purports "to simplify Federal support for English language instruction by combining categorical bilingual and immigrant education grants that benefit[] a small percentage of limited English proficient students in relatively few schools into a State formula program," and thereby ."enable[] all limited English proficiency (LEP) students to learn English as quickly and effectively as possible" and to "meet the same high academic standards as other students."

g)  One of the NCLB Act goals was "to put a highly-qualified teacher in every public school classroom by 2005, [by] mak[ing] it easier for local schools to recruit and retain excellent teachers."

h)  Other changes proposed by NCLB are intended to "support State and local efforts to keep. . .schools safe and drug-free, while at the same time ensuring that students-

particularly those who have been victims of violent crimes on school grounds-are not trapped in persistently dangerous schools." States are required to report school safety statistics to the public on a school-by-school basis, and LEAs must use Federal Safe and Drug-Free Schools and Communities funding to implement drug and violence prevention programs of demonstrated effectiveness.

20) *Project MEET* (Massachusetts Empowering Educators with Technology) was a Massachusetts initiative and one of twenty projects nationwide that were funded through the Federal Technology Innovation Challenge Grant for five years (1998 - 2003). In 2003 the U.S. Department of Education extended the project for an additional year so that the project could continue to support the good practices that No Child Left Behind encourages. Project MEET brought together a statewide collaborative of nationally recognized organizations to create a sustained focus on technology professional development in districts across the state. The project worked to create widespread understanding of the potential of technology in the classroom to reinvigorate the teaching staff, motivate students, and produce real improvements in teaching and student learning.

21) *Step Up Springfield*" is a community-wide campaign in which adults – individually and as members of community organizations, institution, and other groups – are accountable for children reaching proficiency in their academics and character development. "Step up Springfield" was initiated by community leaders, including community groups, educators, businesses, religious organizations and parents. "Every one who *Steps U*" is committed to building a positive future for the children in Springfield, and to putting the 'public' back in public education." *Step Up Springfield* was organized to address significant absentee rate, drop out rate, and the absence of an acceptable "percentage of Springfield's students [who] are proficient in the academic and character skills" among SPS students.

a) "A volunteer steering committee of community leasers from all sectors meets monthly to plan, work with media to get the word out and raise contributions for future work." The media publishes quarterly data as to how Springfield students "are doing relative to the target proficiency."
b) "A full-time staff position at the United Way and a technical assistance contract with the Efficacy Institute are funded by contributions from the Davis Foundation, SPS, and MassMutual Financial Group so the work can proceed quickly."
c) "A Community Summit involving more than 100 community stakeholders resulted in the formation of six geographic teams around the city. The teams [] reach out to everyone who works with children and ask them to get involved in mapping out our assets, and organizing [them] to support every child in working toward proficiency goals – through community organizations."
d) "A number of schools, with the help of dedicated parents, community members and school staff, have already formed their own "Step Up" subcommittees with a focus on meeting the needs of their students to pave the way for proficiency."
e) Training is provided to community members as to "how to use data to regularly assess their effectiveness in moving children closer to proficiency."

***Pupil Progression Policy***

22)  The goal of the Pupil Progression Policy (June 2005) is to establish and implement regulations for promotion and retention that will best meet the needs of the student sin the SPS.  The policy describes the standards the Springfield students must meet in order to maintain academic excellence and to be considered for promotion from one grade to the next.  This policy is applicable to all students who are in general education.  Students in special education programs will be governed by their IEP.  ELL students are promoted or retained according to the Promotion Criteria for ELL students and other LEP's in the mainstream.

a)  When a student has not demonstrated grade level proficiency in Reading/English Language Arts and Math areas according to the District plans, the principal is required to determine whether the student will be retained.  This decision will be made in consultation with the teacher, parents, counselor, and other staff (if appropriate).  Parents will be notified as soon as retention is being considered and no later than mid-February. Retention is one particular intervention for the improvement of learning.  SPS will utilize other strategies before making the final decision of retention.

b)  Students who fail to meet the minimum standards on the district and standardized assessments may demonstrate proficiency through portfolio review, which will include alternative assessment such as the following:  (Reading) theme tests, Developmental Reading Assessment, (Math) Capter Test, Key Math, (Writing) First Steps Developmental Continuums, daily work samples in all content area, and attendance.

