UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,<br><br>Defendants. | Civil Action No. 05-30080 MAP |

## **AFFIDAVIT OF ATTORNEY NADINE COHEN**

1.I am a senior Attorney with the Lawyers' Committee For Civil Rights Under Law of the Boston Bar Association. I have personal knowledge of the facts set forth in this affidavit.

2.I am one of the attorneys of record for the Plaintiffs in the above-titled case. I helped prepare several of Plaintiffs' Trial Affidavits, including the Trial Affidavit of Massachusetts State Representative Cheryl Coakley-Rivera (the "Affidavit"). I was not involved in finalizing the Affidavit.

3.All Trial Affidavits, except for one, were filed by Goodwin Procter LLP on the afternoon of February 2, 2007. I reviewed notification of the filings on the Federal Court's EFC system sometime in the late evening of February 2, when I checked my email from home.

4.      I had no contact with the media about Representative Coakley-Rivera's Affidavit or any other Affidavit filed in this case, nor was I even aware that information from the Affidavit was in the media until I received emails from my co-counsel on Saturday February 8, 2007.

5.      I have spoken to Attorney Pikula on numerous occasions and he has my phone number.  I never received a call (or email) from Attorney Pikula on the evening of February 2nd requesting a copy of Representative Coakley-Rivera's Affidavit.  Had he called me I most certainly would have provided him with a copy.

6.      Neither I, nor any of the Plaintiffs' attorneys, released any Affidavits to the press, either directly or indirectly, nor did we have any knowledge that any Affidavits might be released to the press.


Signed under penalties of perjury, this 7th day of February, 2007.


               ____/s/ Nadine Cohen_____
               Nadine Cohen

LIBA/1763783.1