UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE;<br>¿OISTE?; NEW ENGLAND STATE-AREA<br>CONFERENCE OF THE NAACP;<br>REV. TALBERT W. SWAN, II;<br>NORMAN W. OLIVER; DARLENE<br>ANDERSON; GUMERSINDO GOMEZ;<br>FRANK BUNTIN; RAFAEL RODRIQUEZ;<br>and DIANA NURSE<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD<br>ELECTION COMMISSION<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-30080-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' AFFIDAVIT OF DIRECT TESTIMONY
## OFFICER CARLOS LANDRAU,
## SPRINGFIELD POLICE DEPARTMENT

I, Officer Carlos Landrau, on oath, do hereby state as follows:

1) My name is Carlos Landrau and I have lived in Springfield since 1968 when my family moved to Myrtle Street. I attended Putnam High School and worked as a mechanic and an iron worker after graduation. I am fluent in Spanish and, indeed, Spanish was spoken in my home. Both of my parents were born and grew up in Puerto Rico. I currently live in Springfield. All six of my children attended the Springfield Public Schools. My youngest son is currently at Putnam High School enrolled in the Engineering program

2) My decision to apply for the police force in 1982 was the result of having to provide for better health benefits, more stability, and a regular source of income, in contrast to my previous employment that had been seasonal. I have worked for the Springfield Police Department for 22 years. Initially, I worked as a uniformed police officer and then was promoted to detective – a position I held for 9 years. I found that my ability to speak Spanish was helpful in the execution of my duties and responsibilities. Currently, I work in Information Technology, which has become an area of great importance under the

current Police Commissioner. I have received training in this area to support this change in focus and responsibilities and enjoy the new challenges.

3) Beginning in 1985, I worked for five or more years on election day at the Gerena School (Precinct 1B). The 2006 election was the first year that I worked at a polling place on election day, since the early 1990s I worked at Central High School (Precinct 8C) on the September and November 2006 elections. Federal observers were assigned to that polling place for both the primary and general election.

4) Polling place assignment requires the police officer to pick up the supply box at the Office of the Election Commission prior to 6:00 a.m. and transport the box to the polling place. After the ballots have been counted, we are required to escort the warden to the City Hall and deliver the supply box, which includes, counted absentee ballots, provisional ballots, and challenged ballots and the memory pac which has recorded the number of ballots cast at the polling place on election day. We then are required to drive the warden back to his/her car and otherwise ensure that the warden is able to return home. We are not permitted to leave the polling place at any time during which the polls are open (between 7:00 a.m. and 8:00 p.m.). Generally, a police officer will be assigned to the same polling place for the period of time during which (s)he consecutively chooses to work on election days. I was assigned to Central High School when the policewoman who had previously served at that polling place was unable to work during the 2006 elections. It is thought that assigning police officers to the same polling places permits and supports a working relationship with the poll officials, who also tend to be the same persons year after year.

5) Among our official duties is ensuring that traffic proceeds smoothly in the parking areas and streets in and around the polling places such as not to interfere with access to the polling place. We further monitor campaign workers to ensure that they do not come within 150 feet with signs and do not enter the polling place with anything visible that could be deemed campaign literature. At Central High School there is the further problem that the voting machines are set up in what is otherwise the main entrance of the School. For that reason it is necessary to redirect students, parents, and others throughout the day so that they do not interfere with voting. Because there were an adequate number of bilingual poll officials it was not necessary for me to assist or direct voters in Spanish. As do many of the police officers, I did assist in identifying and fixing problems with the optical scanner voting machines and otherwise helped where my assistance appeared to be necessary.

6) I feel that the police presence in the polling place on election day has a stabilizing influence and obviates the need for poll workers to handle traffic (pedestrian and vehicle) problems. It also provides police with an opportunity to meet, work with the public, and assist citizens in something other than a purely law enforcement capacity. At Central High School, since the warden was a last minute replacement who responded to the new assignment with something approaching dictatorial authority, I believe that I also was a calming influence and was able to limit the number of problems with which the new warden had to deal.

Signed under the penalties of perjury this 13 day of February, 2007.

                                                     _____
                                                   Officer Carlos Landrau.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Defendants' Affidavit of Direct Testimony Officer Carlos Landrau, Springfield Police Department" has been served on the following counsel of record on the 14th day of February 2007, via the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        Nadine Cohen, Esquire
        LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
           OF THE BOSTON BAR ASSOCIATION
        294 Washington Street, Suite 443
        Boston, Massachusetts 02108

        Paul E. Nemser, Esquire
        J. Anthony Downs, Esquire
        Monica M. Franceschini, Esq.
        GOODWIN PROCTOR LLP
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109

_/s/ E.␣Pikula_
Edward M. Pikula (BBO #399770)
   City Solicitor
Deanne Bogan Ross (BBO #555407)
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, Massachusetts 01103

55582 VER. 5