```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


ARISE FOR SOCIAL JUSTICE,   )
ET AL,                      )
          Plaintiffs        )
                            )
     v.                     ) C.A. NO. 05-30080-MAP
                            )
CITY OF SPRINGFIELD, ET AL, )
          Defendants        )
```

ORDER RE: SCHEDULE FOR TRIAL

February 28, 2007

PONSOR, D.J.

    Trial proceedings in the above-entitled matter will unfold as follows:

    March 6-9, 2007: 9:00 a.m. to 1:00 p.m.
    March 12-13, 2007: 9:00 a.m. to 1:00 p.m.; 2:00 p.m. to 4:00 p.m.
    March 14-15, 2007: 9:00 a.m. to 1:00 p.m.
    March 16, 2007: 9:00 a.m. to 1:00 p.m.; 2:00 p.m. to 4:00 p.m.
    March 19, 2007: 9:00 a.m. to 1:00 p.m.
    March 20, 2007: 9:00 a.m. to 1:00 p.m.; 2:00 p.m. to 4:00 p.m.
    March 21, 2007: NO TRIAL
    March 22, 2007: 9:00 a.m. to 1:00 p.m.
    March 23, 2007: 9:00 a.m. to 1:00 p.m., 2:00 p.m. to 4:00 p.m.
    March 26-30, 2007: 9:00 a.m. to 1:00 p.m.

    The court may consider extending the trial into additional afternoons, with reasonable notice to counsel.

    It is So Ordered.

                                  /s/Michael A. Ponsor
                                  Michael A. Ponsor
                                  U.S. District Judge