UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

                                                      )
ARISE FOR SOCIAL JUSTICE;                             )
¿OISTE?; NEW ENGLAND STATE-AREA                       )
CONFERENCE OF THE NAACP;                              )
REV. TALBERT W. SWAN, II;                             )
NORMAN W. OLIVER; DARLENE                             )
ANDERSON; GUMERSINDO GOMEZ;                           )
FRANK BUNTIN; RAFAEL RODRIQUEZ;                       )
and DIANA NURSE                                       )
                                                      )
                  Plaintiffs,                         )    Civil Action No. 05-30080 MFP
                                                      )
v.                                                    )
                                                      )
CITY OF SPRINGFIELD and SPRINGFIELD                   )
ELECTION COMMISSION,                                  )
                                                      )
                                                      )
                  Defendants.                         )
_____)

**PLAINTIFFS' PROPOSED ORDER OF WITNESSES**

       Pursuant to the Court's request, Plaintiffs hereby submit the following proposed order of

witnesses.  This proposal represents Plaintiffs' best efforts to determine the order in which they

will present witnesses, however Plaintiffs need to accommodate the schedules of many third

parties, and are encountering difficulties with several individuals' schedules.  Where Plaintiffs

know that a witness must testify on a certain date or dates, Plaintiffs have indicated as such in the

list below.  Plaintiffs will make every effort to inform the Court of changes to the following

order if, and when, they become necessary.

**I.     Proposed Order of Plaintiffs' Witnesses**

     1.     Rev. Talbert W. Swan

     2.     Henry Thomas, Esq.

     3.     Gumersindo Gomez

4.      Representative Cheryl Coakley-Rivera

5.      Dr. Frank H. Buntin

6.      Candice Lopes

7.      Dr. John E. Harmon (March 8 or March 15)

8.      Carlos Gonzalez

9.      Maria Idalí Torres

10.     Jose Molina

11.     Atiya Dangleben

12.     Keely Malone

13.     Carol Lewis-Caulton

14.     Errol Campbell

15.     Dr. Douglas J. Amy  (March 13)

16.     Dr. Preston H. Smith, II

17.     Representative Benjamin Swan

18.     Darnell Williams

19.     Victor Davila

20.     Henry Twiggs

21.     Michaelann Bewsee

22.     Dr. Richard L. Engstrom (March 19)

## II.     **Plaintiffs' Document Witnesses**

Plaintiffs have submitted certain trial affidavits for purposes of introducing certain documents into evidence.  Depending on Defendants' position regarding cross-examination of these witnesses, Plaintiffs may also need to call the following additional witnesses, who will be worked into the above order of witnesses, according to their and other witnesses' scheduling requirements, and likely during the latter half of Plaintiffs' case.

1.  Karin Downs

2.  Paul Foster

3.  Sheila Heen

4.  John Logan

5.  Jack McDevitt

6.  Ceasar McDowell

7.  Susan Shaw

## III.    Potential Subpoenas

Finally, Plaintiffs are still considering whether to subpoena the witnesses listed below.  If

subpoenaed, these witnesses will also be worked into the order of witnesses listed in Section I

above, according to their and other witnesses' scheduling requirements.

1.  Elizabeth Cardona

2.  Marjorie Hurst

3.  Orlando Santiago

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW
ENGLAND STATE-AREA CONFERENCE OF THE
NAACP; REV. TALBERT W. SWAN, II; NORMAN W.
OLIVER; DARLENE ANDERSON; GUMERSINDO
GOMEZ; FRANK BUNTIN; RAFAEL  RODRIQUEZ;
and DIANA NURSE

By their attorneys,

           /s/ Paul E. Nemser
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO #651208)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

_____/s/ Nadine Cohen_____
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

Dated:  February 28, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Proposed Order of Witnesses was filed

electronically with this Court on this 28th day of February, 2007 and that all parties will be

served via the Court's electronic filing system.

_____/s/ Paul E. Nemser_____ _____
Paul E. Nemser (BBO #369180)