UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIGUEZ; and DIANA NURSE, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION, <br><br>Defendants. | Civil Action No. 05-30080 MAP |

**PLAINTIFFS' TRIAL EXHIBIT LIST**

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 1 | Undated | City of Springfield Election Handbook, produced by Defendants in this case |
| 2 | 2006 | City of Springfield 2006 Election Handbook, produced by Defendants in this case |
| 3 | Undated | Department of Public Health Reorganization Proposal, produced by Defendants in this case |
| 4 | March 2003 | Springfield Planning Department, "Statistical Profile: Springfield and its Neighborhoods" |
| 5 | 11/10/97-1/20/98 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 6 | 12/7/97-1/4/98 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 7 | 2/27/98 | Memorandum from Michael R. Triggs to Eugene J. Mulcahy, Esq. regarding civil rights cases against the city, produced by Defendants in this case. |
| 8 | 1999 | City of Springfield EEO-4 Report (1999), produced by Defendants in this case |
| 9 | 8/15/99 | City of Springfield Department of Health and Human Services, "Health Update, A Profile of the AIDS Epidemic In the City of Springfield, MA, Second Edition 1999," produced by Defendants in this case |
| 10 | 10/4/99 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 11 | 10/4/99 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 12 | 11/2/99 | City of Springfield Election Results, produced by Defendants in this case |
| 13 | 4/10/00 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 14 | 4/10/00 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 15 | 9/1/00 | City of Springfield Department of Health and Human Services, "Health Update, Birth to Teens, Springfield, MA, 1991-1998," produced by Defendants in this case |
| 16 | 2001 | City of Springfield EEO-4 Report (2001), produced by Defendants in this case |

LIBA/1771447.1

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 17 | 9/25/01 | City of Springfield Election Results, produced by Defendants in this case |
| 18 | 11/6/01 | City of Springfield Election Results, produced by Defendants in this case |
| 19 | 7/31/02 | City of Springfield Department of Health and Human Services, "Health Update, Pregnancies and Births Springfield, MA 1993-2000," produced by Defendants in this case |
| 20 | 8/8/02 | City of Springfield Department of Health and Human Services, "Health Update, Birth to Teens, Springfield, MA, 1993-2000," produced by Defendants in this case |
| 21 | 8/8/02 | City of Springfield Department of Health and Human Services, "Health Update, Neighborhood Perinatal Indicators Springfield, MA, 1989-1999," produced by Defendants in this case |
| 22 | 8/15/02 | City of Springfield Department of Health and Human Services, "Health Update, HIV/AIDS Epidemic in the City of Springfield, MA, Third Edition, 2002," produced by Defendants in this case |
| 23 | 2003 | City of Springfield EEO-4 Report (2003), produced by Defendants in this case |
| 24 | 9/8/03 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 25 | 9/16/03 | City of Springfield Election Results, produced by Defendants in this case |
| 26 | 11/4/03 | City of Springfield Election Results, produced by Defendants in this case |
| 27 | 4/12/04 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 28 | | Intentionally left blank |

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 29 | 8/23/04 | City of Springfield Department of Health and Human Services, "Health Update, HIV/AIDS 2004, Springfield, MA, Fourth Edition", produced by Defendants in this case |
| 30 | 9/22/04 | Springfield Public Schools, "Springfield MCAS Results Over Time 2000-2004" |
| 31 | 2005 | City of Springfield Department of Health and Human Services, "Health Update, Pregnancies and Births, Springfield, MA, 1993-2005," produced by Defendants in this case |
| 32 | 3/7/05 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case |
| 33 | 6/22/05 | Email from Deanne E. Ross to Andrea Stone, produced by Defendants in this case |
| 34 | 11/8/05 | City of Springfield Election Results, produced by Defendants in this case |
| 35 | 9/8/06 | Memorandum from Deputy Chief William J. Fitchet of the Springfield Police Department (SPD) to All Commanding Officers of the SPD re: quality of life resolutions, produced by Defendants in this case |
| 36 | | Intentionally left blank |
| 37 | | Intentionally left blank |
| 38 | 11/13/06 | SPD Internal Investigations Unit, Statistical Information re: IIU Complaints Received between 01/01/2006 and 11/13/2006, produced by Defendants in this case |
| 39 | 11/13/06 | SPD Internal Investigations Unit, Statistical Information re: IIU Complaints Received between 01/01/2005 and 12/31/2005, produced by Defendants in this case |
| 40 | | Intentionally left blank |

