UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION<br><br>Defendants. | Civil Action No. 05-30080-MAP |

**APPEARANCE OF COUNSEL**

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, City of Springfield and Springfield Election Commission.

Dated: March 5, 2007

                                                    Respectfully submitted.

                                                    _____
                                                    Lisa deSousa BBO #546115
                                                    Assistant City Solicitor
                                                    CITY OF SPRINGFIELD LAW DEPATMENT
                                                    36 Court Street
                                                    Springfield, Massachusetts 01103
                                                    Telephone:     (413) 787-6085
                                                    Telefax:         (413) 787-6173

55827

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following counsel of record pursuant to the electronic case filing the 5th day of March 2007.

_____
Lisa deSousa, Esq.

55827