## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE;<br>¿OISTE?; NEW ENGLAND STATE-AREA<br>CONFERENCE OF THE NAACP;<br>REV. TALBERT W. SWAN, II;<br>NORMAN W. OLIVER; DARLENE<br>ANDERSON; GUMERSINDO GOMEZ;<br>FRANK BUNTIN; RAFAEL RODRIQUEZ;<br>and DIANA NURSE<br><br>               Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD<br>ELECTION COMMISSION<br><br>               Defendants. | Civil Action No. 05-30080-MAP |

### APPEARANCE OF COUNSEL

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, City of Springfield and Springfield Election Commission.

Dated:  March 5, 2007

                                                        Respectfully submitted.

                                                        _____
                                                        Michael E. Mulcahy BBO #561824
                                                       Assistant City Solicitor
                                                       CITY OF SPRINGFIELD LAW DEPATMENT
                                                       36 Court Street
                                                       Springfield, Massachusetts 01103
                                                       Telephone:     (413) 787-6085
                                                       Telefax:        (413) 787-6173

55827

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following counsel of record pursuant to the electronic case filing the 5th day of March 2007.

                                                                                                  _____
                                                                                                  Michael E. Mulcahy, Esq.

55827