UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIGUEZ; and DIANA NURSE, | ) ) ) ) ) ) ) ) ) | Civil Action No. 05-30080 MAP |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION, | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' REVISED TRIAL EXHIBIT LIST**

March 15, 2007

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 1 | Undated | City of Springfield Election Handbook, produced by Defendants in this case | In without objection. |
| 2 | 2006 | City of Springfield 2006 Election Handbook, produced by Defendants in this case | In without objection. |
| 3 | Undated | Department of Public Health Reorganization Proposal, produced by Defendants in this case | In without objection. |
| 4 | March 2003 | Springfield Planning Department, "Statistical Profile: Springfield and its Neighborhoods" | In without objection. |
| 5 | 11/10/97-1/20/98 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 6 | 12/7/97-1/4/98 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 7 | 2/27/98 | Memorandum from Michael R. Triggs to Eugene J. Mulcahy, Esq. regarding civil rights cases against the city, produced by Defendants in this case. | In without objection. |
| 8 | 1999 | City of Springfield EEO-4 Report (1999), produced by Defendants in this case | In without objection. |
| 9 | 8/15/99 | City of Springfield Department of Health and Human Services, "Health Update, A Profile of the AIDS Epidemic In the City of Springfield, MA, Second Edition 1999," produced by Defendants in this case | In without objection. |
| 10 | 10/4/99 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 11 | 10/4/99 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 12 | 11/2/99 | City of Springfield Election Results, produced by Defendants in this case | In without objection. |
| 13 | 4/10/00 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 14 | 4/10/00 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 15 | 9/1/00 | City of Springfield Department of Health and Human Services, "Health Update, Birth to Teens, Springfield, MA, 1991-1998," produced by Defendants in this case | In without objection. |
| 16 | 2001 | City of Springfield EEO-4 Report (2001), produced by Defendants in this case | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 17 | 9/25/01 | City of Springfield Election Results, produced by Defendants in this case | In without objection. |
| 18 | 11/6/01 | City of Springfield Election Results, produced by Defendants in this case | In without objection. |
| 19 | 7/31/02 | City of Springfield Department of Health and Human Services, "Health Update, Pregnancies and Births Springfield, MA 1993-2000," produced by Defendants in this case | In without objection. |
| 20 | 8/8/02 | City of Springfield Department of Health and Human Services, "Health Update, Birth to Teens, Springfield, MA, 1993-2000," produced by Defendants in this case | In without objection. |
| 21 | 8/8/02 | City of Springfield Department of Health and Human Services, "Health Update, Neighborhood Perinatal Indicators Springfield, MA, 1989-1999," produced by Defendants in this case | In without objection. |
| 22 | 8/15/02 | City of Springfield Department of Health and Human Services, "Health Update, HIV/AIDS Epidemic in the City of Springfield, MA, Third Edition, 2002," produced by Defendants in this case | In without objection. |
| 23 | 2003 | City of Springfield EEO-4 Report (2003), produced by Defendants in this case | In without objection. |
| 24 | 9/8/03 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 25 | 9/16/03 | City of Springfield Election Results, produced by Defendants in this case | In without objection. |
| 26 | 11/4/03 | City of Springfield Election Results, produced by Defendants in this case | In without objection. |
| 27 | 4/12/04 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 28 | | Intentionally left blank | N/A |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 29 | 8/23/04 | City of Springfield Department of Health and Human Services, "Health Update, HIV/AIDS 2004, Springfield, MA, Fourth Edition", produced by Defendants in this case | In without objection. |
| 30 | 9/22/04 | Springfield Public Schools, "Springfield MCAS Results Over Time 2000-2004" | In without objection. |
| 31 | 2005 | City of Springfield Department of Health and Human Services, "Health Update, Pregnancies and Births, Springfield, MA, 1993-2005," produced by Defendants in this case | In without objection. |
| 32 | 3/7/05 | Records of the City of Springfield City Council regarding an act providing for the election for City Councilors, produced by Defendants in this case | In without objection. |
| 33 | 6/22/05 | Email from Deanne E. Ross to Andrea Stone, produced by Defendants in this case | In without objection. |
| 34 | 11/8/05 | City of Springfield Election Results, produced by Defendants in this case | In without objection. |
| 35 | 9/8/06 | Memorandum from Deputy Chief William J. Fitchet of the Springfield Police Department (SPD) to All Commanding Officers of the SPD re: quality of life resolutions, produced by Defendants in this case | In without objection. |
| 36 | | Intentionally left blank | N/A |
| 37 | | Intentionally left blank | N/A |
| 38 | 11/13/06 | SPD Internal Investigations Unit, Statistical Information re: IIU Complaints Received between 01/01/2006 and 11/13/2006, produced by Defendants in this case | In without objection. |
| 39 | 11/13/06 | SPD Internal Investigations Unit, Statistical Information re: IIU Complaints Received between 01/01/2005 and 12/31/2005, produced by Defendants in this case | In without objection. |
| 40 | | Intentionally left blank | N/A |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 41 | 5/2000 | Massachusetts Department of Education, "Report of 1999 Massachusetts and Local School District MCAS Results by Race/Ethnicity" | In without objection. |
| 42 | 7/2001 | Massachusetts Department of Education, "Report of 2000 Massachusetts and Local School District MCAS Results of Race/Ethnicity" | In without objection. |
| 43 | 11/2001 | Massachusetts Department of Education, "Dropout Rates in Massachusetts Public Schools 1999-00" | In without objection. |
| 44 | 2002 | 2000 United States Census Tables: Sex by Employment Status for the Population 16 Years and Over (Black or African American Alone); Sex by Employment Status for the Population 16 Years and Over (Hispanic or Latino); and Sex by Employment Status for the Population 16 Years and Over (White Alone, Not Hispanic or Latino) | In without objection. |
| 45 | 2002 | United States Census Tables: Tenure By Race of Householder; Tenure (Hispanic or Latino Householder); and Tenure (White Alone, Not Hispanic or Latino Householder) | In without objection. |
| 46 | 2002 | 2000 United States Census Tables: Median Family Income in 1999 (Dollars) (Black or African American Alone Householder); Median Family Income in 1999 (Dollars) (Hispanic or Latino Householder); and Median Family Income in 1999 (Dollars) (White Alone, Not Hispanic or Latino Householder) | In without objection. |
| 47 | 8/2002 | Massachusetts Department of Education, "Dropout Rates in Massachusetts Public Schools: 2000-01" | In without objection. |
| 48 | 11/2003 | Pioneer Valley Planning Commission, "Owning a Place to Call Home: An Analysis of Fair and Subprime Lending in the Springfield Metropolitan Area" | In without objection. |

