## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIGUEZ; and DIANA NURSE, | ) ) ) ) ) ) ) ) ) Civil Action No. 05-30080 MAP |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION, | ) ) ) |
| Defendants. | ) ) ) ) |

## DEPOSITION DESIGNATIONS

Plaintiffs submit the following list of deposition designations, which includes both Plaintiffs' designations and Defendants' responsive counterdesignations.

### Designations from the Deposition of Jose Tosado (attached hereto as Exhibit A)

| | | |
|---|---|---|
| 36: 20-22 | 43: 1-19 | 50: 1-2, 9-24 |
| 38: 8-24 | 44: 19-24 | 51: 1-9 |
| 39: 1-23 | 45: 1 | 57: 10-16 |
| 40: 1-15 | 49: 8-24 | |

## Designations from the Deposition of Rosemarie Mazza-Moriarty

### (attached hereto as Exhibit B)

| | | |
|---|---|---|
| 10: 8-24 | 28: 19-24 | 46: 8-13 |
| 11: 1-12 | 29: 1-8 | 56: 15-21 |
| 12: 11-20 | 32: 14-16 | 58: 8-24 |
| 15: 11-18 | 33: 1-8 | 59: 1-3, 8-24 |
| 18: 20-24 | 34: 24 | 60: 11-24 |
| 19: 1-24 | 35: 1-8 | 61: 1-17 |
| 20: 1, 13-21 | 38: 12-24 | 67: 14-24 |
| 21: 20-23 | 39: 21-24 | 68: 15-24 |
| 22: 1-10 | 40: 1-24 | 69: 1-5, 8-23 |
| 23: 2-13 | 41: 1-8 | 70: 6-23 |
| 24: 14-23 | 43: 1-11, 18-24 | 72: 15-24 |
| 25: 7-14 | 44: 1-9 | 73: 1-20 |
| 27: 11-24 | 45: 2-14 | |

## Designations from the Deposition of Bud Williams (attached hereto as Exhibit C)

| | | |
|---|---|---|
| 30: 19-24 | 54: 9-21 | 76: 1-15 |
| 31: 1-10, 21-23 | 56: 11-23 | 80: 10-24 |
| 32: 20-24 | 60: 14-24 | 81: 1-24 |
| 33: 1-21 | 61: 1-18 | 82: 1-24 |
| 35: 17-24 | 72: 5-7 | 84: 22-24 |
| 36: 1-3, 13-17 | 75: 19-24 | 85: 1 |

Case 3:05-cv-30080-MAP    Document 177-1    Filed 03/16/2007    Page 3 of 4

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?;
NEW ENGLAND STATE-AREA
CONFERENCE OF THE NAACP; REV.
TALBERT W. SWAN, II; NORMAN W.
OLIVER; DARLENE ANDERSON;
GUMERSINDO GOMEZ; FRANK BUNTIN;
RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,

_/s/ Anna-Marie L. Tabor_
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO #651208)
Anna-Marie L. Tabor (BBO #662364)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

_/s/ Nadine Cohen_
Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108

Dated: March 16, 2007           (617) 988-0609

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Deposition Designations were filed electronically with this Court on this 16th day of March, 2007 and that all parties will be served via the Court's electronic filing system.

_/s/ Anna-Marie L. Tabor_
Anna-Marie L. Tabor (BBO #662364)

# EXHIBIT A

0001
1            UNITED STATES DISTRICT COURT
2            DISTRICT OF MASSACHUSETTS
3               C.A. No. 05-30080-MAP
4
5    ************************************
6    ARISE FOR SOCIAL JUSTICE, ET AL,  *
7            Plaintiffs      *
8    vs.                     *
9    CITY OF SPRINGFIELD and
10   SPRINGFIELD ELECTION COMMISSION,  *
11          Defendants       *
12   ************************************
13
14        DEPOSITION OF:  JOSE TOSADO
15     CITY OF SPRINGFIELD LAW DEPARTMENT
16            36 Court Street
17         Springfield, Massachusetts
18        October 18, 2005  10:30 a.m.
19
20
21            GAYLE OHMAN
22      CERTIFIED SHORTHAND REPORTER
23             #1353S94
24
0002
1    APPEARANCES:
2
3    Representing the plaintiffs:
4        GOODWIN PROCTER, LLP
5        Exchange Place
6        Boston, MA  02109
7        BY:  WILLIAM J. CONNOLLY, III, ESQ.
8            MONICA M. FRANCESCHINI, ESQ.
9        (617) 570-1000  FAX: 523-1231
10
11       LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER
12       LAW OF THE BOSTON BAR ASSOCIATION
13       294 Washington Street, Suite 443
14       Boston, MA  02108
15       BY:  NADINE COHEN, ESQ.
16       (617) 482-1145  FAX: 482-4392
17
18   Representing the defendants:
19       CITY OF SPRINGFIELD LAW DEPARTMENT
20       36 Court Street

21    Springfield, MA  01103
22    BY:  DEANNE ROSS, ESQ.
23    (413) 736-2725
24
0003
1              I N D E X
2  WITNESS:      JOSE TOSADO
3
4  EXAMINATION BY:            PAGE:
5  Mr. Connolly              4
6
7  EXHIBIT                 PAGE
8  Exhibit Number 1, Subpoena..................7
9  Exhibit Number 2, The Springfield Republican
10         newspaper article..............86
11
12
13
14
15
16
17
18
19
20
21
22
23
24
0004
1      (Deposition commenced at 10:35 a.m.)
2
3      JOSE TOSADO, Deponent, having been duly
4  sworn, deposes and states as follows:
5
6      EXAMINATION BY MR. CONNOLLY:
7
8      Q.    Good morning, Mr. Tosado.  My name
9  is Bill Connolly, I'm an attorney representing
10  the plaintiffs in this lawsuit.  With me here
11  today is Nadine Cohen from the Lawyers'
12  Committee for Civil Rights Under Law of the
13  Boston Bar Association.  She is co-counsel with
14  me and also representing the plaintiffs.
15         And also here today is Monica
16  Franceschini.  She works with me at Goodwin

24  election?
0036
1     A.    That's correct.
2     Q.    Richard Mundo did not win?
3     A.    Correct.
4     Q.    When did Mr. Mundo run for city
5  council?
6     A.    I don't know.  Early 80's I guess.
7     Q.    Mr. Reevis and Mr. Mundo are both
8  Latino gentlemen?
9     A.    That's correct.
10    Q.    How did Mike Reevis do in the
11  election other than the fact that he didn't win?
12    A.    I don't know, those are my early
13  days.  I was very astute so I didn't keep track
14  of how many votes you got in particular sections
15  of the city.  I just know he lost.
16    Q.    Did he come close at all to
17  winning?
18    A.    I don't recall, but I doubt it.
19    Q.    Why would you doubt it?
20    A.    Because my recollection many of the
21  Latino candidates who have run have not been
22  able to get large support across the city.
23    Q.    So this would have been in the case
24  in the 70's?
0037
1     A.    Very much so.
2     Q.    How about today?
3     A.    Well, most recent elections for
4  city council other than myself was Alex Cortez
5  who ran over the past two election cycles, and
6  he was able to get more support I suspected than
7  other people.  I think the support came from
8  pretty much from Ward 1 and Ward 2.  And besides
9  Cortez Lois Garcia who also ran probably back in
10  the mid '90's.
11    Q.    What did Mr. Garcia run for?
12    A.    He ran in two elections.  He ran an
13  election -- his first election was for city
14  council, his second election was for school
15  committee.
16    Q.    Did you work at all with Mr. Garcia
17  on his campaign?
18    A.    Yes, I did.  And I don't recall his
19  numbers, but I don't think he made the top 12.

20     Q.    Not top 12.  This would be the city
21  council election?
22     A.    Right.  There's nine seats, but,
23  you know, if you get up in the top 12 you're
24  doing okay in terms of a future run if possible.
0038
 1     Q.    Do you recall how Mr. Mundo did in
 2  his election?
 3     A.    Yeah, I really don't.
 4     Q.    Is it fair to say that he like Mr.
 5  Reevis he wasn't able to obtain a broad base of
 6  support from voters?
 7     A.    That's probably a fair statement.
 8     Q.    Why is it that neither Mr. Reevis
 9  nor Mr. Mundo were able to generate a broad base
10  of voter support for their elections?
11     A.    I can only give you my opinion for
12  whatever it's worth.
13     Q.    What is your opinion?
14     A.    They didn't have the money that it
15  takes in order to run a well-organized campaign
16  to get your message out, the resources were very
17  limited.  It requires contacts, you know, and
18  you always start with a circle of friends and
19  family, and neither of them has a very large
20  family.
21          I think it requires contacts.  Most
22  of the people who ran for city council who were
23  Latino pretty much did not grow up in the city;
24  like Mike and Richy they're from New York.
0039
 1  Louis Garcia -- they're from New York, they're
 2  all transplants, primarily most of them have
 3  been.
 4          You know, it's helpful if you grew
 5  up in the city and you have a natural access to
 6  people that you grew up with.  It's still pretty
 7  much a pretty parochial kind of city.
 8          So that if you don't have the
 9  contacts you can't reach out to raise the money
10  that's needed.  And so I would say that, at
11  least part of it.
12     Q.    What does it take to raise enough
13  money to run a successful campaign in
14  Springfield?
15     A.    A lot of hard work.

16     Q.    Where are the funds available from?

17     A.    Wherever you can seek them

18 basically.

19     Q.    Is the Latino community considered

20 a source of adequate funds to mount to a

21 successful campaign?

22     A.    Not a citywide campaign, no.  It's

23 a poor community.

24     Q.    What about the African American

0040

1 community, is that considered a source of

2 sufficient funds to mount a campaign?

3     A.    More so funds than the Latino

4 community sufficiently to run a citywide

5 campaign?  I would venture to say not, but again

6 I'm not sure.

7     Q.    Is it fair to say, and correct me

8 if I'm wrong, that that would be an accurate

9 description of circumstances today?

10     A.    I was speaking in terms of today,

11 yeah.

12     Q.    This would be for both the African

13 American community and the Hispanic community as

14 a source of campaign funds?

15     A.    That would be true.

16     Q.    Other than -- I think I'm going to

17 miss one name -- but other than Mr. Reevis,

18 Mr. Mundo, Miss Rosa and Mr. Garcia do you

19 recall any other Latino candidates for either

20 school committee or city council?

21     A.    Yes.

22     Q.    And who were those candidates?

23     A.    My earliest recollection there was

24 someone, a Latino who ran for city council was

0041

1 John Ramos also from New York who hadn't been

2 here very long.

