```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

ARISE FOR SOCIAL JUSTICE,  )
ET AL,                     )
       Plaintiffs      )
                        )
       v.               ) C.A. NO. 05-30080-MAP
                        )
CITY OF SPRINGFIELD, ET AL, )
       Defendants      )

## SCHEDULING ORDER

March 19, 2007

PONSOR, D.J.

This Scheduling Order will summarize the chronology outlined by the court orally on March 16, 2007. The court orders as follows:

    1. The parties will jointly or, if necessary, separately report to this court in writing no later than March 21, 2007, regarding the status of the pendent home rule petition relating to the electoral system for the school committee and city council. In particular, the parties should report on the prospects for submission of the proposed electoral plan to the voters through a referendum in November 2007. Other details may be submitted by affidavit or written attorney proffer.

    2. Memoranda regarding a stay of this litigation, including a discussion of the legal basis and practical considerations, will be filed by March 22, 2007 at 4:30 p.m.

    3. Counsel will appear again on March 23, 2007 at 2:00 p.m. for a status conference regarding the home rule petition and the question of a stay. Plaintiffs should be prepared to offer their exhibits and rest if the court decides not to extend the stay. Also on this day, Defendants may file their Motion Pursuant to Fed. R. Civ. P. 52(c).

**4. Assuming that the court does not extend the stay, Plaintiffs will file their opposition to Defendants' Rule 52(c) motion by 4:30 p.m. on March 27, 2007.**

**5. Assuming no extension of the stay, counsel will appear for argument on Defendants' Rule 52(c) motion on March 29, 2007 at 2:30 p.m. The court will rule on the motion from the bench. If the motion is allowed, the court will enter judgment. If it is denied, the case will resume on April 2, 2007 at 9:00 a.m. with the presentation of defense witnesses. It is understood that the defense will require no more than ten trial days, 9:00 a.m. to 1:00 p.m., to complete presentation of its evidence.**

**It is So Ordered.**

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge