UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIGUEZ; and DIANA NURSE,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-30080 MAP |

**PLAINTIFFS' REPORT ON THE STATUS OF THE CITY OF SPRINGFIELD'S HOME RULE PETITION PROPOSING A CHANGE TO THE METHOD OF ELECTION FOR CITY COUNCIL AND SCHOOL COMMITTEE**

Pursuant to the Court's March 19, 2007 Scheduling Order, Plaintiffs submit the following regarding the status of the pendent home rule petition relating to the City of Springfield's electoral system for School Committee and City Council:

1. The home rule petition has been filed in the Massachusetts House of Representatives and given a number, H.3963.  It will be assigned to the Joint Committee on Election Laws.

2. Plaintiffs' counsel have spoken to Rep. Benjamin Swan and Rep. Cheryl Coakley-Rivera, and each has indicated their support for the home rule petition and their commitment to work with the members of the Springfield delegation, and the other members of the legislature, to bring about its speedy passage.

2

    3.    Rep. Swan has spoken with Rep. Thomas Petrolati, Rep. Sean Curran and Rep. Angelo Puppolo, and they have each indicated that they will support the home rule petition. While the legislative process is always subject to various influences, it is generally the practice that home rule petitions supported by the legislators from the city submitting the petition are passed.

    4.    Based on the information from Rep. Swan and Rep. Coakley-Rivera plaintiffs believe that the home rule petition has a good chance of being passed by the legislature, and therefore of appearing on the November 2007 ballot as a binding referendum question.

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,

   /s/ Paul E. Nemser
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO #651208)
Anna-Marie L. Tabor (BBO #662364)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

   /s/ Nadine Cohen
Nadine Cohen (BBO #090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

Dated: March 21, 2007

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing Plaintiffs' Report on the Status of the City of Springfield's Home Rule Petition Proposing a Change To the Method of Election for City Council and School Committee was filed electronically with this Court on this 21st day of March, 2007 and that all parties will be served via the Court's electronic filing system.

                                          /s/ Paul E. Nemser
                                  Paul E. Nemser (BBO #369180)