UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,<br><br>        Defendants. | Civil Action No. 05-30080 MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR ANNA-MARIE L. TABOR

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Anna-Marie L. Tabor as counsel for Plaintiffs in the above-captioned matter.

Paul E. Nemser and Monica Franceschini of Goodwin Procter LLP, and Nadine Cohen of the Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association, shall continue their appearances as counsel of record for Plaintiffs.

LIBA/1794773.1

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,

    /s/ Anna-Marie L. Tabor
Paul E. Nemser (BBO #369180)
Monica Franceschini (BBO # 651208)
Anna-Marie L. Tabor (BBO # 662364)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

    /s/ Nadine Cohen
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

May 30, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Withdrawal of Appearance for Anna-Marie L. Tabor was filed electronically with this Court on this 30th day of May, 2007 and that all parties will be served via the Court's electronic filing system.

    /s/ Anna-Marie L. Tabor
Anna-Marie L. Tabor (BBO # 662364)

LIBA/1794773.1