UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION,<br><br>        Defendants. | Civil Action No. 05-30080 MAP |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MONICA M. FRANCESCHINI

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Monica M. Franceschini as counsel for Plaintiffs in the above-captioned matter.

Paul E. Nemser of Goodwin Procter LLP and Nadine Cohen of the Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association shall continue their appearances as counsel of record for Plaintiffs.

LIBA/1844969.1

Respectfully submitted,

ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE

By their attorneys,

/s/ Monica M. Franceschini
Paul E. Nemser (BBO #369180)
Monica M. Franceschini (BBO # 651208)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

/s/ Nadine Cohen
Nadine Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0609

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I, Monica M. Franceschini, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2007.

/s/ Monica M. Franceschini

2

LIBA/1844969.1