**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


ARISE FOR SOCIAL JUSTICE
          Plaintiff

                                                    CIVIL ACTION

          V.
                                                    NO.  05-30080-MAP

CITY OF SPRINGFIELD, ET AL
          Defendant


**SETTLEMENT ORDER OF DISMISSAL**


 PONSOR, D.J.


      The Court having been advised on     DECEMBER 26, 2007                    that

the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within sixty

(60) days if settlement is not consummated.


                                                    By the Court,


 12/26/07                                           /s/John C. Stuckenbruck
      Date                                          Deputy Clerk


(Dismissal Settlement.wpd - 12/98)