# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISE FOR SOCIAL JUSTICE; ¿OISTE?; NEW ENGLAND STATE-AREA CONFERENCE OF THE NAACP; REV. TALBERT W. SWAN, II; NORMAN W. OLIVER; DARLENE ANDERSON; GUMERSINDO GOMEZ; FRANK BUNTIN; RAFAEL RODRIQUEZ; and DIANA NURSE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD and SPRINGFIELD ELECTION COMMISSION<br><br>Defendants. | Civil Action No. 05-30080-MAP |

## STIPULATION OF DISMISSAL

Now come the parties, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby agree and stipulate that, the parties in this case have agreed that all claims that have been or could have been asserted in this action are dismissed, without prejudice and without costs, with each party bearing its own attorneys fees.

The parties expressly agree that this dismissal does not operate as an adjudication on the

merits of any claim that was or could have been asserted.

Dated: February 21, 2007

Respectfully submitted.

Defendants By:
S/S
_____
Edward M. Pikula, BBO #399770«BBO»
City Solicitor
«FIRMNAME»
36 Court Street
«City», «State» «ZIP»
Telephone:        «Phone»
Telefax:          «Fax»

Plaintiffs By:
_____
Nadine Cohen, Esquire
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, Massachusetts 02108
617-988-0609
FAX 617-482-4392

_____
Paul E. Nemser, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
617-570-1000
FAX 617-227-8591