23)  SPS "encourages parents to participate actively in their child's education," and to recognize that "a student's success in school requires the combined effort of both the school and the home."

a)  To aid in monitoring, reports cards are issued.  More comprehensive information is available at parent-teacher conferences, which can be initiated by the parent.  "A parent-teacher conference. . .provides the opportunity to share information about the child's development and will assist in the coordination of efforts towards realizing the goal of academic achievement."

b)  Elementary schools have orientation programs in September.  Parents are encouraged to visit their child's class "at any time by calling the school's principal to arrange a visit."

c)  Parents are further encouraged to participate in the following "established organizations:"  Springfield Parent Advisory Network (SPAN); Springfield Parent Advisory Council (PAC) for Special Education, Bilingual Parent Advisory Council PAC, Parent Teacher organizations (PTO) in every school, School Centered Decision Making (SCDM) Teams, and Springfield School Volunteers.

d)  In addition, a Parent Information Center (PIC) located in the lower level of the Milton Bradley School, "registers and assigns all preK to grade 12 students to a school[] and provides ongoing parental support services."  The PIC is staffed by a Director, a Supervisor Assignment Officer, an Educational Team Leader, Enrollment Specialists, Parent Involvement Specialists for regular and special education, and a School Transition Specialist.  A Placement Supervisor reviews a student's school records to ensure

appropriate school placement. In addition, English assessments are conducted for non-English speakers.

24) The SPS and individual schools make every effort to bring students to school and to maintain their school attendance in a supportive manner, based upon the view that good attendance leads to better grades, stronger academic performance, stable employment, and increased positive college and post-graduate training experiences. "Young people who are not in school will not be able to develop high-level skills and meet professional standards." Patterns of excessive absences are scrutinized so that the SPS can respond with supportive interventions. It is the responsibility of the individual schools to address chronic tardiness and absence from individual classes. School counselors conduct parent conferences as needed. If the parent or guardian fails to respond and attend the conference(s), school personnel and/or an attendance specialist will make a home visit. A report on the home visit will be forwarded to the principal. Where issues appear to be of a "psychological nature" or those involving "family difficulties," referrals are made to the school's adjustment counselor, the Service Team, the Student-Teacher Assistance Team, or the Bureau of Pupil Services for evaluation and assistance.

25) With the implementation of the Schools of Choice Plan (September 1991) parents of students in grades K-5 may chose a school within their educational zone or one of the seven city-wide magnet schools, of which one is a K-8 school. Parents of middle and high school students may select any school. Assignments for all schools are based on parental preference, space availability, racial/ethnic balance, gender balance, sibling preference and proximity for schools K-5 and 6-8 (where school is not a magnet school of choice). Parents who are dissatisfied with an assignment may file a review to confirm accuracy in the process, request a transfer to a school with an opening, accept placement on a waiting list, and/or submit an appeal to the Appeals Board

26) School adjustment counselors are assigned to all elementary schools and secondary school to provide individual counseling for students with social, emotional, physical, and intellectual problems that affect academic adjustment and progress. School adjustment counselors for elementary schools consult with personnel working with students and act as a liaison with parents, school, any social service agencies involved. The Psychological Services unit also offers counseling services to pupils, teachers, principals and parents in Title I schools. A staff of full-time counselors, including school adjustment counselors, is assigned to each middle and high school. Counselors work closely with parents, teachers, and school staff, as well as with social service agencies to meet the needs of individual students. Senior high school counselors also assist students in selecting and applying for admission to colleges and other post-high school training and in apply for employment.

27) Service Teams provide three-level infrastructure of support to engage participants in problem-solving about individual students. The goal of Service Teams is to address student needs in a continuum of settings and an array of services. Through the process, teachers collaborate with peers, parents, and academic partners to resolve issues that are affecting academic achievement.

a) At the school level, the Service Teams are composed of teachers and direct service staff. During weekly scheduled meetings, the Team focuses on students who have achievement issues. The number of students assigned to a team are determined by the program, size of the school, and the organizational unit. Each Team has a facilitator and a participating member from the Child Guidance Clinic/Behavioral Health Network to address the needs of the "total child." The Service Team problem-solving process includes all partners, including the child's parent(s), academic specialists, behavioral specialists, and service agency liaisons.

b) Support for the Service Teams emanates from the structure that includes a School Management Group at the school level and the District Policy Committee at the district level.