4

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 41 | 5/2000 | Massachusetts Department of Education, "Report of 1999 Massachusetts and Local School District MCAS Results by Race/Ethnicity" |
| 42 | 7/2001 | Massachusetts Department of Education, "Report of 2000 Massachusetts and Local School District MCAS Results of Race/Ethnicity" |
| 43 | 11/2001 | Massachusetts Department of Education, "Dropout Rates in Massachusetts Public Schools 1999-00" |
| 44 | 2002 | 2000 United States Census Tables: Sex by Employment Status for the Population 16 Years and Over (Black or African American Alone); Sex by Employment Status for the Population 16 Years and Over (Hispanic or Latino); and Sex by Employment Status for the Population 16 Years and Over (White Alone, Not Hispanic or Latino) |
| 45 | 2002 | United States Census Tables: Tenure By Race of Householder; Tenure (Hispanic or Latino Householder); and Tenure (White Alone, Not Hispanic or Latino Householder) |
| 46 | 2002 | 2000 United States Census Tables: Median Family Income in 1999 (Dollars) (Black or African American Alone Householder); Median Family Income in 1999 (Dollars) (Hispanic or Latino Householder); and Median Family Income in 1999 (Dollars) (White Alone, Not Hispanic or Latino Householder) |
| 47 | 8/2002 | Massachusetts Department of Education, "Dropout Rates in Massachusetts Public Schools: 2000-01" |
| 48 | 11/2003 | Pioneer Valley Planning Commission, "Owning a Place to Call Home: An Analysis of Fair and Subprime Lending in the Springfield Metropolitan Area" |

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 49 | 2004 | Northeastern University Institute on Race and Justice "Massachusetts Racial and Gender Profiling Study Final Report" |
| 50 | 4/2004 | Massachusetts Department of Education, "Dropout Rates in Massachusetts Public Schools: 2002-03" |
| 51 | 6/2004 | Massachusetts Department of Education, "Grade Retention in Massachusetts Public Schools: 2002-03" |
| 52 | 12/15/04 | Commonwealth of Massachusetts Commission Against Discrimination, Public Accommodations Complaint Form (Pastors' Council of Greater Springfield v. SPD) |
| 53 | 4/2005 | Massachusetts Department of Education, "Grade Retention in Massachusetts Public Schools: 2003-04" |
| 54 | 6/2005 | Massachusetts Department of Education, "Progress Report on Students Attaining the Competency Determination Statewide and by School District: Classes of 2005 and 2006" |
| 55 | 7/13/2005 | Massachusetts Department of Education, "MCAS Annual Comparisons for Springfield" |
| 56 | | Intentionally left blank |
| 57 | | Intentionally left blank |
| 58 | | Intentionally left blank |
| 59 | 9/19/06 | Report by the United States Office of Personnel Management Observers Regarding Sept. 19, 2006 Springfield Election, Polling Place: Van Sickle School Gym |
| 60 | 9/19/06 | Report by the United States Office of Personnel Management Observers Regarding Sept. 19, 2006 Springfield Election, Polling Place: Brooking Middle School |
| 61 | 11/7/06 | Intentionally left blank |
| 62 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Good Life Center |
| 63 | | Intentionally left blank |