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 49 | 2004 | Northeastern University Institute on Race and Justice "Massachusetts Racial and Gender Profiling Study Final Report" | In without objection. |
| 50 | 4/2004 | Massachusetts Department of Education, "Dropout Rates in Massachusetts Public Schools: 2002-03" | In without objection. |
| 51 | 6/2004 | Massachusetts Department of Education, "Grade Retention in Massachusetts Public Schools: 2002-03" | In without objection. |
| 52 | 12/15/04 | Commonwealth of Massachusetts Commission Against Discrimination, Public Accommodations Complaint Form (Pastors' Council of Greater Springfield v. SPD) | Contested. Plaintiffs offer for the fact that a complaint was filed. |
| 53 | 4/2005 | Massachusetts Department of Education, "Grade Retention in Massachusetts Public Schools: 2003-04" | In without objection. |
| 54 | 6/2005 | Massachusetts Department of Education, "Progress Report on Students Attaining the Competency Determination Statewide and by School District: Classes of 2005 and 2006" | In without objection. |
| 55 | 7/13/2005 | Massachusetts Department of Education, "MCAS Annual Comparisons for Springfield" | In without objection. |
| 56 | | Intentionally left blank | N/A |
| 57 | | Intentionally left blank | N/A |
| 58 | | Intentionally left blank | N/A |
| 59 | 9/19/06 | Report by the United States Office of Personnel Management Observers Regarding Sept. 19, 2006 Springfield Election, Polling Place: Van Sickle School Gym | In without objection. |
| 60 | 9/19/06 | Report by the United States Office of Personnel Management Observers Regarding Sept. 19, 2006 Springfield Election, Polling Place: Brooking Middle School | In without objection. |
| 61 | 11/7/06 | Intentionally left blank | N/A |
| 62 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Good Life Center | In without objection. |
| 63 | | Intentionally left blank | N/A |