3     Q.    When did he run for city council?

4     A.    I would say like '75 or so.

5     Q.    Who else can you think of?

6     A.    Let's see John Ramos, Richard

7 Mundo, Mike Reevis, Cesar Ruiz -- he ran for

8 school committee.  I believe he won, he was on

9 the school committee.

10     Q.    Do you recall when that was?

11     A.    In the 70's as well.  He also then

12    later ran for state rep and lost.  Let's see.
13    Oh, Edgar Alejandro, he did very well.  He ran
14    for school committee.  I think he came in
15    twelfth actually.
16        Q.    He came in twelfth for the school
17    committee?
18        A.    For city council.  He was also from
19    New York but he had a big circle of friends.  He
20    was East Forest Park.  He was a hockey coach at
21    Cathedral High School which is a parochial
22    school in the city.  He had a large circle of
23    friends so he did very well.
24        Q.    But he came in twelfth?
0042
1         A.    He came in twelfth.  Who else for
2    city council?  I can't recall anybody else.  For
3    school committee you had I guess Victor Davular
4    has run a couple of times, and he's currently
5    running.  Oh, Gumersindo Gomez, one of the
6    plaintiffs, of course.  He ran for city council.
7    He's also a native of Springfield.  That's what
8    I recall as of right now.
9         Q.    You think the reason why Mr. Gomez
10    wasn't elected to city council is because he
11    wasn't a native of Springfield?
12        A.    I don't think there's one reason.
13    I think there's many different variables that
14    fall into play.  I do believe that having --
15    again, it's a very parochial system, and
16    sometimes it takes a lot of people to kind of
17    warm up to you.  And if you haven't grown up
18    here you haven't made the contacts that are
19    helpful I guess.
20            I mean, that's one reason.
21    Obviously the other reason is money, and two, is
22    again, it's difficult to reach out to other
23    sectors of the city if you don't have the
24    contacts.
0043
1         Q.    So when you talk about having
2    contacts, are you referring to contacts with
3    other racial or ethnic groups within the city?
4         A.    Yes.
5         Q.    Do you --
6         A.    And sometimes even within your own.
7    One of the reasons Edgar Alejandro he probably

8   could have done better was that he didn't have
9   the contacts in the Hispanic community because
10  he didn't grow up there.
11          I think he did very well in the
12  white neighborhoods actually, and I think a lot
13  of it has to do with who he was as a person.  I
14  think the whole hockey connection which is like
15  a cult helped him out as well.
16          But he didn't grow up in the city
17  or the north end, and he didn't have the Latino
18  connections in his particular case.  I wouldn't
19  say that's true of the others.
20      Q.    Why is it that you think it's
21  important for a successful candidate to have
22  contacts with other groups within the city?  For
23  example, white voters or African American
24  voters?
0044
1       A.    Exposure.  I mean, you can do very
2   well within your particular ethnic group, and
3   you can be invited to their houses for coffee
4   hours and they can do fund-raisers for you, but
5   other ethic groups can bring you into their
6   neighborhood and introduce you and have coffee
7   hours for you and give you the exposure, you
8   know, to other sections, not only to the ethnic
9   groups but also to other sections of the city.
10      Q.    And is the purpose of having
11  contacts with white voters, for example, is the
12  purpose of having those contacts to obtain the
13  support of particular individuals who might
14  convince others to vote for you?
15      A.    Well, I would just rephrase that to
16  say the purpose of having contacts with anybody
17  if you're running for office is to gather
18  support.
19      Q.    Do you think it's more important
20  to have contacts or more important to have money
21  to win elections?
22      A.    I don't think they're exclusive.
23      Q.    If you had to rank them how would
24  you rank them?
0045
1       A.    It's like the chicken or the egg.
2       Q.    Do you know whether the other
3   Latino candidates who have run for city council

21   for a candidate to have contacts?
22        A.     Uh-huh.
23        Q.     You think that your participation
24   in these organizations has given you the kind of
0049
1    contacts that you need to be a successful
2    candidate?
3        A.     Yeah, I think it was helpful.
4        Q.     Would it also be fair to say that
5    you're considered to be a leader within your
6    community in the City of Springfield?
7        A.     I would say that's fair.
8        Q.     Seems like it to me.  What is the
9    Latino Breakfast Club?
10       A.     It's pretty much a civic group I
11   founded in the 1990's with my friend Edgar
12   Alejandro basically as a way to create
13   networking opportunities for other Latinos.
14            Edgar and I had the advantage of
15   having a lot of access to organizations and to
16   people who are considered important in the city
17   and the region.
18            So we were able to get and to come
19   and meet on a monthly basis over breakfast and
20   talk to us about issues that affect our
21   community or impact our community.  But it also
22   created opportunities for other Latinos who are
23   professionals in their own fields to get to know
24   each other so if they ever need something they
0050
1    can pick up a phone and be able to call
2    somebody.
3        Q.     You mentioned that issues that
4    affected our community.  What types of issues
5    did the Latino Breakfast Club seek to get a
6    dialogue going on?
7        A.     Health, the health of the Latino
8    community, education, employment.
9        Q.     Are there issues relating to health
10   which are unique to the Latino community?
11       A.     Absolutely.
12       Q.     And generally what would those
13   issues be?
14       A.     The Latino community has the
15   highest rates of infection with HIV and AIDS
16   across the state; particularly Hispanic numbers

17    are the fastest growing segment.  Early
18    childhood health issues because the lack of
19    insurance and access to health -- to adequate
20    health care.
21        Q.    What about in the area of
22    education, what are the issues that are specific
23    to the Latino community?
24        A.    Latinos have the highest rate of
0051
1    dropout.  They have the lowest performance of
2    standardized test scores, the lowest rates of
3    acceptance, entrance into educations of higher
4    learning, highest rates of truancy.
5        Q.    And in the area of employment?
6        A.    Probably one of the most highest
7    unemployment rate I would imagine.  Low wages,
8    you know, needing to work more than one job to
9    make ends meet.  The whole shabang.
10        Q.    How about discrimination, is that
11    an issue with the Latino Breakfast Club?
12        A.    No, we didn't address that
13    specifically.
14        Q.    You believe that discrimination is
15    an issue that affects the Latino community in
16    Springfield?
17        A.    I think discrimination is an issue
18    in America.
19        Q.    In America?
20        A.    Yes.
21        Q.    What about in Springfield
22    specifically?
23        A.    Part of America.  Yeah, it's an
24    issue.
0052
1        Q.    Other than health education and
2    employment issues what other types of issues
3    does the Latino Breakfast Club concern itself
4    with?
5        A.    I think those are the big three.
6    And, again, a lot of it is bringing in people to
7    address and discuss our issues.  Most recently
8    we had Tim Collins who is the president of the
9    Springfield Education Association.  He was our
10    September speaker, and he came to talk to us
11    about the impact of 400 new teachers into the
12    Springfield public schools.

5  idea to join the lawsuit?
6      A.    As I said earlier the level of
7  frustration of the inability to get people of
8  color, and our particular concern Latinos
9  elected to office, and have a seat around the
10  table to make decisions that affect our lives.
11      Q.    And this happened in 1997; correct?
12      A.    Yeah.  You probably know the date
13  better than I do.
14      Q.    Does that sound right to you?
15      A.    Sounds about right.
16      Q.    And what was the reason why Latinos
17  had been unable to gain access to the table
18  issue as you pointed out?
19      A.    Well, it's for all the reasons
20  we've just been discussing over the past course
21  of an hour in terms of what it takes to run an
22  effective campaign which is money, which is
23  organization, which is access to people.
24      Q.    But the lawsuit was a challenge to
0057
1  the way that the elections were conducted; isn't
2  that right?
3      A.    Explain, I'm not sure what you
4  mean.
5      Q.    Well, was one of the purposes of
6  the lawsuit to have the existing at large
7  election system changed to a ward representation
8  system?
9      A.    Yes.
10      Q.    So did you believe that the at
11  large form of election was prohibiting or
12  preventing Hispanics, qualified Hispanic
13  candidates from being elected?
14      A.    Yes.
15      Q.    You believe that's the case today?
16      A.    Yes.
17          MR. CONNOLLY:  I need to take a
18      couple of minutes.
19
20          (Short break taken)
21
22          MR. CONNOLLY:  Back on the record.
23      Q.    (By Mr. Connolly)  When was the
24  first time you ran for public office?
0058

# EXHIBIT B

0001
1          UNITED STATES DISTRICT COURT
2          DISTRICT OF MASSACHUSETTS
3              C.A. No. 05-30080-MAP
4
5   ************************************
6   ARISE FOR SOCIAL JUSTICE, ET AL,  *
7            Plaintiffs     *
8   vs.                     *
9   CITY OF SPRINGFIELD and       *
10  SPRINGFIELD ELECTION COMMISSION,  *
11           Defendants     *
12  ************************************
13
14    DEPOSITION OF:  ROSEMARIE MAZZA-MORIARTY
15    CITY OF SPRINGFIELD LAW DEPARTMENT
16          36 Court Street
17        Springfield, Massachusetts
18        October 20, 2005  10:00 a.m.
19
20
21         GAYLE OHMAN
22      CERTIFIED SHORTHAND REPORTER
23           #1353S94
24
0002
1  APPEARANCES:
2
3  Representing the plaintiffs:
4     GOODWIN PROCTER, LLP
5     Exchange Place
6     Boston, MA  02109
7     BY:  WILLIAM J. CONNOLLY, III, ESQ.
8         MONICA M. FRANCESCHINI, ESQ.
9     (617) 570-1000  FAX: 523-1231
10
11   Representing the defendants:
12     CITY OF SPRINGFIELD LAW DEPARTMENT
13     36 Court Street
14     Springfield, MA  01103
15     BY:  DEANNE ROSS, ESQ.
16     (413) 736-2725
17
18
19
20

21
22
23
24
0003
1             I N D E X
2  WITNESS:     ROSEMARIE MAZZA-MORIARTY
3
4  EXAMINATION BY:            PAGE:
5  Ms. Francheschini        4/74
6  Ms. Ross:            71
7
8  EXHIBIT                PAGE
9  Exhibit Number 1, Subpoena.................5
10  Exhibit Number 2, Order for city council...46
11  Exhibit Number 3, Press release............60
12  Exhibit Number 4, Announcement.............61
13  Exhibit Number 5, Handwritten document.....66
14
15
16
17
18
19
20
21
22
23
24
0004
1        (Deposition commenced at 10:15 a.m.)
2
3        ROSEMARIE MAZZA-MORIARTY, Deponent, having
4  been duly sworn, deposes and states as follows:
5
6        EXAMINATION BY MS. FRANCESCHINI:
7
8        Q.    Good morning, Ms. Mazza-Moriarty.
9        A.    Good morning.
10        Q.    My name is Monica Franceschini with
11  the lawfirm of Goodwin Procter.  I represent the
12  plaintiffs in this case.  And with me is Bill
13  Connolly who also represents the plaintiffs from
14  Goodwin Procter.
15            We've agreed to waive objections
16  except as to form, and to waive the notarizing