c) The School Management Group (SMG) includes a Principal, facilitators from each of the Service Teams, additional support staff, community members, parent(s), and/or social service representatives. At monthly meetings, the SMG addresses all issues that cannot be resolved at the Service Team level.

d The District Policy Committee (DPC) meets monthly and is comprised of Principals from participating Service Team schools, Regional Directors from the Department of Mental Health, representatives form the Department of Social services and Youth Services, Academic Directors, Assistant Superintendents, and parent representatives. The DPC resolves issues that could not be resolved successful at the school level.

e) SPS is committed to the full implementation of Service Teams over the span of the next four years. Currently 21 schools have developed Service Team implementation (a total of 96 teams). The district has a resolution agreement with the Office of Civil Rights to replace STAT Teams with Service Teams. The three-year Service Team implementation, professional deployment process provides ongoing support for participants.

f) Student Teacher Assistance Team (STAT) operate in schools where Service Teams do not support all of the students or in non-Service Team schools during the Service Team implementation phase-in. A child experiencing academic and/or behavioral challenges can be referred to the STAT Team for problem-solving centered recommendations and to address meeting the student's needs within the regular education program. The STAT Team may include the principal, counselor, speech/language therapist, teachers, support staff members, and the parent(s). Instructional and curriculum modifications, support, and strategies are recommended through the STAT progress.

28) The Pupil Progression Plan provides specific and detailed school entrance benchmarks, student chronological age assignment, promotion, and retention guidelines and policies, in addition to MCAS, state-level high school graduation requirements, which prescribe, describe, and provide the marking systems, academic grade descriptions, high school honor role criteria, eligibility for extracurricular activities, evening classes, risk of failure notification policy, and administrative placement policy. A Pupil Progression Plan for special education students is also available and prescribes general responsibilities of the school, responsibilities of the principal, and the team process and development of the IEP. In addition, a Progression Plan for English Language Learning students is included, as well as for students in the English Language Learning Program, including the basic characteristics of a sheltered English programs.

29) The establishment of a "Scope and Sequence" of subjects ensures that students receive a consistent and predictable course of studies. Schools are required to follow the scope and sequence of each academic content area as provided in detailed monthly plans of skills to be learned and methods, means, materials utilized in the teaching of such skills.

### *District Curriculum Accommodation Plan*

_) The District Curriculum Accommodation Plan (DCAP) is required by Chapter 71, Section 38Q½ of the Massachusetts General Laws. The SPS DCAP is directly connected to procedures that are currently in place to strengthen and improve the general education program for the benefit of all students, not solely or specifically for special education. The DCAP is intended to address various strategies that will help achieve that objective, including i) accommodating various students' learning needs, including students who are English Language Learners, and to manage student's behavior effectively; ii) support services that are available to students through the general education program, including services to address the needs of students whose behavior may interfere with learning; and iii) direct and systematic instruction in reading for all students.

    _) When there is a concern regarding a child, the District has Student Teacher Assistance Teams (STAT) and Service Teams as problem solving processes to address these concerns. These processes include staff collaboration, communication with parents/guardians, discussion and development of an Individual Curriculum Accommodation Plan (ICAP) that includes strategies for accommodation or intervention, and periodic review and evaluation of student progress.

    _) DCAP includes curriculum accommodations (changes in how a student accesses information and demonstrates learning) for elementary, middle, and high school. Accommodations do not substantially change the instructional level, content, or performance criteria. For each level there is a list of school personnel who are available to assist and support classroom teachers in analyzing and accommodating the individual needs of students.

    _) In addition, the DCAP includes a list of sample strategies and other actions from which the teachers and collaborating staff may select for appropriate accommodation for individual students. This list includes suggestions for accommodating concerns regarding academic progress as well as strategies and interventions designed to resolve social and behavioral issues.

    _) There is also a section of the DCAP resource guide that includes "Opportunities for Success" guidelines. There are ten disabilities that are included in these guidelines: attention deficit disorders (ADD), Attention Emotional Disability, Significant Identifiable Emotional Disability, Learning Disabilities, Physical Disabilities 9Section 504), Significant Cognitive Challenges, Speech/Language Disabilities, Traumatic Brain Injury, Visually Impaired, and Prevention Initiatives.

        _) There is information about these disabilities available in the following areas: characteristics of the students' disability, essential learnings, classroom practices, assessment strategies, and service options.