6

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 64 | | Intentionally left blank |
| 65 | | Intentionally left blank |
| 66 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Mason Square Library |
| 67 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Pine Point Library |
| 68 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Rebecca Johnson School |
| 69 | | Intentionally left blank |
| 70 | 10/1/02 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of American Indian, White, Black, Asian and Hispanic Pupils, Oct. 1, 2002" |
| 71 | 10/1/03 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of Native American, Asian, African American, Hispanic and White Pupils, Oct. 1, 2003" |
| 72 | | Intentionally left blank |
| 73 | | Intentionally left blank |
| 74 | 10/1/04 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of American Indian, White, Black, Asian and Hispanic Pupils, Oct. 1, 2004" |
| 75 | | Intentionally left blank |
| 76 | | Intentionally left blank |
| 77 | 3/1/05 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of Native American, Asian, African American, Hispanic and White Pupils, March 1, 2005" |
| 78 | 10/2005 | Massachusetts Department of Education, "Dropouts in Massachusetts Public Schools: 2003-2004" |
| 79 | | Intentionally left blank |
| 80 | | Intentionally left blank |
| 81 | | Intentionally left blank |

LIBA/1771447.1

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 82 | 2006 | City of Springfield, MA, FY06 Action Plan submitted to U.S. Dept. of Housing and Urban Development. |
| 83 | 6/2006 | Massachusetts Department of Education, "Progress Report on Students Attaining the Competency Determination Statewide and by School District: Classes of 2006 and 2007" |
| 84 | 6/2006 | Massachusetts Department of Education, "Grade Retention in Massachusetts Public Schools: 2004-2005" |
| 85 | | Intentionally left blank |
| 86 | | Intentionally left blank |
| 87 | | Intentionally left blank |
| 88 | | Intentionally left blank |
| 89 | 10/23/06 | Massachusetts Department of Education, "2006 MCAS Report (District) for Grade 10 Students (2006 Rules/Policies Applied)" |
| 90 | 12/1/06-12/31/06 | Massachusetts Department of Housing and Community Development, Analysis of Impediments to Fair Housing Access and Action Steps to Mitigate Impediments: Draft for Public Comment |
| 91 | 1988 | Mayor Neal's Housing Task Force Final Report: The Housing Problem in Springfield, 1988 and other documents regarding housing in Springfield, MA |
| 92 | 9/10/97 | Springfield: A Community in Progress, An Update Prepared By Conflict Management Group |
| 93 | 1998 | U.S. Dept. of Justice, Bureau of Justice Statistics, Office Community Oriented Policing Services, Criminal Victimization and Perceptions of Community Safety in 12 Cities |
| 94 | | Michael Konig, "A Study in Leadership: Springfield and Its Mayors, 1945 to Present" |
| 95 | | Charts Regarding "Minorities Not Proportionally Represented on Springfield City Council" |