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 64 | | Intentionally left blank | N/A |
| 65 | | Intentionally left blank | N/A |
| 66 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Mason Square Library | In without objection. |
| 67 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Pine Point Library | In without objection. |
| 68 | 11/7/06 | Report by the United States Office of Personnel Management Observers Regarding Nov. 7, 2006 Springfield Election, Polling Place: Rebecca Johnson School | In without objection. |
| 69 | | Intentionally left blank | N/A. |
| 70 | 10/1/02 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of American Indian, White, Black, Asian and Hispanic Pupils, Oct. 1, 2002" | In without objection. |
| 71 | 10/1/03 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of Native American, Asian, African American, Hispanic and White Pupils, Oct. 1, 2003" | In without objection. |
| 72 | | Intentionally left blank | N/A |
| 73 | | Intentionally left blank | N/A |
| 74 | 10/1/04 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of American Indian, White, Black, Asian and Hispanic Pupils, Oct. 1, 2004" | In without objection. |
| 75 | | Intentionally left blank | N/A |
| 76 | | Intentionally left blank | N/A |
| 77 | 3/1/05 | Springfield Public Schools, Springfield, Massachusetts, "Distribution of Native American, Asian, African American, Hispanic and White Pupils, March 1, 2005" | In without objection. |
| 78 | 10/2005 | Massachusetts Department of Education, "Dropouts in Massachusetts Public Schools: 2003-2004" | In without objection. |
| 79 | | Intentionally left blank | N/A |
| 80 | | Intentionally left blank | N/A |
| 81 | | Intentionally left blank | N/A |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 82 | 2006 | City of Springfield, MA, FY06 Action Plan submitted to U.S. Dept. of Housing and Urban Development. | In without objection. |
| 83 | 6/2006 | Massachusetts Department of Education, "Progress Report on Students Attaining the Competency Determination Statewide and by School District: Classes of 2006 and 2007" | In without objection. |
| 84 | 6/2006 | Massachusetts Department of Education, "Grade Retention in Massachusetts Public Schools: 2004-2005" | In without objection. |
| 85 | | Intentionally left blank | N/A |
| 86 | | Intentionally left blank | N/A |
| 87 | | Intentionally left blank | N/A |
| 88 | | Intentionally left blank | N/A |
| 89 | 10/23/06 | Massachusetts Department of Education, "2006 MCAS Report (District) for Grade 10 Students (2006 Rules/Policies Applied)" | In without objection. |
| 90 | 12/1/06-12/31/06 | Massachusetts Department of Housing and Community Development, Analysis of Impediments to Fair Housing Access and Action Steps to Mitigate Impediments: Draft for Public Comment | In without objection. |
| 91 | 1988 | Mayor Neal's Housing Task Force Final Report: The Housing Problem in Springfield, 1988 and other documents regarding housing in Springfield, MA | In without objection. |
| 92 | 9/10/97 | Springfield: A Community in Progress, An Update Prepared By Conflict Management Group | In without objection. |
| 93 | 1998 | U.S. Dept. of Justice, Bureau of Justice Statistics, Office Community Oriented Policing Services, Criminal Victimization and Perceptions of Community Safety in 12 Cities | In without objection. |
| 94 | | Michael Konig, "A Study in Leadership: Springfield and Its Mayors, 1945 to Present" | Not offered. |
| 95 | | Charts Regarding "Minorities Not Proportionally Represented on Springfield City Council" | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 96 | | Illustrative Map, "Distribution of Springfield City Councilors Over Last 10 Years, 1995-2003 elections" | In without objection. |
| 97 | 4/25/95 | Preston H. Smith, "Racial Segregation in Springfield and Holyoke: Historical and Current Trends," presented at Conference entitled Regional Approaches to Ending Housing Segregation | In without objection. |
| 98 | 1972 | *School Comm. of Springfield v. Bd. of Education*, 362 Mass. 417 (1972) | Not offered. |
| 99 | 1973 | *Castro v. Beecher*, 365 F.Supp. 655 (D. Mass. 1973) | Not offered. |
| 100 | 1974 | *School Comm. of Springfield v. Bd. of Education*, 365 Mass. 215 (1974) | Not offered. |
| 101 | 1974 | *Boston Chapter, NAACP, Inc. v. Beecher*, 371 F.Supp. 507 (D. Mass. 1974) | Not offered. |
| 102 | | Intentionally left blank | N/A |
| 103 | | Intentionally left blank | N/A |
| 104 | 2/23/01 | *Wilder v. Diamond Cab Co.*, No. 97-SPA-0789, 2001 Mass. Comm. Discrim. LEXIS 178 (Feb. 23, 2001) | Not offered. |
| 105 | 2/23/01 | *Carpenter v. Yellow Cab Co.*, No. 95-SPA-0033, 2001 Mass. Comm. Discrim. LEXIS 177 (Feb. 23, 2001) | Not offered. |
| 106 | 4/24/04 | *Hancock v. Driscoll*, No. 02-2978, 2004 Mass. Super LEXIS 118 (Mass. Super. Ct. Apr. 24, 2004) | Not offered. |
| 107 | 6/20/94 | *Hamilton v. Springfield School Dep't*, No. 87-SEM-0058, 1994 Mass. Comm. Discrim. LEXIS 73 (June 20, 1994) | Not offered. |