5   was a laborer who died when I was really young,
6   and my grandmother on his side never worked to
7   my knowledge.
8       Q.    You said your grandfather on your
9   mother's side was a former city councilor?
10      A.    He was.
11      Q.    When was he a city councilor?
12      A.    In the early 60's.  The late 50's,
13  early 60's.  He served with Charlie Ryan.
14      Q.    And did you say he was also a state
15  representative?
16      A.    Yes.
17      Q.    When was that?
18      A.    I think up until the late 70's,
19  maybe early 80's.
20      Q.    And you're married?
21      A.    Yes.
22      Q.    What does your husband do?
23      A.    He works for the City of
24  Springfield at the Hampden County Employment and
0011
1   Training Consortium.
2       Q.    Is it fair to say then that your
3   family is generally well known in the City of
4   Springfield?
5       A.    Yes.
6       Q.    And that your family is well known
7   in city politics?
8       A.    Yes.
9       Q.    Where do you currently live?
10      A.    In East Springfield.
11      Q.    What's your address there?
12      A.    95 Osborne, O-S-B-O-R-N-E, Terrace.
13      Q.    How long have you lived there?
14      A.    About 15 years.
15      Q.    Where did you live before that?
16      A.    75 Osborne Terrace.
17      Q.    How long did you live at 75 Osborne
18  Terrace?
19      A.    41 take away 15, all my previous
20  years.
21      Q.    What ward is that?
22      A.    Ward 2.
23      Q.    And if you were to -- what
24  neighborhood is that, is that also East
0012

1  Springfield?
2      A.    Yes.  It includes part of Hungry
3  Hill and a portion of Indian Orchard too I
4  believe.
5      Q.    Do any other current city council
6  members live in your ward?
7      A.    No.
8      Q.    Do any current school committee
9  members live in your ward?
10     A.    No.
11     Q.    Do you know what the racial or
12  ethnic make-up of the neighborhood you live in
13  is?
14         A.    I don't know it.  It's definitely
15  mixed and it's definitely changing.  I would
16  guess it's probably more white than black or
17  Hispanic.  But the black population is growing
18  or has grown maybe in the last five or ten years
19  as well as the Hispanic population, but more so
20  the black.
21            That's just an educated guess too.
22  I'm traveling the neighborhood.
23     Q.    Do you know the racial or ethnic
24  make-up of Ward 2?
0013
1      A.    No.
2      Q.    Let me go back for a minute to just
3  a question that I forgot to ask you earlier.
4  Other than your lawyer did you speak with anyone
5  about your testimony today?
6      A.    I spoke with the previous or the
7  councilors who have testified previously.  Not
8  necessarily what was going to be testified just
9  about how long they were here and, you know,
10  general conversation.
11     Q.    Who did you speak to?
12     A.    Councilor Rooke and Councilor
13  Tosado.
14     Q.    When did you speak to them?
15     A.    Last night.
16     Q.    Did you discuss any of the
17  substance of your testimony?
18     A.    No.
19     Q.    What did they tell you?
20     A.    They were here for approximately
21  three hours, that it was very easy conversation

22   during that time.  Really that was about it.
23        Q.    What's your current employment?
24        A.    I'm a housewife/homemaker or city
0014
1    councilor I guess.
2         Q.    Do you have children?
3         A.    I do.
4         Q.    How many?
5         A.    I have three boys.
6         Q.    That's a full-time job I can
7    imagine.
8         A.    It definitely has its moments.
9         Q.    Before you were a full-time mother
10   and a city councilor what was your profession?
11        A.    I was a school teacher.
12        Q.    Where did you teach?
13        A.    The High School Commerce here in
14   Springfield.
15        Q.    For how long?
16        A.    For about two and a half years.
17        Q.    What grade?
18        A.    Ninth.
19        Q.    And before you were a teacher?
20        A.    I worked as a coordinator and
21   educator in an adult training program here in
22   Springfield.
23        Q.    For how long did you do that?
24        A.    That was probably about four and a
0015
1    half years.
2         Q.    Before that?
3         A.    I worked as a receptionist for a
4    chiropractic office.  That was about two and a
5    half years.  And I cared for my grandparents who
6    both were diagnosed with Alzheimers for about
7    six years prior to that.
8         Q.    That's very difficult.
9         A.    It had its moments.  With a big
10   family there was lots of support.
11        Q.    Are you involved in any community
12   organizations?
13        A.    I'm a member of the Italian Women's
14   Club here in the City of Springfield.  I
15   participate in the Ward 2 Democratic Committee,
16   I'm involved in the East Springfield
17   Neighborhood Council.  Those are all that come

18   to mind at this moment.
19       Q.    Are there any organizations aside
20   from the ones that you just mentioned that you
21   have been involved in in the past?
22       A.    Nothing that comes to mind.
23       Q.    You said you were involved with the
24   East Springfield Neighborhood Council.  What's
0016
1    your involvement?
2        A.    Really just participating in the
3    monthly meetings.
4        Q.    What's the role of the neighborhood
5    council?
6        A.    They help advise the city, the city
7    council on special permits or zone changes that
8    are happening in their neighborhood as well as a
9    conduit to the police department, the code
10   enforcement department in the City of
11   Springfield of issues that are going on in that
12   particular neighborhood, and community
13   involvement by the residents of that
14   neighborhood.
15       Q.    Can you give me an example of some
16   of the special permits and zone changes that the
17   council may consider?
18       A.    They range from allowing storage of
19   a gas tank on a particular property for a gas
20   station that needs to be approved; whether or
21   not a particular piece of property is zoned
22   appropriately for a particular type of business
23   such as if it's in a residential neighborhood is
24   it appropriate to put a convenience store there.
0017
1    Anything that needs a drive up needs to come
2    before the city council for approval, things of
3    that nature.
4        Q.    And what about an example of things
5    that you or rather that the neighborhood council
6    would advise the Springfield police about?
7        A.    Oh , they range from incidents as
8    having basketball hoops left in the street that
9    kids were playing with, or abandoned houses that
10   should be monitored for squatters, to places
11   that have had break-ins or incidents of
12   destruction in their house, vandalism of their
13   car.

14          Sometimes they get more action if
15  the resident goes to the neighborhood council
16  and then that council approaches the police
17  department with a group of issues similar.  It
18  seems to have more impact on what happens as far
19  as following through.
20      Q.    Are there any things that you
21  haven't described that you also considered to be
22  primary roles of the city council?
23      A.    Not that I think of at this time.
24      Q.    When did you first run for
0018
1  political office?
2      A.    2001.
3      Q.    What position were you running for?
4      A.    City council.
5      Q.    Did you win?
6      A.    Yes.
7      Q.    Against how many other candidates
8  did you run?
9      A.    I don't remember.  I don't think
10  there was a primary that year so there would
11  have been less than 18, but I can't say that for
12  sure.
13      Q.    Do you remember where you finished
14  in the race?
15      A.    I finished third that year.
16      Q.    Do you remember of the candidates
17  who were you running how many were incumbents?
18      A.    All of the incumbents ran so nine
19  of however many were running were incumbents.
20      Q.    So you ran for city council in
21  2001, it was your first campaign?
22      A.    Yes.
23      Q.    And you won placing very high in a
24  field that was very heavy with incumbents?
0019
1      A.    Yes.
2      Q.    What do you attribute your success
3  to?
4      A.    I was involved in every possible
5  neighborhood function not only in East
6  Springfield but everywhere throughout the city
7  to get my name out there, but I also think the
8  notoriety of my family name helped with that.
9          I also used the media and the

10  newspaper for press releases to try to get
11  messages across about how I might be able to do
12  things differently.  And I am related to
13  Mayor Michael Albano -- former Mayor Michael
14  Albano as him and my mother are first cousins.
15  At the time I think that might have helped, I
16  don't know for sure.
17          I can't say that would be the exact
18  case now, but, you know, the association was
19  made during that political campaign that we were
20  related so I would say that probably
21  contributed.
22      Q.    Do you think that your race or
23  ethnicity had anything to do with your success?
24      A.    I think being a female helped me.
0020
1  I don't know if anything else came into play.
2      Q.    You say you used the media for
3  press releases?
4      A.    Uh-huh.
5      Q.    Did you pay for either radio or
6  television time?
7      A.    I did.
8      Q.    What did you primarily use or did
9  you use both?
10      A.    I don't think I used radio during
11  my first election, I used TV and newspaper
12  advertisement.
13      Q.    Did you raise money for your --
14      A.    I personally did not but the
15  committee that was organized on my behalf did.
16      Q.    About how much?
17      A.    I think it was around $30,000 that
18  year.
19      Q.    About how much of that did you
20  spend?
21      A.    Probably almost all of it.
22      Q.    Can you describe the committee?
23      A.    It was made up of family.  My
24  mother was my campaign manager, my father was
0021
1  the treasurer, and I think those are the only
2  ones that had official roles.  But I had aunts
3  and uncles, and my husband participated in
4  meetings, organizational meetings.
5      Q.    How did your campaign raise money?

6   A.   Fund-raisers.

7   Q.   What kind of fund-raisers?

8   A.   We had one at a friend's house in

9  Wilbraham, and I'm sure there were others but

10  they don't come to mind at this moment. I know

11  there were others, I just don't know during that

12  election where else we had them.

13   Q.   Were the fund-raisers at your

14  friend's house in Wilbraham and others that you

15  don't necessarily remember your primary source

16  of fund-raising?

17   A.   Yes.

18   Q.   About how much were people donating

19  when they came to a fund-raiser?

20   A.   It could range from $25 because I

21  know we had one around that level. But the one

22  where we had at Wilbraham I think that was a

23  hundred dollars donation, and I would say that

24  most people gave what we requested at that time.

0022

1   Q.   Did you raise money from

2  Springfield businesses?

3   A.   It has to be a personal

4  contribution so I don't know that, but there

5  were probably people who owned businesses here

6  in Springfield that did contribute.

7   Q.   Did you spend any of your own money

8  on your campaign?

9   A.   I believe I donated about $1500

10  that year to get things started.

11   Q.   Do you know how your fund-raising

12  and spending compared to your opponents?

13   A.   I would say it was about in the

14  middle of the pack.