_) There are both formal and informal routes in developing an ICAP. In some instances, communications between parents and teachers will be effective in identifying issues and agreeing upon strategies and interventions to be implemented.

_) In other instances, teams of educators will be involved in a more formal process such as STAT or Service Team and a more formal plan may result. When the latter occur, it is important to make sure that a student determined at risk receives a Student Success Plan that generates an academic portfolio in accordance with the Pupil Progression Plan. The academic portfolio can be the same as the STAT/ICAP student file, which includes samples of student work and other information documenting area(s) of concern.

_) The DCAP is used as a tool to help support the diverse learning styles for students in the general education setting in which there is collaboration among teachers, paraprofessionals, counselors, school psychologist, and other school support staff to accommodate such "styles." Concerns that cannot be resolved after extensive and documented efforts by STAT or Service Team where there is a lack of progress may result in recommendation for a more formal evaluation to determine if a disability exist.

_) Teachers in Springfield are committed to student achievement. Monitoring student progress and making data driven decisions provides opportunities to ensure that accommodations are being provided to students with diverse learning needs. The District is committed to fostering a Culture of Achievement, which has three core values, which are: i) maximizing student performance; ii) maximizing staff performance and productivity; and iii) maximizing the delivery of support systems for students and staff.

_) The DCAP resource guide, along with strategies that have long been in place, ensure that equitable and accessible education is available to all students of SPS. Accommodations are made in order to provide a student with equal access to learning and equal opportunity to show what he or she knows and can do.

_) Examples of accommodations include changes to the following: presentation and/or format and procedures, instructional strategies, time/scheduling, environment, equipment, architecture, method of test taking, and time provided to take a test.

_) Examples of accommodations also include i) a locker with an adopted lock; ii) weekly home-school communication tool, such as a notebook, daily log book; iii) peer support for note taking; iv) lab sheets with highlighted instructions; v) graph paper to assist in organizing and lining up math problems; vi) tape recordings of lectures; and vii) use of a computer for writing.

_) Student support personnel and resource staff that are available to provide specific consulting/support/intervention in the regular education setting, include Behavioral Specialists, School Social Worker/School Adjustment Counselor; ELA Collaborative Professional Development Teachers, Speech/Language Pathologist and OT/PT Specialists, Librarian, School Nurses, School Psychologist, ESL Teacher, ELL Resource Teacher, STAT and Service Team,

Principal, Therapists (from outside agencies), Quebec Team (Police Department liaison, individual student or parent support and consultation, referral where appropriate.
_) [*Funding and capital improvement/school or neighborhood*]

### MCAS Performance

_) By and large, MCAS performance has improved among Asian-American, African American, Hispanic, and white students in English Language Arts and in Math.

> _) Over the period 2000 to 2004, there has been improvement in MCAS performance levels among SPS students in English Language Arts.

>> _) The proportion of fourth graders testing "advanced" or "proficient" in the MCAS exam in English Language Arts during the period 2000-2004 increased steadily from 7 percent to 35 percent and dramatically between 2000 and 2001 (from 7 percent to 28 percent)

>> _) The proportion of fourth graders "needing improvement" in the MCAS exam in English Language Arts during the period 2000-2004 decreased steadily from 69 percent to 42 percent and dramatically between 2000 and 2001 (from 69 percent to 48 percent)

>> _) The proportion of fourth graders "failing" in the MCAS exam in English Language Arts during the period 2000-2004 decreased from 24 percent to 19 percent.

>> _) The proportion of tenth graders testing "advanced" or "proficient" in the MCAS exam in English Language Arts during the period 2000-2004 increased steadily from 13 percent to 31 percent

>> _) The proportion of fourth graders "failing" in the MCAS exam in English Language Arts during the period 2000-2004 decreased sharply from 61percent to 26 percent, with the most dramatic decrease of the proportion of students failing occurring between 2000 and 2001 (from 61 percent to 50 percent)

>> _) The proportion of tenth graders "needing improvement" in the MCAS exam in English Language Arts during the period 2000-2004 increased from 26 percent to 37 percent. Given the decrease in the proportion of ten graders failing, it is reasonable to assume that the increase in those students needing improvement was the result of students performing sufficiently better in ELA to be reclassified as "needing improvement" (rather than failing)