LIBA/1771447.1

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 96 | | Illustrative Map, "Distribution of Springfield City Councilors Over Last 10 Years, 1995-2003 elections" |
| 97 | 4/25/95 | Preston H. Smith, "Racial Segregation in Springfield and Holyoke: Historical and Current Trends," presented at Conference entitled Regional Approaches to Ending Housing Segregation |
| 98 | 1972 | *School Comm. of Springfield v. Bd. of Education*, 362 Mass. 417 (1972) |
| 99 | 1973 | *Castro v. Beecher*, 365 F.Supp. 655 (D. Mass. 1973) |
| 100 | 1974 | *School Comm. of Springfield v. Bd. of Education*, 365 Mass. 215 (1974) |
| 101 | 1974 | *Boston Chapter, NAACP, Inc. v. Beecher*, 371 F.Supp. 507 (D. Mass. 1974) |
| 102 | | Intentionally left blank |
| 103 | | Intentionally left blank |
| 104 | 2/23/01 | *Wilder v. Diamond Cab Co.*, No. 97-SPA-0789, 2001 Mass. Comm. Discrim. LEXIS 178 (Feb. 23, 2001) |
| 105 | 2/23/01 | *Carpenter v. Yellow Cab Co.*, No. 95-SPA-0033, 2001 Mass. Comm. Discrim. LEXIS 177 (Feb. 23, 2001) |
| 106 | 4/24/04 | *Hancock v. Driscoll*, No. 02-2978, 2004 Mass. Super LEXIS 118 (Mass. Super. Ct. Apr. 24, 2004) |
| 107 | 6/20/94 | *Hamilton v. Springfield School Dep't*, No. 87-SEM-0058, 1994 Mass. Comm. Discrim. LEXIS 73 (June 20, 1994) |
| 108 | | Intentionally left blank |
| 109 | | Intentionally left blank |
| 110 | 8/30/06 | Agreed Settlement Order entered in *United States vs. City of Springfield, et al.*, 06-30123-MAP |
| 111 | 9/13/06 | Revised Agreed Settlement Order entered in *United States vs. City of Springfield, et al.*, 06-30123-MAP |
| 112 | 10/12/00 | Minutes of the Regular Session of the School Committee, produced by Defendants in this case |

| Trial Exhibit Number | Date | Description |
| --- | --- | --- |
| 113 | 2/21/02 | Minutes of the Working Session of the School Committee, produced by Defendants in this case |
| 114 | | Intentionally left blank |
| 115 | 9/19/02 | Minutes of the Working Session of the School Committee, produced by Defendants in this case |
| 116 | 11/21/02 | Minutes of the Working Session of the School Committee, produced by Defendants in this case |
| 117 | | Intentionally left blank |
| 118 | | Intentionally left blank |
| 119 | | Intentionally left blank |
| 120 | 4/3/2006 | Springfield Police Dept., Statistical Information Regarding 2004 IIU Complaints as of March 3, 2006, produced by Defendants in this case |
| 121 | 7/19/06 | Commonwealth of Massachusetts, Secretary of the Commonwealth Elections division, Memorandum to Local Election Officials and attachments, produced by Defendants in this case |
| 121A | 2004 | Election Officers Handbook; Optech Voting Procedures |
| 122 | 12/17/90, 3/6/91 | Commonwealth of Massachusetts, *Richmond v. Croson*, Public Hearings on M/WBEs, Report, Findings and Recommendations by the Massachusetts Commission Against Discrimination |
| 123 | 2/1997 | MCAD, Project LEND Mortgage Lending Testing Project Funded by HUD, February 1997 |
| 124 | | Map illustrating nine district City Council plan described in John Harmon's affidavit |
| 125 | | Map illustrating six district School Committee plan described in John Harmon's affidavit – Plaintiff's plan based on precincts |
| 125A | | Map illustrating six district School Committee plan described in John Harmon's affidavit – Plaintiff's plan based on census blocks |