| 108 | | Intentionally left blank | N/A. |
| 109 | | Intentionally left blank | N/A |
| 110 | 8/30/06 | Agreed Settlement Order entered in *United States vs. City of Springfield, et al.*, 06-30123-MAP | In without objection. |
| 111 | 9/13/06 | Revised Agreed Settlement Order entered in *United States vs. City of Springfield, et al.*, 06-30123-MAP | In without objection. |
| 112 | 10/12/00 | Minutes of the Regular Session of the School Committee, produced by Defendants in this case | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 113 | 2/21/02 | Minutes of the Working Session of the School Committee, produced by Defendants in this case | In without objection. |
| 114 | | Intentionally left blank | N/A |
| 115 | 9/19/02 | Minutes of the Working Session of the School Committee, produced by Defendants in this case | In without objection. |
| 116 | 11/21/02 | Minutes of the Working Session of the School Committee, produced by Defendants in this case | In without objection. |
| 117 | | Intentionally left blank | N/A |
| 118 | | Intentionally left blank | N/A |
| 119 | | Intentionally left blank | N/A |
| 120 | 4/3/2006 | Springfield Police Dept., Statistical Information Regarding 2004 IIU Complaints as of March 3, 2006, produced by Defendants in this case | In without objection. |
| 121 | 7/19/06 | Commonwealth of Massachusetts, Secretary of the Commonwealth Elections division, Memorandum to Local Election Officials and attachments, produced by Defendants in this case | In without objection. |
| 121A | 2004 | Election Officers Handbook; Optech Voting Procedures | In without objection. |
| 122 | 12/17/90, 3/6/91 | Commonwealth of Massachusetts, *Richmond v. Croson*, Public Hearings on M/WBEs, Report, Findings and Recommendations by the Massachusetts Commission Against Discrimination | Not offered. |
| 123 | 2/1997 | MCAD, Project LEND Mortgage Lending Testing Project Funded by HUD, February 1997 | In without objection. |
| 124 | | Map illustrating nine district City Council plan described in John Harmon's affidavit | In without objection. |
| 125 | | Map illustrating six district School Committee plan described in John Harmon's affidavit – Plaintiffs' plan based on precincts | In without objection. |
| 125A | | Map illustrating six district School Committee plan described in John Harmon's affidavit – Plaintiffs' plan based on census blocks | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 126 | | Map indicating where present and former Springfield City Councilors, School Committee Members, and candidates live, produced by Defendants | In without objection. |
| 126A | | Map indicating where present Springfield City Councilors and School Committee Members live | In without objection. |
| 127 | 5/24/05 | Report on a Comprehensive Study of the Springfield Police Department from Carroll Buracker & Associates, Inc., produced by Defendants | In without objection. |
| 128 | 7/17/65 | "Police Accused of 'Brutality' At Local Club," Springfield Daily News, July 17, 1965, at 1, 3 | Not offered. |
| 129 | 6/22/65 | "Representative O'Brien Backs Police," Springfield Daily News, July 22, 1965, at 1, 5 | Not offered. |
| 130 | 7/27/65 | "Negroes Here Win Plea 7 Accused of Brutality Stay Out of Tension Area," Springfield Daily News, July 27, 1965, at 1, 9 | Not offered. |
| 131 | 7/27/65 | "Police Department Not Making Own Probe," Springfield Daily News, July 27, 1965, at 1, 4 | Not offered. |
| 132 | 7/29/65 | "Sworn Statements by Police Accused of Brutality Perused by Commissioners," Springfield Daily News, July 29, 1965, at 28. | Not offered. |
| 133 | 10/16/69 | "Curfew to Be Lifted If City Remains Calm," Springfield Daily News, Oct. 16, 1969, at 1, 2 | Not offered. |
| 134 | 10/16/69 | "28 Plead Innocent in Disturbance," Springfield Daily News, Oct. 16, 1969, at 1, 2 | Not offered. |
| 135 | 11/5/69 | "Race Conflict Explodes at Tech High School," Springfield Daily News, Nov. 5, 1969, at 1, 2 | Not offered. |
| 136 | 11/7/69 | "Tech High Closed, Fights Erupt Outside," Springfield Daily News, Nov. 7, 1969, at 1 | Not offered. |
| 137 | 11/8/69 | "City Works to Pacify Its School," Springfield Daily News, Nov. 8, 1969, at 1, 2 | Not offered. |
| 138 | 9/24/71 | "9 Injured in Tech High Fighting," Springfield Daily News, Sept. 24, 1971, at 1 | Not offered. |
| 139 | 9/28/71 | "Police Keep watch on City's Schools," Springfield Daily News, Sept. 28, 1971, at 1, 2 | Not offered. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 140 | 9/28/71 | "Blacks Want Reply Within 72 Hours," Springfield Daily News, Sept. 28, 1971, at 1, 2 | Not offered. |
| 141 | 10/2/71 | "Police Will Keep Watch When High Schools Reopen," Springfield Daily News, Oct. 2, 1971, at 1, 2 | Not offered. |
| 142 | 8/27/75 | "Officer Slays Man in Break Attempt," Springfield Daily News, Aug. 27, 1975, at 1, 2 | Not offered. |
| 143 | 8/28/75 | "Mayor Issues Plea for Peace in City," Springfield Daily News, Aug. 28, 1975, at 1, 2 | Not offered. |