15   Q.   Why do you say that?

16   A.   I know there were some who raised

17  much more than I did, and continued to have

18  bigger banks than I do, but I would also say

19  there were those who probably did not raise as

20  much funds, even some of the incumbents who

21  relied on other avenues to get re-elected such

22  as name of commission and things of that nature

23  as opposed to spending in advertising. So

24  that's just a guess, I fell in the middle of the

0023

1  pack.

2      Q.    You said you paid for TV and
3   newspaper ads?
4      A.    Uh-huh.
5      Q.    About how much money do you think
6   went toward television?
7      A.    Probably between maybe 5 and
8   $10,000.
9      Q.    Was that to run an ad that you
10  videotaped?
11     A.    Yes.
12     Q.    And what about newspaper?
13     A.    Probably a couple thousand.
14        MS. ROSS:  Can I have copies of
15     that made so I can look at it?
16        MR. CONNOLLY:  Sure.  You mean like
17     right now?
18        MS. ROSS:  Yeah, can I just run and
19     I'll be right back.
20
21        (Short break taken)
22
23        MS. FRANCESCHINI:  Back on the
24     record.
0024
1      Q.    (By Ms. Franceschini)  Of the money
2   that you raised do you know how much of that
3   approximately came from white residents of
4   Springfield?
5      A.    I would say a majority, but again
6   that's just a guess.  I haven't looked at the
7   list of the donors since they gave.
8      Q.    Do you know approximately how much
9   came from African American residents of
10  Springfield?
11     A.    I couldn't say.
12     Q.    The same with Hispanic residents?
13     A.    Right.
14     Q.    What was your campaign strategy?
15     A.    To convince the residents of the
16  City of Springfield that I could do a good job,
17  better than the one that was being done, and
18  that I had a vested interest as a life-long
19  resident as well as mother of -- well, at the
20  time it was two young children, as well as using
21  my background as a teacher and my MBA education
22  to address financial issues that are important

23   to the City of Springfield.
24      Q.    You have a masters in business
0025
 1   administration?
 2      A.    Yes.
 3      Q.    When did you receive that degree?
 4      A.    1992 I think.
 5      Q.    Where did you get your degree?
 6      A.    Western New England College.
 7      Q.    When you were campaigning where did
 8   you campaign?
 9      A.    Everywhere.
10      Q.    Every neighborhood in the city?
11      A.    To the best of my ability.  Usually
12   I'd organize events whether it be a neighborhood
13   meeting or a civic association meeting or a
14   candidate's event.
15      Q.    What neighborhoods did you spend
16   the most time in?
17      A.    I'd spend a lot of time in my
18   neighborhood.
19      Q.    Why?
20      A.    Because they didn't have a
21   representative on the city council, and I felt
22   if they believed that I could be their
23   connection to city government we could have an
24   impact on where things went.
0026
 1      Q.    Do you think you got a lot of
 2   support from people in your neighborhood?
 3      A.    Yes.
 4      Q.    What other neighborhoods did you
 5   campaign in?
 6      A.    We did leaflet drops in East Forest
 7   Park, Sixteen Acres, Hungry Hill, parts of the
 8   south end, and Forest Park.
 9      Q.    Going through those neighborhoods,
10   you said you did leaflet drops East Forest Park,
11   Sixteen Acres, Hungry HIll, the south end, and
12   Forest Park?
13      A.    Uh-huh.
14      Q.    Do you know the racial or ethnic
15   composition at East Forest Park?
16      A.    I would say it's probably majority
17   white, and then very diverse after that as far
18   as the make-up including Russian and Vietnamese.

19     Q.     And Sixteen Acres?
20     A.     Again, probably mostly white, but
21  also having Hispanic and blacks, African
22  Americans who live there.
23     Q.     What about Hungry Hill?
24     A.     I would say probably 40 percent
0027
1  white, and then the rest broken up between
2  Hispanic and African Americans; probably more
3  Hispanic in Hungry Hill than African Americans.
4     Q.     What about the south end?
5     A.     Very diverse, there's probably an
6  equal racial breakup in that neighborhood.
7     Q.     And Forest Park?
8     A.     Predominantly white but mixed.
9     Q.     Did you do anything else to
10  campaign?
11     A.     We had mailings.  That probably
12  encompassed all the activities that I
13  participated in.
14     Q.     Who did you mail to?
15     A.     I believe we had a mailing directed
16  particularly towards seniors as well as the
17  voters who had participated in the last five
18  elections, or some arrangement, it could have
19  been the last two elections or less where they
20  paired down those who had voted in all of the
21  last number of elections whatever it was at that
22  point in time.
23          I believe we did a mailing just to
24  women voters, registered voters, and a Ward 2
0028
1  mailing.
2     Q.     Anything else that you did while
3  campaigning that I haven't covered?
4     A.     Not that I can think of.  Walked in
5  parades and whatever events that were scheduled
6  that was relative to city government I tried to
7  participate in, but nothing out of the ordinary.
8     Q.     Do you know how your campaign
9  strategy compared to other city councilor
10  candidates, campaign strategies in terms of
11  where you campaigned?
12     A.     Well, I know because I spent a lot
13  of time in my own neighborhood relying on their
14  support was different than anybody else's

15 because I was the only candidate from that
16 neighborhood at the time. So I don't think we
17 saw as many of the other candidates as often as
18 they saw me.
19     Q.   Is there a tendency among
20 candidates to campaign in any particular
21 neighborhoods that you're aware of?
22     A.   They tend to campaign in the
23 neighborhoods that have the higher voter turnout
24 in my opinion.
0029
1      Q.    What neighborhoods were those?
2      A.    I believe Ward 7 is the highest.
3 Ward 6 may be second, and Ward 2 may be third of
4 the eight that we have.
5      Q.    And generally what's the racial or
6 ethnic composition if you know it of Ward 7?
7      A.    I don't know it, but I would guess
8 predominantly white.
9      Q.    What about Ward 6?
10     A.    The same.
11     Q.    Who do you consider your support
12 is?
13     A.    My family.
14     Q.    And after your family?
15     A.    I don't know if there is one after
16 my family. Even with that said I'm not sure I
17 believe that a consistent support base outside
18 of my family base exists politically.
19     Q.    Can you identify who those people
20 are by any category?
21     A.    I mean, I relied on the people of
22 East Springfield to carry me through past
23 elections, even the second one that I ran in.
24 But other than that, you know, I wouldn't say I
0030
1 target any particular entity or group, or
2 continually see them participating in any
3 functions that I would say they were my core and
4 couldn't win without them.
5      Q.    If you were to -- if you can, if
6 you were to tell me about what percentage of the
7 people that you think support you are white what
8 would you say?
9      A.    60 percent.
10     Q.    And what about African American

7      A.    Small.  But I would also clarify
8    that by saying when you get a phone call or a
9    message on your machine you don't necessarily
10   know the race of the person who's on the other
11   end, and I have gotten phone calls over the
12   course of my tenure as a city councilor as the
13   issues come up stating support for that so...
14      Q.    Do you think that your support of
15   ward representation has cost you any support
16   among white voters?
17      A.    No.
18      Q.    Have you done any studies of that?
19      A.    No.
20      Q.    Any polls?
21      A.    Nope.
22      Q.    Have you ever conducted a poll for
23   your campaign?
24      A.    No.
0033
1      Q.    When you ran for city council in
2    2001 what were the issues that you ran on as the
3    platform of your campaign?
4      A.    One press release is I would
5    support ward representation.  Another one was
6    that I would be a voice for the neighborhood so
7    that they would be heard on the city council
8    floor when issues came up in front of them.
9            I'm sure there were others, but
10   those two are the ones that stick out at this
11   point in time.
12           MR. CONNOLLY:  Excuse me.  Is the
13      press release in the folder of documents
14      that you gave us?
15           THE WITNESS:  Yes.
16           MR. CONNOLLY:  The press release on
17      ward representation?
18           THE WITNESS:  Yes.  It could be.
19      There were a couple of them in there, I
20      don't know if that one was one of them
21      Q.    (By Ms. Franceschini)  You ran on a
22   platform that you would be -- in part that you
23   would be a voice for the neighborhoods?
24      A.    Uh-huh.
0034
1      Q.    Do you think the neighborhoods
2    lacked a voice on the city council?

3      A.    Yes.
4      Q.    Why do you think that?
5      A.    I think that when you have a
6  council made up of members who are predominantly
7  from one particular neighborhood as much as any
8  councilor tries to participate in the events
9  that are happening in the other neighborhoods of
10  the city they don't necessarily get a true feel
11  of what is happening in that neighborhood as an
12  occasional visitor.
13           I also feel that you don't realize
14  the impact of a special permit or a zone change,
15  maybe not the immediate but long-term where
16  those people who travel the roads and are in the
17  neighborhoods might have a better idea of how a
18  particular business may impact that
19  neighborhood, and so you don't also get that
20  perspective.
21      Q.    Can you think of any examples where
22  you think a particular neighborhood lacks a
23  voice on the city council?
24      A.    I know the Indian Orchard
0035
1  neighborhood has never had a representative on
2  the city council. And I believe or my feeling
3  is that it's been let go, not enough of funds
4  has been dedicated in that particular
5  neighborhood to keep it revitalized as well as
6  maybe even dedicating code enforcement and other
7  city personnel to address the issues that are
8  happening in there.
9           And I would say to a certain extent
10  it's because there's nobody banging on the doors
11  of those department heads saying we need you
12  here today, we need this addressed, we're
13  looking for this. Other organizations have
14  stepped up, like there's an X Main or X Indian
15  Orchard/Main Street partnership now that has
16  become very vocal in the Indian Orchard city
17  council.
18           But if they don't work together
19  then you end up having two entities fighting as
20  opposed to working towards the same means;
21  where if they both went to an elected official
22  that person could then weed through and make a
23  representation, a presentation on behalf of the

20  funds or helping to obtain funds to bring back
21  to the city from the state government.
22      Q.    What was the outcome of that?
23      A.    I lost.
24      Q.    You're currently running for city
0038
1   council?
2       A.    I am.
3       Q.    Why are you running again?
4       A.    Even though there's a control board
5   in place and making most of the decisions that
6   exist eventually they will be gone and I would
7   like to be a part of helping the city have a
8   solid foundation to move forward.
9       Q.    You are clearly on the record as
10  supporting ward representation?
11      A.    Clearly.
12      Q.    What's wrong with the at-large
13  system?
14      A.    I think in order to encourage
15  people to participate in an election you need to
16  have a manageable area, and for any potential
17  candidate to look at trying to garner votes
18  across the entire city is an immediate turn off
19  as well as after examining what other people or
20  previous candidates have spent in order to
21  either attain their seat on the council or
22  become a councilor that knowledge that you need
23  to raise those types of fund is probably the
24  second area that would turn a potential
0039
1   candidate off.  I could go on.
2       Q.    Please do.
3       A.    I believe that as I've stated in
4   the past that a councilor who lives in one
5   neighborhood does not necessarily get the full
6   understanding of the impact of a special permit
7   having not lived in that neighborhood, or the
8   importance of dedicating funds to a particular
9   neighborhood if you don't participate in the
10  activities that are going on in that
11  neighborhood on a regular basis.
12          So I think that those would be
13  reasons why what we have today do not do the
14  best job of serving the City of Springfield
15  because up until recently when the city has had