> _) Over the period 2000 to 2004, there has been some improvement in MCAS performance levels among SPS students in Math

>> _) The proportion of fourth graders testing "advanced" or "proficient" in the MCAS exam in Math during the period 2000-2004 increased from 19 percent to 25 percent, but decreased between 2000 and 2001 (from 19 percent to 15 percent)

>> _) The proportion of fourth graders "needing improvement" in the MCAS exam in Math during the period 2000-2004 decreased –albeit marginally -- from 48 percent to 47 percent; the smallest proportion of students "needing improvement" occurred in 2002 (43 percent)

_) The proportion of fourth graders "failing" in the MCAS exam in Math during the period 2000-2004 decreased from 33 percent to 25 percent; however, the proportion of students failing was greatest in 2001 and 2002 (38 percent).

_) The proportion of tenth graders testing "advanced" or "proficient" in the MCAS exam in Math during the period 2000-2004 increased from 10 percent to 22 percent

_) The proportion of fourth graders "failing" in the MCAS exam in Math during the period 2000-2004 decreased dramatically from 77 percent to 36 percent; the proportion of students decreased most dramatically between 2003 and 2004 (from 53 percent to 36 percent).

_) The proportion of tenth graders "needing improvement" in the MCAS exam in Math during the period 2000-2004 increased from 14 percent to 36 percent; with the greatest increase in the proportion of students "needing improvement" occurring between 2000 and 2001. Given the dramatic decrease in the proportion of ten graders failing, it is reasonable to assume that the increase in those students needing improvement was the result of students performing sufficiently better in Math to be reclassified as "needing improvement" (rather than failing)

_) As among Asian American, African American, Hispanic, and White students over the period 2000-2004, a greatest proportion of Asian American scored "advance or proficient" in English Language Arts on the MCAS

_) Asian Americans constituted the racial/ethnic group that had the greatest proportion of students by race scoring "advanced or proficient" in ELA: 85 percent in 2003.

_) Hispanics constituted the racial/ethnic group that had the smallest proportion of students by race scoring "advanced or proficient" in ELA: 8 percent in 2000.

_) In every year (2000 – 2004) a greater proportion of African American students scored "advanced or proficient" in ELA than did Hispanic students

_) As between white and Asian American students a greater proportion of Asian American tested "advanced or proficient" in ELA than white students in 2003 and 2004.

_) Asian American students demonstrated the greatest range in the proportion of students testing "advanced or proficient" in ELA (28 percent in 2000 to 85 percent in 2003)

_) As compared to the scores received by each group in the five MCAS exams conducted 2000-2004, the smallest proportion of Asian American, African American, Hispanic, and white students tested "advanced or proficient" in ELA in 2000.

_) As among Asian American, African American, Hispanic, and white students over the period 2000-2004, a greatest proportion of Hispanics "failed" in English Language Arts on the MCAS

_) Hispanics constituted the racial/ethnic group that had the greatest proportion of students by race "failing" in ELA: 46 percent in 2000.

_) Asian Americans constituted the racial/ethnic group that had the smallest proportion of students by race "failing" ELA:   9 percent in 2002 and 2004..

_) In every year (2000 – 2004) a greater proportion of Hispanic students "failed" ELA than did African American students

_) As between white and Asian American students a greater proportion of Asian Americans "failed" ELA than white students in 2000; in 2001 and 2003 the same proportion of Asian American and white students "failed" ELA.

_) African American students demonstrated the greatest range in the proportion of students "failing" ELA (36 percent in 2000 to 16 percent in 2003)

_) _) As compared to the scores received by each group in the five MCAS exams conducted 2000-2004, the greatest proportion of Asian American, African American, Hispanic, and white students "failed" ELA in 2000.

_) As among Asian American, African American, Hispanic, and white students over the period 2000-2004, a greatest proportion of Asian American students scored "advanced or proficient" in Math on the MCAS

_) Asian Americans constituted the racial/ethnic group that had the greatest proportion of students by race scoring "advanced or proficient" in Math: 41 percent in 2004.

_) Hispanics  constituted the racial/ethnic group that had the smallest proportion of students by race scoring "advanced or proficient" in Math: 4 percent in 2001.