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 126 | | Map indicating where present and former Springfield City Councilors, School Committee Members, and candidates live, produced by Defendants |
| 126A | | Map indicating where present Springfield City Councilors and School Committee Members live |
| 127 | 5/24/05 | Report on a Comprehensive Study of the Springfield Police Department from Carroll Buracker & Associates, Inc., produced by Defendants |
| 128 | 7/17/65 | "Police Accused of 'Brutality' At Local Club," Springfield Daily News, July 17, 1965, at 1, 3 |
| 129 | 6/22/65 | "Representative O'Brien Backs Police," Springfield Daily News, July 22, 1965, at 1, 5 |
| 130 | 7/27/65 | "Negroes Here Win Plea 7 Accused of Brutality Stay Out of Tension Area," Springfield Daily News, July 27, 1965, at 1, 9 |
| 131 | 7/27/65 | "Police Department Not Making Own Probe," Springfield Daily News, July 27, 1965, at 1, 4 |
| 132 | 7/29/65 | "Sworn Statements by Police Accused of Brutality Perused by Commissioners," Springfield Daily News, July 29, 1965, at 28. |
| 133 | 10/16/69 | "Curfew to Be Lifted If City Remains Calm," Springfield Daily News, Oct. 16, 1969, at 1, 2 |
| 134 | 10/16/69 | "28 Plead Innocent in Disturbance," Springfield Daily News, Oct. 16, 1969, at 1, 2 |
| 135 | 11/5/69 | "Race Conflict Explodes at Tech High School," Springfield Daily News, Nov. 5, 1969, at 1, 2 |
| 136 | 11/7/69 | "Tech High Closed, Fights Erupt Outside," Springfield Daily News, Nov. 7, 1969, at 1 |
| 137 | 11/8/69 | "City Works to Pacify Its School," Springfield Daily News, Nov. 8, 1969, at 1, 2 |
| 138 | 9/24/71 | "9 Injured in Tech High Fighting," Springfield Daily News, Sept. 24, 1971, at 1 |
| 139 | 9/28/71 | "Police Keep watch on City's Schools," Springfield Daily News, Sept. 28, 1971, at 1, 2 |

LIBA/1771447.1

| Trial Exhibit Number | Date | Description |
| --- | --- | --- |
| 140 | 9/28/71 | "Blacks Want Reply Within 72 Hours," Springfield Daily News, Sept. 28, 1971, at 1, 2 |
| 141 | 10/2/71 | "Police Will Keep Watch When High Schools Reopen," Springfield Daily News, Oct. 2, 1971, at 1, 2 |
| 142 | 8/27/75 | "Officer Slays Man in Break Attempt," Springfield Daily News, Aug. 27, 1975, at 1, 2 |
| 143 | 8/28/75 | "Mayor Issues Plea for Peace in City," Springfield Daily News, Aug. 28, 1975, at 1, 2 |
| 144 | 8/29/75 | "Latest Shooting Disturbs Anxious City Officials," Springfield Daily News, Aug. 29, 1975, at 1, 10 |
| 145 | 7/28/88 | Buffy Spencer & Sandra Constantin, "Police Face Accusation Of Brutality," Union-News July 28, 1988, at 1 |
| 146 | 7/6/94 | Brian Melley, "Chief To Send Police Party Probe To FBI," Union-News, July 6, 1994, at 1 |
| 147 | 7/6/96 | Michael McAuliffe & Carol Malley, "White Officer Linked To Call," Union-News, July 6, 1996, at A1 |
| 148 | 7/22/96 | D.L. Stephenson, "Racial Crisis Possible Says Albano," Union-News, July 22, 1996, at B1 |
| 149 | 11/10/96 | David Kelly, "Clash Of Race And Perception - Melee Stirs The Pot Of Discontent," Republican, Nov. 10, 1996, at A1 |
| 150 | 1/26/97 | Carol Malley & Buffy Spencer, "Switch to Wards Would Be Costly, Complex," Republican, January 26, 1997 at A1. |
| 151 | 8/27/97 | Rhonda Swan, "FBI Agrees To Investigate NAACP Letter – Albano's Appeal Successful," Union-News Aug. 27, 1997, at A1 |
| 152 | 11/27/97 | Jack Flynn, "Officer Suspended 1 Year – Kicking Incident Prompts Decision By Commissioners," Union-News, Nov. 27, 1997, at A1 |
| 153 | 4/2/99 | Kevin Claffey, "City Pays Women In Spray Incident," Union-News, Apr. 2, 1999, at A9 |