| 144 | 8/29/75 | "Latest Shooting Disturbs Anxious City Officials," Springfield Daily News, Aug. 29, 1975, at 1, 10 | Not offered. |
| 145 | 7/28/88 | Buffy Spencer & Sandra Constantin, "Police Face Accusation Of Brutality," Union-News July 28, 1988, at 1 | Not offered. |
| 146 | 7/6/94 | Brian Melley, "Chief To Send Police Party Probe To FBI," Union-News, July 6, 1994, at 1 | Not offered. |
| 147 | 7/6/96 | Michael McAuliffe & Carol Malley, "White Officer Linked To Call," Union-News, July 6, 1996, at A1 | Not offered. |
| 148 | 7/22/96 | D.L. Stephenson, "Racial Crisis Possible Says Albano," Union-News, July 22, 1996, at B1 | Not offered. |
| 149 | 11/10/96 | David Kelly, "Clash Of Race And Perception - Melee Stirs The Pot Of Discontent," Republican, Nov. 10, 1996, at A1 | Not offered. |
| 150 | 1/26/97 | Carol Malley & Buffy Spencer, "Switch to Wards Would Be Costly, Complex," Republican, January 26, 1997 at A1. | Not offered. |
| 151 | 8/27/97 | Rhonda Swan, "FBI Agrees To Investigate NAACP Letter – Albano's Appeal Successful," Union-News Aug. 27, 1997, at A1 | Not offered. |
| 152 | 11/27/97 | Jack Flynn, "Officer Suspended 1 Year – Kicking Incident Prompts Decision By Commissioners," Union-News, Nov. 27, 1997, at A1 | Not offered. |
| 153 | 4/2/99 | Kevin Claffey, "City Pays Women In Spray Incident," Union-News, Apr. 2, 1999, at A9 | Not offered. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 154 | 6/6/99 | Peter Goonan, "City Reveals $700,000 Schoolfield Settlement - Result Of Paper's Suit," Republican, June 6, 1999, at A1 | Not offered. |
| 155 | 8/22/06 | Map created by Daniel Marrier: "Springfield Language Proficiency Distribution (Percentage of Linguistically Isolated Households)," provided by Defendants | In without objection. |
| 156 | 8/22/06 | Map created by Daniel Marrier: "Springfield Language Proficiency Distribution (Number of Linguistically Isolated Households)," provided by Defendants | In without objection. |
| 157 | | Intentionally left blank | N/A |
| 158 | 4/24/04 | Peter Goonan, "Ryan Seeks Ward Representation," Republican at B1 | Not offered. |
| 159 | 9/2006 | "A Demographic and Economic Analysis Of the City of Springfield" (Draft), prepared by the Pioneer Valley Planning Commission | In without objection. |
| 159A | 9/2006 | "A Demographic and Economic Analysis Of the City of Springfield" (Final Version), prepared by the Pioneer Valley Planning Commission | In without objection. |
| 160 | 2003 | Power Point Presentation, Massachusetts Perinatal Disparities Project, "Moving Data into Action at the Community Level" | In without objection. |
| 160A | | Powerpoint Presentation, Massachusetts Perinatal Disparities Project, "Moving Data into Action" | In without objection. |
| 161 | 12/11/03 | Pioneer Valley Planning Commission, "Owning a Place to Call Home: An Analysis of Fair and Subprime Lending in the Springfield Metropolitan Area" | In without objection. |
| 162 | | City of Springfield, MA Analysis of Impediments to Fair Housing | In without objection. |
| 163 | 10/1/03 | North End Strategic Plan, prepared for the North End Outreach Network (NEON) by the Center for Reflective Community Practice (CRCP) at MIT | Pages 4-5 & 7 only, in without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 164 | 2006 | Massachusetts Department of Education, "Springfield – Enrollment/Indicators" | In without objection. |
| 165 | 2006 | Massachusetts Department of Education, "2006 MCAS Results by Subgroup – Springfield by Grade then Subject" | In without objection. |
| 166 | 9/21/92 | Letter from Stephen H. Rosenbaum (Chief, Voting Section, Civil Rights Division, U.S. Department of Justice) to James Sullivan (Chairman, Election Commission, City of Springfield) regarding bilingual requirements of Section 203 of the Voting Rights Act, produced by Defendants in this case | Contested. Plaintiffs offer to show notice. |
| 167 | 8/31/04 | Letter from R. Alexander Acosta (Assistant Attorney General, U.S. Department of Justice, Civil Rights Division) to William Metzger (Springfield City Clerk) regarding minority language election information requirements of Section 203 of the Voting Rights Act, produced by Defendants in this case | Contested. Plaintiffs offer to show notice. |
| 168 | 7/19/06 | Letter from Wan J. Kim (Assistant Attorney General, U.S. Department of Justice, Civil Rights Division) to Edward M. Pikula (City Solicitor - Springfield) regarding filing of lawsuit on behalf of US against Springfield pursuant to Sections 203 and 208 of the Voting Rights Act, produced by Defendants in this case | Not offered. |
| 169 | 8/2/06 | Complaint from *United States vs. City of Springfield, et al.*, 06-30123-MAP | In without objection. |
| 170 | 2003 | David Buchanan, Susan Shaw, Amy Ford and Merrill Singer, "Empirical Science Meets Moral Panic: An Analysis of the Politics of Needle Exchange," *Journal of Public Health Policy*, Vol. 24, Nos. 3/4 | In without objection. |