16  lots of financial difficulties you haven't seen
17  elections with lots of candidates necessarily
18  running to challenge the incumbents, and I would
19  say they were turned off because of the awesome
20  task it would be to run citywide.
21      Q.   You mentioned a couple times that
22  you think that neighborhoods are not -- either
23  don't have a voice or are not represented on the
24  city council.  Is that an accurate
0040
1  characterization
2      A.   Absolutely.
3      Q.   You mentioned Indian Orchard as one
4  of those neighborhoods?
5      A.   Yes.
6      Q.   Are there other neighborhoods that
7  you would say fall in that category?
8      A.   I would say the north end up until
9  recently.  But I would say to that that they've
10  gotten very organized and they've gotten
11  outspoken recently, and not that they have a
12  representative on the city council but they have
13  enough of organizations who are working together
14  to bring attention to the events that happen in
15  their particular neighborhood.
16      Q.   Other neighborhoods other than the
17  north end that you think lack a voice?
18      A.   Probably the south end because they
19  have the highest crime rate probably in
20  Springfield, or one of the highest crime rates.
21  As a residential neighborhood feel that more
22  should be done in that neighborhood to address
23  these issues and it's not.
24          It could be because there's not
0041
1  that one person continually knocking on the
2  doors saying we need the police, or we need the
3  funds and things of that nature, and I think
4  that has an impact on it.
5      Q.   What's the racial or ethnic
6  composition of the south end?
7      A.   I would say it's probably equally
8  dispersed among whites, Hispanics, and black.
9      Q.   You said it has the highest crime
10  rate in the city?
11      A.   I believe it's one.  I know that

12   the Metro section, the downtown area is one of
13   the highest.  But the south end would come very
14   close if not beat them on a regular basis.  And
15   for a residential neighborhood it probably is
16   the highest.
17        Q.    You said earlier that more should
18   be done in the south end?
19        A.    Uh-huh.
20        Q.    What kinds of things do you think
21   should be done that the city council could be
22   involved in?
23        A.    Economic development is one of the
24   things.  They have quite a bit of abandoned
0042
1    property and, therefore, encouraging and
2    supporting businesses that would want to come to
3    the City of Springfield and produce a business
4    which, therefore, generates tax revenue which
5    support having additional police and fire which
6    can then be on the streets to monitor what's
7    going on.  But they also have a density issue so
8    there are a lot of houses and apartment
9    buildings in a small space.
10          So that would be a long range plan
11   on how the city would have to address that, and
12   maybe it means demolishing and using them as a
13   parking lot.  So when police personnel and fire
14   personnel try to address those issues there's a
15   way to maneuver around those neighborhoods and
16   that doesn't currently exist.
17        Q.    Are there other neighborhoods that
18   you think don't have a voice or under
19   represented on the city council?
20        A.    That probably summarizes.
21        Q.    If I were to characterize it
22   differently as wards or parts of the city would
23   anything else come to mind?
24        A.    No.
0043
1        Q.    Do you think the at-large method of
2    election disenfranchises minority voters?
3        A.    Probably to a certain extent.
4        Q.    How?
5        A.    Well, I heard some minority leaders
6    in the communities stand up and say if you don't
7    speak my language you can't represent me, and I

8  believe that to a certain extent and I kind of
9  correlate to the fact that if you don't live in
10  my neighborhood or my backyard you don't exactly
11  know what's going on.
12         So if they don't have that
13  connection no matter how they may try it with
14  the other members of the city council it's not
15  necessarily the same as having the person who
16  lives there or grew up there or understands the
17  culture.
18     Q.    Are there any other ways you think
19  the at-large system disenfranchises the minority
20  voters?
21     A.    I think getting involved and having
22  the candidates to represent them because it is
23  citywide and needing thousands of dollars in
24  order to participate and knowing they're
0044
1  potentially going to be representing the low to
2  middle income and may not be able to raise those
3  types of funds to get their message out
4  citywide.
5     Q.    You think that people in other
6  words are discouraged from running because they
7  don't think they can raise the money necessary
8  to run?
9     A.    I do believe that.
10     Q.    So you mentioned generally that you
11  heard that minority leaders say that if someone
12  doesn't speak their language they can't
13  represent them, and you correlate that to your
14  point about coming from a neighborhood and
15  representing that neighborhood?
16     A.    Yup.
17     Q.    And also the difficulty of raising
18  money in low income neighborhoods where
19  candidates might live and where people who their
20  support base might be?
21     A.    Correct.
22     Q.    Are there other ways that you think
23  the at-large system disenfranchises minority
24  voters?
0045
1     A.    Not that come to mind at this time.
2     Q.    Is it fair to say that you made
3  ward representation one of the central issues of

4   your campaign in 2001?
5       A.   I was going to speak about it
6   whenever the crowd was interested in hearing
7   about that, but I would say that I was more
8   focused on being an independent voice and a
9   voice for the neighborhoods than the promise of
10   being able to change the at-large system.
11   Although I did say that I would do what I could.
12       Q.   Do you see a connection between
13   being a voice for the neighborhood and being an
14   advocate for ward representation?
15       A.   To a certain extent because if the
16   neighborhoods have their voice then it's getting
17   their concerns heard in front of the city
18   council.  And I can only do so much though, and
19   I think any councilor can only do so much no
20   matter how much they want to actually represent
21   a particular neighborhood.
22           I feel comfortable about the things
23   that happen in East Springfield because I live
24   there, I travel through there on a regular
0046
1   basis, and so when issues come up I have no
2   problem speaking about them.
3           But when an issue comes up in
4   Sixteen Acres I'm only in that part of the city
5   on occasion, and, so, therefore, I won't fully
6   understand the impact of a drive-through window
7   at a Burger King.
8           So I do think they correlate and if
9   and when all neighborhoods have representation
10   on the city council then they'll have their
11   voice, and if it's through ward representation
12   that probably will be the easiest way to have
13   that attained.
14       Q.   After you were elected in 2001 what
15   did you do as a city councilor to push forward
16   the ward representation issue?
17       A.   I believe it was in 2003 so after a
18   full year of sitting and learning the processes
19   and procedures I presented an ordinance to
20   change the make-up of the city council from an
21   at-large to a ward.  I believe Councilor Tosado
22   may have been a co-sponsor of that.
23
24       (Exhibit Number 2, Order for city council,

5   not passed the first time that I had presented
6   it I believe that it was still an issue that
7   needed to be addressed in order to help the City
8   of Springfield encourage voter participation,
9   encourage candidate participation, and believed
10  that if change happened on the city council by
11  luck there would be support for a ward
12  representation ordinance to be presented to them
13  again, and hope that as discussion pursued we
14  would all come to an agreeable make-up.
15       Q.   If the system were changed to a
16  ward representation system do you think that
17  minority voter turnout would increase?
18       A.   Eventually.  I think that some of
19  it has to do with confidence in government, and
20  in order to gain that that takes time.  So that
21  would have an impact.
22            I believe also that the interest of
23  candidates in particular wards would have to
24  manifest itself because if you still just have
0057
1   one person running from that ward and the
2   neighbor of that resident still don't have any
3   choice then we're not necessarily doing justice
4   to the system of the democratic process where
5   you have choices on who you want to represent
6   you.
7            But you can't force people to run
8   so you don't know what the impact would be or
9   how quickly people would become engaged in
10  representing that particular neighborhood, or a
11  particular neighborhood.
12            MR. CONNOLLY:  Could I ask a
13       follow-up question?  Do you think that
14       increased voter turnout among minority
15       voters would enable political
16       organizations when predominantly minority
17       districts to become better organized or to
18       become more effective?
19            THE WITNESS:  I do.  I think that
20       knowledge is part of becoming an effective
21       organization, and as hard as maybe some of
22       the organizations that try, whether they
23       be minority or otherwise, sometimes they
24       don't have that connection to get the
0058

1   information to let them have that impact.
2         So once they were to have a voice
3   the flow of information would be more free
4   and, therefore, give them the power and
5   information that they were looking for in
6   order to have a positive impact from their
7   neighborhood or the city.
8     Q.   (By Ms. Franceschini)  Even though
9   it might not happen immediately I understand you
10  saying, is it fair to say you think over time
11  that voter turnout would increase and that the
12  interest of candidates running in single member
13  districts would increase?
14    A.   I believe.  I think it's one aspect
15  of increased voter turnout on minorities.  I
16  think education plays a big part of it too in
17  having minorities understand that their voice
18  does have an impact, and that doesn't
19  necessarily come from having a minority
20  candidate to choose from, but it does come from
21  educating the population on impact of
22  participating in the voting process.
23    Q.   Do you think that the opposite is
24  true, that ward representation tends to
0059
1   discourage people from voting and from being
2   organized?
3     A.   No.
4     Q.   You mentioned that ward
5   representation disenfranchises people.  Does
6   that disenfranchisement discourage people from
7   voting?
8     A.   I think the choices that a person
9   has motivates or disenfranchises them, and when
10  they look at a slate of 18 candidates many or
11  some who they never met or know nothing about
12  has people decide whether or not they'll
13  participate, and I will say in many instances
14  won't participate.  I don't know these
15  candidates, I don't like the other candidates
16  that I do know, therefore, I'm not going to
17  vote.
18        So to a certain extent, yes.  I
19  don't know that ward representation again is the
20  answer to solving that problem because if you
21  only have that one candidate in that ward

22    running, you know, are you not still
23    disenfranchising the members of that
24    neighborhood be part of the election process?
0060
1            MS. FRANCESCHINI:  Go off the
2      record.
3
4            (Short break taken)
5
6            MS. FRANCESCHINI:  Back on the
7      record.
8
9      (Exhibit Number 3, Press release, marked)
10
11    Q.    (By Ms. Franceschini)  I'm handing
12   to you a document that has been marked as
13   Exhibit 3.  Take a moment and look at that, tell
14   me if you recognize it.
15    A.    Yes.
16    Q.    What is it?
17    A.    A press release.
18    Q.    Did you put it out?
19    A.    Yes.
20    Q.    When?
21    A.    I would guess it's during the 2001
22   campaign.
23    Q.    This is a press release about ward
24   representation?
0061
1    A.    Yes.
2    Q.    And you're supporting it?
3    A.    Yes.
4    Q.    I'm just going to read from this
5   for a minute.  I direct your attention to the
6   third line.  It says, Many of the councilors are
7   more interested in protecting their council
8   seats than in their responsibility to open up
9   the political process and guarantee equal
10   representation for all of our neighborhoods.  If
11   you examine the current City Council, it is
12   clear that the majority of the neighborhoods are
13   not being represented.  Did you believe that
14   then?
15    A.    Yes, absolutely.
16    Q.    Do you believe it now?
17    A.    Yes.