_) In every year (2000 – 2004) a greater proportion of African American students  scored "advanced or proficient" in Math than did Hispanic students

_) As between white and Asian American students a greater proportion of Asian American tested "advanced or proficient" in Math than did white students in every election (2000-2004)

_) Asian American students demonstrated the greatest range in the proportion of students testing "advanced or proficient" in Math (41 percent in 2004 to 33 percent in 2001 and 2002)

_) As compared to the scores received by each group in the five MCAS exams conducted 2000-2004, the smallest proportion of African American, Hispanic, and white students tested "advanced or proficient" in ELA in 2001; the smallest proportion of Asian American students tested "advanced or proficient" in math in 2000 and 2002

_) In the English Language Arts and Math MCAS exam, the proportion of tenth grade Hispanic students testing "advanced or proficient" has increased and the proportion of tenth grade Hispanic students who "failed" has decreased over the period of 2000 and 2004.

_) The proportion of tenth grade Hispanic students who tested "advanced or proficient" in ELA increased from 5 percent in 2000 to 20 percent in 2004.



_) The proportion of tenth grade Hispanic students who "failed" ELA decreased from 77 percent in 2000 to 35 percent in 2004.

_) On the other hand, the proportion of tenth grade Hispanic students who "needed improvement" in ELA has increased from 18 percent in 2000 to 38 percent in 2004.  Given the dramatic decrease in the proportion of ten grade Hispanic students failing, it is reasonable to assume that the increase in those students needing improvement was the result of students performing sufficiently better in ELA to be reclassified as "needing improvement" (rather than failing)

_) The proportion of tenth grade Hispanic students who tested "advanced or proficient" in Math increased from 1 percent in 2000 to 14 percent in 2004.

_) The proportion of tenth grade Hispanic students who "failed" Math decreased from 95 percent in 2000 to 42 percent in 2004.

_) On the other hand, the proportion of tenth grade Hispanic students who "needed improvement" in Math has increased from 5 percent in 2000 to 38 percent in 2004.  Given the dramatic decrease in the proportion of ten grade Hispanic students failing, it is reasonable to assume that the increase in those students needing improvement was the result of students performing sufficiently better in Math to be reclassified as "needing improvement" (rather than failing)

_) In the English Language Arts and Math MCAS exam, the proportion of tenth grade African American students testing "advanced or proficient" has increased and the proportion of tenth grade African American students who "failed" has decreased over the period of 2000 and 2004.

_) The proportion of tenth grade African American students who tested "advanced or proficient" in ELA increased from 8 percent in 2000 to 27 percent in 2004, with the greatest proportion of African American students testing "advanced or proficient" in ELA in 2002 (35 percent).

_) The proportion of tenth grade African American students who "failed" ELA decreased from 69 percent in 2000 to 25 percent in 2004.

_) On the other hand, the proportion of ten grade African American students who "needed improvement" in ELA has increased from 23 percent in 2000 to 42 percent in 2004.  Given the dramatic decrease in the proportion of ten grade African American students failing, it is reasonable to assume that the increase in those students needing improvement was the result of students performing sufficiently better in ELA to be reclassified as "needing improvement" (rather than failing)

_) The proportion of tenth grade African American students who tested "advanced or proficient" in Math increased from 2 percent in 2000 to 19 percent in 2004.

_) The proportion of tenth grade African American students who "failed" Math decreased from 87 percent in 2001 to 41 percent in 2004; in 2000 84 percent of the African American students "failed" Math.

_) Likewise and in contrast, the proportion of tenth grade African American students who "needed improvement" in Math has increased

from 9 percent in 2001 to 35 percent in 2004; in 2000 14 percent of the African American students "needed improvement" in Math. Given the dramatic decrease in the proportion of ten grade African American students failing, it is reasonable to assume that the increase in those students needing improvement was the result of students performing sufficiently better in Math to be reclassified as "needing improvement" (rather than failing)

_) Over the five MCAS exams administered between 2000 and 2004, performance on Math and English Language Arts of fourth grade students with Limited English Proficiency has generally improved.

   _) The proportion of fourth grade LEP students who tested "advanced or proficient" in ELA increased from 4 percent in 2000 to 18 percent in 2004.