12

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 154 | 6/6/99 | Peter Goonan, "City Reveals $700,000 Schoolfield Settlement - Result Of Paper's Suit," Republican, June 6, 1999, at A1 |
| 155 | 8/22/06 | Map created by Daniel Marrier: "Springfield Language Proficiency Distribution (Percentage of Linguistically Isolated Households)," provided by Defendants |
| 156 | 8/22/06 | Map created by Daniel Marrier: "Springfield Language Proficiency Distribution (Number of Linguistically Isolated Households)," provided by Defendants |
| 157 | | Intentionally left blank |
| 158 | 4/24/04 | Peter Goonan, "Ryan Seeks Ward Representation," Republican at B1 |
| 159 | 9/2006 | "A Demographic and Economic Analysis Of the City of Springfield" (Draft), prepared by the Pioneer Valley Planning Commission |
| 159A | 9/2006 | "A Demographic and Economic Analysis Of the City of Springfield" (Final Version), prepared by the Pioneer Valley Planning Commission |
| 160 | 2003 | Power Point Presentation, Massachusetts Perinatal Disparities Project, "Moving Data into Action at the Community Level" |
| 160A | | Powerpoint Presentation, Massachusetts Perinatal Disparities Project, "Moving Data into Action" |
| 161 | 12/11/03 | Pioneer Valley Planning Commission, "Owning a Place to Call Home: An Analysis of Fair and Subprime Lending in the Springfield Metropolitan Area" |
| 162 | | City of Springfield, MA Analysis of Impediments to Fair Housing |
| 163 | 10/1/03 | North End Strategic Plan, prepared for the North End Outreach Network (NEON) by the Center for Reflective Community Practice (CRCP) at MIT |

LIBA/1771447.1

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 164 | 2006 | Massachusetts Department of Education, "Springfield – Enrollment/Indicators" |
| 165 | 2006 | Massachusetts Department of Education, "2006 MCAS Results by Subgroup – Springfield by Grade then Subject" |
| 166 | 9/21/92 | Letter from Stephen H. Rosenbaum (Chief, Voting Section, Civil Rights Division, U.S. Department of Justice) to James Sullivan (Chairman, Election Commission, City of Springfield) regarding bilingual requirements of Section 203 of the Voting Rights Act, produced by Defendants in this case |
| 167 | 8/31/04 | Letter from R. Alexander Acosta (Assistant Attorney General, U.S. Department of Justice, Civil Rights Division) to William Metzger (Springfield City Clerk) regarding minority language election information requirements of Section 203 of the Voting Rights Act, produced by Defendants in this case |
| 168 | 7/19/06 | Letter from Wan J. Kim (Assistant Attorney General, U.S. Department of Justice, Civil Rights Division) to Edward M. Pikula (City Solicitor - Springfield) regarding filing of lawsuit on behalf of US against Springfield pursuant to Sections 203 and 208 of the Voting Rights Act, produced by Defendants in this case |
| 169 | 8/2/06 | Complaint from *United States vs. City of Springfield, et al.*, 06-30123-MAP |
| 170 | 2003 | David Buchanan, Susan Shaw, Amy Ford and Merrill Singer, "Empirical Science Meets Moral Panic: An Analysis of the Politics of Needle Exchange," *Journal of Public Health Policy*, Vol. 24, Nos. 3/4 |

14

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 171 | 4/2004 | Presentation by Susan Shaw, Juhem Navarro, Jim Vivian and Merrill Singer, Hispanic Health Council (Hartford, CT), "Results of the Community Attitudes Survey, Springfield MA, April 2004" |
| 172 | 10/20/97 | Order of Springfield City Council, amending 1997 Rules and Orders of the City Council to add Rule 42, creating a 3-person Civil Rights and Race Relations Committee |
| 173 | | Springfield Political Map Post Nov-2001 |
| 174 | 11/1998 | City of Springfield Election Results |
| 175 | 11/1997 | City of Springfield Election Results |
| 176 | | Tables containing data for Springfield City available from the following web pages for the Lewis Mumford Center for Comparative Urban and Regional Research, the University at Albany SUNY: http://mumford.albany.edu/census/data.html and http://mumford.albany.edu/census/integratedpages/IntegratedMSAEntrance.htm |
| 177 | Undated | City of Springfield 2005 Census Annual Street Listing (Blank Form) |
| 178 | Undated | City of Springfield 2007 Census Annual Street Listing (Blank Form) |
| 179 | 2/2/2007 | Massachusetts Department of Education, "2006 Graduation Rate Report by District and by Race/Ethnicity" |
| 180 | Undated | Ordinance establishing Human Relations Commission, Springfield, MA |
| 181 | Undated | Report of the Human Relations Commission, Task Force on Purposes and the Community Education Committee |
| 182 | Undated | Human Relations Commission, Springfield, MA |
| 183 | 1/1962 | Report of the Human Relations Commission, Springfield, MA |