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 171 | 4/2004 | Presentation by Susan Shaw, Juhem Navarro, Jim Vivian and Merrill Singer, Hispanic Health Council (Hartford, CT), "Results of the Community Attitudes Survey, Springfield MA, April 2004" | In without objection. |
| 172 | 10/20/97 | Order of Springfield City Council, amending 1997 Rules and Orders of the City Council to add Rule 42, creating a 3-person Civil Rights and Race Relations Committee | In without objection. |
| 173 | | Springfield Political Map Post Nov-2001 | Not offered. |
| 174 | 11/1998 | City of Springfield Election Results | In without objection. |
| 175 | 11/1997 | City of Springfield Election Results | In without objection. |
| 176 | | Tables containing data for Springfield City available from the following web pages for the Lewis Mumford Center for Comparative Urban and Regional Research, the University at Albany SUNY: http://mumford.albany.edu/census/data.html and http://mumford.albany.edu/census/integratedpages/IntegratedMSAEntrance.htm | Not offered. |
| 177 | Undated | City of Springfield 2005 Census Annual Street Listing (Blank Form) | In without objection. |
| 178 | Undated | City of Springfield 2007 Census Annual Street Listing (Blank Form) | In without objection. |
| 179 | 2/2/2007 | Massachusetts Department of Education, "2006 Graduation Rate Report by District and by Race/Ethnicity" | In without objection. |
| 180 | Undated | Ordinance establishing Human Relations Commission, Springfield, MA | In without objection. |
| 181 | Undated | Report of the Human Relations Commission, Task Force on Purposes and the Community Education Committee | In without objection. |
| 182 | Undated | Human Relations Commission, Springfield, MA | In without objection. |
| 183 | 1/1962 | Report of the Human Relations Commission, Springfield, MA | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 184 | 1962 | City of Springfield Human Relations Commission Annual Report for 1962 | In without objection. |
| 185 | 12/1963 | Annual Report of the City of Springfield Office of Intergroup Relations, 1963 | In without objection. |
| 186 | 6/1964 | Semi-Annual Report of the City of Springfield Office of Intergroup Relations, January 1 to June 30, 1964 | In without objection. |
| 187 | 12/1965 | Annual Report of the City of Springfield Office of Intergroup Relations, 1965 | In without objection. |
| 188 | 11/29/66 | Human Relations Commission, Springfield, MA Annual Report, 1966 | In without objection. |
| 189 | 12/5/67 | Human Relations Commission, Springfield, MA Annual Report, 1967 | In without objection. |
| 190 | 12/5/68 | Human Relations Commission, Springfield, MA Annual Report, 1968 | In without objection. |
| 191 | 12/15/69 | Human Relations Commission, Springfield, MA Annual Report, 1969 | In without objection. |
| 192 | 12/15/70 | Human Relations Commission, Springfield, MA Annual Report, 1970 | In without objection. |
| 193 | 5/12/72 | Human Relations Commission, Springfield, MA Annual Report, 1971 | In without objection. |
| 194 | 2/16/73 | Human Relations Commission, Springfield, MA Annual Report, 1972 | In without objection. |
| 195 | 1974 | Human Relations Commission, Springfield, MA Annual Report, 1973 | In without objection. |
| 196 | 9/26/05 | Certified copy of Memorandum of Decision and Order on Cross Special Motions to Dismiss Pursuant to G.L.c.231, &59H, *Jeffrey M. Asher v. Joseph Bowman*, Commonwealth of Massachusetts, Hampden, ss., Superior Court Civil Action No. 04-1209 | Not offered. |
| 197 | 1/27/94 | Certified copy of Adminstrative record, *McFarlin v. Springfield Police Department*, Massachusetts Civil Service Comission Docket No. D-4748. | In without objection. |