6    to other people address the issue of ward
7    representation, or it could have been some of
8    them prior to coming to the council meeting on
9    the night that it was going to come before the
10   council.
11       Q.    Directing you to the first page,
12   fourth segment that's separated by lines, it
13   says, and correct me if I'm wrong as I read
14   this, **With at-large system there's a prohibitive**
15   **cost of running a citywide election.**
16       **A.    Correct.**
17       **Q.    Did you believe that then?**
18       **A.    Yes.**
19       **Q.    And you still believe that?**
20       **A.    Yes.**
21       **Q.    The last section of the first page**
22   **says, The current system allows for the dilution**
23   **of votes for minority candidates.  And then**
24   **there's something in parenthesis that says, Due**
0068
1    to the 55 percent of the, and there's nothing
2    after that.
3        A.    I could have lost my train of
4    thought, or had the other information about 55
5    percent of the voting population being from a
6    particular neighborhood, or being of a
7    particular racial background.
8            I don't know what that 55 percent
9    at this time represents, but I may have had that
10   piece of information with me then.
11       Q.    Is it possible that that 55 percent
12   represents the percentage of the white voting
13   age population in Springfield?
14       A.    It could be, yes.
15       **Q.    Do you believe then that the system**
16   **diluted votes of minority candidates?**
17       **A.    Yes.  If you have a city made up of**
18   **a third, a third, and a third, and 55 percent of**
19   **the voters were of one ethnicity then obviously**
20   **you're not getting true representation of the**
21   **voting population.  Somewhere along the way**
22   **something is happening that people are not**
23   **participating at the same level across the**
24   **races.**
0069
1        **Q.    You still believe that the current**

2  system dilutes minority votes?

3      A.   Yes.

4      Q.   The at-large system that is?

5      A.   The at-large.

6      Q.   I direct your attention to the

7  second page of the exhibit, the second portion

8  of that page says, Equitable representation of

9  the residents on the city council with racial

10  balance ward representation will move this

11  forward.  Do you remember what you meant by

12  this?

13     A.   By moving forward just because you

14  have a predominantly Hispanic or African

15  American community doesn't mean that the

16  candidate from that neighborhood or ward will be

17  of African American decent or Hispanic, but

18  you're more apt to have participation from more

19  of the residents in that ward so, therefore,

20  there will be more choices hopefully, and there

21  will be more minority representation as this

22  process continues to move forward as people

23  became engaged.

24     Q.   You believe that both then and now?

0070

1      A.   Yes.

2      Q.   When you ran for city council in

3  2001 was Carol Lewis Caulton one of the people

4  who was also running for city council?

5      A.   Yes.

6      Q.   Do you know that Carol Lewis

7  Caulton avoided campaigning with certain people

8  in certain parts of the City of Springfield

9  because she perceived they weren't welcome?

10     A.   I did not know that.

11     Q.   Would it bother you to learn that

12  that were true?

13     A.   That anybody felt uncomfortable

14  participating in campaigning, yes.  I think that

15  would be unfortunate.

16     Q.   Would it surprise you to learn

17  that?

18     A.   A little bit, yes.  I think when

19  neighborhoods get organized and are looking for

20  information about candidates everybody is

21  invited to participate, and to hear that other

22  candidates were given the perception that they

23   weren't welcome surprises me.
24          MS. FRANCESCHINI:  We don't have
0071
1     any more questions for you today.  We're
2     going to suspend the deposition and
3     reserve our rights to call you back if
4     need be in the future after the election.
5          MS. ROSS:  I have a couple.
6
7     EXAMINATION BY MS. ROSS:
8
9     Q.   Could you explain what you meant by
10    dilution again, I guess I didn't quite
11    understand.
12    A.   That if you have a system where
13    you're voting all at-large and a majority of the
14    people who are voting do not represent the
15    entire make-up of the city then you're not
16    getting representation of all of the interests.
17    Q.   So are you referring to turnout
18    that --
19    A.   To a certain extent.  If you don't
20    believe in the candidates who are running then
21    the turnout in any particular neighborhood or in
22    any particular race may not be what it could or
23    should or would have been under different
24    circumstances.
0072
1     Q.   So the dilution relates to the
2     turnout?
3     A.   Yes, but also in here is minority
4     candidates getting involved.  That's not
5     necessarily I don't think what I was going for
6     in my comment here, but as far as engaging and
7     participating in the electoral process is their
8     belief that because you have 55 percent of the
9     vote coming from white they probably or may not
10    have as good of an opportunity to succeed as
11    another white candidate would.
12          I don't think that's what my
13    comments meant there, but I do think that's as a
14    true statement was then and would be now.
15    Q.   Do you believe that those minority
16    persons who have run have not been elected
17    because, for example, white people didn't vote
18    fore them because they were minority?

19    A.    In some cases I do believe that.
20    Q.    Any particular cases?
21    A.    I think it's the individual cases
22 of the voter and their perception of someone of
23 a particular race or ethnicity that plays part
24 in who and when they'll vote for.
0073
1         For example, my father will tell
2 you I think publically he looks for the people
3 he knows, he looks for the Italian names and
4 then he weeds through the rest.  And I would say
5 that that's not necessarily an uncommon practice
6 for many people on how they vote.
7         So to that you bring a bias,
8 whatever your bias as a person is, and I think
9 that plays out on how people vote to the
10 candidates that they're going to support.
11    Q.    So is it because they're a
12 minority, or because people are just not
13 familiar with them?
14    A.    I think it's a combination of both.
15 I think people in society have prejudice so as a
16 black candidate I may not support you no matter
17 what you stand for, or as a white candidate and
18 I am of a minority ethnicity I might not vote
19 for you because I don't believe you can truly
20 represent me.
21    Q.    Do you think that happened in the
22 City of Springfield?
23    A.    I can't say I'd be able to prove
24 it, but I do think that that has supported where
0074
1 we are today and who has been elected.
2         MS. ROSS:  Thank you.
3         MS. FRANCESCHINI:  A couple more
4    questions.
5
6    FURTHER EXAMINATION BY MS. FRANCESCHINI:
7
8    Q.    Is it fair to say that you've been
9 around politics for most or all of your life?
10    A.    That's fair to say.
11    Q.    So you have some knowledge about
12 the political scene in Springfield?
13    A.    Some.
14         MS. FRANCESCHINI:  That's it.

# EXHIBIT C

0001
1           UNITED STATES DISTRICT COURT
2            DISTRICT OF MASSACHUSETTS
3               C.A. No. 05-30080-MAP
4
5   ************************************
6   ARISE FOR SOCIAL JUSTICE, ET AL,   *
7            Plaintiffs        *
8   vs.                       *
9   CITY OF SPRINGFIELD and         *
10  SPRINGFIELD ELECTION COMMISSION,   *
11          Defendants       *
12  ************************************
13
14       DEPOSITION OF:  BUD WILLIAMS
15   CITY OF SPRINGFIELD LAW DEPARTMENT
16          36 Court Street
17       Springfield, Massachusetts
18       October 19, 2005  2:00 p.m.
19
20
21          GAYLE OHMAN
22     CERTIFIED SHORTHAND REPORTER
23            #1353S94
24
0002
1   APPEARANCES:
2
3   Representing the plaintiffs:
4       GOODWIN PROCTER, LLP
5       Exchange Place
6       Boston, MA  02109
7       BY:  WILLIAM J. CONNOLLY, III, ESQ.
8          MONICA M. FRANCESCHINI, ESQ.
9       (617) 570-1000  FAX: 523-1231
10
11      LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER
12      LAW OF THE BOSTON BAR ASSOCIATION
13      294 Washington Street, Suite 443
14      Boston, MA  02108
15      BY:  NADINE COHEN, ESQ.
16      (617) 482-1145  FAX: 482-4392
17
18   Representing the Defendants:
19      CITY OF SPRINGFIELD LAW DEPARTMENT
20      36 Court Street

```
21      Springfield, MA  01103
22      BY:  DEANNE ROSS, ESQ.
23      (413) 736-2725
24
0003
1            I N D E X
2   WITNESS:      BUD WILLIAMS
3
4   EXAMINATION BY:            PAGE:
5   Ms. Cohen                4
6
7   EXHIBIT                   PAGE
8   Exhibit Number 1, Subpoena.................5
9   Exhibit Number 2, Distribution of city
10          councilors list.............39
11   Exhibit Number 3, Diagram..................46
12   Exhibit Number 4, Affidavit................78
13   Exhibit Number 5, Declaration..............86
14
15
16
17
18
19
20
21
22
23
24
0004
1      (Deposition commenced at 2:00 p.m.)
2
3      BUD WILLIAMS, Deponent, having been duly
4   sworn, deposes and states as follows:
5
6         MS. COHEN:  We will reserve all
7   objections except as to form, and motions
8   to strike until the time of trial.  And
9   read and sign the transcript.
10
11   EXAMINATION BY MS. COHEN:
12
13   Q.   Good afternoon, Mr. Williams.
14   A.   Good afternoon.
15   Q.   I am sorry you had to wait a little
16   bit, but we're doing the best we can.
```

11      A.    No, I do not believe in that.
12      Q.    So you've never used your own
13  money?
14      A.    I don't believe in it.
15      Q.    In your first campaign do you think
16  money was part of the reason you didn't get
17  elected?
18      A.    No.
19      Q.    Do you think you raised comparable
20  amounts of money to the other candidates?
21      A.    Yes, it's comparable all things
22  being equal.
23      Q.    Why do you think you didn't get
24  elected?
0031
1       A.    I probably needed another three or
2  four months of door knocking and meeting more
3  people.  You know, some people put a lot of
4  emphasis on money in campaigns.
5            I know you have to have money in
6  campaigns, but I'm more into meeting people and
7  hustling and doing all the events, and knocking
8  on doors and going door to door which I haven't
9  done it this campaign because I haven't had
10  time.
11            But I firmly believe in that.  And
12  they'll tell you I'm a door knocker, I just
13  pound the pavement.  And I think if I had a few
14  more months I could have met a few more people.
15  I only got beat by a hundred votes.
16      Q.    Let me ask you this:  In your first
17  campaign did you run on any particular platform?
18      A.    No.
19      Q.    Did you target any specific
20  communities?
21      A.    I target my base which is black
22  community.  I have to get my base first before I
23  go anyplace else.
24      Q.    And were you well known in
0032
1  Springfield before you ran?
2       A.    Like I said I was an athlete, all
3  American basketball player in high school, went
4  to college locally, played college basketball,
5  and taught school for two or three years in the
6  Springfield school system and was actively