   _) The proportion of fourth grade LEP students who "failed" ELA decreased from 58 percent in 2000 to 34 percent in 2004; between 2001 and 2002, there was a 4 percentage point increase in the proportion of LEP students who "failed" ELA

   _) On the other hand, the proportion of fourth grade LEP students who "needed improvement" in ELA has increased from 35 percent in 2000 to 45 percent in 2004; between 2002 and 2003 there was a 8 percentage point increase in the proportion of fourth grade LEP students "needing improvement" in ELA

   _) The proportion of fourth grade LEP students who tested "advanced or proficient" in Math increased from 4 percent in 2002 to 16 percent in 2004. Between 2002 and 2003, there was a 7 percentage point increase in the proportion of fourth grade LEP students who tested "advanced or proficient" in Math.

   _) The proportion of fourth grade LEP students who "failed" Math decreased from 71 percent in 2002 to 42 percent in 2004. Between 2002 and 2003, there was a 20 percentage point decrease in the proportion of fourth grade LEP students "failing" Math

   _) Likewise and in contrast, the proportion of fourth grade LEP students who "needed improvement" in Math has increased from 25 percent in 2002 to 40 percent in 2004. Between 2001 and 2000 there was a 12 percentage point decrease in the proportion of LEP students who "needed improvement" in Math.

_) At every grade level, a greater proportion of Springfield students (as a group) "failed" on the Math and ELA exams than did Massachusetts students (as a group) on the 2000, 2001, 2002, 2003, and 2004 MCAS exams

_) As among white, Asian American, African American, and Hispanic students, white students scored the highest average proficiency index on the 2000, 2001, 2002, 2003, and 2004 MCAS exams in ELA and Asian American students scored the highest average proficiency index on the 2000, 2001, 2002, 2003, and 2004 MCAS exams in Math.

   _) The highest average proficiency index in ELA was achieved by white students in 2004 – greater than 80 percent.

_) The lowest average proficiency index in ELA was achieved by Hispanics in 2000 – greater than 35 percent

_) The average proficiency index in ELA has increased for all students over the period 2000 to 2004.

_) White students appear to have "enjoyed" the least improvement over the period 2001 to 2004

_) The highest average proficiency index in Math was achieved by Asian American students in 2004 - greater than 65 percent.

_) The lowest average proficiency index in Math was achieved by Hispanics in 2000 – approximately 35 percent

_) The average proficiency index in ELA has increased for all students over the period 2000 to 2004.

_) There was a slight decrease or no improvement in the proficiency index for all groups in Math in 2002.

_) It is projected that the proficiency index in Math (MCAS) for students in Springfield will increase to 73 percent in 2009; the proficiency index in ELA (MCAS) for students in Springfield will increase to 92.2 percent in 2009

### *2005-2006 NCLB Report Card*

_) The "No Child Left Behind" Act requires the yearly compilation of information , including teacher qualifications, student achievement on MCAS, and school/district accountability.

_) The mission for the Springfield School District, as provided in the 2005-2006 District Report Card, was "[t]o build a Culture of Achievement in all schools and classrooms that ensures the delivery of educational experiences in which all learners achieve success. [The SPS] maintain[s] the only start-approved District-based program to license teachers, and recently received approval to confer administrative licensure as well. "Step Up Springfield!" a citywide campaign for academic proficiency and character development, gets the entire Springfield community working together to improve student results."

_) The NCLB Report Card indicates that of the 2,308 teachers, 79.9 percent of the teachers were licensed in area in which he/she is teaching and 77.7 percent of the core academic teachers are identified as highly qualified

_) Of the 43 schools in SPS determined to be "high poverty" schools, the proportion of highly qualified teachers was greater than 75 percent in 31 schools and the proportion of licensed teachers was greater than 75 percent in 32 schools.

_) In none of the 43 schools did the proportion of licensed teachers "fall below" 60 percent

_) In only one school did the proportion of highly qualified teachers "fall below 60 percent – Duggan Middle School, in which 54.6 percent of the teachers for the 2005-2006 academic year were high qualified.

***Causes for Racial Gap in Learning***

_) Mr. Tosado decided to seek election to the City Council in the middle of his first term as a member of the School Committee because he had discovered that the education of students "has more to do than just being in a classroom in terms of their ability to learn." Minority children are "living in neighborhood that [a]re high poverty,. . .in single-parent households,. . .in neighborhoods where shots r[i]ng out on the street on a daily basis." Tosado Dep.at 66.

Signed under the penalties of perjury this 31st day of January, 2007.

Dr. Joseph P. Burke