15

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 184 | 1962 | City of Springfield Human Relations Commission Annual Report for 1962 |
| 185 | 12/1963 | Annual Report of the City of Springfield Office of Intergroup Relations, 1963 |
| 186 | 6/1964 | Semi-Annual Report of the City of Springfield Office of Intergroup Relations, January 1 to June 30, 1964 |
| 187 | 12/1965 | Annual Report of the City of Springfield Office of Intergroup Relations, 1965 |
| 188 | 11/29/66 | Human Relations Commission, Springfield, MA Annual Report, 1966 |
| 189 | 12/5/67 | Human Relations Commission, Springfield, MA Annual Report, 1967 |
| 190 | 12/5/68 | Human Relations Commission, Springfield, MA Annual Report, 1968 |
| 191 | 12/15/69 | Human Relations Commission, Springfield, MA Annual Report, 1969 |
| 192 | 12/15/70 | Human Relations Commission, Springfield, MA Annual Report, 1970 |
| 193 | 5/12/72 | Human Relations Commission, Springfield, MA Annual Report, 1971 |
| 194 | 2/16/73 | Human Relations Commission, Springfield, MA Annual Report, 1972 |
| 195 | 1974 | Human Relations Commission, Springfield, MA Annual Report, 1973 |
| 196 | 9/26/05 | Certified copy of Memorandum of Decision and Order on Cross Special Motions to Dismiss Pursuant to G.L.c.231, &59H, *Jeffrey M. Asher v. Joseph Bowman*, Commonwealth of Massachusetts, Hampden, ss., Superior Court Civil Action No. 04-1209 |
| 197 | 1/27/94 | Certified copy of Adminstrative record, *McFarlin v. Springfield Police Department,* Massachusetts Civil Service Comission Docket No. D-4748. |

LIBA/1771447.1

| Trial Exhibit Number | Date | Description |
|---|---|---|
| 198 | 12/7/04 | Plaintiffs' First Amended Complaint, *Toledo et al. v. IBPO, Local 364, et al.*, C.A. No. 04-CV-30163-MAP |
| 199 | Undated | November 2005 Election and November 2004 Election Precinct Rankings by Number of Spanish Surnamed Voters, produced by Defendants |
| 200 | 9/28/06 | Letter from John Russ and Veronica Jung to Edward Pikula attaching Spanish surname analysis based on July 2006 voter registration list |
| 201 | | Intentionally left blank |
| 202 | 9/13/05 | Masschusetts Perinatal Disparaties Project, Final Project Report |
| 203 | 11/2004 | Poll Monitor Reports from November 2004 Election in Springfield, MA, completed by Christina Densmore, Tory Field and Keely Malone |
| 204 | 2006 | Springfield Enrollment/Indicators |
| 205 | | Springfield NCLB Report Card 2005-2006 |
| 206 | 2/15/2007 | Marjorie Hurst, "I Know Why the Caged Bird Screams," *Point of View*. |

LIBA/1771447.1

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,


   /s/ Paul E. Nemser
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO #651208)
Anna-Marie L. Tabor (BBO #662364)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000



   /s/ Nadine Cohen
Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
Dated:  March 5, 2007          (617) 988-0609

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5, 2007.

      /s/ Paul Nemser      
Paul E. Nemser (BBO #369180)