LIBA/1773381.1

| Trial Exhibit Number | Date | Description | Status |
|---|---|---|---|
| 198 | 12/7/04 | Plaintiffs' First Amended Complaint, *Toledo et al. v. IBPO, Local 364, et al.*, C.A. No. 04-CV-30163-MAP | Not offered. |
| 199 | Undated | November 2005 Election and November 2004 Election Precinct Rankings by Number of Spanish Surnamed Voters, produced by Defendants | In without objection. |
| 200 | 9/28/06 | Letter from John Russ and Veronica Jung to Edward Pikula attaching Spanish surname analysis based on July 2006 voter registration list | In without objection. |
| 201 | | Intentionally left blank | N/A |
| 202 | 9/13/05 | Masschusetts Perinatal Disparaties Project, Final Project Report | In without objection. |
| 203 | 11/2004 | Poll Monitor Reports from November 2004 Election in Springfield, MA, completed by Christina Densmore, Tory Field and Keely Malone | In without objection. |
| 204 | 2006 | Springfield Enrollment/Indicators | In without objection. |
| 205 | | Springfield NCLB Report Card 2005-2006 | In without objection. |
| 206 | 2/15/2007 | Marjorie Hurst, "I Know Why the Caged Bird Screams," *Point of View*. | In without objection. |
| 207 | 3/2007 | Report by SQI/Jordan Johnson, commissioned by Springfield Finance Control Board, regarding management of Springfield Public Schools | In without objection. |
| 208 | 11/10/97 – 1/20/98 | Records of the City of Springfield City Council Regarding An Act Providing for the Election of City Councilors Within the City of Springfield. | In without objection. |
| 209 | 2/12/2007 | Boundary yields, all students (not just SPS-enrollees); 02-12-2007, produced by Defendants | In without objection. |
| 210 | 2/12/2007 | Boundary yields, SPS students only; 02-12-2007, produced by Defendants | In without objection. |
| 211 | | Chart comparing boundary yields, 2003-2006, produced by Defendants | In without objection. |

17

LIBA/1773381.1

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,


___/s/ Paul E. Nemser_____
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO #651208)
Anna-Marie L. Tabor (BBO #662364)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000



___/s/ Nadine Cohen_____
Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
Dated: March 15, 2007    (617) 988-0609

LIBA/1773381.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2007.

                                           /s/ Paul Nemser
                                    Paul E. Nemser (BBO #369180)

LIBA/1773381.1