7  involved in the Dunbar Community Center which
8  was the youth.
9         I've been involved with the youth
10  for 30 years so my name in the community has
11  always been there, first through coaching and
12  volunteering. That's where my name came from.
13  Giving back is where my name came from.
14      Q.   So let me understand this. You
15  were fairly well known, you raised a decent
16  amount of money, you worked hard knocking on
17  doors, and you were not elected; is that
18  correct?
19      A.   Uh-huh.
20      Q.   And at the time you ran there was
21  another African American city councilor; is that
22  correct?
23      A.   Yeah.
24      Q.   And that was Morris Jones?
0033
1      A.   Uh-huh.
2      Q.   And do you think there were people
3  in the city that were concerned about having two
4  African American city councilors?
5      A.   No. I blame the black community.
6      Q.   And is it your position that race
7  did not play any role in that first election?
8      A.   You know, race plays a role in
9  everything we do in America, it just does. Race
10  plays a role. Not to say race doesn't play a
11  role is just like saying race doesn't exist. It
12  does exist. But what I will say I don't think
13  because I was black that I wasn't elected.
14         I can say that. I can honestly
15  say that, and I'll say it again. If the
16  minority community had voted and will continue
17  to vote we can elect two and three.
18         And the city wasn't as brown back
19  then as it is now. We have elected two people
20  to the counsel, Carol Caulton -- Lewis Caulton
21  and myself.
22      Q.   Let me get to that in a minute. Do
23  you get the majority of the African American
24  vote?
0034
1      A.   I have had the majority of African
2  American vote even when I wasn't elected. I

3  topped the black vote since I started running
4  which was in 1989.  I topped the black community
5  every single year.
6      Q.    And would it be fair to say that
7  you do not get the majority of the white vote?
8      A.    Well, I mean, that's fair to say.
9  I don't expect to.
10      Q.    Do you know what percentage of your
11  vote comes from the white community?
12      A.    No, I haven't been that scientific.
13      Q.    Do you know what percentage of your
14  vote comes from the Latino community?
15      A.    I haven't been that scientific.
16      Q.    When you run your campaigns do you
17  target specific voters?
18      A.    Yeah, I target black people and
19  poor people.
20      Q.    And what wards would those be
21  primarily?
22      A.    Ward 4, Ward 1, Ward 3, parts of
23  Ward 5.
24      Q.    Do you know if you have won Ward 5
0035
1  in the past?
2      A.    Yeah.  Yeah, I have.
3      Q.    Have you won at every --
4      A.    I haven't won every time.  Out of
5  nine elections --
6          MS. ROSS:  Can I just stop you?
7      When you say won, you mean the top nine,
8      or the top vote getter?
9          MS. COHEN:  Good question.
10      Q.    (By Ms. Cohen)  I mean, did you get
11  a majority of the votes of people in Ward 5?
12      A.    Oh, yeah.
13      Q.    Were you the top vote getter in
14  Ward 5?
15      A.    Sometimes I have been and sometimes
16  I haven't been.
17      Q.    When you do stand-outs in
18  communities do you have black people standing
19  out in the white communities?
20      A.    Yeah, I take my team wherever I go.
21  But I have black people, we stand all over the
22  city.  Yeah, there's just some white folks --
23  there's some good white folks that stand out,

24  but it's preliminary black folks.
0036
1       Q.    Would you say it's primarily black
2  folks who represent the core of your campaign?
3       A.    Oh, yeah, absolutely.
4       Q.    Do you have a campaign
5  headquarters?
6       A.    No.
7       Q.    Where do you operate out of?
8       A.    We determine that a week before the
9  election. I'm not being facetious -- years ago
10  I did. Just now basically a week or two before
11  the election we grab an office, other than that
12  I can't afford to have a campaign headquarters.
13      Q.    In your last election, which would
14  have been 2003, do you know how much money you
15  raised in that campaign?
16      A.    Twenty something, 22, something. I
17  don't know exactly.
18      Q.    That's fine.
19      A.    20's, that's about it.
20      Q.    Somewhere in the low 20's?
21      A.    Yeah, maybe 20's. I think that was
22  it.
23      Q.    Do you buy television ads?
24      A.    Yes.
0037
1       Q.    Do you think it's important to have
2  television ads?
3       A.    Yeah.  Some -- a presence.
4       Q.    What is the importance of the
5  television ads?
6       A.    You know, politics is just name and
7  getting your name out and getting your message
8  out, and no matter whether you want an at-large
9  or district you got to get your message out.
10  And I just think it's radio, television,
11  newspaper, community newspapers, public forums,
12  coffee hours.
13      Q.    All of those?
14      A.    All of those.
15      Q.    You need some degree of white
16  support to get elected; is that correct?
17      A.    Well, yeah.  Everybody needs
18  everybody.
19      Q.    Do white candidates need black

9      Q.    So you are telling me that in
10   Springfield whites tend to vote for whites,
11   blacks tend to vote for blacks?
12      A.    I'll go one step further.
13      Q.    Okay.
14      A.    Blacks tend to vote for blacks in a
15   greater degree than whites vote for whites.
16   What I'm saying is that I get one out of
17   every -- one out of every five or six votes in
18   the black community I would get, okay?  There's
19   not a white counselor that gets that in any
20   white community.  Maybe they get one out of
21   eight or nine.  That's a fact.
22      Q.    Have there generally been more
23   whites who have voted in elections than blacks?
24      A.    Whites tend to vote more in
0055
1    elections because -- you know, you fight these
2    cases all the time.  Minority people have lost
3    hope in the system itself.  It can be
4    presidential elections are down, gubernatorial
5    elections are down, state rep races are down.
6    They're all down.
7            I mean, 50 percent of the people
8    voted in the presidential election.  Less than
9    50 percent voted.  Black people have just turned
10   off from the system, and what do we do to get
11   them to vote?  I wish I had to answer because
12   that's what it takes.
13           If we vote and vote numbers as
14   we've done in the south well, the trends would
15   flip flop.  Used to couldn't vote in the south,
16   now they vote in the south.  Up north you always
17   could vote, no dogs at any polling places, no
18   sheriffs, and you vote.
19      Q.    Let me ask you something:  If
20   someone were to show you that under a ward
21   representation system, any ward representation
22   system, that more African Americans and Latinos
23   would vote would you been willing to give it a
24   try?
0056
1    A.    I'd have to see the data first
2    because I know -- I spent a lot of time in the
3    south.  A lot of communities are doing away with
4    district because district races polarized

5   communities.  You're not part of the fabric.
6   Just like Roxbury and Boston, it's a district.
7   And when a counselor from Roxbury calls for a
8   press conference nobody shows up because he
9   doesn't represent the city.
10      Q.    Let me ask you a couple of
11  questions about Springfield.  Do you see your
12  role or part of your role as a city councilor as
13  being to represent the interests of the African
14  American community in Springfield?
15      A.    Absolutely.
16      Q.    And are there particular issues
17  that have an impact on Springfield's African
18  American Community?
19      A.    Needle exchange.
20      Q.    What other issues?
21      A.    Unemployment, public safety,
22  economic development, blighted properties all
23  over poor communities.
24      Q.    Let me stop you there, I just want
0057
1   to go over them.  You said needle exchange,
2   blighted properties, unemployment.
3       A.    Let me put it -- let me reverse
4   that order.  The number one thing I see is
5   economic development, creating homeownership,
6   creating wealth in these districts.
7       Q.    Let me stop you here.  Do you think
8   that all your colleagues on the city council
9   have the same interest in these kinds of issues
10  as you do?
11      A.    They may have the same interest.
12  Do they have the same passion I have?  No.
13      Q.    And do some of these issues affect
14  the minority communities more than the white
15  communities?
16      A.    Well, lack of wealth, of course.
17      Q.    And in the past, particularly prior
18  to your getting on the city council, has there
19  been a lack of responsiveness on the part of
20  some of the elected officials to the issues of
21  concern to the minority communities?
22      A.    I would say there's been a lack of
23  leadership issues that affect the city in
24  general.  I figure as the minority community
0058

22  been pretty good support in the community.
23      Q.    And what is the purpose of the zone
24  changes in the special permits?
0060
1       A.    Just a few months ago a Hispanic
2   restaurant, a new Hispanic restaurant, Calderons
3   or something, opened up in the Six Corners which
4   is part of Ward 4 I guess.  And they needed a
5   special permit to have a drive-through window.
6          This created Hispanic restaurant,
7   this special permit was granted and they have a
8   thriving restaurant now.  Those are the kinds of
9   things that there's tremendous support on this
10  council for.
11      Q.    Has there been a history of racial
12  problems in the City of Springfield?
13      A.    No different than any other city.
14      **Q.    And have there been problems around**
15  **police brutality?**
16      **A.    Yup.  Absolutely.**
17      **Q.    Have there been problems around**
18  **racial profiling?**
19      **A.    Oh, yeah.**
20      **Q.    Have there been problems in**
21  **employment?**
22      **A.    Oh, yeah.**
23      **Q.    And have there been problems in**
24  **housing?**
0061
1       **A.    Absolutely.**
2       **Q.    And how about education, have there**
3   **been problems in education?**
4       **A.    Yeah, teacher disparity.**
5       **Q.    What do you mean by there being a**
6   **disparity?**
7       **A.    Learning achievement.  Whites tend**
8   **to learn at a faster rate than blacks and**
9   **Hispanics.  The achievement gap, disparity in**
10  **that gap.**
11      **Q.    Is that reflected in the MCAS**
12  **scores?**
13      **A.    Oh, absolutely.  Yeah.**
14      **Q.    Is it reflected in dropout rates?**
15      **A.    Yup.**
16      **Q.    And is it reflected in high school**
17  **graduation rates?**

18    A.    Yeah.
19    Q.    Has it been your position to
20  advocate for more minority representation?
21    A.    Absolutely.
22    Q.    Did you recently write a letter
23  urging the control board to appoint a person of
24  color to be on the board?
0062
1    A.    Or a woman.
2    Q.    And what was the reasoning for your
3  request?
4    A.    I felt it had five white males on a
5  control board that is dealing with all the hot
6  button issues in the City of Springfield.  If
7  we're going to -- the city is going to represent
8  the masses of people then it should be reflected
9  in Mayor Romney's control board.
10    Q.    Have you gotten any response to
11  your request?
12    A.    He absolutely responded back.  He
13  thanked me but he went on and named an attorney
14  from Holyoke which I have no -- I mean, he's a
15  decent individual.  I don't have anything
16  against the attorney from Holyoke, but Mayor
17  Romney is insensitivity.
18    Q.    And the person that Governor
19  Romney named was a white person?
20    A.    From Holyoke.  An attorney too.
21    Q.    And what is the Race and Human
22  Relations Committee?
23    A.    Which one?
24    Q.    Is there a Race and Human Relations
0063
1  Committee of the city council?
2    A.    There's a subcommittee.
3    Q.    A subcommittee.  Does that
4  committee still exist?
5    A.    It's Dominic Sarno is current
6  chairperson.
7    Q.    And when was that committee
8  established?
9    A.    We established that in -- I forget
10  the year.  That was part of --
11    Q.    Was it 1997?
12    A.    I co-sponsored that.  I was part of
13  to sponsor that committee.

23  and what they feel because the make-up is black
24  and Hispanic.  I couldn't say that because
0071
 1  there's Cheryl Lavera, state representative,
 2  she's Latino and she's against needle exchange.
 3          You can't paint everybody with the
 4  same brush so to speak and just say that for a
 5  fact.  I don't know that for a fact.
 6      Q.    I'm going to take a short break
 7  here, and I have a few more things, but perhaps
 8  we can wrap up fairly soon.
 9
10          (Break taken)
11
12          MS. COHEN:  Back on the record.
13      Q.    (By Ms. Cohen)  Mr. Williams --
14      A.    Yes, attorney.
15      Q.    We discussed just a little bit
16  earlier that there was a short period of time
17  when you served on the city council with Carol
18  Lewis Caulton; is that correct?
19      A.    That's correct.
20      Q.    And Miss Caulton is African
21  American?
22      A.    That is correct.
23      Q.    And she was first elected in 2001?
24      A.    2001, right.
0072
 1      Q.    And the year she was elected was
 2  there a white woman incumbent who dropped out
 3  late in the race?
 4      A.    I think so.  Yeah.
 5      Q.    And did Miss Lewis Caulton do a
 6  good job when she was on the city council?
 7      A.    Absolutely.
 8      Q.    And she was not reelected when she
 9  ran again; is that correct?
10      A.    No, unfortunately that's correct.
11      Q.    And did she campaign hard for her
12  reelection?
13      A.    I would say from my observation I
14  thought she could do a little more.
15      Q.    And why -- she was not reelected;
16  correct?
17      A.    She was not.  You said why?
18      Q.    I'm sorry, that's my next question.

15    A.    No.

16    Q.    But it's your position that you'd

17  gotten the majority of the African American

18  vote?

19    A.    Uh-huh.

20    Q.    And do you know why it has --

21  excuse me, why it took until 2001 for Jose

22  Tosado to be the first Latino on the city

23  council?

24    A.    I don't know why.

0075

1    Q.    Do you have any opinions as to why?

2    A.    Well, Jose has a large Hispanic

3  family, grew up in the north end similar to me.

4  His father was just an average individual.  His

5  father used to own a little candy store.  My

6  kids used to go to his father's store because

7  they stayed with my grandmother up at Mason

8  Square.

9         And Jose worked extremely hard.

10  He worked and worked and worked.  He did a lot

11  of door knocking.  He recruited his friends,

12  relied on his family, and he ran -- he had run

13  previous.  He was elected to the school

14  committee, he was appointed.

15         So I just think that he was in my

16  opinion one of the better Hispanic candidates

17  that was then ever run in the City of

18  Springfield.

19    Q.    And is it your position that other

20  Hispanic candidates were not qualified to get on

21  the city council?

22    A.    In my opinion?  As in any ethnic

23  group that runs whether they're white, black,

24  Hispanic, everyone is not -- in my opinion does

0076

1  not have the same qualifications that it takes

2  to get elected to public office.

3         It's very difficult in itself.  And

4  Jose was defeated the first time he ran.  Danny

5  Kelly is white, he was defeated the first time

6  he ran.  Dominic Sarno was defeated the first

7  time he ran.  Angelo Puppolo was defeated the

8  first time he ran.

9         I served with Billie Boyle who's

10  now Judge Boyle, he was defeated the first time

11  he ran. It's very difficult. And Jose ran, was
12  defeated, got his name out there, and then he
13  was elected so I just think he did -- he did
14  enough of putting pieces to the puzzle in place
15  so he could put the puzzle together.
16      Q.   Is it your position then that
17  incumbents have a much easier time to get
18  elected than people running for seats from
19  outside?
20      A.   Well, there's an advantage to an
21  incumbent. I mean, I've run as an incumbent and
22  run not as an incumbent. And, absolutely,
23  that's American politics, incumbent has the
24  advantage.
0077
1       Q.   Is it fairly uncommon for an
2  incumbent to lose an election?
3       A.   It's fairly uncommon for voters of
4  this city to vote incumbent out, the voters.
5       Q.   Yet the voters did vote Carol
6  Caulton Lewis out; is that correct?
7       A.   She didn't get enough votes. She
8  was voted out.
9       Q.   And what role do you think race
10  played in her defeat?
11      A.   You know, I always reflect on
12  myself and what I can control. And I just think
13  in terms of the black community I have a better
14  handle on that. I can turn that vote up more
15  and I say it again, I just don't think that if
16  she had had another -- if she had according to
17  your records, and I don't agree with that 98,
18  but we're just going to use that for the sake of
19  conversation, 99, whatever it was, that if
20  another 400 African American people voted she
21  would have been elected.
22          MS. COHEN: Can we have this
23      marked?
24
0078
1      (Exhibit Number 4, Affidavit, marked)
2
3          MS. COHEN: Just for the record I
4      am putting in evidence what has been
5      marked as Exhibit 4 which is the affidavit
6      of Richard L. Engstrom, Ph.D., who is the

3   believe that blacks are discouraged from
4   running for office?
5       A.   No. No.
6       Q.   Why do you say that?
7       A.   If you reflect over the years there
8   has been a number of individuals who run
9   for office.
10      Q.   And do you think black voters are
11  discouraged from voting because many of
12  the black candidates do not get elected?
13      A.   No. I just think that voters are
14  voters. Voters are very intelligent people, and
15  they're not going to vote for me because I'm
16  black because they're black.
17          They look at my make-up, my
18  qualifications, my commitment to what they feel
19  their issues are, and they vote. There have
20  been plenty of black candidates that have run
21  over the years that have not gotten the good
22  support out of the black community.
23          So people don't just vote for you
24  because you're one or the other. I mean, they
0081
1   like to feel if I'm black they're black. But I
2   need to be qualified for the job, I need to be
3   committed to the job, and I need to be able to
4   do the job.
5       Q.   Why do you think more black people
6   don't vote?
7       A.   Why do I think? That's a $64,000
8   question. I can tell you what I think. Black
9   people are generally turned off from
10  presidential politics to state politics to local
11  politics. They sit out presidential elections,
12  they sit out the gubernatorial elections, they
13  sit out state senate races, they sit out races
14  until they feel that there's a candidate that
15  they can support that can articulate and carry
16  their issues.
17          Points that with Jesse Jackson when
18  he ran for president, that galvanized the black
19  vote.
20      Q.   Are you saying that more black
21  people don't vote because there aren't good
22  candidates; is that your position?
23      A.   No, their opinion they might not be

24   good candidates, and sometimes black people just
0082
1    feel the system, the educational system, the
2    criminal justice system, the court system
3    there's a void.  They don't feel there's justice
4    in this country, period.
5          And some of them just say they just
6    opt out.  Do I agree with that?  No.  But I mean
7    if you look at the unemployment rate in the
8    black community, statewide looking at employment
9    rate in the black community across this
10   community, look at the blacks not being able to
11   get access to capital to start businesses, you
12   look at the wealth, the disparity and the wealth
13   between the white community and the black
14   community those are all issues that I say play
15   into formulating opinions.
16         People don't have hope.  They don't
17   see past tomorrow and sometimes they just feel
18   this whole system, the whole system has let them
19   down.  Do I believe in that?  No, I don't.  But
20   this is the opinion of people.
21         You go out on State Street, go on
22   Mason Square and talk to people and see what
23   they say.  Politics is the last thing on their
24   minds.
0083
1       Q.   Let me ask you this:  If there were
2    a change in the election system to something
3    that people perceived were a fairer way to get
4    elected do you think people would come out and
5    vote?
6       A.   You know what, I say no to that.
7    And I look at Roxbury which is a district.  The
8    people don't vote at 90 percent in Roxbury.  You
9    look to the north end in Hartford which is a
10   district, blacks don't vote in 90 percent.
11   That's not a panacea, it just isn't.
12         I just feel that we have to do --
13   you know, this remedy is a political remedy.  It
14   should be a political remedy and not a court
15   remedy.  It's a political decision and a
16   political system so politics has to really
17   remedy this.  The courts cannot remedy this,
18   just can't.
19      Q.   The people of Springfield voted on

20  a referendum as to whether or not to have ward
21  representation; is that correct?
22      A.    That's correct.
23      Q.    And that referendum was in 1997;
24  correct?
0084
1       A.    Right.  I believe so.
2       Q.    And the referendum passed by 58
3  percent; is that correct?
4       A.    It didn't when, that's what we fail
5  to realize.
6       Q.    Did the referendum pass?  Did 58
7  percent of the voters who voted vote in favor of
8  changing the at-large system to ward
9  representation?
10      A.    If they would have won we'd have
11  ward representation now.
12      Q.    You didn't answer my question.
13          MS. ROSS:  58 percent didn't vote.
14      Q.    (By Ms. Cohen)  Did the majority of
15  voters who voted in the ballot initiative as to
16  whether the system should be changed from an
17  at-large system to a ward representation system
18  vote in favor of changing the system; yes or no?
19      A.    But am I tied to this 58 percent
20  that you said?  I don't want to because --
21      Q.    I'll withdraw the 58 percent.  I
22  said a majority.  **Did a majority of the people**
23  **who voted in the referendum vote in favor of**
24  **changing the system?**
0085
1       A.    **Then yes, that's true.**
2       Q.    Okay.  And you yourself proposed
3  changing the system to an 8/5 system, being
4  eight ward representatives and five at-large; is
5  that correct?
6       A.    That's correct.
7       Q.    And you believed that that change
8  would be beneficial?
9       A.    In the spirit of compromise.
10      Q.    And is it your position today that
11  an 8/5 system should be adopted?
12      A.    It's something that I would advance
13  to the council and let the council and mayor
14  decide.  They vote for it it should be in, if
15  they don't then it's out.